## **EXHIBIT C**

**Utility Services List**

**AVENGER FLIGHT GROUP, LLC, et al.**
*Exhibit C, Utility Services List*

| Utility Provider | Service Location Address | Account Holder Name | Last 4 Digits of Acct. No. | Type | Deposit |
|---|---|---|---|---|---|
| Gainline Atlantic International Inc. | 2800 Valley View Ln, Ste 180, Irving, TX 75062 | Avenger Flight Group | 2000 | Electric | $ 14,885.26 |
| Gainline Atlantic International Inc. | 4649 Diplomacy Rd, Fort Worth, TX 76155 | Avenger Flight Group LLC | 9465 | Electric | $ 6,847.86 |
| Atmos Energy | 4649 Diplomacy Rd, Fort Worth, TX 76155 | Avenger Flight Group LLC | 2219 | Gas | $ 122.39 |
| Atmos Energy | 2800 Valley View Ln, Ste 180, Irving, TX 75062 | Avenger Flight Group LLC | 6532 | Gas | $ 250.62 |
| CenturyLink | 5475 Decatur Blvd, Suite 112, Las Vegas, NV 89118 | Avenger Flight Group LLC | 4408 | Internet | $ 104.16 |
| Comcast Business | 920 Apollo Rd, Eagan, MN 55121 | Avenger Flight Group | 5935 | Internet | $ 378.76 |
| Crown Castle Fiber LLC | 1450 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group | 38 | Internet | $ 1,359.61 |
| Dakota Electric Association | 920 Apollo Rd, Eagan, MN 55121 | Avenger Flight Group LLC | 1611 | Electric | $ 1,319.67 |
| Duke Energy | 2612 Consulate Dr, Suite 200B, Orlando, FL 32819 | Avenger Flight Group LLC | 484 | Electric | $ 2,729.69 |
| FPL | 1440 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group LLC | 1145 | Electric | $ 213.06 |
| FPL | 1440 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group LLC | 1433 | Electric | $ 103.66 |
| FPL | 1440 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group LLC | 1434 | Electric | $ 343.24 |
| FPL | 1450 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group LLC | 2112 | Electric | $ 775.69 |
| FPL | 1450 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group LLC | 5256 | Electric | $ 1,242.87 |
| FPL | 1440 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group LLC | 6225 | Electric | $ 1,197.66 |
| FPL | 1450 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group LLC | 7583 | Electric | $ 1,536.78 |
| FPL | 1450 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group LLC | 8206 | Electric | $ 695.51 |
| FPL | 1440 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group LLC | 8491 | Electric | $ 293.11 |
| Lingo | 1450 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group | 369 | Phone | $ 72.20 |
| Logix Fiber Networks | 2800 Valley View Ln, Ste 180, Irving, TX 75062 | Avenger Flight Group LLC | 3163 | Internet | $ 470.94 |
| Minnesota Energy Resources | 920 Apollo Rd, Eagan, MN 55121 | Avenger Flight Group LLC | 1 | Electric | $ 202.70 |
| NV Energy | 5475 Decatur Blvd, Suite 112, Las Vegas, NV 89118 | Avenger Flight Group | 890 | Electric | $ 278.18 |
| NV Energy | 5475 Decatur Blvd, Suite 112, Las Vegas, NV 89118 | Avenger Flight Group | 2287 | Electric | $ 556.68 |
| NV Energy | 5475 Decatur Blvd, Suite 112, Las Vegas, NV 89118 | Avenger Flight Group | 3987 | Electric | $ 414.15 |
| NV Energy | 5475 Decatur Blvd, Suite 112, Las Vegas, NV 89118 | Avenger Flight Group | 4861 | Electric | $ 397.05 |
| NV Energy | 5475 Decatur Blvd, Suite 112, Las Vegas, NV 89118 | Avenger Flight Group | 4879 | Electric | $ 293.35 |
| NV Energy | 5475 Decatur Blvd, Suite 112, Las Vegas, NV 89118 | Avenger Flight Group | 5683 | Electric | $ 593.89 |
| NV Energy | 5475 Decatur Blvd, Suite 112, Las Vegas, NV 89118 | Avenger Flight Group | 5691 | Electric | $ 677.99 |
| NV Energy | 5475 Decatur Blvd, Suite 112, Las Vegas, NV 89118 | Avenger Flight Group | 9479 | Electric | $ 255.77 |
| NV Energy | 5475 Decatur Blvd, Suite 112, Las Vegas, NV 89118 | Avenger Flight Group | 9922 | Electric | $ 284.28 |
| OUC The Reliable One | 2612 Consulate Dr, Suite 200B, Orlando, FL 32819 | Avenger Flight Group LLC | 2118 | Water | $ 156.45 |
| Southwest Gas | 5475 Decatur Blvd, Suite 112, Las Vegas, NV 89118 | Avenger Flight | 8665 | Gas | $ 13.55 |
| Verizon Business | 1450 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Avenger Flight Group LLC | 0002 | Cell Phone | $ 718.25 |
| Waste Connections Lone Star, Inc. | 4649 Diplomacy Rd, Fort Worth, TX 76155 | AFG Flight Group | 3001 | Waste | $ 432.29 |
| Waste Management of Florida | 2612 Consulate Dr, Suite 200B, Orlando, FL 32819 | Avenger Flight Group MCO | 3005 | Waste | $ 451.42 |
| Waste Management of Minnesota | 920 Apollo Rd, Eagan, MN 55121 | Avenger Flight Group | 3007 | Waste | $ 346.16 |

| Waste Management of Texas, Inc. | 2800 Valley View Ln, Ste 180, Irving, TX 75062 | Avenger Flight Group | 3006 | Waste | $ | 296.28 |