# EXHIBIT C

## Cash Management Schematic

