# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Avenger Flight Group Topco, LLC, | ) | Case No. 26-10182 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 99-4135643 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Avenger Flight Group, LLC, | ) | Case No. 26-10183 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-1371216 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Dallas III, LLC, | ) | Case No. 26-10184 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 85-1245615 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Dallas IV, LLC, | ) | Case No. 26-10185 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-1435558 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Dallas, LLC, | ) | Case No. 26-10186 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-2473418 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AFG EU Operations Corp., | ) | Case No. 26-10187 (MFW) |
| | ) | |
|           Debtor. | ) | |
| | ) | |
| Tax I.D. No. 93-2799406 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG FLL, LLC, | ) | Case No. 26-10188 (MFW) |
| | ) | |
|           Debtor. | ) | |
| | ) | |
| Tax I.D. No.  92-1346470 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Latam Holding Corp., | ) | Case No. 26-10189 (MFW) |
| | ) | |
|          Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-0606475 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Latam Sim Holdings II, LLC, | ) | Case No. 26-10190 (MFW) |
| | ) | |
|          Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-3470473 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Latam Sim Holdings III, LLC, | ) | Case No. 26-10191 (MFW) |
| | ) | |
|          Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-4262592 | ) | |

3

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Latam Sim Holdings IV, LLC, | ) | Case No. 26-10192 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-4500093 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Latam Sim Holdings, LLC, | ) | Case No. 26-10193 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-0606475 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Latam, LLC, | ) | Case No. 26-10194 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-4819545 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Mexico Corp., | ) | Case No. 26-10195 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-2731402 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Orlando, LLC, | ) | Case No. 26-10196 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-1558409 | ) | |

3

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Sanford, LLC, | ) | Case No. 26-10197 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-3226661 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AFG Sim Holding Corp., | ) | Case No. 26-10198 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-2483325 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Avenger Flight Group Europe, Corp., | ) | Case No. 26-10199 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-4375908 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Avenger Flight Training, LLC , | ) | Case No. 26-10200 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-1735640 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Avenger Flight Group Mexico II, S. de R.L. de C.V., | ) | Case No. 26-10201 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

4

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Papi Flight Training, LLC, | ) | Case No. 26-10202 (MFW) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 46-3866206 | ) |  |

**ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY**

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for the entry of an order (this "Order") pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 authorizing and directing the joint administration of the Debtors' related chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

---

[1] A capitalized term used but not defined herein have the meaning ascribed to it in the Motion.

5

4937-3564-0695.10 05863.00001

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED as set forth herein.

2. The above-captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases, and this Order shall be without prejudice to the Debtors' rights to seek entry of an order substantively consolidating their respective cases.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Avenger Flight Group, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp.(6475) ; AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

4. The Clerk is directed to make a notation substantially similar to the following on the docket of each Debtor:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below for procedural purposes only. The docket in Case No. 26-10183 (MFW) should be consulted for all matters affecting these cases, and all further pleadings and other papers shall be filed in and all further docket entries shall be made in such case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order: Avenger Flight Group Topco, LLC, Case No. 26- 10182 (MFW); Avenger Flight Group, LLC,

6

Case No. 26- 10183 (MFW); AFG Dallas III, LLC, Case No. 26- 10184 (MFW); AFG Dallas IV, LLC, Case No. 26-10185 (MFW); AFG Dallas, LLC, Case No. 26-10186 (MFW); AFG EU Operations Corp., Case No. 26-10187 (MFW); AFG FLL, LLC, Case No. 26-10188 (MFW); AFG Latam Holding Corp., Case No. 26- 10189 (MFW); AFG Latam Sim Holdings II, LLC, Case No. 26-10190 (MFW); AFG Latam Sim Holdings III, LLC, Case No. 26-10191 (MFW); AFG Latam Sim Holdings IV, LLC, Case No. 26-10192 (MFW); AFG Latam Sim Holdings, LLC, Case No. 26-10193 (MFW); AFG Latam, LLC, Case No. 26-10194 (MFW); AFG Mexico Corp., Case No. 26-10195 (MFW); AFG Orlando, LLC, Case No. 26-10196 (MFW); AFG Sanford, LLC, Case No. 26-10197 (MFW); AFG Sim Holding Corp., Case No. 26-10198 (MFW); Avenger Flight Group Europe, Corp., Case No. 26-10199 (MFW); Avenger Flight Training, LLC, Case No. 26-10200 (MFW); Avenger Flight Group Mexico II, S. de R.L. de C.V., Case No. 26-10201 (MFW); and Papi Flight Training, LLC, Case No. 26-10202 (MFW).

5. The caption set forth above shall be deemed to satisfy any applicable requirements of the first sentence of section 342(c) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n).

6. All pleadings and other documents to be filed in the jointly-administered cases shall be filed and docketed in the case of Avenger Flight Group, LLC, Case No. 26-10183 (MFW).

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Order shall take effect immediately upon entry.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: February 13th, 2026  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

4937-3564-0695.10 05863.00001