**EXHIBIT B**

(Approved Budget)

**Avenger Flight Group DIP Budget**
February 11, 2026

| Week of Forecast / Week Ending | DIP 59 2/15/26 Fcst. | DIP 60 2/22/26 Fcst. | DIP 61 3/1/26 Fcst. | DIP 62 3/8/26 Fcst. | DIP 63 3/15/26 Fcst. | DIP 64 3/22/26 Fcst. | DIP 65 3/29/26 Fcst. | DIP 66 4/5/26 Fcst. | DIP 67 4/12/26 Fcst. | DIP 68 4/19/26 Fcst. | DIP 69 4/26/26 Fcst. | DIP 70 5/3/26 Fcst. | DIP 71 5/10/26 Fcst. | DIP 72 5/17/26 Fcst. | DIP Total Fcst. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Receipts** | $910,509 | $465,366 | $387,131 | $1,024,561 | $874,561 | $1,024,561 | $477,760 | $1,027,760 | $677,760 | $527,760 | $677,760 | $1,485,155 | $1,485,155 | $- | $11,045,797 |
| Payroll & Benefits | (162,748) | (375,167) | (40,833) | (530,415) | (7,500) | (375,167) | (40,833) | (530,415) | (7,500) | (375,167) | (40,833) | (530,415) | (7,500) | (375,167) | (3,399,662) |
| Rent, Facilities & Utilities | (301,926) | (36,250) | (429,047) | (36,250) | (59,268) | (36,250) | (36,250) | (429,047) | (36,250) | (51,418) | (36,250) | (429,047) | (36,250) | - | (1,953,502) |
| SIM Leases/Expenses; Facility Builds | (326,515) | (570,321) | (945,973) | (1,059,747) | (91,649) | (206,804) | (1,961,365) | (299,599) | (238,009) | (122,813) | (266,818) | (339,656) | (252,330) | - | (6,681,598) |
| Business Insurance and Taxes | (110,000) | (1,146,029) | (82,643) | (26,610) | (110,000) | (419) | (161,604) | (40,731) | - | (110,000) | (419) | (216,345) | (26,610) | - | (1,815,066) |
| International Expenses | (225,971) | (48,153) | (228,049) | (115,893) | (303,019) | (61,327) | (20,867) | (216,345) | (391,538) | (20,867) | - | - | (85,777) | - | (1,934,151) |
| Other | (40,500) | (35,000) | (81,500) | (35,000) | (40,500) | (35,000) | (81,500) | (35,000) | (35,000) | (40,500) | (35,000) | (81,500) | (35,000) | (5,500) | (616,500) |
| **Disbursements** | ($1,167,661) | ($2,210,919) | ($1,808,045) | ($1,803,916) | ($611,936) | ($714,967) | ($2,302,419) | ($1,551,137) | ($708,297) | ($720,764) | ($379,320) | ($1,596,963) | ($443,468) | ($380,667) | ($16,400,479) |
| **Cash Flow** | ($257,153) | ($1,745,553) | ($1,420,913) | ($779,355) | $262,625 | $309,594 | ($1,824,659) | ($523,377) | ($30,538) | ($193,004) | $298,439 | ($111,807) | $1,041,688 | ($380,667) | ($5,354,682) |
| Professional Fees | (952,583) | (496,083) | (768,383) | (968,383) | (821,083) | (471,083) | (771,083) | (621,083) | (1,048,683) | (658,683) | (398,683) | (598,683) | (6,600) | (28,600) | (8,609,700) |
| US Trustee, Filing and Other Fees | (34,760) | (38,750) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (219,201) | (347,711) |
| Employee/ Other Obligations | (125,000) | (140,000) | - | - | - | - | - | - | - | - | - | - | (625,000) | - | (890,000) |
| **Bankruptcy Costs** | ($1,112,343) | ($674,833) | ($773,383) | ($973,383) | ($826,083) | ($476,083) | ($776,083) | ($626,083) | ($1,053,683) | ($663,683) | ($403,683) | ($603,683) | ($636,600) | ($247,801) | ($9,847,411) |
| **Net Cash Flow** | ($1,369,496) | ($2,420,387) | ($2,194,297) | ($1,752,738) | ($563,459) | ($166,489) | ($2,600,743) | ($1,149,461) | ($1,084,221) | ($856,688) | ($105,244) | ($715,491) | $405,088 | ($628,468) | ($15,202,092) |
|  | INTERIM |  |  |  | FINAL |  |  |  |  |  |  |  |  |  | DIP Total |
| Opening Cash Balance | $1,088,720 | $7,719,224 | $5,298,837 | $3,104,541 | $1,351,802 | $7,288,344 | $7,121,854 | $4,521,112 | $3,371,651 | $2,287,430 | $1,430,742 | $1,325,498 | $610,008 | $1,015,095 | $1,088,720 |
| Net Cash Flow | (1,369,496) | (2,420,387) | (2,194,297) | (1,752,738) | (563,459) | (166,489) | (2,600,743) | (1,149,461) | (1,084,221) | (856,688) | (105,244) | (715,491) | 405,088 | (628,468) | (15,202,092) |
| DIP Draw | 8,000,000 | - | - | - | 6,500,000 | - | - | - | - | - | - | - | - | - | 14,500,000 |
| Payment of PIK'ed Fees and Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Closing Cash Balance (Book)** | $7,719,224 | $5,298,837 | $3,104,541 | $1,351,802 | $7,288,344 | $7,121,854 | $4,521,112 | $3,371,651 | $2,287,430 | $1,430,742 | $1,325,498 | $610,008 | $1,015,095 | $386,628 | $386,628 |
| DIP Loan Commitment (Rounded) | INTERIM |  |  |  | FINAL |  |  |  |  |  |  |  |  |  | DIP Total |
| Beginning Balance | - | 14,000,000 | 14,000,000 | 14,000,000 | 14,000,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | - |
| Roll-Up DIP (2x DIP) | 6,000,000 | - | - | - | 23,000,000 | - | - | - | - | - | - | - | - | - | 29,000,000 |
| DIP Financing - Interest and Fees[1] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pre-Petition Cash Flow | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Financing | 8,000,000 | - | - | - | 6,500,000 | - | - | - | - | - | - | - | - | - | 14,500,000 |
| Ending Balance | 14,000,000 | 14,000,000 | 14,000,000 | 14,000,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 | 43,500,000 |

[1] The Budget does not include accrued DIP fees and interest charges that are payable at maturity.