# UNITED STATES BANKRUPTCY COURT
## District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Stephen L Grant
*Clerk of Court*

*To: Mary Caloway*
*Pachulski Stang Ziehl & Jones*
*919 North Market Street, Suite 1700*
*Wilmington, DE 19801*

**RE:** *26−10183 Avenger Flight Group, LLC, et al.*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **March 12, 2026** at **12:30pm**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Stephen L Grant, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before February 19, 2026 and file the Notice and Certificate of Service with the Court no later than February 14, 2026.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 2/18/26

Stephen L Grant, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 26-10183-MFW |
| Avenger Flight Group, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 18, 2026 | Form ID: van472 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Avenger Flight Group, LLC, 1450 Lee Wagener Boulevard, Fort Lauderdale, FL 33315-3558 |
| aty | + Cia H. Mackle, Pachulski Stang Ziehl & Jones LLP, 1700 Broadway, 36th Floor, New York, NY 10019-5975 |
| aty | + Richard M. Pachulski, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Feb 20, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Landis | on behalf of Interested Party Marathon Stepstone Master Fund  L.P. landis@lrclaw.com, Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Adam G. Landis | on behalf of Interested Party ALCOF III NUBT  L.P. landis@lrclaw.com, Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Adam G. Landis | on behalf of Interested Party Marathon Distressed Credit Master Fund landis@lrclaw.com Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Adam G. Landis | on behalf of Interested Party Evergreen Credit Opportunities LLC landis@lrclaw.com Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |

Adam G. Landis
    on behalf of Interested Party MCSP Sub  LLC landis@lrclaw.com,
    Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
    on behalf of Interested Party Marathon Distressed Credit Fund  L.P. landis@lrclaw.com,
    Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
    on behalf of Interested Party ALCOF III UBT  L.P. landis@lrclaw.com,
    Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
    on behalf of Interested Party MidOcean Tactical Solutions Fund LP landis@lrclaw.com
    Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Albert Kass
    on behalf of Claims Agent Kurtzman Carson Consultants  LLC dba Verita Global ECFpleadings@kccllc.com,
    ecfpleadings@kccllc.com

Dylan S. Cassidy
    on behalf of Interested Party Wilmington Trust  National Association, as Prepetition Term Loan Agent and DIP Agent
    dylan.cassidy@alston.com

Ethan H. Sulik
    on behalf of Interested Party SIM International B.V. esulik@potteranderson.com
    bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Gregory V. Demo
    on behalf of Debtor Avenger Flight Group  LLC gdemo@pszjlaw.com

James R. Risener, III
    on behalf of Interested Party SIM International B.V. jrisener@potteranderson.com
    leastburn@potteranderson.com;bankruptcy@potteranderson.com

Jeremy W. Ryan
    on behalf of Interested Party SIM International B.V. jryan@potteranderson.com
    bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

John Kendrick Turner
    on behalf of Creditor Tarrant County dallas.bankruptcyr@lgbs.com
    Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor Irving ISD dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor Dallas County dallas.bankruptcyr@lgbs.com
    Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John W. Weiss
    on behalf of Interested Party Wilmington Trust  National Association, as Prepetition Term Loan Agent and DIP Agent
    jweiss@pashmanstein.com

Jonathan Lipshie
    on behalf of U.S. Trustee U.S. Trustee jon.lipshie@usdoj.gov

Joshua Brooks
    on behalf of Interested Party Evergreen Credit Opportunities LLC brooks@lrclaw.com
    ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks
    on behalf of Interested Party ALCOF III UBT  L.P. brooks@lrclaw.com,
    ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks
    on behalf of Interested Party ALCOF III NUBT  L.P. brooks@lrclaw.com,
    ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks
    on behalf of Interested Party MCSP Sub  LLC brooks@lrclaw.com,
    ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks
    on behalf of Interested Party Marathon Stepstone Master Fund  L.P. brooks@lrclaw.com,
    ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks
    on behalf of Interested Party MidOcean Tactical Solutions Fund LP brooks@lrclaw.com
    ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks

| | |
|---|---|
| | on behalf of Interested Party Marathon Distressed Credit Fund L.P. brooks@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Joshua Brooks | |
| | on behalf of Interested Party Marathon Distressed Credit Master Fund brooks@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Sim Holding Corp. mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor Avenger Flight Group  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Latam Sim Holdings  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor Avenger Flight Group Mexico II  S. DE R.L. DE C.V. mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Latam  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Latam Sim Holdings II  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Latam Sim Holdings IV  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Latam Holding Corp. mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG FLL  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Latam Sim Holdings III  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor Avenger Flight Training  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Dallas IV  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG EU Operations Corp. mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Sanford  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Mexico Corp. mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor Avenger Flight Group Topco  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Dallas  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Dallas III  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor AFG Orlando  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor Papi Flight Training  LLC mcaloway@pszjlaw.com |
| Mary F. Caloway | |
| | on behalf of Debtor Avenger Flight Group Europe  Corp. mcaloway@pszjlaw.com |
| Matthew B. McGuire | |
| | on behalf of Interested Party MidOcean Tactical Solutions Fund LP mcguire@lrclaw.com rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com |
| Matthew B. McGuire | |
| | on behalf of Interested Party MCSP Sub  LLC mcguire@lrclaw.com, rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com |
| Matthew B. McGuire | |
| | on behalf of Interested Party ALCOF III NUBT  L.P. mcguire@lrclaw.com, rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@ |

| District/off: 0311-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: van472 | Total Noticed: 3 |

lrclaw.com

Matthew B. McGuire

on behalf of Interested Party Evergreen Credit Opportunities LLC mcguire@lrclaw.com rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Interested Party ALCOF III UBT  L.P. mcguire@lrclaw.com, rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Interested Party Marathon Stepstone Master Fund  L.P. mcguire@lrclaw.com, rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Interested Party Marathon Distressed Credit Master Fund mcguire@lrclaw.com rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Interested Party Marathon Distressed Credit Fund  L.P. mcguire@lrclaw.com, rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Maxim B. Litvak

on behalf of Debtor Avenger Flight Group  LLC mlitvak@pszjlaw.com

Reliable Companies

gmatthews@reliable-co.com

Richard W. Riley

on behalf of Interested Party Wilmington Trust  National Association, as Prepetition Term Loan Agent and DIP Agent rriley@pashmanstein.com, gkarnick@pashmanstein.com

Steven W Golden

on behalf of Debtor Avenger Flight Group  LLC sgolden@pszjlaw.com, hdaniels@pszjlaw.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

William Hao

on behalf of Interested Party Wilmington Trust  National Association, as Prepetition Term Loan Agent and DIP Agent william.hao@alston.com, gerard.catalanello@alston.com;andrew.frisoli@alston.com

TOTAL: 62