**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AVENGER FLIGHT GROUP, LLC, *et al.,* | ) | Case No. 26-10183 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **NOTICE OF APPOINTMENT OF** |
| | ) | **COMMITTEE OF UNSECURED** |
| | ) | **CREDITORS** |
| | ) | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1.  **Allegiant Air LLC**, Attn: Laura Overton, Esq., 1201 N. Town Center Drive, Las Vegas, NV 89144, Phone: 702-830-8513; Email: laura.overton@allegiantair.com.

2.  **Bow Systems (Private) Limited**, Attn: Shehzad Ahmed Mir, 148, Street 15, Sector E-7, Islamabad, 44000, Pakistan, Phone: 92-321-557-8922, Email: shehzad@bowsystems.com.

3.  **Multi Pilot Simulations,** Attn: Philip Adrian, Koningin Wihelminaweg, 449, Groenekan, 3737 BE, The Netherlands, Phone: 512-591-1674, Email: philip.adrian@mps.aero.


ANDREW R. VARA
United States Trustee, Region 3

*/s/ Jonathan W. Lipshie* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE


DATED: February 25, 2026

Attorney assigned to this Case: Jonathan W. Lipshie, Esq., Phone: (302) 573-6491
Debtors' Counsel: Mary F. Caloway, Esq., Phone: (302) 652-4100