IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AVENGER FLIGHT GROUP, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 26-10183 (MFW) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On February 19, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief** [Docket No. 89]

- **Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and Rule 2015.3 Financial Reports, and (II) Granting Related Relief** [Docket No. 90]

Dated: February 25, 2026

*/s/ Nuno Cardoso*
Nuno Cardoso
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

# Exhibit A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | Alison Sors | | Email on File |
| Top 30 Creditor | Allegiant Air, LLC | Michelle Bathalter | michelle.bathalter@allegiantair.com |
| Counsel to the DIP Lenders, the DIP Agent, Wilmington Trust, Prepetition Secured Lenders and National Association, as Prepetition Term Loan Agent and DIP Agent | Alston & Bird LLP | William Hao and Dylan S. Cassidy | William.Hao@alston.com; Dylan.Cassidy@alston.com |
| Top 30 Creditor | Angela Andrea Restrepo, PA | Angela Restrepo | Email on File |
| Top 30 Creditor | Aramark Refreshment Services | Accounts Receivable | ars-ar@aramark.com |
| Top 30 Creditor | Atlas Electronics, Inc | John Paul Khoury | johnpkhoury@gmail.com |
| Top 30 Creditor | Aviovision NV | Attn Director or Officer | accounting@aviobook.aero |
| Top 30 Creditor | Bardoli Holdings Corp. | Maria Acevedo | maria@acevedobelt.com |
| Top 30 Creditor | Bow Systems | Shehzad Ahmed Mir | shehzad@bowsystems.com |
| Top 30 Creditor | De La Hoz, Perez & Barbeito, PLLC | Tony De Los Rios | tdelosrios@dpbcpa.com |
| Top 30 Creditor | Decatur Business Center, LLC | Terry York | terry@yorkinvestmentsllc.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 Creditor | Fieldfisher LLP UK | Marcel Willems | marcel.willems@fieldfisher.com |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to SIM International B.V. | Freshfields US LLP | Mark F. Liscio, Alexander Rich and Ali Muffenbier | mark.liscio@freshfields.com; alexander.rich@freshfields.com; ali.muffenbier@freshfields.com |
| Top 30 Creditor | Frontier Airlines, Inc | Howard Diamond, EVP Legal | howard.diamond@flyfrontier.com |
| Top 30 Creditor | FTD Systems & Associates, LLC | Pedro Sors | pedrosors@ftfsim.com |
| Counsel to the DIP Lenders | Gray Reed | Jason S. Brookner | jbrookner@grayreed.com |
| Top 30 Creditor | Infinity JYLP LLC | Steven E. McCraney | smccraney@mccraneyproperty.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 Creditor | John Pincavage | | Email on File |
| Top 30 Creditor | Krauthamer & Associates LLC | Eric Hong | ehong@kapartners.com |
| Counsel to the DIP Lenders, the DIP Agent, Wilmington Trust, Prepetition Secured Lenders and Ad Hoc Group of 1L Lenders | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire and Joshua B. Brooks | landis@lrclaw.com; mcguire@lrclaw.com; brooks@lrclaw.com |
| Counsel to Dallas County, Tarrant County and Irving ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Top 30 Creditor | Multiple Pilot Simulations (MPS) | Philip Adrian, CEO | info@mps.aero |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | nvagbk@ag.nv.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jonathan Lipshie | jon.lipshie@usdoj.gov |
| Top 30 Creditor | Omega Air, Inc | Cameron Leslie | camleslie@omega.aero |
| Top 30 Creditor | Oxford Properties Group | Jennifer Costa | OxfordUSLegalNotice@oxfordproperties.com |
| Counsel to Wilmington Trust, National Association, as Prepetition Term Loan Agent and DIP Agent | Pashman Stein Walder Hayden, P.C. | John W. Weiss and Richard W. Riley | jweiss@pashmanstein.com; rriley@pashmanstein.com |
| Top 30 Creditor | Pedro Sors | | Email on File |
| Counsel to SIM International B.V. | Potter Anderson & Corroon LLP | Jeremy W. Ryan, James R. Risener III and Ethan H. Sulik | jryan@potteranderson.com; jrisener@potteranderson.com; esulik@potteranderson.com |
| Top 30 Creditor | Prologis | John Kruszewski | jkruszewski@prologis.com |
| Counsel to the DIP Lenders, the DIP Agent, Wilmington Trust, Prepetition Secured Lenders and Ad Hoc Group of 1L Lenders | Proskauer Rose LLP | David M. Hillman, Matthew R. Koch and Dylan J. Marker | MKoch@proskauer.com; DHillman@proskauer.com; DMarker@proskauer.com; Prosk_AFG@proskauer.com |
| Top 30 Creditor | Quality Bearings Online Ltd | Jade Wendel, Finance Mgr | accounts@qualitybearingsonline.com |
| Top 30 Creditor | Raymond James & Associates, Inc | Adam Kauffman | adam.kauffman@raymondjames.com |
| Top 30 Creditor | SADR Logistic Services Company | Bandar Mohamad Al Samaani | bander@sadr.com.sa |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 30 Creditor | Sim International Lease I B.V. and Affiliates | Frank Uit Den Bogaard | frank@sim-international.com |
| Top 30 Creditor | Simulator Components, Inc. | Dan Drake | dan@simulatorcomponents.com |
| Interested Party Simulator Equipment Financing, LLC | Simulator Equipment Financing, LLC | Richard Johnson, Managing Member | rick@simulatorfinancing.com |
| Top 30 Creditor | Spirit Airlines, Inc. | Gary McMillan, Rema Fisher | gary.mcmillan@spirit.com; rema.fisher@spirit.com |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 Creditor | Valley View Owner, LLC | c/o Alpha Industrial Properties | nklein@alphaindprop.com |
| Top 30 Creditor | Valley View Owner, LLC | c/o JLL Industrial Property Management | Lindsey.Griffin@jll.com |
| Top 30 Creditor | Valley View Owner, LLC | c/o KKR | lindsey.wright@kkr.com |
| Counsel to Prepetition Secured Lender EDC | Vedder Price | David L Kane | dkane@vedderprice.com |
| Top 30 Creditor | Vida Mar Enterprises LLC | Luis Mier | Email on File |
| Top 30 Creditor | Vida Mar Enterprises LLC (Luis Mier) | c/o Hess Law Firm | erh@thehessfirm.com |

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | AE Texas | Attn Director or Officer | 2170 Buckthorne Pl., Suite 375 | | | The Woodlands | TX | 77380 |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| Top 30 Creditor | Duke Secured Financing 2009-1ALZ, LLC | c/o Duke Realty Corp. | Minneapolis Market,, Vice President, Regional Asset Manager | 1301 W. 22nd Street | Suite 800 | Oak Brook | IL | 60523 |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jonathan Lipshie | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

In re Avenger Flight Group, LLC, et al.,
Case No. 26-10183 (MFW)

Page 1 of 1