IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Avenger Flight Group, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firms of Willkie Farr & Gallagher LLP and Womble Bond Dickinson (US) LLP hereby enter their appearance on behalf of the Official Committee of Unsecured Creditors of Avenger Flight Group, LLC, *et al.* (the "**Committee**"), pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), and hereby request that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

| **WILLKIE FARR & GALLAGHER LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| Brett H. Miller, Esquire | Matthew P. Ward, Esquire |
| Todd M. Goren, Esquire | Todd A. Atkinson, Esquire |
| James H. Burbage, Esquire | 1313 North Market Street, Suite 1200 |
| Joseph R. Brandt, Esquire | Wilmington, Delaware 19801 |
| 787 Seventh Avenue | Telephone: (302) 252-4320 |
| New York, New York 10019-6099 | Email: matthew.ward@wbd-us.com |
| Telephone: (212) 728-8000 | todd.atkinson@wbd-us.com |
| Email: bmiller@willkie.com | |
| tgoren@willkie.com | |
| jburbage@willkie.com | |
| jbrandt@willkie.com | |

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

WBD (US) 4898-5494-8242

- 2 -

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: February 26, 2026<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Matthew P. Ward*<br>Matthew P. Ward (No. 4471)<br>Todd A. Atkinson (No. 4825)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-4320<br>Facsimile:   (302) 252-4330<br>Email: matthew.ward@wbd-us.com<br>         todd.atkinson@wbd-us.com<br><br>-and-<br><br>**WILLKIE FARR & GALLAGHER LLP**<br><br>Brett H. Miller, Esquire (pending *pro hac vice*)<br>Todd M. Goren, Esquire (pending *pro hac vice*)<br>James H. Burbage, Esquire (pending *pro hac vice*)<br>Joseph R. Brandt, Esquire (pending *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>Telephone:  (212) 728-8000<br>Email:  bmiller@willkie.com<br>          tgoren@willkie.com<br>          jburbage@willkie.com<br>          jbrandt@willkie.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors of Avenger Flight Group, LLC, et al.* |