IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Avenger Flight Group, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10183 (MFW)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Joseph R. Brandt of Willkie Farr & Gallagher LLP, to represent the Official Committee of Unsecured Creditors of Avenger Flight Group, LLC, *et al.*, in the above-captioned cases and any related adversary proceedings.

Dated: February 26, 2026
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (No. 4471)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: matthew.ward@wbd-us.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: February 26, 2026

*/s/ Joseph R. Brandt*
**WILLKIE FARR & GALLAGHER LLP**
Joseph R. Brandt
787 Seventh Avenue
New York, New York 10019-6099
Telephone:  (212) 728-8000
Email:  jbrandt@willkie.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.