# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF RESCHEDULED OMNIBUS HEARING DATE FROM MARCH 6, 2026 AT 11:30 A.M. (EASTERN TIME) TO MARCH 11, 2026 AT 11:30 A.M. (EASTERN TIME)

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for March 6, 2026 at 11:30 a.m. prevailing Eastern Time (the "March 6th Hearing") has been rescheduled to **March 11, 2026 at 11:30 a.m. prevailing Eastern Time** (the "March 11th Hearing") before the Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that all matters scheduled for the March 6th Hearing will be heard at the March 11th Hearing.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

4919-4255-6306.1 05863.00002

| | |
|---|---|
| Dated: March 1, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP** |

/s/ *Mary F. Caloway*
Richard M. Pachulski, Esq. (admitted *pro hac vice*)
Mary F. Caloway, Esq. (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 652-4100
Facsimile:   (302) 652 4400
Email:   rpachulski@pszjlaw.com
             mcaloway@pszjlaw.com

- and -

Gregory V. Demo, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:   (212) 561-7700
Facsimile:   (212) 561-7777
Email:   gdemo@pszjlaw.com
             cmackle@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*