# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| Avenger Flight Group, LLC, *et al.*, | § § | Case No. 26-10183 (MFW) |
| Debtors. | § | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 and the certification below, counsel hereby moves for admission *pro hac vice* of David L. Kane of Vedder Price. P.C., to represent Export Development Canada, in the above-captioned cases.

Dated: March 5, 2026

**ASHBY & GEDDES, P.A.**
*/s/ Ricardo Palacio*
Ricardo Palacio (Bar No. 3765)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 654-1888
Email: RPalacio@ashbygeddes.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and am admitted to practice before the U.S. District Court for the Northern and Central Districts of Illinois, the U.S. District Court for the Eastern and Western Districts of Wisconsin, and the U.S. Court of Appeals for the Seventh Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23.  I further certify the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  March 5, 2026
Chicago, Illinois

By: */s/ David L. Kane*
David L. Kane
**Vedder Price P.C.**
222 North LaSalle Street, Suite 2400
Chicago, Illinois 60601
Telephone:  (312) 609-7500
Email:  dkane@vedderprice.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{02210442;v1 }