# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | : | Case No. 26-10183-MFW |
| | : | |
| Debtors. | : | (*Jointly Administered*) |
| | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of David S. Gragg of Langley & Banack, Inc. to represent Omega Air, Inc. in the above-captioned cases and any and all related adversary proceedings.

Dated: March 6, 2026

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esq. (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Email: dklauder@bk-legal.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court – Receipt number 5334.

Dated March 6, 2026

*/s/ David S. Gragg*
DAVID S. GRAGG
Texas State Bar No. 08253300
**LANGLEY & BANACK, INC.**
Suite 700, Trinity Plaza II
745 East Mulberry
San Antonio, TX  78212-3166
(210) 736-6600 Telephone
Email: dgragg@langleybanack.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.