IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Avenger Flight Group, LLC. *et al.*,<br>　　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 26-10183 (MFW)<br>(Jointly Administered) |

## MOTION AND ORDER FOR
## ADMISSION *PRO HAC VICE* OF ANNMARIE CHIARELLO

　　　　Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Annmarie Chiarello of the law firm of Winstead PC to represent Envoy Air, Inc.*,* in the above-captioned chapter 11 bankruptcy case and any related adversary proceedings.

Dated:  March 9, 2026
　　　Wilmington, Delaware

*/s/ Jordan L. Williams*
Jordan L. Williams (DE No. 7128)
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
*Counsel for Envoy Air, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

　　　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Texas and New York, the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, and the United States Court of Appeals for the Fifth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the course of this case or any proceeding or action in this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  March 9, 2026

*/s/ Annmarie Chiarello*
Annmarie Chiarello
WINSTEAD PC
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
(214) 745-5400
achiarello@winstead.com

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

　　　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 9th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**