**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AVENGER FLIGHT GROUP, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-10183 (MFW)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Nuno Cardoso, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On March 12, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases** [Docket No. 163]

Dated: March 18, 2026

/s/ Nuno Cardoso
Nuno Cardoso
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor / Committee of Unsecured Creditors | Allegiant Air, LLC | Laura Overton | laura.overton@allegiantair.com |
| Counsel to the DIP Lenders, the DIP Agent, Wilmington Trust, Prepetition Secured Lenders and National Association, as Prepetition Term Loan  Agent and DIP Agent | Alston & Bird LLP | William Hao and Dylan S. Cassidy | William.Hao@alston.com; Dylan.Cassidy@alston.com |
| Counsel to Omega Air, Inc. | Bielli & Klauder, LLC | David M. Klauder | dklauder@bk-legal.com |
| Counsel to Envoy Air, Inc. | Blank Rome LLP | John E. Lucian and Jordan L. Williams | John.Lucian@blankrome.com; Jordan.Williams@blankrome.com |
| Top 30 Creditor / Committee of Unsecured Creditors | Bow Systems (Private) Limited | Shehzad Ahmed Mir | shehzad@bowsystems.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to SIM International B.V. | Freshfields US LLP | Mark F. Liscio, Alexander Rich and Ali Muffenbier | mark.liscio@freshfields.com; alexander.rich@freshfields.com; ali.muffenbier@freshfields.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to the DIP Lenders, the DIP Agent, Wilmington Trust, Prepetition Secured Lenders and Ad Hoc Group of 1L Lenders | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire and Joshua B. Brooks | landis@lrclaw.com; mcguire@lrclaw.com; brooks@lrclaw.com |
| Counsel to Omega Air, Inc. | Langley & Banack, Inc. | David S. Gragg | dgragg@langleybanack.com |
| Counsel to Dallas County, Tarrant County and Irving ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Top 30 Creditor / Committee of Unsecured Creditors | Multi Pilot Simulations | Philip Adrian | philip.adrian@mps.aero |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | nvagbk@ag.nv.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jonathan Lipshie | jon.lipshie@usdoj.gov |
| Counsel to Wilmington Trust, National Association, as Prepetition Term Loan Agent and DIP Agent | Pashman Stein Walder Hayden, P.C. | John W. Weiss and Richard W. Riley | jweiss@pashmanstein.com; rriley@pashmanstein.com |
| Counsel to SIM International B.V. | Potter Anderson & Corroon LLP | Jeremy W. Ryan, James R. Risener III and Ethan H. Sulik | jryan@potteranderson.com; jrisener@potteranderson.com; esulik@potteranderson.com |
| Counsel to the DIP Lenders, the DIP Agent, Wilmington Trust, Prepetition Secured Lenders and Ad Hoc Group of 1L Lenders | Proskauer Rose LLP | David M. Hillman, Matthew R. Koch and Dylan J. Marker | MKoch@proskauer.com; DHillman@proskauer.com; DMarker@proskauer.com; Prosk_AFG@proskauer.com |
| Counsel to Oxford I Asset Management USA Inc. | Robinson & Cole LLP | Jamie L. Edmonson | jedmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Interested Party Simulator Equipment Financing, LLC | Simulator Equipment Financing, LLC | Richard Johnson, Managing Member | rick@simulatorfinancing.com |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Prepetition Secured Lender EDC | Vedder Price | David L Kane | dkane@vedderprice.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Avenger Flight Group, LLC, et al. | Willkie Farr & Gallagher LLP | Brett H. Miller, Todd M. Goren, James H. Burbage and Joseph R. Brandt | bmiller@willkie.com; tgoren@willkie.com; jburbage@willkie.com; jbrandt@willkie.com |
| Counsel to Envoy Air, Inc. | Winstead PC | Annmarie Chiarello | achiarello@winstead.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Avenger Flight Group, LLC, et al. | Womble Bond Dickinson (US) LLP | Matthew P. Ward and Todd A. Atkinson | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |

# Exhibit B

**Exhibit B**
**Contract Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Aerolitoral, S.A. de C.V. | Attn General Counsel | amnotificacionesjuridico@aeromexico.com |
| Aerolitoral, S.A. de C.V. | SVP Fleet and Business Development | megonzalezr@aeromexico.com |
| Aerovias de Mexico S.A. de C.V. | SVP and General Counsel Edmundo Olivares Duffoo | eolivares@aeromexico.com.mx |
| AIRBUS Operations S.A.S. | Attn Antoine Renaud - Department STB2 | antoine.renaud@airbus.com |
| AIRBUS Operations S.A.S. | Attn Florent Capoulade - Department Airbus Training and Flight Operations / GO5 | florent.capoulade@airbus.com |
| AIRBUS Operations S.A.S. | Attn Florent Capoulade - Department GO5 | florent.capoulade@airbus.com |
| AIRBUS Operations S.A.S. | Attn Florent Capoulade - Department SLOGB | florent.capoulade@airbus.com |
| Airbus S.A.S. | Ajay Kanaojia - GO5 Commercial Manager | ajay.kanaojia@airbus.com |
| Airbus S.A.S. | Attn Antoine Renaud - Department STB2 | antoine.renaud@airbus.com |
| Airbus S.A.S. | Attn Marc Wolde-Mikael | marc.wolde-mikael@airbus.com |
| Airway Lease LLC | Attn Linda Rombaut | Linda.rombaut@airwaylease.com |
| Allegiant Air, LLC | Attn General Counsel | Laura.Overton@AllegiantAir.com |
| Alliance Aviation, Inc. | c/o Frank Simone, P.A. | Frank@franksimone.com |
| Aramark Refreshment Services | Accounts Receivable | ars-ar@aramark.com |
| Avions de Transport Regional G.I.E. | Attn Lionel Michon | atc.datapackage@atr-aircraft.com |
| Avions de Transport Regional G.I.E. | Attn Simulator Aircraft Data Package Support | atc.datapackage@atr-aircraft.com |
| Aviovision NV | Attn Director or Officer | accounting@aviobook.aero |
| AXIS Flight Training Systems GmbH | Christian Theuermann | c.theuermann@axis-simulation.com |
| BCAD/Sheltair Aviation Center LLC | Jennifer Doll, Property Manager | jdoll@sheltairaviation.com |
| Bisbel Hipania S.L | David Gonzalez, Property Manager | david.gonzalez@bisbel.es |
| BKM DBC 924, LLC | BKM Management Company | lgarner@bkmmgmt.com |
| BKM Management Company | Shannon Crow and Lindsay Gardner, Property Manager | lgarner@bkmmgmt.com; scrow@bkmmgmt.com |
| Bow Systems (Private) Limited | Shehzad Ahmed Mir | shehzad@bowsystems.com |
| Bow Systems Private Limited | | shehzad@bowsystems.com |
| CAE CFT B.V. | Attn Corporat Secretary | roberto.gomes@cae.com |
| CAE CFT B.V. | Attn Legal Advisor | roberto.gomes@cae.com |
| CAE, Inc. | Attn CAE VP Legal | caeinc-vplegal@cae.com |
| CAE, Inc. | Hadi Saade | hadi.saade@cae.com |

