**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AVENGER FLIGHT GROUP, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-10183 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS[2] SCHEDULED FOR
HEARING ON MARCH 24, 2026 AT 3:00 P.M. (EASTERN TIME)**

**This hearing will be conducted by Zoom.  Parties and witnesses are permitted, but not required, to appear in person. The Court has no preference.**

**To attend the hearing remotely, please register using the ecourt appearances tool on the court's website at www.deb.uscourts.gov or click the below link:
https://ecf.deb.uscourts.gov/cgi-bin/nysbappearances.pl.**

**Parties are required to register for the hearing no later than 4:00 P.M. (prevailing Eastern Time) the business day before the hearing. You must use your full name when logging into zoom or you will not be allowed into the meeting.**

**After registering your appearance, you will receive a confirmation email. Zoom information will be sent out prior to the hearing.**

---

[1]  The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL  33315.

[2]  All motions and other pleadings referenced herein are available online at the following web address: www.veritaglobal.net/AvengerFG.

**RESOLVED/WITHDRAWN MATTERS**

1.    Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [Filed: 3/3/26] (Docket No. 112)

Response Deadline:  March 17, 2026, at 4:00 p.m. Eastern Time

Responses Received:  Informal comments from the U.S. Trustee.

Related Documents:

(a)    Certification of Counsel Regarding Revised Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [Filed: 3/18/26] (Docket No. 170)

(b)    Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [Filed 3/19/26] (Docket No. 175)

Status:  An order was entered.  No hearing is necessary.

2.    Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date [Filed: 3/3/26] (Docket No. 113)

Response Deadline:  March 17, 2026, at 4:00 p.m. Eastern Time

Responses Received:  Informal comments from the U.S. Trustee.

Related Documents:

(a)    Certification of Counsel Regarding Revised Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date [Filed: 3/18/26] (Docket No. 169)

(b)    Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date [Filed: 3/19/26] (Docket No. 178)

Status:  An order was entered.  No hearing is necessary.

3.    Debtors' Application for an Order Authorizing the Debtors to Retain and Employ Seabury Aviation Partners, LLC as Investment Banker to the Debtors Effective as of the Petition Date and Waiving Certain Time-Keeping Requirements [Filed: 3/3/26] (Docket No. 114)

Response Deadline:  March 17, 2026, at 4:00 p.m. Eastern Time

Responses Received:  None.

Related Documents:

(a)    Certification of Counsel Regarding Revised Order Authorizing The Debtors to Retain and Employ Seabury Aviation Partners LLC and Seabury Securities LLC as Investment Banker to the Debtors Effective as of the Petition Date and Waiving Certain Time-Keeping Requirements[Filed: 3/18/26] (Docket No. 172)

(b)    Order Authorizing the Debtors to Retain and Employ Seabury Aviation Partners LLC and Seabury Securities LLC as Investment Banker to the Debtors Effective as of the Petition Date and Waiving Certain Time-Keeping Requirements [Filed: 3/19/26] (Docket No. 177)

Status:  An order was entered.  No hearing is necessary.

4.    Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Holland & Knight LLP as Special Aviation Counsel Effective as of the Petition Date and (B) Granting Related Relief [Filed: 3/3/26] (Docket No. 117)

Response Deadline:  March 17, 2026, at 4:00 p.m. Eastern Time

Responses Received:  Informal comments from the U.S. Trustee.

Related Documents:

(a)    Certification of Counsel Regarding Revised Order Under 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of Holland & Knight LLP as Special Aviation Counsel for the Debtors Effective as of the Petition Date [Filed: 3/18/26] (Docket No. 171)

(b)    Order Under 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of Holland & Knight LLP as Special Aviation Counsel for the Debtors Effective as of the Petition Date [Filed: 3/19/26] (Docket No. 176)

Status:  An order was entered.  No hearing is necessary.

5.    Debtors' Motion for Entry of an Order Authorizing the Retention and Employment of SierraConstellation Partners to Provide Chief Restructuring Officer, Deputy Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date [Filed: 3/3/26] (Docket No. 115)

Response Deadline:  March 17, 2026, at 4:00 p.m. Eastern Time (Extended for the U.S. Trustee)

Responses Received:  None.

Status:  The Debtors will withdraw the Motion. No hearing is necessary.

6.   Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 3/3/26] (Docket No. 116)

Response Deadline:  March 17, 2026, at 4:00 p.m. Eastern Time

Responses Received:  None.

Related Documents:

(a)   Certification of Counsel Regarding Revised Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 3/19/26] (Docket No. 180)

(b)   Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 3/20/26] (Docket No. 181)

Status:  An order was entered.  No hearing is necessary.

7.   Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for Filing of Proofs of Claim by Governmental Units; (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims; (IV) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date; (V) Approving the Form of and Manner for Filing Proofs of Claim; (VI) Approving a Notice of Bar Dates; and (VII) Granting Related Relief [Filed: 3/10/26] (Docket No. 152)

Response Deadline:  March 17, 2026, at 4:00 p.m. Eastern Time

Responses Received:  None.

Related Documents:

(a)   Certification of Counsel Regarding Revised Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 3/19/26] (Docket No. 179)

(b)   Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units; (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims; (IV) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date; (V) Approving the Form of and Manner for Filing Proofs of Claim; (VI) Approving a Notice of Bar Dates; and (VII) Granting Related Relief [Filed: 3/20/26] (Docket No. 182)

Status:  An order was entered.  No hearing is necessary.

Dated:   March 20, 2026           **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*

Richard M. Pachulski, Esq. (admitted *pro hac vice*)
Mary F. Caloway, Esq. (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:     (302) 652-4100
Facsimile:     (302) 652 4400
Email:         rpachulski@pszjlaw.com
               mcaloway@pszjlaw.com

- and -

Gregory V. Demo, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:     (212) 561-7700
Facsimile:     (212) 561-7777
Email:         gdemo@pszjlaw.com
               cmackle@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*