**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF THE NOTICE OF DEADLINES FOR THE FILING OF:
(I) PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENT PURSUANT TO
SECTION 503(B)(9) OF THE BANKRUPTCY CODE; (II) ADMINISTRATIVE CLAIMS;
AND (III) REJECTION DAMAGES CLAIMS IN THE NEW YORK TIMES**

This Affidavit of Publication includes the sworn statements verifying that the Notice of Deadlines for the Filing of: (I) Proofs of Claim, Including Requests for Payment Pursuant to Section 503(b)(9) of the Bankruptcy Code; (II) Administrative Claims; and (III) Rejection Damages Claims was Published and Incorporated by reference herein as follows:

1. In *The New York Times* on March 26, 2026, attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

# Exhibit A



The New York Times
Company

620 8th Avenue
New York, NY 10018
nytimes.com

## PROOF OF PUBLICATION

March 26, 2026

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

3/26/2026, NY/NATL, pg B5





ROWENA SORIANO
NOTARY PUBLIC
REG. # 00351915
MY COMMISSION
EXPIRES
06302029
COMMONWEALTH OF VIRGINIA

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: AVENGER FLIGHT GROUP, LLC, *et al.*, Debtors.[1] ) Chapter 11 ) Case No. 26-10183 (MFW) ) (Jointly Administered)

**NOTICE OF DEADLINES FOR THE FILING OF: (I) PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENT PURSUANT TO SECTION 503(b)(9) OF THE BANKRUPTCY CODE; (II) ADMINISTRATIVE CLAIMS; AND (III) REJECTION DAMAGES CLAIMS**

**THE CLAIMS BAR DATE AND ADMINISTRATIVE CLAIM BAR DATE ARE MAY 4, 2026, AT 5:00 P.M. EASTERN TIME. THE GOVERNMENTAL BAR DATE IS AUGUST 11, 2026, AT 5:00 P.M. EASTERN TIME.**

PLEASE TAKE NOTICE OF THE FOLLOWING:

*Deadlines for Filing Proofs of Claim and Administrative Claims Arising Prior to the Administrative Claim Deadline.* On March 20, 2026, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (Docket No. 182) (the "Bar Date Order") establishing certain dates by which parties holding prepetition claims against the above-captioned debtors and debtors in possession (collectively, the "Debtors") must file: (a) proofs of claim ("Proofs of Claim"), including claims by governmental units, claims arising under section 503(b)(9) of the Bankruptcy Code,[2] and Rejection Damages Claims; and (b) requests for payment of Administrative Claims (as defined herein) arising on or prior to the Administrative Claims Deadline (as defined herein) in the Debtors' Chapter 11 Cases.

*The Bar Dates.* Pursuant to the Bar Date Order, *all* entities (except governmental units), including individuals, partnerships, corporations, joint ventures, estates, and trusts, who have a claim or potential claim against the Debtors that arose or is deemed to have arisen prior to February 11, 2026, no matter how remote or contingent such right to payment or equitable remedy may be, *including* requests for payment under section 503(b)(9) of the Bankruptcy Code, MUST FILE A PROOF OF CLAIM on or before **May 4, 2026, at 5:00 p.m. prevailing Eastern Time** (the "Claims Bar Date"). Governmental units who have a claim or potential claim against the Debtors that arose or is deemed to have arisen prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **August 11, 2026, at 5:00 p.m. prevailing Eastern Time** (the "Governmental Bar Date").

*Administrative Claims Bar Date.* Parties asserting Administrative Claims against the Debtors' estates arising or deemed to have arisen on or prior to April 14, 2026 (the "Administrative Claims Deadline") (but excluding claims for fees and expenses of professionals retained in these proceedings and claims asserting priority pursuant to section 503(b)(9) of the Bankruptcy Code) are required to file a request for payment of such Administrative Claims (as defined herein) arising on or prior to the Administrative Claims Deadline with the Court on or before **May 4, 2026, at 5:00 p.m. prevailing Eastern Time** (the "Administrative Claims Bar Date").

*Amended Schedules Bar Date.* All parties asserting claims against the Debtors' estates that are affected by a previously unfiled Schedule, or an amendment or supplement to the Schedules, are required to file Proofs of Claim by **the later of: (a) the Claims Bar Date or the Governmental Bar Date, as applicable; or (b) 5:00 p.m. prevailing Eastern Time on the date that is thirty (30) days from the date on which the Debtors provide notice of a previously unfiled Schedule, or an amendment or supplement to the Schedules** (the "Amended Schedules Bar Date").