**Exhibit B**
**Contract Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| CBIZ Benefits & Insurance Services, Inc. | Jason Richard | jason.reichard@cbiz.com |
| CliftonLarsonAllen LLP | Lauren Witushynsky | lauren.witushynsky@claconnect.com |
| Continental Casualty Company | | cidirectbill@cna.com |
| De La Hoz, Perez & Barbeito, PLLC | Tony De Los Rios | tdelosrios@dpbcpa.com |
| Decatur Business Center, LLC | Attn Brian L. Heller | Brian@HellerCompanies.com |
| Decatur Business Center, LLC | Terry York | terry@yorkinvestmentsllc.com |
| Duke Secured Financing 2009 - 1ALZ, LLC | c/o Duke Realty Corporation | DukeRealtyLegal@dukerealty.com |
| Duke Secured Financing 2009 - 1ALZ, LLC | EQT Partners Inc | alison.donohue@eqtpartners.com |
| Embraer S.A. | Attn Marcio Fernandes - CRM Manager | mbfernan@embraer.com.br |
| Embraer S.A. | Attn Ricardo Duarte - Services Contract Administrator | ricoardo.duarte@embraer.com.br |
| Estructuras Diva, S.A de C.V. | Homerto Diaz del Castillo, Legal Representative | humbertodc@diva.com.mx |
| Estructuras Diva, S.A de C.V., Famargo, S.A. de C.V. and Litium Inmobiliaria, S.A. DE C.V. | FlexPark | daniel_garcia@g-industrial.com; administracion_apodaca@flexpark.com.mx |
| Estructuras Diva, S.A. de C.V. | Humberto Diaz del Castillo Mendoza | humbertodc@diva.com.mx |
| Everest National Insurance | Everest Global Services, Inc. | DataPrivacy@everestglobal.com |
| Exeter 2219 Highway 36 West, LLC | Alison Donohue | alison.donohue@eqtpartners.com |
| Exeter 2219 Highway 36 West, LLC | Duke Secured Financing 2009 - 1ALZ, | mhindman@prologis.com |
| Exeter 920 Apollo, LLC | EQT Exeter Industrial REIT VI, LLC | alison.donohue@eqtpartners.com |
| Famargo, S.A. de C.V. | Roberto Perez Vera and Alejandro Martinez Gortazar | Roberto.perez@tya.com.mx; Alejandro.martinez@tya.com.mx |
| Famargo, S.A. de C.V. | Roberto Perez Vera and Alejandro Martinez Gortazar | roberto.perez@tya.com.mx; alejandro.martinez@tya.com.mx |
| Fidelity and Guaranty Insurance Company | | Customerservice@weareflood.com; floodmarketing@weareflood.com |
| Flame Aviation B.V. | | info@flame-aviation.com |
| Frontier Airlines, Inc | Howard Diamond, EVP Legal | howard.diamond@flyfrontier.com |
| Great American E&S Insurance Company - TANGO | | investigativeservice@gaig.com |

**Exhibit B**
**Contract Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Infinity JYLP LLC | Steven E. McCraney | smccraney@mccraneyproperty.com |
| Infinity JYLP, LLC | Attn Steven E. McCraney and Andrew M. Jacobson | ajacobson@mccraneyproperty.com |
| Infinity JYLP, LLC | c/o McCraney Property | dsimionescu@mccraneyproperty.com |
| Litium Inmobiliaria, S.A. De C.V. | Armando Perez Aguayo | litiuminmobiliaria@gmail.com |
| Litium Inmobiliaria, S.A. De C.V. | Armando Perez Aguayo | litiuninmobiliaria@gmail.com |
| LOGIX Fiber Networks | | Irene.Herrera@Logix.com; erika.hall@logix.com |
| Nediar S.A.S. | Jose David Ospina Restrepo | jdospina@nediar.com |
| NIBC Bank N.V. | Attn Jeroen Conijn | Jeroen.conijn@nibc.com |
| OLI Holdings II (DE) LLC | c/o Jones Lang LaSalle Americas Inc. | Hunter.Herrin@jll.com |
| Omega Air, Inc | Cameron Leslie | camleslie@omega.aero |
| Oxford Properties Group | Jennifer Costa | OxfordUSLegalNotice@oxfordproperties.com |
| Pedro Sors | | Email on File |
| Prince Sultan Aviation Academy | Attn Adel B. Ahme | adelbna@saudi.com |
| QBE Insurance Corporation | | salvatore.sama@qbere.com |
| Spirit Airlines, Inc. | Gary McMillan, Rema Fisher | gary.mcmillan@spirit.com; rema.fisher@spirit.com |
| Spirit Airlines, Inc. | Gary McMillan, Sr. Director, Flight Training and Standards | gary.mcmillan@spirit.com |
| Spirit Airlines, Inc. | Legal Department | rema.fisher@spirit.com |
| Stan Garst & Associates, Inc. | Attn Jeffrey D. Garst, President | jgarst@sga-inc.com |
| Stan Garst & Associates, Inc. | Attn Judy Fleming, Controller | Jfleming@sga-inc.com |
| TEM ENTERPRISES (Xtra Airways) / Avelo | | gjacobs@aveloair.com |
| The Boeing Company | Attn Contracts Manager | IPM-PostExSupport@boeing.com |
| Tianjin Airlines Company Limited | Attn Liang Zhu, Business Manager | liang_zhu@hnair.com |
| TRU Simulation & Training Canada, Inc. | Attn Stephanie Lussier, Director of Finance | slussier@trusimulation.com |
| TRU Simulation & Training Canada, Inc. | Martin Faucher, Director, Project Management, Director of Finance | mfaucher@trusimulation.com |
| TX 2800 Valley View Ln (DE) LLC | JLL Industrial Property Management | Lindsey.Griffin@jll.com |
| TX 2800 Valley View Ln (DE) LLC | Jones Lang LaSalle | shannon.mcglasson@am.jll.com |
| Valley View Owner, LLC | c/o Alpha Industrial Properties | nklein@alphaindprop.com |
| Valley View Owner, LLC | c/o JLL Industrial Property Management | Lindsey.Griffin@jll.com |