*Rejection Damages Bar Date.* All parties asserting claims against the Debtors' estates arising from the Debtors' rejection of an executory contract or unexpired lease must file a Proof of Claim by **the later of: (a) the Claims Bar Date or the Governmental Bar Date, as applicable; (b) 5:00 p.m. prevailing Eastern Time on the date that is thirty (30) days following entry of an order approving such rejection** (the "Rejection Damages Bar Date").

ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM, INCLUDING ANY REQUEST FOR PAYMENT UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, OR WHO FAILS TO FILE WITH THE COURT AN ADMINISTRATIVE CLAIM ARISING OR DEEMED TO HAVE ARISEN ON OR BEFORE THE APPLICABLE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN.

*Filing a Proof of Claim.* Each Proof of Claim must be filed, including supporting documentation, so as to be *actually received* by Verita on or before the applicable Bar Date (**Postmarked dates will not be acceptable**) or, where applicable, on or before any other bar date established by order of the Court, either: (1) electronically at https://www.veritaglobal.net/AvengerFG; or (2) by first-class or overnight U.S. mail, or by other hand delivery system, at the following address: **Avenger Claims Processing Center, c/o KCC dba Verita, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245.**

*Contents of Proofs of Claim.* Each Proof of Claim must: (i) be written in English; (ii) include a claim amount denominated in United States dollars; (iii) conform substantially with the Proof of Claim Form provided by the Debtors or Official Form 410; and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant.

*Section 503(b)(9) Requests for Payment.* Any Proof of Claim asserting a claim entitled to priority under section 503(b)(9) must also: (i) include the value of the goods delivered to and received by the Debtors in the twenty (20) days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which the section 503(b)(9) claim is being asserted; and (iii) attach documentation of any reclamation demand made to the Debtors under section 546(c) of the Bankruptcy Code (if applicable).

*Section 507(a)(7) Claim.* Any Proof of Claim asserting a customer deposit claim entitled to priority under section 507(a)(7) must also include the total value of the deposit paid prior to the Petition Date and attach documentation supporting proof of the purchase.

*Additional Information.* If you require additional information regarding the filing of a proof of claim, you may contact the Debtors' notice and claims agent, Verita, directly by writing to: 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245 , or by contacting the Debtors' information line at (877) 725-7534 (U.S./Canada) or +1 (424) 236-7243 (International), or by submitting an inquiry at https://www.veritaglobal.net/avengerfg/inquiry.

*Claim Against Multiple Debtor Entities.* Unless otherwise ordered by the Court, each Proof of Claim must state a claim against *only one* Debtor and clearly indicate the Debtor against which the claim is asserted. To the extent that more than one Debtor is listed on the Proof of Claim, such claim may be treated as if filed only against the first-listed Debtor.

*Supporting Documentation.* Each Proof of Claim must include supporting documentation in accordance with Bankruptcy Rules 3001(c) and (d). However, if such documentation is voluminous, such Proof of Claim may include a summary of such documentation or an explanation as to why such documentation is not available; *provided* that any creditor that includes a summary shall be required to transmit such documentation to the Debtors' counsel upon request no later than ten days from the date of such request.

*Receipt of Service.* Claimants wishing to receive acknowledgment that their Proofs of Claim were received by Verita must submit: (i) a copy of the Proof of Claim Form (in addition to the original Proof of Claim Form sent to Verita); and (ii) a self-addressed, stamped envelope. Dated: March 24, 2026, **PACHULSKI STANG ZIEHL & JONES LLP,** /s/ *Mary F. Caloway*, Richard M. Pachulski, Esq. (admitted *pro hac vice*), Mary F. Caloway, Esq. (DE Bar No. 3059), 919 North Market Street, 17th Floor, Wilmington, DE 19801, Telephone: (302) 652-4100, Facsimile: (302) 652-4400, Email: rpachulski@pszjlaw.com, mcaloway@pszjlaw.com -and- Gregory V. Demo, Esq. (admitted *pro hac vice*), Cia H. Mackle, Esq. (admitted *pro hac vice*), 1700 Broadway, 36th Floor, New York, NY 10019, Telephone: (212) 561-7700, Facsimile: (212) 561-7777, Email: gdemo@pszjlaw.com, cmackle@pszjlaw.com, *Counsel to the Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EIU Operations Corp. (9406); AFG FLI, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V. (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is: Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

[2] References to section 503(b)(9) claims refer to claims on account of "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business," as set forth in section 503(b)(9) of the Bankruptcy Code.