**Exhibit B**
**Contract Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| Valley View Owner, LLC | c/o KKR | lindsey.wright@kkr.com |
| Yabora Industria Aeronautica S.A. | Ricardo Duarte da Silva | ricardo.duarte@embraer.net.br |
| Yabora Industria Aeronautica S.A. | Wodson Puosso de Castro | wodson.castro@embraer.net.br |
| Zurich American Insurance Company | Zurich Colombia Seguros SA | atencioncliente@zurich.com |
| Zurich American Insurance Company | | Privacy.office@zurichna.com |
| Zurich American Insurance Company | | service@zurich.de |

# Exhibit C

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jonathan Lipshie | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

In re Avenger Flight Group, LLC, et al.,
Case No. 26-10183 (MFW)

# Exhibit D

Exhibit D
Contract Counterparties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 14 Day Pilot Academy, LLC | Gema Goeyardi | 7100 Hayvenhurst Ave Suite 108 | | | Van Nuys | CA | 91406 | |
| 1StepPrep Academy, Inc. | | 5600 NW 36th | Suite 170 | | Miami | FL | 33166 | |
| ABN AMRO Bank N.V. | | Gustav Mahlerlaan 10 | | | Amsterdam | | 1082 PP | Netherlands |
| Accelerated Business Solutions | Sandra Bhola | 2991 Center Port Circle | | | Pompano Beach | FL | 33064 | |
| ADF Airways Training Center, INC | | 14532 SW 129th St. Bldg 227 | | | Miami | FL | 33186 | |
| Adobe | | 345 Park Avenue | | | San Jose | CA | 95110-2704 | |
| Advanced Flight Services, LLC | | 3303 N Sheridan Road, Hangar 19 | | | Tulsa | OK | 74115 | |
| Aeroenlaces Servicios, S.A. de C.V. | | Av. Paseo de la Reforma 205, Torre A, Piso 23 | Col. Juarez, Del. Cuauhtemoc | | Ciudad Mexico | | 06600 | Mexico |
| Aeroenlaces Servicios, S.A. de C.V. | | Calzada de los Leones, No. 281-3 | Pilares Aguilas, Alvaro Obregon | | Mexico City | DF | 01710 | Mexico |
| Aerolitoral, S.A. de C.V. | Attn General Counsel | Paseo de la Reforma 445, Floor 8 | Delegacion Cuauhtemc | | Mexico City | DF | 06500 | Mexico |
| Aerolitoral, S.A. de C.V. | SVP Fleet and Business Development | Paseo de la Reforma 445, Floor 11 | Delegacion Cuauhtemc | | Mexico City | DF | 06500 | Mexico |
| Aerosim Academy Inc. dba L3 CTS Airline Academy | | 2700 Flightline Avenue | | | Sanford | FL | 32773 | |
| Aerovias de Mexico S.A. de C.V. | Attn Pablo Roure | Paseo de la Reforma 243 | Renacimiento, Cuauhtemoc | | Mexico City | DF | 06500 | Mexico |
| Aerovias de Mexico S.A. de C.V. | SVP and General Counsel Edmundo Olivares Duffoo | Paseo de la Reforma 445, Floor 8 | Renacimiento, Cuauhtemoc | | Mexico City | DF | 06500 | Mexico |
| Aerovias de Mexico S.A. de C.V. | | Av. Paseo De La Reforma 243 A Y B | Piso 25 | | Col. Cuauhtemoc | | 06500 | Mexico |
| Aerovias de Mexico S.A. de C.V. | | Paseo de la Reforma No. 243, Floor 26 | Delegacion Cuauhtemc | | Mexico City | DF | 06500 | Mexico |
| Air Transport International, Inc. | | 145 Hunter Drive | | | Wilmington | OH | 45177 | |
| Air Vegas Flight Academy, LLC | | 6589 Crown Rock CT | | | Las Vegas | NV | 89139 | |
| Air Vegas Services LLC | Carlos Martins | 4649 Diplomacy Rd | | | Fort Worth | TX | 76155 | |
| Airborne Training Services, Inc | Alex Thurmond | 145 Hunter Drive | | | Wilmington | OH | 45177 | |
| AIRBUS Americas Customer Services | Attn Miriam Rundlett | 4355 N.W. 36th Street | | | Miami | FL | 33166 | |
| Airbus Americas Customer Services, Inc. | Attn VP, Training & Flight Operations Support | 4355 NW 36th Street | | | Miami Springs | FL | 33166 | |
| Airbus Americas Customer Services, Inc. | Legal Department | 4355 NW 36th Street | | | Miami Springs | FL | 33166 | |
| AIRBUS Operations S.A.S. | Attn Antoine Renaud - Department STB2 | Airbus SAS STB2 - B28-0A5 | 1 Rond-point Maurice Bellonte | | Blagnac Cedex | | 31707 | France |
| AIRBUS Operations S.A.S. | Attn Florent Capoulade - Department Airbus Training and Flight Operations / GO5 | Airbus SAS - B28-0A5 | 2 Rond-point Emile Dewoitine | | Blagnac Cedex | | 31700 | France |
| AIRBUS Operations S.A.S. | Attn Florent Capoulade - Department GO5 | Airbus SAS - B28-0A5 | Airbus SAS SLOGB - B28-0A5 | 2 Rond-point Emile Dewoitine | Blagnac Cedex | | 31700 | France |
| AIRBUS Operations S.A.S. | Attn Florent Capoulade - Department SLOGB | Airbus SAS SLOGB - B28-0A5 | 1 Rond-point Maurice Bellonte | | Blagnac Cedex | | 31707 | France |
| AIRBUS Operations S.A.S. | Department G05 - SLOG | Airbus SAS SLOGB - B28-0A5 | 2 Rond-point Emile Dewoitine | | Blagnac Cedex | | 31707 | France |
| Airbus S.A.S. | Ajay Kanaojia - GO5 Commercial Manager | 150 Slater Street | | | Ottawa | ON | K1A 1K3 | Canada |
| Airbus S.A.S. | Attn Antoine Renaud - Department STB2 | STB2 - B28-0A5 | 1 Rond-point Maurice Bellonte | | Blagnac Cedex | | 31707 | France |