## MEDIA

# Ex-Google Executive Takes Helm Of the BBC

### By STEPHEN CASTLE

LONDON — The former head of Google in Europe, Matt Brittin, has been named as the new leader of the BBC, taking the role at a time of immense challenge for the British public service broadcaster.

The BBC said in a statement on Wednesday that Mr. Brittin would start the role on May 18, following the departure of the director general, Tim Davie.

Mr. Davie announced his resignation in November amid a storm of public criticism over a BBC documentary about President Trump, one of a number of crises he managed during his time in the job.

In December, Mr. Trump sued the BBC for $10 billion over the editing of the 2024 documentary, "Trump: A Second Chance?" that the British broadcaster acknowledged had left the "mistaken impression" that he directly called for violent action before the storming of the U.S. Capitol.

The BBC is fighting the lawsuit, rejecting claims that Mr. Trump had reason to sue or that the error was evidence of a fundamental bias in the broadcaster's news reporting. It recently urged a court in Florida to dismiss the case on the basis that the documentary never aired in the U.S.

With about 21,000 employees, the BBC is one of the world's leading public service broadcasters and produces a huge range of material, from news and sports to drama and entertainment.

Its funding comes primarily from a license fee paid by Britons who watch TV, supplemented by commercial revenue.

Along with a salary of £565,000, the position of director general has a formidable to do list. Mr. Brittin, 57, arrives from a technology background rather than a broadcast one. The BBC board will hope that is a strength at a time when the broadcaster is competing for attention with digital platforms, including YouTube, which is owned by Google's parent company.

The rapid shift of audiences to online video platforms has threatened to undermine support for the BBC's current funding model, which effectively compels some who do not consume much of its output to contribute to its financing. In a significant move, the BBC announced a deal to produce content for YouTube earlier this year.

"This is a moment of real risk, yet also real opportunity," Mr. Brittin said in a statement. "The BBC needs the pace and energy to be both where stories are, and where audiences are. To build on the reach, trust and creative strengths today, confront challenges with courage, and thrive as a public service fit for the future."

His appointment also comes at a critical time: The royal charter under which the BBC operates, and which sets out its mission and governance, will expire at the end of 2027.

In 2007, Mr. Brittin joined Google and, in 2014, he became president of its operations in Europe, the Middle East and Africa.

After 18 years at the technology company, Mr. Brittin announced last year that he was taking a break, explaining in a social media post that he wanted to indulge his passion for learning and trying new things.

On Wednesday his tone was more businesslike. "I can't wait to start this work," he said.



The betting site Polymarket, valued at over $9 billion last year, has been credited for accurately predicting what happens in sports, politics and culture.

SCOTT OLSON/GETTY IMAGES

**Polymarket** @polymarket
Jeff Bezos advises aspiring Gen Z entrepreneurs to start at real world jobs like McDonalds or Palantir before starting a business.
9:26 AM · Jan 22, 2026 · **5.5M views**

**Polymarket** @polymarket
BREAKING: Venezuelan Vice President, Delcy Rodriguez, has reportedly fled to Russia.
11:13 AM · Jan 3, 2026 · **2.5M views**

**Polymarket** @polymarket
JUST IN: It has been revealed the phone number for Minnesota's "Sweet Angel Child Care" goes directly to the office of Governor Tim Walz.
8:13 AM · Dec. 29, 2025 · **2.9M views**

Polymarket's social media feeds included false posts about Jeff Bezos and the Venezuelan leader Delcy Rodriguez and a misleading post about Tim Walz, Minnesota's Democratic governor, who ran for vice president in 2024.

# Polymarket Pitches Truth but Amplifies Falsehoods

FROM FIRST BUSINESS PAGE

company expands in the United States — and into consequential topics about American politics — its missteps can have serious ramifications.

Its posts, presented as authoritative news, have reverberated across the internet and fanned misunderstandings. In one post, Polymarket implied that Zohran Mamdani, then running to be New York City's mayor, would win the election with the help of rigged ballots where his name appeared multiple times, contributing to a widespread and misleading conspiracy theory that he was cheating.

Polymarket omitted a necessary detail: Candidates' names commonly appear many times on ballots in New York City elections because they can be represented by multiple parties.

Once an obscure corner of the internet, prediction markets — like Polymarket and its rival company Kalshi — have recently become more prominent. Some of the sites generate revenue by collecting fees on "event contracts," which are bets on whether something will occur, from who will win a basketball game to whether the United States will invade Cuba. (Polymarket, which has raised billions of dollars from investors, does not charge fees on most of its contracts.)