**Exhibit D**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Airbus S.A.S. | Attn Marc Wolde-Mikael | 2 rond-point Dewoitine | BP 90112 | | Blagnac Cedex | | 31703 | France |
| Airbus SAS - B28-0A5 | AIRBUS Operations S.A.S. | 316 Route de Bayonne | | | Toulouse | | 31300 | France |
| Airway Lease LLC | Attn Linda Rombaut | 2 Corporate Park, Suite 200 | | | Irvine | CA | 92606 | |
| Airway Lease LLC | | 251 Little Falls Drive | | | Wilmington | DE | 19808 | |
| Alejandro Velazco | | Address on File | | | | | | |
| Alejandro Velazco | | Address on File | | | | | | |
| Allegiant Air, LLC | Attn General Counsel | 1201 North Town Center Drive | | | Las Vegas | NV | 89144 | |
| Allegiant Air, LLC | | 8360 S. Durango Drive | | | Las Vegas | NV | 89113 | |
| Alliance Aviation, Inc. | c/o Frank Simone, P.A. | Attn Frank C. Simone, Esq. | 701 Brickell Avenue, Suite 1550 | | Miami | FL | 33131 | |
| Alliance Aviation, Inc. | | 5600 NW 36th ST #101 | | | Miami | FL | 33166 | |
| AMERICAN FLYERS | | 4650 Airport Parkway | | | Addison | TX | 75001 | |
| American Mechanical Services of Texas, LLC | | P.O. Box 675073 | | | Dallas | TX | 75267-5073 | |
| Andres Restrepo | | Address on File | | | | | | |
| Aramark Refreshment Services | Accounts Receivable | 2400 Market Street | | | Philadelphia | PA | 19103 | |
| Aramark Refreshment Services, LLC | | P.O. Box 21971 | | | New York | NY | 10087-1971 | |
| Artesian Bottleless Water | | 7402 E 90th St | | | Indianapolis | IN | 46256 | |
| ATP - Higher Power Aviation, Inc. | | 4001 Airport Fwy, Suite 200 | | | Bedford | TX | 76021 | |
| ATP Jet Simulation, Inc. | | 2800 Valley View Lane, Suite 180B | | | Irving | TX | 75062 | |
| Autodesk, Inc. | | One Market St Ste 400 | | | San Francisco | CA | 94105 | |
| Avelo Airlines, Inc. | | 12 Greenway Plaza | | | Houston | TX | 77046 | |
| Avions de Transport Regional G.I.E. | Attn Lionel Michon | 1, allee Pierre Nadot | | | Blagnac Cedex | | 31712 | France |
| Avions de Transport Regional G.I.E. | Attn Simulator Aircraft Data Package Support | 1, allee Pierre Nadot | | | Blagnac Cedex | | 31712 | France |
| Aviovision NV | Attn Director or Officer | Herkenrodesingel 8/D.3.01 | | | Hasselt | | 3500 | Belgium |
| AXIS Flight Training Systems GmbH | Christian Theuermann | Philipsstrasse 27 | | | Lebring | | A-8403 | Austria |
| BCAD/Sheltair Aviation Center LLC | Jennifer Doll, Property Manager | 1100 Lee Wagener Blvd., Suite 107 | | | Fort Lauderdale | FL | 33315 | |
| Bell Murray Aerospace | | PO Box 77846 | | | Fort Worth | TX | 76177-0846 | |
| Bell Murray Aerospace, Inc. | | 1021 N. Outer Loop Road | | | Atlanta | GA | 30354 | |
| Bell Murray Aerospace, Inc. | | 4359 Columns Drive | | | Marietta | GA | 30067 | |
| Berry Coffee Company | | 14825 Martin Drive | | | Eden Prairie | MN | 55344 | |
| Biowound, LLC | LIZBETH LUCERO | 5955 Edmond ST | | | Las Vegas | NV | 89118 | |
| Bisbel Hipania S.L | David Gonzalez, Property Manager | C/ Dona Juana I de Castilla 24 | | | Madrid | | 28027 | Spain |
| Bitdefender | | 3945 Freedom Cir Ste 500 | | | Santa Clara | CA | 95054 | |
| BKM DBC 924, LLC | Attn 924 Asset Manager | c/o BKM Capital Partners | 1701 Quail Street | | Newport Beach | CA | 92660 | |
| BKM DBC 924, LLC | BKM Management Company | | 680 Pilot Road, Suite B-2 | | Las Vegas | NV | 89119 | |
| BKM DBC 924, LLC | Lindsay Garner | PO Box #31001-4040 | | | Pasadena | CA | 91110-4040 | |
| BKM Management Company | Shannon Crow and Lindsay Gardner, Property Manager | 6280 S Valley View Blvd Ste 112 | | | Las Vegas | NV | 89118 | |
| BlueAlly Technology Solutions, LLC | | 1225 Crescent Green Ste 115 | | | Cary | NC | 27518 | |
| Boeing Intellectual Property Licensing Company | Attn Contracts Manager | PO Box 3707, M/C 6M7-64 | | | Seattle | WA | 98124-2207 | |
| Boeing Intellectual Property Licensing Company | | 929 Long Bridge Drive | | | Arlington | VA | 22202 | |

In re Avenger Flight Group, LLC, et al.,
Case No. 26-10183 (MFW)