Polymarket's social feeds are filled with jokes and news updates often related to such events, typically with links pushing users to its website, where they can place bids.

"What happens, even if it's false, is that it moves markets on their platform, and then they post about it again," said Steve Herman, who runs a journalism center at the University of Mississippi. "It's a perverse incentive loop."

Polymarket and Kalshi often cast themselves as tools for truthseeking by supposedly removing subjectivity, focusing instead on concrete outcomes sometimes backed by millions of users. To buttress their claims, the sites have struck promotional and data-sharing contracts with groups like The Associated Press, CNN and Major League Baseball.

But "unlike real mainstream journalism, there's no accountability" with prediction markets, Mr. Herman said. "How do you ascertain something is being pushed for profit or political advantage?"

In a statement, Polymarket said its social media operated like a "modern digital newsroom" that responded to breaking news using "a voice that resonates with our community." The company did not respond to questions about specific falsehoods posted to its social media.

"We've had users reach out to let us know they rely on Polymarket to make decisions about their personal safety, and they're tracking our social media accounts and markets themselves for real-time information," the company said.

In 2024, Shayne Coplan, Polymarket's chief executive, said the website would begin "actually solving misinformation" after it forged a partnership with Elon Musk's X. The deal allowed Polymarket to use conversations from X and analysis by Grok, Mr. Musk's artificial intelligence chatbot, to help explain movements that were happening around a specific event.

"The two top truth seeking apps on the internet are stronger together," Mr. Coplan posted after the partnership was announced. "Welcome to News 2.0."

But Polymarket's posts have irked some users, who have called them frustrating or manipulative, especially if faulty information motivates people to place bets on the site.

"Sometimes it feels like they're just leading people to slaughter with their tweets," said Logan Sudeith, a 26-year-old trader in Atlanta who has used Polymarket and Kalshi.

Founded in 2020, Polymarket has long operated in a legal gray area. In 2022, U.S. regulators fined it $1.4 million for not registering as a "designated contract market." It exploded in popularity during the 2024 election, when it was widely credited with predicting President Trump's victory.

Last year, Polymarket registered to operate in the United States, and it now offers U.S. users the ability to place bets on sports events. Customers on the site's international platform can bet on a wider array of topics, from the date of Taylor Swift's wedding to the fate of the Iranian government.

As Polymarket expanded, its social media feeds followed suit with newsy posts that may be innocuous in the sports world but can hold greater weight in the nation's politics.

**Polymarket** @polymarket
BREAKING:
Iranian Regime security forces have lost nearly all control of Iran's:
- Capital city, Tehran
- 2nd-largest city, Mashhad
- 5th-largest city, Shiraz
7:33 PM · Jan. 9, 2026 · **6.9M views**

Iranian authorities were still patrolling streets, blocking phone calls and restricting internet access.

**Polymarket** @polymarket
BREAKING: Epstein list odds updated...it's not looking good for these ppl
#1 – Ehud Barak (72%)
#2 – Bill Gates (70%)
#3 – Prince Andrew (66%)
#4 – Bill Clinton (63%)
#5 – David Copperfield (58%)
#6 – Alan Dershowitz (41%)
#7 – Stephen Hawking (39%)
Who are you expecting to see?
12:49 PM · Feb 23, 2025 · **1M views**

The files related to the Jeffrey Epstein investigation do not solely contain "perpetrators" of crimes.

Polymarket's account on X has, for instance, repeatedly described certain celebrities and politicians as "suspects" on a supposed "perp list" related to the investigation of Jeffrey Epstein, the disgraced financier who was charged with sex trafficking before dying by suicide in 2019.

"It's not looking good for these ppl," the account wrote last year, naming people like Stephen Hawking, the theoretical physicist. Some people whom Polymarket named over several months, including the news anchor Anderson Cooper, were not included in the Epstein files or were included only incidentally.

lis without coordinating with local law enforcement. "I don't think any governor in history has had to fight a war against the federal government every single day," he said. He did not respond to a request for comment.

Polymarket's X account has also posted repeatedly about Ilhan Omar, a Democratic representative for Minnesota, who has faced racist and Islamophobic attacks as a Muslim member of Congress. In January, she was physically assaulted while speaking at an event in Minneapolis.

Polymarket posted about Ms. Omar's finances, echoing a misleading claim popular among far-right influencers that her personal net worth surged despite a low congressional salary. (In congressional reports, her net worth was combined with that of her husband, who owns several companies. Ms. Omar did not respond to requests for comment.)