Exhibit D
Contract Counterparties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Bow Systems (Private) Limited | Shehzad Ahmed Mir | 148, Street 15, Sector E-7 | | | Islamabad | | 44000 | Pakistan |
| BOW SYSTEMS (PRIVATE) LIMITED | | 07, Royal Inn Plaza | Kohistan Road, Markaz F-8 | | Islamabad | | 44000 | Pakistan |
| CA RANCHO ROAD (DE) LLC | Oxford | | 2401 Cedar Springs Rd., Ste. 100-IPM | | Dallas | TX | 75201 | |
| CAE CFT B.V. | Attn Corporate Secretary | Warmonderweg 11 | | | Sassenheim | | 2171 AH | Netherlands |
| CAE CFT B.V. | Attn Legal Advisor | Warmonderweg 11 | | | Sassenheim | | 2171 AH | Netherlands |
| CAE Inc | Noha Alshurafa | 8585 Cote de Liesse | | | Saint-Laurent | QC | H4T 1G6 | Canada |
| CAE, Inc. | Attn CAE VP Legal | 8585 Cote de Liesse Rd. | Saint Laurent | | Montreal | QC | H4T 1G6 | Canada |
| CAE, Inc. | Attn Program Management | 8585 Cote de Liesse Rd. | Saint Laurent | | Montreal | QC | H4T 1G6 | Canada |
| CAE, Inc. | Attn Vice-President, Program Management & Customer Support | 8585 Cote de Liesse Rd. | Saint Laurent | | Montreal | QC | H4T 1G6 | Canada |
| CAE, Inc. | Hadi Saade | 8585 Cote de Liesse Rd. | Saint Laurent | | Montreal | QC | H4T 1G6 | Canada |
| CAE, Inc. | Project Manager, Commercial Flight Simulation | 8585 Cote de Liesse Rd. | Saint Laurent | | Montreal | QC | H4T 1G6 | Canada |
| CBIZ Benefits & Insurance Services, Inc. | Jason Richard | 110 Franklin Rd | Suite 300 | | Roanoke | VA | 24011 | |
| Central Alameda, LLC | | 4629 Diplomacy Rd | | | Fort Worth | TX | 76155 | |
| CentrePort Industrial Phase I, LLC | Attn Dewitt T. Hicks III | c/o Hillwood Investment Properties | 3090 Olive Street, Suite 300 | | Dallas | TX | 75219 | |
| CentrePort Industrial Phase I, LLC | Hillwood Development Company, LLC | Attn Chief Legal Officer | 3090 Olive Street, Suite 300 | | Dallas | TX | 75219 | |
| Chih-Ping Hung | | Address on File | | | | | | |
| CliftonLarsonAllen | | 14815 Ballantyne Village Way, Suite 300 | | | Charlotte | NC | 28277 | |
| CliftonLarsonAllen LLP | Lauren Witushynsky | 220 S 6th St | Suite 300 | | Minneapolis | MN | 55402 | |
| CodeTwo sp. z.o.o. sp. k. | | Wolnosci 16 | | | Jelenia Gora | | 58-500 | Poland |
| Comcast | Comcast Center | 1701 JFK Boulevard | | | Philadelphia | PA | 19103 | |
| Comcast Business | | 500 Gravers Rd, Ste 3000 | | | Plymouth Meeting | PA | 19462 | |
| COMCAST HOLDING CORPORATION | | P.O. Box 21638 | | | Eagan | MN | 55121-0638 | |
| Concur Technologies, Inc. | | 601 108th Avenue NE | Suite 1000 | | Bellevue | WA | 98004 | |
| Confident Clouds, LLC | | 575 Sawgrass Corporate Parkway | | | Sunrise | FL | 33325 | |
| Consorcio Industrial -de Alimentos, S.A. de C.V. | Mr. Jose Andres Franco Honey | Carretera Federal Tulum-Cancun Km 57 -100 | Municipio de Solidaridad | | Playa del Carmen, Quintana Roo | | C.P. 77710 | Mexico |
| Continental Casualty Company | | 151 N. Franklin Street | | | Chicago | IL | 60606 | |
| Conus Aviation Training | Jim | 2520 Cottonwood Lane | | | Bedford | TX | 76021 | |
| Conus Aviation Training | | 2520 Cottonwood Lane | | | Bedford | TX | 76021 | |
| Crown Castle Fibers LLC | | 1220 Augusta Drive | Suite 600 | | Houstom | TX | 77030 | |
| D&B Business Information Solutions UC | Attn Legal Dept. | 5335 Gate Parkway | | | Jacksonville | FL | 32256 | |
| D&B Business Information Solutions UC | | The Chase | Carmanhall Road Sandyford | | Dublin | | 18 | Ireland |
| De La Hoz, Perez & Barbeito, PLLC | Tony De Los Rios | 2800 Ponce De Leon Blvd. | Suite 1020 | | Coral Gables | FL | 33134 | |
| Decatur Business Center, LLC | Attn Brian L. Heller | c/o Heller Companies | 6280 S. Valley View Blvd., Suite 106 | | Las Vegas | NV | 89118 | |
| Decatur Business Center, LLC | Terry York, Member | 6280 S. Valley View Blvd., Suite 106 | | | Las Vegas | NV | 89118 | |
| Dell Financial Services LLC | | One Dell Way | | | Round Rock | TX | 78682 | |
| Direct Connect Flight Academy | | 1055 Aviation Way | | | Colorado Springs | CO | 80916 | |