The day after the attack on Ms. Omar, Polymarket posted about her again on X, sharing a link to its website where people could place bets on a conspiracy theory that was gaining traction online.

"NEW POLYMARKET," the account announced using a red siren emoji. "Ilhan Omar town hall attack staged?"

Polymarket's X account has also waded into foreign policy issues, offering updates — usually accompanied by the word "BREAKING" — that were sometimes misleading. When antigovernment protests swept Iran in January, the site's X account posted that the Iranian regime had "lost nearly all control" of Tehran and two other large cities.

In reality, the Iranian authorities were patrolling city streets, blocking phone calls, restricting internet access and killing protesters.

Polymarket has also posted dozens of times about Minneapolis, which was at the center of protests against Mr. Trump's immigration crackdown.

After Renee Good, a protester, was shot and killed by an immigration agent in Minneapolis in January, Polymarket wrote that Mr. Walz had "declared war" on the federal government. That caused an uproar, with users claiming that Mr. Walz's comments could ignite a civil war. Some said Mr. Trump should invoke the Insurrection Act and send the military into the state.

In fact, Mr. Walz had spoken about how the federal government had surged into Minneapo-

**Polymarket** @polymarket
JUST IN: It has been revealed Ilhan Omar's net worth grew from negative $45k in 2019 to $30 million this year — despite her salary being just $174k/year.
10:31 PM · Dec. 29, 2026 · **8.7M views**

Ilhan Omar's net worth was combined with that of her husband. He owns several companies.

---

# New York Times Accuses Pentagon Of Defying Ruling on Press Limits

### By ERIK WEMPLE

WASHINGTON — The New York Times accused the Defense Department on Tuesday of defying a federal court ruling that had declared major parts of the department's press rules unconstitutional.

The company said in a legal filing that the department sought to fashion an "end run" when it issued revised media rules on Monday.

The revised policy, The Times said, was "nothing more than a thinly veiled attempt to flout this court's ruling and prevent journalists and news organizations whose editorial viewpoints defendants dislike from engaging in independent, protected news gathering and reporting at the Pentagon."

The Pentagon did not immediately respond to a request for comment.

The filing from The Times is the latest salvo in a dispute reaching back to October, when the Pentagon issued new rules on journalists covering the military, leading to a walkout of journalists from traditional news outlets who refused to sign the policy. The Times sued the Pentagon in December, arguing that the restrictions violated the First and Fifth Amendments. Judge Paul Friedman of the U.S. District Court for the District of Columbia sided with The Times on Friday.

On Monday, the department issued a revised set of restrictions that it said responded to the judge's concerns. It also announced that it would shut down the Pentagon workspace used for decades by journalists and relocate them to an annex on Pentagon grounds. Any visit to the Pentagon under the new rules requires an official escort. The Pentagon has also vowed to appeal Judge Friedman's ruling.

In his ruling, Judge Friedman ordered the Pentagon to reinstate the press passes of journalists at The Times. The Times said in the filing that its journalists had obtained the passes.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: AMERICAN SIGNATURE, INC., et al., Debtors.
Chapter 11
Case No. 25-12105 (JKS)
(Jointly Administered)

NOTICE OF DEADLINES FOR THE FILING OF: (I) PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENT PURSUANT TO SECTION 503(b)(9) OF THE BANKRUPTCY CODE; (II) ADMINISTRATIVE CLAIMS; AND (III) REJECTION DAMAGES CLAIMS
THE CLAIMS BAR DATE IS MAY 21, 2026.
THE GOVERNMENTAL BAR DATE IS MAY 21, 2026.

[legal notice text continues]

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: AVENGER FLIGHT GROUP, LLC, et al., Debtors.
Chapter 11
Case No. 26-10183 (MFW)
(Jointly Administered)

NOTICE OF DEADLINES FOR THE FILING OF: (I) PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENT PURSUANT TO SECTION 503(b)(9) OF THE BANKRUPTCY CODE; (II) ADMINISTRATIVE CLAIMS; AND (III) REJECTION DAMAGES CLAIMS
THE CLAIMS BAR DATE AND ADMINISTRATIVE CLAIM BAR DATE ARE MAY 4, 2026, AT 5:00 P.M. EASTERN TIME.
THE GOVERNMENTAL BAR DATE IS AUGUST 11, 2026, AT 5:00 P.M. EASTERN TIME.

[legal notice text continues]