Exhibit D
Contract Counterparties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Duke Secured Financing 2009 - 1ALZ, LLC | c/o Duke Realty Corporation | Attn Minneapolis Market, Vice President, Regional Asset Manager | 1301 W. 22nd Street, Suite 800 | | Oak Brook | IL | 60523 | |
| Duke Secured Financing 2009 - 1ALZ, LLC | EQT Partners Inc | Alison Donohue, Property Manager | 320 S. Canal Street | Suite 2820 | Chicago | IL | 60606 | |
| Eastern Airlines LLC | | 550 E Swedesford Road | Suite 210 | | Wayne | PA | 19087 | |
| Elsa Gagnon | | Address on File | | | | | | |
| Embraer S.A. | Attn Marcio Fernandes - CRM Manager | Avenida Brigadeiro Faria Lima, 2170 Putim | | | Sao Jose dos Campos | Sao Paulo | 12227-901 | Brazil |
| Embraer S.A. | Attn Ricardo Duarte - Services Contract Administrator | Avenida Brigadeiro Faria Lima, 2170 Putim | | | Sao Jose dos Campos | Sao Paulo | 12227-901 | Brazil |
| Endurance American Specialty Insurance Company | c/o Sompo International Holdings Ltd. | Waterloo House | 100 Pitts Bay Road | | Pembroke | | HM 08 | Bermuda |
| Enter Air Training Center Sp. z o.o. | | VAT number PL5252795013 | Towarowa 28 | | Warszawa | | 00-839 | Poland |
| Envoy Air Inc. | | 4301 Regent Blvd. | | | Irving | TX | 75063 | |
| Estructuras Diva, S.A de C.V. | Homerto Diaz del Castillo, Legal Representative | Tabachin 1202, Col. El Fresno | | | Guadalajara | Jalisco | C.P. 44900 | Mexico |
| Estructuras Diva, S.A de C.V., Famargo, S.A. de C.V. and Litium Inmobiliaria, S.A. DE C.V. | FlexPark | Daniel Garcia, Property Manager | Av. de las Americas 1930 Nivel 6 Oficina. 1 | Col. Country Club | Guadalajara | Jalisco | C.P. 44610 | Mexico |
| Everest National Insurance | Everest Global Services, Inc. | 100 Everest Way, Warren Corporate Center | | | Warren | NJ | 07059 | |
| Executive Aviation Corporation | | 650 SW 34th St, 301 | | | Fort Lauderdale | FL | 33315 | |
| Exeter 2219 Highway 36 West, LLC | Alison Donohue | Five Radnor Corporate Center | 100 Matsonford Road, Suite 250 | | Radnor | PA | 19087 | |
| Exeter 2219 Highway 36 West, LLC | Duke Secured Financing 2009 - 1ALZ, LLC | c/o Prologis, L.P. | 1800 Wazee Street, Suite 500 | | Denver | CO | 80202 | |
| Exeter 920 Apollo, LLC | EQT Exeter Industrial REIT VI, LLC | Alison Donohue | Five Radnor Corporate Center | 100 Matsonford Road, Suite 250 | Radnor | PA | 19087 | |
| Famargo, S.A. de C.V. | Roberto Perez Vera and Alejandro Martinez Gortazar | Av. Americas No. 1297 Piso 6B. Col. Providencia 1, 2, y 3 Seccion | | | Guadalajara | Jalisco | C.P. 44630 | Mexico |
| FFS Lease B.V. | | Huisakkers 7 | | | Wenum-Wiesel | | 7345 CN | Netherlands |
| Fidelity and Guaranty Insurance Company | | 801 Grand Ave., Suite 2600 | | | Des Moines | IA | 50309 | |
| Flame Aviation B.V. | | Mees Toxopeusstraat 3a | | | Leiden | | 2315 WD | Netherlands |
| formely- Clean Force Building Services, Inc. | | 6043 US Highway 17- 92 N Suite 115 | | | Davenport | FL | 33896 | |
| Freedom II Bermuda Limited | Kjell Lavoll | 3191 Jet Center Terrace | | | Fort Pierce | FL | 34946 | |
| Frontier Airlines, Inc | Howard Diamond, EVP Legal | 4545 Airport Way | | | Denver | CO | 80239 | |
| Frontier Airlines, Inc. | Attn General Counsel | 4545 Airport Way | | | Denver | CO | 80239 | |
| Glennco Aviation Training Company LLC | | 9011 Jericho Rd. | | | Weeki Wachee | FL | 34613 | |
| Great American E & S Insurance Company | Executive Liability Division | PO Box 66943 | | | Chicago | IL | 60666 | |
| Great American E&S Insurance Company - TANGO | | 301 E. Fourth St., 8th Floor | | | Cincinnati | OH | 45202 | |
| Green Clean Commercial Cleaning Services | | PO Box 96664 | | | Las Vegas | NV | 89193-6664 | |
| Gridiron Air, LLC | Burke Whipple | 13901 Aviator Way | | | Ft. Worth | TX | 76155 | |
| Gulf Coast Aeronautical Services, LLC | | 26B Site C Road | | | Freeport | FL | 32439 | |

In re Avenger Flight Group, LLC, et al.,
Case No. 26-10183 (MFW)

**Exhibit D**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Hays, S.A. de C.V. | | Blvd. Manuel Avila Camacho No. 40 | Int. 2305P, 2306, and 2307P | Lomas de Chapultepec V Section | Mexico City | | 11000 | Mexico |
| Heather Brown | | Address on File | | | | | | |
| Hooman Yazhari | | Address on File | | | | | | |
| Infinity JYLP LLC | Steven E. McCraney | 2257 Vista Parkway | Suite 15 | | West Palm Beach | FL | 33411 | |
| Infinity JYLP, LLC | Attn Steven E. McCraney and Andrew M. Jacobson | 2257 Vista Parkway, Suite 15 | | | West Palm Beach | FL | 33411 | |
| Infinity JYLP, LLC | c/o McCraney Property | Dan Simioneescu, Property Manager | 189 S. Orange Avenue #1170 | | Orlando | FL | 32801 | |
| Infinity JYLP, LLC | WDC-O Holdings, LLC | Attn Rasesh Thakkar | 6900 Tavistock Lakes Blvd., Suite 200 | | Orlando | FL | 32827 | |
| Insightsoftware, LLC | Devon Corker | 8529 Six Forks Road, STE 300 | | | Raleigh | NC | 27615 | |
| Jetway Aviation Training, LLC d/b/a Jetflow Aviation Training | | 2805 Carrier Avenue | | | Sanford | FL | 32773 | |
| K&A | | 7101 Wisconsin Avenue, Suite 1210 | | | Bethesda | MD | 20814 | |
| KEY LIME AIR | | 13252 E. Control Tower Rd. | | | Englewood | CO | 80112 | |
| KINGSKY FLIGHT ACADEMY, LLC KSY | | 2945 Airside Center Dr. | | | Lakeland | FL | 33811 | |
| Kyle Hunter | | Address on File | | | | | | |
| Litium Inmobiliaria, S.A. De C.V. | Armando Perez Aguayo | Calle Lucio Blanco No. 645, Col. Lindavista | | | San Pedro Tlaquepaque | Jalisco | C.P. 45520 | Mexico |
| Logix Fiber Networks | Corey Graham | P.O. Box 734120 | | | Dallas | TX | 75373-4120 | |
| Logix Fiber Networks | | 2950 N Loop W | 10th Floor | | Houston | TX | 77092 | |
| LOGIX Fiber Networks | | 2950 N. Loop West | 8th Floor | | Houston | TX | 77092 | |
| LYLIX, Inc. | | PO Box 21 | | | Cambridge Springs | PA | 16403 | |
| Mapfre Mexico, S.A. | | Av. Revolucion 507 Col. San Pedro de los Pinos | | | Mexico City | | 03800 | Mexico |
| Marc Sullivan | | Address on File | | | | | | |
| MU-G TECHNOLOGIES, INC | Robert Ward | 1692 W. Carriage | | | Titusville | FL | 32796 | |
| Name on File ID - 16526483 | | Address on File | | | | | | |
| National Union Fire Insurance Company of Pittsburg, PA | | 1271 Ave of the Americas FL 41 | | | New York | NY | 10020-1304 | |
| National Union Fire Insurance Company of Pittsburgh, PA | | 1271 Ave of the Americas FL 34 | | | New York | NY | 10020-1304 | |
| National Union Fire Insurance Company of Pittsburgh, PA | | 1271 Ave of the Americas FL 37 | | | New York | NY | 10020-1304 | |
| Nations Fund I, LLC | | 40 Danbury Rd Ste 1 | | | Wilton | CT | 06897-4441 | |
| Nations Fund I, LLC | | 40 Danbury Road | | | Wilton | CT | 06897 | |
| Navy Engineering Logistics Office | | 5450 Carlisle Pike Bldg 205 | | | Mechanicsburg | PA | 17055 | |
| Nediar S.A.S. | Jose David Ospina Restrepo | CR 59 N 24-61 | | | Medellin | | | Colombia |
| Nefpass LLC | SLR Equipment Finance | 40 Danbury Road, 1st Fl | | | Wilton | CT | 06897 | |
| Nefpass LLC | | 40 Danbury Road | | | Wilton | CT | 06897 | |
| NEFPASS LLC (Nations) | Joseph OBeirn | 40 Danbury Road | | | Wilton | CT | 06897 | |
| NIBC Bank N.V. | Attn Jeroen Conijn | Carnegieplain 4 | | | The Hague | | 2517 KJ | Netherlands |
| Northrop Grumman Systems Corporation | Financial Shared Services | Sarah Moen | 5600 American Blvd Suite 200 | | Bloomington | MN | 55437 | |
| OLI Holdings II (DE) LLC | Attn Britni Wilkerson | c/o Jones Lang LaSalle Americas Inc. | 2401 Cedar Springs Rd, Suite 100 | | Dallas | TX | 75201 | |
| OLI Holdings II (DE) LLC | c/o Jones Lang LaSalle Americas Inc. | Hunter Herrin, Property Manager | 250 S. Orange Ave., Suite 700 | | Orlando | FL | 32801 | |
| Omega Air, Inc | Cameron Leslie | 11827 Tech Com Ste 220 | | | San Antonio | TX | 78233-6014 | |

Exhibit D
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Omega Air, Inc. | | 10315 Wetmore Road | | | San Antonio | TX | 78216 | |
| Omni Air International, LLC | | 3303 N Sheridan Road, Hanger 19 | | | Tulsa | OK | 74115 | |
| Oxford Properties Group | Jennifer Costa | 50 Hudson Yards, 73rd Floor | | | New York | NY | 10001 | |
| Parallel Express LLC | | 8321 Lemmon Ave. | Suite A | | Dallas | TX | 75209 | |
| Pedro Sors | | Address on File | | | | | | |
| Piedmont Airlines Inc | | 5443 Airport Terminal Road | | | Salisbury | MD | 21804 | |
| Plane Sym, LLC | | 2800 Executive Way | | | Miramar | FL | 33025 | |
| Plane Sym, LLC | | 5475 S. Decatur Blvd, Suite 112 | | | Las Vegas | NV | 89118 | |
| Prince Sultan Aviation Academy | Attn Adel B. Ahme | CC 16953130 PO Box 167 | | | Jeddah | | 21231 | Saudi Arabia |
| Pure Water Solutions of America, LLC | | 3208 S State St | | | Salt Lake City | UT | 84115 | |
| QBE | | P.O. Box 734576 | | | Chicago | IL | 60673-4576 | |
| QBE Insurance Corporation | | 28 Liberty Street | | | New York | NY | 10005 | |
| QBE Insurance Corporation | | 55 Water Street | | | New York | NY | 10041 | |
| QUENCH USA INC | | PO BOX 735777 | | | DALLAS | TX | 75373-5777 | |
| Reid Mitchell | | Address on File | | | | | | |
| Remediation Technologies, Inc. | | 15850 Crabbs Branch Way | | | Rockville | MD | 20855 | |
| Rise Technical Recruitment Inc | Joanna Cross | 1011 Centre Road - Suite 322 | | | Wilmington | DE | 19805 | |
| Sands Aviation, LLC | | 5500 Haven St | | | Las Vegas | NV | 89119 | |
| ServiClean Carol, LLC | | 14803 SW 9TH LN | | | Miami | FL | 33194 | |
| Sheltair | Jennifer Doll | 5302 NW 21st Terrace | | | Fort Lauderdale | FL | 33309 | |
| Sheltair Aviation Center, LLC | | 1100 Lee Wagener Blvd., Suite 107 | | | Fort Lauderdale | FL | 33315 | |
| Sheltair Aviation Center, LLC | | 4860 NE 12th Ave. | | | Fort Lauderdale | FL | 33334 | |
| SimJet Center LLC | | 4844 S. Collins St | Ste 100 | | Arlington | TX | 76018 | |
| SIM-SOURCE, LLC | | 1555 the Greens Way | | | Jacksonville Beach | FL | 32250 | |
| Skymates, Inc. | | 3240 S. Great Southwest Pkwy | | | Grand Prairie | TX | 75052 | |
| Spirit Airlines, Inc. | Attn Joe Houghton, VP Flight Operations | 2800 Executive Way | | | Miramar | FL | 33025 | |
| Spirit Airlines, Inc. | Gary McMillan, Rema Fisher | 2800 Executive Way | | | Miramar | FL | 33025 | |
| Spirit Airlines, Inc. | Legal Department | 2800 Executive Way | | | Miramar | FL | 33025 | |
| Spirit Airlines, Inc. | | 1731 Radiant Drive | | | Dania Beach | FL | 33004 | |
| Stan Garst & Associates, Inc. | Attn Jeffrey D. Garst, President | 148 Chesterfield Industrial Blvd., Suite F | | | Chesterfield | MO | 63005 | |
| Stan Garst & Associates, Inc. | Attn Judy Fleming, Controller | PO Box 233 | | | Gray Summit | MO | 63039 | |
| Starr Indemnity & Liability Company | | 399 Park Avenue, 2nd Floor | | | New York | NY | 10022 | |
| Sterling Airways, LLC | Tony | 4700 Millenia Blvd | | | Orlando | FL | 32839 | |
| Sun Country, Inc. dba Sun Country Airlines | | 2005 Cargo Rd. | | | Minneapolis | MN | 55450 | |
| TeamViewer Germany GmbH | | Bahnofsplatz 2 | | | Goppingen | | 73033 | Germany |
| Telefonica de Espana S.A.U. | | C/. Gran via, 28 | | | Madrid | | 28013 | Spain |
| TEM ENTERPRISES (Xtra Airways) / Avelo | | 5847 San Felipe St | Suite 1900 | | Houston | TX | 77057 | |
| Ten Tanker Air Carrier, LLC | | 2503 Clark Carr Lp SE | | | Albuquerque | NM | 87106 | |
| The Boeing Company | Attn Contracts Manager | Boeing Intellectual Property Licensing Company | PO Box 3707, M/C 6M7-64 | | Seattle | WA | 98124-2207 | |
| The Travelers Lloyds Insurance Company | c/o Travelers Property Casualty Corp. | One Tower Square | | | Hartford | CT | 06183 | |

Exhibit D
Contract Counterparties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Tianjin Airlines Company Limited | Attn Liang Zhu, Business Manager | Hai Nan Sky Plumage Flight Training Co., Ltd | Tankou Village, Longtang Town | Qiongshan District | Haikou City | Hainan | 571000 | China |
| Tianjin Airlines Company Limited | | No. 1196, Tianjin Binhai International Airport Road | Airport Economic Area | Tianjin Free Trade Pilot Zone | | | | China |
| Town and Country Pest Solutions, LLC | | 2339 Town And Country Drive | | | Kissimmee | FL | 34744 | |
| TRU Simulation & Training Canada, Inc. | Attn Stephanie Lussier, Director of Finance | 6767 Cote de Liesse | | | Saint Laurent | QC | H4T 1E5 | Canada |
| TRU Simulation & Training Canada, Inc. | Martin Faucher, Director, Project Management, Director of Finance | 6767 Cote de Liesse | | | Saint-Laurent | QC | H4T 1E5 | Canada |
| TRU Simulation & Training Canada, Inc. | | 6875 Cote des Liesse | | | Saint-Laurent | QC | H4T 1E5 | Canada |
| TRU Simulation & Training Canada, Inc. | | 5 Alliance Drive | | | Goose Creek | SC | 29445 | |
| TX 2800 Valley View Ln (DE) LLC | AIP Manager LLC | | 1500 North Halsted, 2nd Floor | | Chicago | IL | 60642 | |
| TX 2800 Valley View Ln (DE) LLC | Attn Christopher Lankin, Ankit Bhatt | c/o Oxford Properties Group | 450 Park Ave., Fl 9 | | New York | NY | 10022 | |
| TX 2800 Valley View Ln (DE) LLC | CA RANCHO ROAD (DE) LLC | | PO BOX 848486 | | LOS ANGELES | CA | 90084-8486 | |
| TX 2800 Valley View Ln (DE) LLC | JLL Industrial Property Management | 2401 Cedar Springs Rd, Ste 100-IPM | | | Dallas | TX | 75201 | |
| TX 2800 Valley View Ln (DE) LLC | Jones Lang LaSalle | Attn Shannon McGlasson | 8343 Douglas Ave, Suite 100 | | Dallas | TX | 75225 | |
| United States Air Force | Office of General Counsel | 1740 Air Force Pentagon | | | Washington | D.C. | 20330-1740 | |
| Valley View Owner, LLC | c/o Alpha Industrial Properties | Neil Klein, COO | 1500 North Halsted Street | 2nd Floor | Chicago | IL | 60642 | |
| Valley View Owner, LLC | c/o JLL Industrial Property Management | 2401 Cedar Springs Rd, Suite 100 - IPM | | | Dallas | TX | 75201 | |
| Valley View Owner, LLC | c/o KKR | Asset Management | 600 Travis Street | Suite 7200 | Houston | TX | 77002 | |
| WAMOS AIR, S.A. | | Calle Mahonia n. 2, 6a Planta | | | Madrid | | 28043 | Spain |
| Waste Connections Lone Star, Inc. | | 3 Waterway Square Place | Suite 110 | | The Woodlands | TX | 77380 | |
| Waste Connections Lone Star, Inc. | | P.O. Box 162479 | | | FortWorth | TX | 76161-2479 | |
| Waste Management of Minnesota | | 800 Capitol St | Suite 3000 | | Houston | TX | 77002 | |
| Waste Management of Minnesota | | P.O. Box 3020 | | | Monroe | WI | 53566-8320 | |
| Waste Management of Texas, Inc. | | 800 Capitol St | Suite 3000 | | Houston | TX | 77002 | |
| Waste Management of Texas, Inc. | | P.O. Box 3020 | | | Monroe | WI | 53566-8320 | |
| Wright Flood | | 801 94th Ave. North | | | St. Petersburg | FL | 33702 | |
| Yabora Industria Aeronautica S.A. | Ricardo Duarte da Silva | Avenida Brigadeiro Faria Lima, 2170 Putim | | | Sao Jose dos Campos | Sao Paulo | 12227-901 | Brazil |
| Yabora Industria Aeronautica S.A. | Wodson Puosso de Castro | Avenida Brigadeiro Faria Lima, 2170 Putim | | | Sao Jose dos Campos | Sao Paulo | 12227-901 | Brazil |
| ZOHO Corporation | | PO Box 894926 | | | Los Angeles | CA | 90189-4926 | |
| Zurich American Insurance Company | Zurich Colombia Seguros SA | Calle 116 # 7-15 | Edificio Cusezar - Oficina 1401 | | Bogota | | 110111 | Colombia |
| Zurich American Insurance Company | | Deutzer Allee 1 | | | Koln | | 50679 | Germany |
| Zurich American Insurance Company | | 1299 Zurich Way | | | Schaumburg | IL | 60196 | |