**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
AVENGER FLIGHT GROUP, LLC CASE NO. 26-10183**

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | ) Case No. 26-10183 (MFW) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Avenger Flight Group, LLC and its affiliated debtors and debtors in possession (each, a "**Debtor**" and collectively, the "**Debtors**") are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**," and collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**," and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements and errors or omissions may exist.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

4908-2627-0103.4 05863.00002

The Debtors reserve their right to amend the Schedules and Statements from time-to-time as may be necessary or appropriate; provided that the Debtors, their agents, and their advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law. Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.

A.    **Global Notes and Overview of Methodology**

1.    **Description of the Chapter 11 Cases**. On February 11 and 12, 2026 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  On February 13, 2026, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 54]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

2.    **Basis of Presentation**. For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include information for the Debtors and their non-Debtor affiliates. The Schedules and Statements are unaudited and are the result of the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles in the United States ("**GAAP**"). Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.  The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard. Given, among other things, the uncertainty surrounding the collection,

ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

3.      **Reporting Date**. Unless otherwise noted in specific responses, the Schedules and Statements reflect the Debtors' books and records as of the close of business on February 11, 2026, or the latest available record date before then.  The Debtors' liability data is as of the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

4.      **Current Values**. In many instances, current market valuations are not maintained by, nor readily available to, the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of the Petition Date, are presented for all assets. Market values may vary, sometimes materially, from net book values. When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

5.      **Intercompany Claims**. Receivables and payables among and between the Debtors and (i) other Debtors or (ii) their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records. As described more fully in the *Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Authorizing Maintenance of Corporate Credit Card Program; and (E) Granting Related Relief* [Docket No. 10] (the "**Cash Management Motion**"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "**Cash Management System**"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "**Intercompany Transactions**") in the ordinary course of business, which resulted in intercompany receivables and payables (the "**Intercompany Claims**"). The Debtors maintain records of the Intercompany Claims and Intercompany Transactions. Intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances

as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes. Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted per the Debtors' books and records. Such treatment is not, and should not be construed as, an admission of the amount and/or validity of any such intercompany receivables and payables or the validity of any netting or offset per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a Claim, an Interest, or not all allowed at all. In addition, certain of the Debtors act on behalf of other Debtors. Reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

6.      **Confidentiality**. There may be instances when personal information was not included or was redacted due to the nature of an agreement between a Debtor and a third party or concerns or to protect the privacy of an individual. Pursuant to the *Order (I) Authorizing the Debtors to (A) File A Consolidated List of the Debtors' Thirty Largest Creditors, and (B) Redact Certain Personally Identifiable Information for Individual Creditors; (II) Approving the Notice of Commencement and Service Thereof; and (III) Granting Related Relief* [Docket No. 57], the Debtors are authorized to redact personally identifiable information from their Schedules and Statements.

7.      **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared.

8.      **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

9.      **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

10.      **Insiders.**   For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code.  Persons listed as "insiders" have

been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to:  (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.

11.    **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

12.    **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

13.    **Payment of Prepetition Claims Pursuant to First Day Orders**. The Debtors received authority to pay certain outstanding prepetition claims pursuant to orders entered by the Bankruptcy Court after the initial hearing in these cases (collectively, the "**First Day Orders**"). As such, outstanding liabilities may have been reduced by any Court-approved, postpetition payments made on prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements, unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

14.    **Other Paid Claims**. Certain claims settled postpetition are not listed in the Schedules and Statements, unless otherwise indicated. If the Debtors have reached any other postpetition settlement with a vendor or other creditor for a claim that is listed in the Schedules and Statements, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties.

15.    **Debtors' Reservation of Rights**. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including the following:

     a.  Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.  The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, the executory nature of the agreement under section 365 of the Bankruptcy Code, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or agreement pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d.  In the ordinary course of their businesses, the Debtors leased equipment and other assets from certain third-party lessors for use in their daily operations. The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Except as otherwise noted herein, the property subject to any such lease is not reflected in Schedule A/B as either owned property or an asset of the Debtors, and neither is such property or assets of third parties within the control of the Debtors Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

e.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

f.  Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases

identified in the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

g.  The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.  The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. If such Guarantees have been identified, they are included in the relevant Schedules and Statements. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements if additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

16.     **Global Notes Control**. If the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

B.      **Specific Notes for Schedules**

1.      **Schedule A/B.**

a.  **A/B.3**. The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflects the ending cash balance of such account as of the Petition Date.

b.  **A/B.7**. Deposits listed are potentially subject to offset by counterparty.

c.  **A/B. 50.**  The items listed in A/B 50 are primarily flight simulators (identified by FAA identification numbers and the Debtors' internal identification numbers) and related equipment.

d.  **A/B.70–77**. Despite exercising commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules. Regarding AB 73, Insurance Policies are listed in the *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor all Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies; (II) Authorizing Continuation of Insurance Premium Financing Agreement; and (III) Granting Related Relief* [Docket No. 8].

2.    **Schedule D**.  Certain of the claims listed on Schedule D, as well as the Guarantees of those claims listed on Schedule H, arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these dates are included for each such claim. To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred before the Petition Date. The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the  *Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552 and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 12] (the "**DIP Motion**") and the *Final Order (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [Docket No. 160] (the "**Final DIP Order**").  The Final DIP Order sets forth the relative lien priorities between certain parties holding liens on the same property.

Except as otherwise agreed to or stated pursuant to a stipulation or order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates and, subject to the foregoing limitations, note as follows:  (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the descriptions provided on Schedule D only are intended to be a summary; and (c) the Debtors have not included on Schedule D claims that were secured by property for which the collateral was not in the Debtors' possession as of the Petition Date.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals.  The Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases.  Therefore, certain of these liabilities are set forth in undetermined amounts and designated contingent, unliquidated, and disputed in order to preserve the right to dispute any purported obligation.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D.

The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.

3.      **Schedule E/F**

a.      **Part 1**.

Certain of the claims listed on Schedule E/F (Part 1) arose and were incurred on multiple dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these multiple dates are included for each such claim.

The liabilities listed on Schedule E/F (Part 1) do not reflect any analysis of such claims under sections 503 or 507 of the Bankruptcy Code. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 or 507 of the Bankruptcy Code.

Claims owing to various taxing authorities that were paid pursuant to First Day Orders are not included on Schedule E/F (Part 1).

The Debtors may pay additional claims listed on Schedule E/F during the chapter 11 cases pursuant to orders of the Bankruptcy Court, including the First Day Orders, and reserve all rights to update Schedule E/F to reflect such payments or deem such claims satisfied.

b.      **Part 2**.

The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff or recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date. Despite the Debtors' reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to First Day Orders and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claim. Additionally, Schedule E/F does not include any potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

4.      **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), review is ongoing and inadvertent errors, omissions or overinclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G. In addition, as described herein, certain nondisclosure agreements or other confidential information have been omitted, as well as certain short-term purchase and sales orders given their large number and transitory nature. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed on Schedule G. Executory agreements that are oral in nature have not been included in Schedule G. Certain of the Agreements listed on Schedule G may have been entered into on behalf of more than one of the Debtors.

5.      **Schedule H**. The Debtors are party to certain prepetition secured credit agreements which were executed by multiple Debtors. The obligations of guarantors under the prepetition secured credit agreements are noted on Schedule H for each individual debtor.  Furthermore, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors.

C.      **Specific Notes for Statements**

1.      **Statement 3**. The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from November 13, 2025 to February 10, 2026. The actual dates that cash cleared the Debtors' bank accounts may differ based on the form of payment. The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a time-consuming manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

2.      **Statement 7**. The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date. The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

3.      **Statement 11**. The Debtors have used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified in the Debtors' response to Statement 11. Additional information regarding the Debtors' retention of professional service firms is and will be more fully described in the individual retention applications for those firms and any related orders.

4. **Statement 26(d)**. Over the past two years, the Debtors have provided financial information, including their financial statements, to various parties in the ordinary course of business, including current or potential secured lenders, shareholders, and other interested parties. Some of the parties listed in the response to Statement 26(d) may have received financial information, but not necessarily financial statements.

**Fill in this information to identify the case:**

Debtor Name: In re : Avenger Flight Group, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 26-10183 (MFW)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

   Copy line 88 from *Schedule A/B* ...............................................................................................

   $ 0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B* .............................................................................................

   $ 28,544,633.90

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B* ...............................................................................................

   $ 28,544,633.90

## Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................................

   $ 338,225,214.34

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................................................

   $ 211,754.42

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .................................................

   + $ 23,701,101.92

4. **Total liabilities**

   Lines 2 + 3a + 3b ...................................................................................................................................

   $ 362,138,070.68

**Fill in this information to identify the case:**

Debtor Name: In re : Avenger Flight Group, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 26-10183 (MFW)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

2. **Cash on hand**

| 2.1 None | | | $ |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Citibank | Checking | 2575 | $ 92,683.72 |
| 3.2 City National Bank | Checking | 2896 | $ 0.00 |
| 3.3 City National Bank | Checking | 3942 | $ 665,324.93 |
| 3.4 City National Bank - Payroll | Checking | 6791 | $ 1,304.73 |
| 3.5 Oxford Commercial | Lockbox | 5837 | $ 20,342.75 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 CNB LC 12222 | $ 75,000.00 |
|---|---|
| 4.2 PSAGOT - Israel Escrow Account | $ 14,527,378.00 |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $ 15,382,034.13 |
   |---|

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 See Schedule A/B 7 Attachment | $ | 876,133.95 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 See Schedule A/B 8 Attachment | $ | 704,448.82 |
|---|---|---|

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $ | 1,580,582.77 |
|---|---|---|

Debtor: Avenger Flight Group, LLC _____    Case number *(if known):* 26-10183 _____

Name

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Accounts Receivable | $ 4,432,778.28 | - $ | 493,361.15 | =..... ➜ | $ 3,939,417.13 |
| 11b. | Over 90 days old: | Accounts Receivable | $ 19,103.69 | - $ | 19,103.69 | =..... ➜ | $ 0.00 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 3,939,417.13

Debtor: Avenger Flight Group, LLC
         _____
         Name

Case number *(if known):*  26-10183
                           _____

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐  No. Go to Part 5.

    ☑  Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | | |
| Name of fund or stock: | | | |
| 14.1  None | | | $ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| Name of entity: | % of ownership: | | |
| 15.1  See Schedule A/B 15 Attachment | | $ | Undetermined |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
| Describe: | | | |
| 16.1  None | | | $ |

17. **Total of Part 4.**

    Add lines 14 through 16. Copy the total to line 83.

    $ _____ 0.00

---

Debtor:  Avenger Flight Group, LLC
_____    Case number *(if known):*  26-10183
Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐  No. Go to Part 6.

☑  Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| 20. **Work in progress** | | | | |
| 20.1 None | | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1 None | | $ | | $ |
| 22. **Other inventory or supplies** | | | | |
| 22.1 Simulator parts | 1/7/2026 | $ 5,517,614.42 | Cost | $ 5,517,614.42 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 5,517,614.42

24. **Is any of the property listed in Part 5 perishable?**

☑  No

☐  Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐  No

☑  Yes.  Description Simulator parts   Book value $ 106,754.00   Valuation method Cost   Current value $ Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Description_____  Book value $ _____  Valuation method_____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*: 26-10183
_____

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐   No. Go to Part 8.

☑   Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1  Office Furniture | $ 109,019.67 | NBV | $ 109,019.67 |
| 40. **Office fixtures** | | | |
| 40.1  None | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Computers & Equipment | $ 88,386.33 | NBV | $ 88,386.33 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 197,406.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐   No

☑   Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑   No

☐   Yes

Debtor: Avenger Flight Group, LLC  Case number *(if known):* 26-10183
Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description — Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 None | $ | | $ |
|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 None | $ | | $ |
|---|---|---|---|

49. **Aircraft and accessories**

| 49.1 None | $ | | $ |
|---|---|---|---|

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1 See Schedule A/B 50 Attachment | $ 87,647,606.79 | | $ Undetermined |
|---|---|---|---|

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor:  Avenger Flight Group, LLC _____     Case number *(if known)*:  26-10183 _____
Name

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐  No. Go to Part 10.

☑  Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Schedule A/B 55 Attachment | | $            9,512,854.88 | | $        Undetermined |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$                0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐  No

☑  Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor: Avenger Flight Group, LLC _____      Case number *(if known)*:  26-10183
                Name

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐  No. Go to Part 11.

☑  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  See Schedule A/B 60 Attachment | $                  0.00 | | $              Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1  afgsim.com | $                  0.00 | | $              Undetermined |
| 61.2  afgsim.net | $                  0.00 | | $              Undetermined |
| 61.3  avengerflightgroup.com | $                  0.00 | | $              Undetermined |
| 61.4  Instagram: avengerflightgroup | $                  0.00 | | $              Undetermined |
| 61.5  LinkedIn: https://www.linkedin.com/company/avenger-flight-group-llc | $                  0.00 | | $              Undetermined |
| 61.6  YouTube: youtube.com/afgsim | $                  0.00 | | $              Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1  See Schedule A/B 62 Attachment | $                  0.00 | | $              Undetermined |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1  None | $ | | $ |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1  None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1  None | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$                  0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑  No

☐  Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑  No

☐  Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*   26-10183

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)       Total face amount       doubtful or uncollectible accounts

71.1 None       $ _____   - $ _____   =.....  ➔  $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 None       Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

73.1 See Global Notes       $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 Avenger Flight Group, LLC v. Flight Training International, Inc.,  Florida Circuit Court for the Eleventh Judicial Circuit, Case no. 2022-023354-CA-01       $ Undetermined

**Nature of claim**   Failure to pay for flight training sessions.

**Amount requested**   $ Undetermined

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None       $ _____

**Nature of claim** _____

**Amount requested**   $ _____

76. **Trusts, equitable or future interests in property**

76.1 None       $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 CAE vendor credit       $ 1,927,579.45

77.2 Intercompany receivables       $ Undetermined

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.       $ 1,927,579.45

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC _____ Case number *(if known)*: 26-10183 _____

Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 15,382,034.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,580,582.77 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,939,417.13 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 5,517,614.42 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 197,406.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 1,927,579.45 | |
| 91. **Total.** Add lines 80 through 90 for each column...............91a. | $ 28,544,633.90 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................... | | $ 28,544,633.90 |

**Fill in this information to identify the case:**

Debtor Name: In re : Avenger Flight Group, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 26-10183 (MFW)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1 **Creditor's name**

**Describe debtor's property that is subject to a lien**

City National Bank of Florida
Creditor's Name

Funded letter of credit for MSP building lease     $     75,000.00   $     75,000.00

**Creditor's mailing address**

**Describe the lien**

Notice Name
8790 NW 25th St.
Street

City National Bank of Florida  Acct. #x6277

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Miami     FL     33172
City     State     ZIP Code

Country

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H).

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   See Global Notes

   ☐ Yes. The relative priority of creditors is specified on lines

Debtor: Avenger Flight Group, LLC
_____     Case number *(if known)*:  26-10183
         Name

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

2.2 **Creditor's name**

Export Development Canada, as Security Trustee
Creditor's Name

**Creditor's mailing address**

Notice Name
150 Slater Street
Street

| Ottawa | ON | K1A 1K3 |
| City | State | ZIP Code |

Canada
Country

**Creditor's email address, if known**

_____

**Date debt was incurred**       _____

**Last 4 digits of account number**       _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    See Global Notes
    _____

  ☐ Yes. The relative priority of creditors is specified on lines

    _____

**Describe debtor's property that is subject to a lien**

| SIM A320-09 | $ 3,518,921.64 | $ Undetermined |

**Describe the lien**
Term Loan Guarantee

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

| Part 1: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.3 Creditor's name**

Export Development Canada, as Security Trustee

Creditor's Name

**Describe debtor's property that is subject to a lien**

SIM A320-15                           $        4,381,711.18    $        Undetermined

**Creditor's mailing address**

Notice Name

150 Slater Street

Street

**Describe the lien**

Term Loan Guarantee

**Is the creditor an insider or related party?**

☑ No

☐ Yes

| Ottawa | ON | K1A 1K3 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

See Global Notes

☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known)*:   26-10183

---

**Part 1:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.4 Creditor's name**

Nations Fund I, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

40 Danbury Road, 1st Fl

Street

| Wilton | CT | 06857 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    See Global Notes

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

B777 FTD XR400       $    129,546.00   $   Undetermined

**Describe the lien**

Simulator Finance Lease Guarantee

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

---

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          Page 4 of 13

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known)*: 26-10183

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.5 **Creditor's name**

Nations Fund I, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

40 Danbury Road, 1st Fl

Street

| Wilton | CT | 06857 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

   See Global Notes

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Flame/Fire Trainer

$ 131,807.00   $ Undetermined

**Describe the lien**

Simulator Finance Lease Guarantee

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

---

Official Form 206D     **Schedule D: Creditors Who Have Claims Secured by Property**    

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*   26-10183

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.6 **Creditor's name**

Nations Fund I, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

40 Danbury Road, 1st Fl

Street

| Wilton | CT | 06857 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐   No

☑   Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     See Global Notes

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Door Trainers

**Describe the lien**

Simulator Finance Lease Guarantee

**Is the creditor an insider or related party?**

☑   No

☐   Yes

**Is anyone else liable on this claim?**

☐   No

☑   Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑   Contingent

☑   Unliquidated

☐   Disputed

Column A: $ 57,798.00     Column B: $ Undetermined

Debtor: Avenger Flight Group, LLC

Case number *(if known):*  26-10183

Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.7 **Creditor's name**

Nations Fund I, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

40 Danbury Road, 1st Fl

Street

| Wilton | CT | 06857 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    See Global Notes

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

B767-02    $ 3,345,000.00    $ Undetermined

**Describe the lien**

Simulator Finance Lease Guarantee

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known)*: 26-10183

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.8 **Creditor's name**

**Describe debtor's property that is subject to a lien**

SIM-International Lease B.V.

Creditor's Name

SIM A320-17

$ 7,462,910.00    $    Undetermined

**Creditor's mailing address**

Attn Corporate Secretary

Notice Name

**Describe the lien**

Simulator Finance Lease Guarantee

Wattstraat 7a

Street

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Sassenheim             2171 TP

City        State        ZIP Code

Netherlands

Country

**Is anyone else liable on this claim?**

☐ No

**Creditor's email address, if known**

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

See Global Notes

☐ Yes. The relative priority of creditors is specified on lines

Debtor:  Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.9 **Creditor's name**

SIM-International Lease B.V.

Creditor's Name

**Describe debtor's property that is subject to a lien**

SIM A320-18

$    8,124,522.00    $    Undetermined

**Creditor's mailing address**

Attn Corporate Secretary

Notice Name

Wattstraat 7a

Street

**Describe the lien**

Simulator Finance Lease Guarantee

**Is the creditor an insider or related party?**

☑  No

☐  Yes

Sassenheim          2171 TP

City       State       ZIP Code

Netherlands

Country

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐  No

☑  Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☑  Contingent

☑  Unliquidated

☐  Disputed

**Do multiple creditors have an interest in the same property?**

☐   No

☑   Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

See Global Notes

☐ Yes. The relative priority of creditors is specified on lines

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known)*:   26-10183

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.10 **Creditor's name**

SIM-International Lease B.V.

Creditor's Name

**Describe debtor's property that is subject to a lien**

SIM A320-19

$   7,626,930.00   $   Undetermined

**Creditor's mailing address**

Attn Corporate Secretary

Notice Name

Wattstraat 7a

Street

**Describe the lien**

Simulator Finance Lease Guarantee

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Sassenheim            2171 TP

City        State        ZIP Code

Netherlands

Country

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

See Global Notes

☐ Yes. The relative priority of creditors is specified on lines

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*:    26-10183
_____

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

2.11 **Creditor's name**

SIM-International Lease B.V.
_____
Creditor's Name

**Creditor's mailing address**

Attn Corporate Secretary
_____
Notice Name

Wattstraat 7a
_____
Street

_____

Sassenheim _____ 2171 TP
_____
City        State        ZIP Code

Netherlands
_____
Country

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   See Global Notes
   _____

   ☐ Yes. The relative priority of creditors is specified on lines

   _____

**Describe debtor's property that is subject to a lien**

SIM A320-25                                    $   10,761,600.00    $    Undetermined
_____

**Describe the lien**

Simulator Finance Lease Guarantee
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

Debtor: Avenger Flight Group, LLC _____    Case number *(if known)*:    26-10183 _____

_____ Name _____

| Part 1: | Additional Page |

| | | Column A | Column B |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.12 Creditor's name**

Wilmington Trust, National Association, as Collateral Agent

**Describe debtor's property that is subject to a lien**

All Assets                                         $      292,609,468.52   $       Undetermined

Creditor's Name

**Creditor's mailing address**

**Describe the lien**

_____ Notice Name _____
Term Loan

50 South Sixth St., Suite 1290
Street

**Is the creditor an insider or related party?**

☑ No

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

☐ Yes

_____ Country _____

**Is anyone else liable on this claim?**

**Creditor's email address, if known**

☐ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

**Do multiple creditors have an interest in the same property?**

☐ Disputed

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    See Global Notes
    _____

  ☐ Yes. The relative priority of creditors is specified on lines

    _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $      338,225,214.34

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name

Notice Name

Street

City                    State                    ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Avenger Flight Group, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 26-10183 (MFW)

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐   No. Go to Part 2.

   ☑   Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

2.1 **Priority creditor's name and mailing address**

Alejandro Velazco
Creditor Name

As of the petition filing date, the claim is: $ 1,730.77    $ 1,730.77
*Check all that apply.*

☐   Contingent

Creditor's Notice name

☐   Unliquidated

☐   Disputed

Address on file
Address

**Basis for the claim:**

PTO

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐   No

**Specify Code subsection of PRIORITY unsecured**

☐   Yes

**claim:** 11 U.S.C. § 507(a) (4)

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.2 Priority creditor's name and mailing address**

Alex Soto
Creditor Name

Creditor's Notice name

Address on file
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 1,123.20   $ 1,123.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.3 Priority creditor's name and mailing address**

Allan Lewis
Creditor Name

Creditor's Notice name

Address on file
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 1,057.60   $ 1,057.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐ No

☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 2 of 92

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| 2.4 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 779.20 $ 779.20 |

Ana Ojeda
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

Address on file
Address

**Basis for the claim:**

PTO

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured**

☐ Yes

**claim:** 11 U.S.C. § 507(a) (4)

| 2.5 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 328.00 $ 328.00 |

Ana Sanchez
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

Address on file
Address

**Basis for the claim:**

PTO

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured**

☐ Yes

**claim:** 11 U.S.C. § 507(a) (4)

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 3 of 92

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

**2.6 Priority creditor's name and mailing address**

Andrea Aviles

Creditor Name

Creditor's Notice name

Address on file

Address

City                State                ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 220.00   $ 220.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.7 Priority creditor's name and mailing address**

Andres Restrepo

Creditor Name

Creditor's Notice name

Address on file

Address

City                State                ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 7,692.31   $ 7,692.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avenger Flight Group, LLC

_____
Name

Case number *(if known):*  26-10183
_____

**2.8** **Priority creditor's name and mailing address**

Andrew Drevensek
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ _____1,000.00   $ _____1,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**2.9** **Priority creditor's name and mailing address**

Andrew Fletcher
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ _____880.00   $ _____880.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 5 of 92

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*  26-10183
_____

**2.10** **Priority creditor's name and mailing address**

Angelica Sanchez
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City            State            ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ _____ 680.00   $ _____ 680.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.11** **Priority creditor's name and mailing address**

Anthony Tran
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City            State            ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ _____ 920.45   $ _____ 920.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*  26-10183

2.12 **Priority creditor's name and mailing address**

Armando Mazzotti
Creditor Name

Creditor's Notice name

Address on file
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 740.30   $ 740.30
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐  No

☐  Yes

2.13 **Priority creditor's name and mailing address**

Brenton Thomson
Creditor Name

Creditor's Notice name

Address on file
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 509.85   $ 509.85
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐  No

☐  Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 7 of 92

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*   26-10183
_____

**2.14 Priority creditor's name and mailing address**

Brooke Johnson
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City        State        ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $_____923.20  $_____923.20

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**2.15 Priority creditor's name and mailing address**

Calvin Garvey
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City        State        ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $_____1,738.56  $_____1,738.56

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*: 26-10183

| | |
|---|---|

**2.16 Priority creditor's name and mailing address**

Carlos Rodriguez
Creditor Name

_____
Creditor's Notice name

Address on file
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 1,192.40   $ 1,192.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.17 Priority creditor's name and mailing address**

Carlton Riales
Creditor Name

_____
Creditor's Notice name

Address on file
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 98.01   $ 98.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*  26-10183

2.18 **Priority creditor's name and mailing address**

Carter Utley

Creditor Name

Creditor's Notice name

Address on file

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $        79.32   $        79.32

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

2.19 **Priority creditor's name and mailing address**

Casey Rogers

Creditor Name

Creditor's Notice name

Address on file

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $        846.22   $        846.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

| | | |
|---|---|---|

2.20 **Priority creditor's name and mailing address**

Chadd King

Creditor Name

Creditor's Notice name

Address on file

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $                1,346.80   $                1,346.80

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐   No
☐   Yes

2.21 **Priority creditor's name and mailing address**

Christopher Coon

Creditor Name

Creditor's Notice name

Address on file

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $                1,282.42   $                1,282.42

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐   No
☐   Yes

Debtor: Avenger Flight Group, LLC     Case number *(if known):*   26-10183

—————————————————————————————

Name

**2.22 Priority creditor's name and mailing address**

Cody Bauernfeind

Creditor Name

Creditor's Notice name

Address on file

Address

_____ _____ _____
City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ([4](4))

**As of the petition filing date, the claim is:** $    572.04   $    572.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.23 Priority creditor's name and mailing address**

Colin Acey

Creditor Name

Creditor's Notice name

Address on file

Address

_____ _____ _____
City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ([4](4))

**As of the petition filing date, the claim is:** $    1,980.77   $    1,980.77

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*   26-10183
_____

**2.24** **Priority creditor's name and mailing address**

Dailey Fortune
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ([4](4))

**As of the petition filing date, the claim is:** $ _____ 500.00  $ _____ 500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**2.25** **Priority creditor's name and mailing address**

Daniel Fortino
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ([4](4))

**As of the petition filing date, the claim is:** $ _____ 1,584.62  $ _____ 1,584.62
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

2.26 **Priority creditor's name and mailing address**

Daniel Weichelt
Creditor Name

Creditor's Notice name

Address on file
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $               259.62   $               259.62
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐   No

☐   Yes

2.27 **Priority creditor's name and mailing address**

Diana Velasquez
Creditor Name

Creditor's Notice name

Address on file
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $               340.00   $               340.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐   No

☐   Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 14 of 92

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*: 26-10183
_____

**2.28 Priority creditor's name and mailing address**

Eduardo Carrasco
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City            State            ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 6,181.08   $ 6,181.08

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.29 Priority creditor's name and mailing address**

Elsa Gagnon
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City            State            ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 6,296.82   $ 6,296.82

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Official Form 206E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**       Page 15 of 92

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known)*: 26-10183

| | | | |
|---|---|---|---|
| 2.30 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,400.00 $ 2,400.00 | |

Emilio Saldana

Creditor Name

Creditor's Notice name

Address on file

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured**

☐ Yes

**claim:** 11 U.S.C. § 507(a) (4)

| | | | |
|---|---|---|---|
| 2.31 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 311.68 $ 311.68 | |

Estefania Torres

Creditor Name

Creditor's Notice name

Address on file

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured**

☐ Yes

**claim:** 11 U.S.C. § 507(a) (4)

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*   26-10183

---

**2.32 Priority creditor's name and mailing address**

Felicia Guizzo

Creditor Name

Creditor's Notice name

Address on file

Address

_____

City            State            ZIP Code

_____

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 829.90   $ 829.90

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐   No

☐   Yes

---

**2.33 Priority creditor's name and mailing address**

Heather Brown

Creditor Name

Creditor's Notice name

Address on file

Address

_____

City            State            ZIP Code

_____

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 2,843.08   $ 2,843.08

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐   No

☐   Yes

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              Page 17 of 92

Debtor: Avenger Flight Group, LLC
_____    Case number *(if known)*:   26-10183
Name

**2.34 Priority creditor's name and mailing address**

Ian Agrela
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $    1,030.00   $    1,030.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**
☐  No

☐  Yes

**2.35 Priority creditor's name and mailing address**

Isaac HamiltonThompson
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $    1,057.60   $    1,057.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**
☐  No

☐  Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):* 26-10183
_____

2.36 **Priority creditor's name and mailing address**

Israel Diaz
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City    State    ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 700.00   $ 700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**
☐ No

☐ Yes

---

2.37 **Priority creditor's name and mailing address**

Jaelyn Reyes
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City    State    ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 1,030.00   $ 1,030.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**
☐ No

☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

**2.38 Priority creditor's name and mailing address**

JAIRO ROSARIO

Creditor Name

Creditor's Notice name

Address on file

Address

City                State                ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 1,248.00   $ 1,248.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐   No

☐   Yes

**2.39 Priority creditor's name and mailing address**

Jamii McCloud

Creditor Name

Creditor's Notice name

Address on file

Address

City                State                ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 1,971.16   $ 1,971.16

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐   No

☐   Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*  26-10183
_____

**2.40 Priority creditor's name and mailing address**

Jason Cannon
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 1,826.93   $ 1,826.93
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐  No

☐  Yes

**2.41 Priority creditor's name and mailing address**

Jenifer Gonzalez
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 167.28   $ 167.28
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐  No

☐  Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 21 of 92

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*:    26-10183
_____

| | |
|---|---|

**2.42** **Priority creditor's name and mailing address**

Jeremy Webster
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City                State            ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ _____1,228.00_  $ _____1,228.00_
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**
☐   No

☐   Yes

**2.43** **Priority creditor's name and mailing address**

Jesus Montenegro
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City                State            ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ _____721.16_  $ _____721.16_
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**
☐   No

☐   Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 22 of 92

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*: 26-10183
_____

| | | |
|---|---|---|

**2.44 Priority creditor's name and mailing address**

John Olson
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 1,576.80   $ 1,576.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**2.45 Priority creditor's name and mailing address**

Josh Gamboa
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 744.48   $ 744.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐ No

☐ Yes

---

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*  26-10183

2.46 **Priority creditor's name and mailing address**

Joshua Hartmann

Creditor Name

Creditor's Notice name

Address on file

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $          1,596.16    $          1,596.16

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐  No

☐  Yes

2.47 **Priority creditor's name and mailing address**

Juan Aristizabal

Creditor Name

Creditor's Notice name

Address on file

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $          2,162.85    $          2,162.85

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

| 2.48 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 1,666.66 | $ | 1,666.66 |

**Priority creditor's name and mailing address**

Julio Martinez
Creditor Name

Creditor's Notice name

Address on file
Address

City          State          ZIP Code

Country

As of the petition filing date, the claim is: $ ___ 1,666.66 ___ $ ___ 1,666.66 ___

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No

☐ Yes

2.49 **Priority creditor's name and mailing address**

Justin Kinckle
Creditor Name

Creditor's Notice name

Address on file
Address

City          State          ZIP Code

Country

As of the petition filing date, the claim is: $ ___ 2,500.00 ___ $ ___ 2,500.00 ___

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No

☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 25 of 92

Debtor:  Avenger Flight Group, LLC
_____                Case number *(if known):*  26-10183
          Name

2.50 **Priority creditor's name and mailing address**       As of the petition filing date, the claim is: $ _____ 1,143.27  $ _____ 1,143.27

Kealey Parrish
_____
Creditor Name                                            *Check all that apply.*

                                                         ☐  Contingent
_____
Creditor's Notice name                                   ☐  Unliquidated

                                                         ☐  Disputed
Address on file
_____
Address                                                  **Basis for the claim:**

_____                 PTO

_____

_____
City              State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**                             **Is the claim subject to offset?**
**number**                                               ☐  No

**Specify Code subsection of PRIORITY unsecured**        ☐  Yes

**claim:** 11 U.S.C. § 507(a) (4)

2.51 **Priority creditor's name and mailing address**       As of the petition filing date, the claim is: $ _____ 180.25  $ _____ 180.25

Kenneth Nguyen
_____
Creditor Name                                            *Check all that apply.*

                                                         ☐  Contingent
_____
Creditor's Notice name                                   ☐  Unliquidated

                                                         ☐  Disputed
Address on file
_____
Address                                                  **Basis for the claim:**

_____                 PTO

_____

_____
City              State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**                             **Is the claim subject to offset?**
**number**                                               ☐  No

**Specify Code subsection of PRIORITY unsecured**        ☐  Yes

**claim:** 11 U.S.C. § 507(a) (4)

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 26 of 92

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*  26-10183

**2.52 Priority creditor's name and mailing address**

Kimberly Caples
Creditor Name

Creditor's Notice name

Address on file
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 1,250.00    $ 1,250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.53 Priority creditor's name and mailing address**

Kyle Hunter
Creditor Name

Creditor's Notice name

Address on file
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 3,836.10    $ 3,836.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.54 Priority creditor's name and mailing address**

Lana Larson
Creditor Name

Creditor's Notice name

Address on file
Address

City       State       ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 295.24    $ 295.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.55 Priority creditor's name and mailing address**

Marc St Louis
Creditor Name

Creditor's Notice name

Address on file
Address

City       State       ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 1,057.60    $ 1,057.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*    26-10183
_____

**2.56 Priority creditor's name and mailing address**

Marc Sullivan
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City              State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ _____ 3,750.00  $ _____ 3,750.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**2.57 Priority creditor's name and mailing address**

Mariateresa Homsey
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City              State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ _____ 1,762.00  $ _____ 1,762.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 29 of 92

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):* 26-10183
_____

**2.58 Priority creditor's name and mailing address**

Mark Pizzelanti
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City            State         ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 1,000.00   $ 1,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.59 Priority creditor's name and mailing address**

Martha Urias
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City            State         ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 260.40   $ 260.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

| 2.60 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 772.50  $ 772.50 |
|---|---|

matthew preiss

Creditor Name

*Check all that apply.*

☐    Contingent

Creditor's Notice name

☐    Unliquidated

Address on file

☐    Disputed

Address

**Basis for the claim:**

PTO

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐    No

**Specify Code subsection of PRIORITY unsecured**

☐    Yes

**claim:** 11 U.S.C. § 507(a) (4)

| 2.61 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 22.20  $ 22.20 |
|---|---|

Mauricio Velez

Creditor Name

*Check all that apply.*

☐    Contingent

Creditor's Notice name

☐    Unliquidated

Address on file

☐    Disputed

Address

**Basis for the claim:**

PTO

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐    No

**Specify Code subsection of PRIORITY unsecured**

☐    Yes

**claim:** 11 U.S.C. § 507(a) (4)

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):* 26-10183
_____

**2.62 Priority creditor's name and mailing address**

Michael Clarke
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 795.50    $ 795.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.63 Priority creditor's name and mailing address**

Michael Hamoy
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 1,769.23    $ 1,769.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avenger Flight Group, LLC _____   Case number *(if known):* 26-10183 _____
       Name

**2.64 Priority creditor's name and mailing address**

Michael Rodriguez
Creditor Name

_____
Creditor's Notice name

Address on file
Address

_____

_____
City         State       ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 1,000.00   $ 1,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.65 Priority creditor's name and mailing address**

Murielle Meyronet
Creditor Name

_____
Creditor's Notice name

Address on file
Address

_____

_____
City         State       ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 2,328.43   $ 2,328.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*  26-10183

2.66 **Priority creditor's name and mailing address**

Nelson DeArmas

Creditor Name

Creditor's Notice name

Address on file

Address

City                State                ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $    1,057.60    $    1,057.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

2.67 **Priority creditor's name and mailing address**

Nick Vo

Creditor Name

Creditor's Notice name

Address on file

Address

City                State                ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $    1,089.60    $    1,089.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

| | |
|---|---|
| 2.68 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 669.50  $ 669.50 |

Nicky Yang

Creditor Name

*Check all that apply.*

☐ Contingent

☐ Unliquidated

Creditor's Notice name

☐ Disputed

Address on file

Address

**Basis for the claim:**

PTO

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured**

☐ Yes

**claim:** 11 U.S.C. § 507(a) (4)

| | |
|---|---|
| 2.69 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 3,449.52  $ 3,449.52 |

Pablo De Leon

Creditor Name

*Check all that apply.*

☐ Contingent

☐ Unliquidated

Creditor's Notice name

☐ Disputed

Address on file

Address

**Basis for the claim:**

PTO

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured**

☐ Yes

**claim:** 11 U.S.C. § 507(a) (4)

Debtor: Avenger Flight Group, LLC                                             Case number *(if known):*   26-10183
_____
Name

**2.70 Priority creditor's name and mailing address**   As of the petition filing date, the claim is: $          1,611.20   $          1,611.20

Patterson Haller
_____
Creditor Name                                            *Check all that apply.*

_____      ☐   Contingent

_____      ☐   Unliquidated
Creditor's Notice name

Address on file                                          ☐   Disputed
_____
Address

_____      **Basis for the claim:**

_____      PTO
_____

_____
City            State           ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**                            **Is the claim subject to offset?**
**number**                                              ☐   No

**Specify Code subsection of PRIORITY unsecured**       ☐   Yes
**claim:** 11 U.S.C. § 507(a) (4)

**2.71 Priority creditor's name and mailing address**   As of the petition filing date, the claim is: $          785.88   $          785.88

Pierce Shamsi
_____
Creditor Name                                            *Check all that apply.*

_____      ☐   Contingent

_____      ☐   Unliquidated
Creditor's Notice name

Address on file                                          ☐   Disputed
_____
Address

_____      **Basis for the claim:**

_____      PTO
_____

_____
City            State           ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**                            **Is the claim subject to offset?**
**number**                                              ☐   No

**Specify Code subsection of PRIORITY unsecured**       ☐   Yes
**claim:** 11 U.S.C. § 507(a) (4)

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

**2.72 Priority creditor's name and mailing address**

Preston Dorman
Creditor Name

Creditor's Notice name

Address on file
Address

_____

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $          288.46    $          288.46
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐   No

☐   Yes

**2.73 Priority creditor's name and mailing address**

Restituto Cortes
Creditor Name

Creditor's Notice name

Address on file
Address

_____

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $          30.44    $          30.44
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐   No

☐   Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 37 of 92

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*   26-10183

| | | |
|---|---|---|
| 2.74 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $  1,697.20  $  1,697.20 |

Robert Blankenship

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

Address on file

Address

**Basis for the claim:**

PTO

_____
City                    State                ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured**

☐ Yes

**claim:** 11 U.S.C. § 507(a) (4)

| | | |
|---|---|---|
| 2.75 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $  1,774.04  $  1,774.04 |

Robyn Eldridge

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

Address on file

Address

**Basis for the claim:**

PTO

_____
City                    State                ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured**

☐ Yes

**claim:** 11 U.S.C. § 507(a) (4)

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 38 of 92

Debtor: Avenger Flight Group, LLC _____   Case number *(if known):*   26-10183 _____
        Name

**2.76 Priority creditor's name and mailing address**   As of the petition filing date, the claim is: $ _____ 394.23 $ _____ 394.23

Samuel Diaz
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

_____

_____   _____   _____
City                    State           ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.77 Priority creditor's name and mailing address**   As of the petition filing date, the claim is: $ _____ 49.52 $ _____ 49.52

Samuel Rehling
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

_____

_____   _____   _____
City                    State           ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.78 Priority creditor's name and mailing address**

Seth Westmoreland
Creditor Name

Creditor's Notice name

Address on file
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 440.00   $ 440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.79 Priority creditor's name and mailing address**

Stefano Carrasco
Creditor Name

Creditor's Notice name

Address on file
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 1,020.00   $ 1,020.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*  26-10183
_____

**2.80 Priority creditor's name and mailing address**

Tarik McWhorter
_____
Creditor Name


_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City            State            ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 1,192.40  $ 1,192.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.81 Priority creditor's name and mailing address**

Texas Comptroller of Public Accounts
_____
Creditor Name

Attn Bankruptcy Section
_____
Creditor's Notice name

Lyndon B Johnson State Office Building
_____
Address

111 East 17th St
_____

_____

Austin            TX            78774
_____
City            State            ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 100,000.00  $ 100,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Franchise Taxes
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):* 26-10183
_____

**2.82 Priority creditor's name and mailing address**

Valery Ramirez Velasquez
Creditor Name

_____
Creditor's Notice name

Address on file
Address

_____

_____   _____   _____
City                         State         ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $        336.80   $        336.80

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐  No

☐  Yes

**2.83 Priority creditor's name and mailing address**

William Ryan
Creditor Name

_____
Creditor's Notice name

Address on file
Address

_____

_____   _____   _____
City                         State         ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $      1,448.80   $      1,448.80

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*: 26-10183
_____

**2.84 Priority creditor's name and mailing address**

Yannique Sin Quee
_____
Creditor Name

_____
Creditor's Notice name

Address on file
_____
Address

_____

_____
City              State         ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 2,701.21   $ 2,701.21

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

3.1 **Nonpriority creditor's name and mailing address**

ACCELERATED BUSINESS
Creditor Name

Sandra Bhola
Creditor's Notice name

2991 Center Port Circle
Address

| Pompano Beach | FL | 33064 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 930.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.2 **Nonpriority creditor's name and mailing address**

Advanced Imaging Solutions Inc
Creditor Name

Ally Krueger
Creditor's Notice name

3865 W. Cheyenne Suite 505
Address

| North Las Vegas | NV | 89032 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 65.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

---

**3.3** **Nonpriority creditor's name and mailing address**

AE TEXAS

Creditor Name

Attn Director or Officer

Creditor's Notice name

2170 Buckthorne Pl., Suite 375

Address

| The Woodlands | TX | 77380 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                36,796.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

Aeroenlaces Nacionales, S.A. de C.V.

Creditor Name

Creditor's Notice name

Carretera Miguel Aleman KM.24 SIN

Address

| Apodaca Centro | Nuevo Leon | 66600 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

PURCHASE AGREEMENT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*   26-10183

3.5 **Nonpriority creditor's name and mailing address**

Airway Lease, LLC
Creditor Name

Creditor's Notice name

251 Little Falls Drive
Address

| Wilmington | DE | 19808 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 1,472,274.80
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

CONTRACT LIABILITY

**Is the claim subject to offset?**

☒ No

☐ Yes

3.6 **Nonpriority creditor's name and mailing address**

Alison Sors
Creditor Name

Creditor's Notice name

Address on file
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 906,082.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UNSECURED NOTE

**Is the claim subject to offset?**

☒ No

☐ Yes

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 46 of 92

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):* 26-10183
_____

**3.7 Nonpriority creditor's name and mailing address**

ALLEGIANT AIR, LLC
_____
Creditor Name

_____
Creditor's Notice name

1201 N. Town Center Drive
_____
Address

_____

_____

| Las Vegas | NV | 89144 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 227,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RENT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

Allegiant Air, LLC
_____
Creditor Name

_____
Creditor's Notice name

1201 North Town Center Drive
_____
Address

_____

_____

| Las Vegas | NV | 89144 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               7,558,713.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Training Agreement Notes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known)*: 26-10183

---

3.9 **Nonpriority creditor's name and mailing address**

ANGELA RESTREPO (ANGELA ANDREA RESTREPO, PA)

Creditor Name

Creditor's Notice name

Address on file

Address

City                State                ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                241,622.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UNSECURED NOTE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.10 **Nonpriority creditor's name and mailing address**

Aramark Refreshment Services

Creditor Name

Accounts Receivable

Creditor's Notice name

2400 Market Street

Address

Philadelphia          PA          19103

City                State                ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                13,909.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*    26-10183

**3.11 Nonpriority creditor's name and mailing address**

ARAMARK REFRESHMENT SERVICES, LLC
Creditor Name

Creditor's Notice name

P.O. Box 21971
Address

| New York | NY | 10087-1971 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                6,767.45
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.12 Nonpriority creditor's name and mailing address**

ATLAS ELECTRONICS
Creditor Name

John Paul Khoury
Creditor's Notice name

2737 Irving Blvd.
Address

| Dallas | TX | 75207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                28,888.58
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑   No

☐   Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):* 26-10183
_____

**3.13** **Nonpriority creditor's name and mailing address**

ATMOS ENERGY
_____
Creditor Name

_____
Creditor's Notice name

1800 Three Lincoln Centre
_____
Address

5430 LBJ Fwy
_____

_____

Dallas               TX            75240
_____  _____  _____
City                  State         ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,592.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**

AVIOVISION NV
_____
Creditor Name

Attn Director or Officer
_____
Creditor's Notice name

Herkenrodesingel 8/D.3.01
_____
Address

_____

_____

Hasselt                          3500
_____  _____  _____
City                  State         ZIP Code

Belgium
_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                43,437.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**3.15 Nonpriority creditor's name and mailing address**

B&G INSTRUMENTS, INC
Creditor Name

Ady Lebrija
Creditor's Notice name

5000 NW 36 Street
Address

BLDG 875, Suite 3455

| Miami | FL | 33112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 3,570.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

BARDOLI HOLDINGS CORP.
Creditor Name

Maria Acevedo
Creditor's Notice name

Tortola Pier Park
Address

Building I Second Floor Tortola

| Road Town | Tortola | |
|---|---|---|
| City | State | ZIP Code |

Brit Virgin Islands
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 570,660.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

LOAN

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**3.17** **Nonpriority creditor's name and mailing address**

BERRY COFFEE COMPANY
Creditor Name

Creditor's Notice name

14825 Martin Drive
Address

Eden Prairie      MN      55344
City                State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                281.41
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.18** **Nonpriority creditor's name and mailing address**

Betel Home Care, LLC
Creditor Name

Creditor's Notice name

120 S. 6th Street
Address

#2350

Minneapolis      MN      55402
City                State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              1,459.69
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

**3.19 Nonpriority creditor's name and mailing address**

BKM DBC 924, LLC

Creditor Name

BKM Management Company

Creditor's Notice name

680 Pilot Road, Suite B-2

Address

| Las Vegas | NV | 89119 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    19,802.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

BKM DBC 924, LLC

Creditor Name

BKM Management Company

Creditor's Notice name

680 Pilot Road, Suite B-2

Address

| Las Vegas | NV | 89119 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    39,756.29

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

3.21 **Nonpriority creditor's name and mailing address**

BKM DBC 924, LLC
Creditor Name

BKM Management Company
Creditor's Notice name

680 Pilot Road, Suite B-2
Address

| Las Vegas | NV | 89119 |
|---|---|---|
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 42,629.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RENT

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

3.22 **Nonpriority creditor's name and mailing address**

BOW SYSTEMS
Creditor Name

Creditor's Notice name

148, Street 15, Sector E-7
Address

| Islamabad | NIL | 44000 |
|---|---|---|
| City | State | ZIP Code |

Pakistan
Country

**As of the petition filing date, the claim is:** $ 699,888.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name                                                                    Case number *(if known):*    26-10183

**3.23** **Nonpriority creditor's name and mailing address**

CA RANCHO ROAD (DE) LLC
Creditor Name

Oxford
Creditor's Notice name

2401 Cedar Springs Rd., Ste. 100-IPM
Address

Dallas                TX              75201
City                  State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    94,943.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**

CenturyLink
Creditor Name

Creditor's Notice name

100 CenturyLink Drive
Address

Monroe                LA              71201
City                  State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                       441.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known)*: 26-10183

**3.25 Nonpriority creditor's name and mailing address**

CFBS Group
Creditor Name

Creditor's Notice name

6042 US Highway 17-92 N
Address

Suite 115

| Davenport | FL | 33896 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,075.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.26 Nonpriority creditor's name and mailing address**

Cintas
Creditor Name

Creditor's Notice name

P.O. Box 630921
Address

| Cincinnati | OH | 45263-0921 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,128.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**3.27 Nonpriority creditor's name and mailing address**

CLARK COUNTY BUSINES
Creditor Name

Creditor's Notice name

500 S. Grand Central Pkwy
Address

| Las Vegas | NV | 89155 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.28 Nonpriority creditor's name and mailing address**

COMCAST
Creditor Name

Comcast Center
Creditor's Notice name

1701 JFK Boulevard
Address

| Philadelphia | PA | 19103 |
|--------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 723.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):* 26-10183
_____

**3.29 Nonpriority creditor's name and mailing address**

CONCUR
Creditor Name

_____
Creditor's Notice name

601 108th Avenue NE
Address

Suite 1000

_____

Bellevue          WA          98004
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          3,081.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.30 Nonpriority creditor's name and mailing address**

CONFIDENT CLOUDS
Creditor Name

_____
Creditor's Notice name

575 Sawgrass Corporate Parkway
Address

_____

Sunrise          FL          33325
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          9,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 58 of 92

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

3.31 **Nonpriority creditor's name and mailing address**

CROWN CASTLE FIBERS

Creditor Name

Creditor's Notice name

1220 Augusta Drive

Address

Suite 600

| Houstom | TX | 77030 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,702.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.32 **Nonpriority creditor's name and mailing address**

DAKOTA ELECTRIC

Creditor Name

Creditor's Notice name

4300 220th Street West

Address

| Farmington | MN | 55024-9583 |
|------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,488.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 59 of 92

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*: 26-10183
_____

3.33 **Nonpriority creditor's name and mailing address**

DE LA HOZ PEREZ
Creditor Name

Tony De Los Rios
Creditor's Notice name

2800 Ponce De Leon Blvd.
Address

Suite 1020

| Coral Gables | FL | 33134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $ 50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.34 **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINAN
Creditor Name

Creditor's Notice name

P.O. Box 842365
Address

| Dallas | TX | 75284 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $ 237.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*  26-10183

3.35 **Nonpriority creditor's name and mailing address**

DOMEKOTO

Creditor Name

Camilo

Creditor's Notice name

520 NW 40 Street

Address

| Miami | FL | 33127 |
|-------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              4,760.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.36 **Nonpriority creditor's name and mailing address**

Duke Energy

Creditor Name

Creditor's Notice name

525 S Tryon St

Address

| Charlotte | NC | 28202 |
|-----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             11,558.83

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*  26-10183

3.37 **Nonpriority creditor's name and mailing address**

ELSA GAGNON

Creditor Name

Creditor's Notice name

Address on file

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                181,216.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UNSECURED NOTE

**Is the claim subject to offset?**

☑ No

☐ Yes

3.38 **Nonpriority creditor's name and mailing address**

EVERBANK, N.A.

Creditor Name

Creditor's Notice name

1750 Lincoln Street

Address

Dept #1608

| Denver | CO | 80274-0002 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                37.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):* 26-10183
_____

**3.39** **Nonpriority creditor's name and mailing address**

Exeter 920 Apollo, LLC
_____
Creditor Name

EQT Exeter Industrial REIT VI, LLC
_____
Creditor's Notice name

Alison Donohue
_____
Address

Five Radnor Corporate Center
_____

100 Matsonford Road, Suite 250
_____

| Radnor | PA | 19087 |
|--------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                28,901.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RENT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**

FAST -TRAK CONSTRUCT
_____
Creditor Name

Kay Kralik
_____
Creditor's Notice name

2380 Dean Way,
_____
Address

Suite 160
_____

| Southlake | TX | 76092-1568 |
|-----------|-----|------------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,970.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*  26-10183

3.41 **Nonpriority creditor's name and mailing address**

Federal Express
Creditor Name

Creditor's Notice name

PO Box 660481
Address

| Dallas | TX | 75266-0481 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 35.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.42 **Nonpriority creditor's name and mailing address**

FILTERBUY
Creditor Name

Creditor's Notice name

PO Box 736
Address

| Talladega | AL | 35161 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 192.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*   26-10183
_____

| | | |
|---|---|---|
| **3.43** | **Nonpriority creditor's name and mailing address** | |

FLORIDA BLUE
_____
Creditor Name

_____
Creditor's Notice name

PO Box 1798
_____
Address

_____

_____

| Jacksonville | FL | 32231 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 135,494.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | | |
|---|---|---|
| **3.44** | **Nonpriority creditor's name and mailing address** | |

Forterra Pest Control
_____
Creditor Name

Lyra Belmonte
_____
Creditor's Notice name

935 S Kimball Ave
_____
Address

Suite 162
_____

_____

| Southlake | TX | 76092 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 151.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:  Avenger Flight Group, LLC
Name

Case number *(if known):*    26-10183

**3.45  Nonpriority creditor's name and mailing address**

FPL
Creditor Name

Creditor's Notice name

4200 W Flagler Street
Address

| Miami | FL | 33134 |
|-------|-----|-----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 9,100.70
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.46  Nonpriority creditor's name and mailing address**

FRONTIER AIRLINES, INC
Creditor Name

Attn General Counsel
Creditor's Notice name

4545 Airport Way
Address

| Denver | CO | 80239 |
|--------|-----|-----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 10,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

3.47 **Nonpriority creditor's name and mailing address**

FTD SYSTEMS (FTD SYSTEMS & ASSOCIATES, LLC)

Creditor Name

Creditor's Notice name

3113 Woodcreek Drive

Address

| Downers Grove | IL | 60515 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 313,588.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.48 **Nonpriority creditor's name and mailing address**

GLOBAL SERVO HYDRAUL

Creditor Name

Creditor's Notice name

PO Box 1228

Address

| Kennedale | TX | 76060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 952.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

3.49 **Nonpriority creditor's name and mailing address**

GREEN CLEAN

Creditor Name

Creditor's Notice name

PO Box 96664

Address

Las Vegas | NV | 89193-6664

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,014.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.50 **Nonpriority creditor's name and mailing address**

Greenlightups, Inc

Creditor Name

Creditor's Notice name

800 NE 42nd Street

Address

Pompano Beach | FL | 33064

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,265.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

**3.51** **Nonpriority creditor's name and mailing address**

HOME TEAM PEST CONTR

Creditor Name

Jose Garcia

Creditor's Notice name

6450 Cameron St., Suite 107

Address

Suite 107

| Las Vegas | NV | 89118-4337 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                105.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**

INFINITY JYLP LLC

Creditor Name

Steven E. McCraney

Creditor's Notice name

2257 Vista Parkway

Address

Suite 15

| West Palm Beach | FL | 33411 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $             25,527.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

3.53 **Nonpriority creditor's name and mailing address**

INXPRESS LLC
Creditor Name

Creditor's Notice name

P.O. Box 709030
Address

| Sandy | UT | 84070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,566.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.54 **Nonpriority creditor's name and mailing address**

Israel Vargas
Creditor Name

Morgan & Morgan, P.A.
Creditor's Notice name

20 North Orange Avenue, Suite 1600
Address

| Orlando | FL | 32801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

3.55 **Nonpriority creditor's name and mailing address**

JETPUBS, INC

Creditor Name

Creditor's Notice name

900 Crest View Drive Suite 130

Address

| Hudson | WI | 54016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 277.86

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.56 **Nonpriority creditor's name and mailing address**

JOHN PINCAVAGE

Creditor Name

Creditor's Notice name

Address on file

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 966,487.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UNSECURED NOTE

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Avenger Flight Group, LLC

Name

Case number *(if known):*  26-10183

3.57 **Nonpriority creditor's name and mailing address**

K & A

Creditor Name

Creditor's Notice name

7101 Wisconsin Avenue, Suite 1210

Address

Bethesda          MD          20814

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              25,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

3.58 **Nonpriority creditor's name and mailing address**

Liberty Aipo Limited Partnership

Creditor Name

Wilson, Elser, Moskowitz, Edelman & Dicker LLP

Creditor's Notice name

Mirelis Castilla, Giselle Defalla

Address

100 SE Second Street, Suite 2100

Miami          FL          33131

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              Undetermined
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

3.59 **Nonpriority creditor's name and mailing address**

LINGO

Creditor Name

Creditor's Notice name

25925 Telegraph Rd, Ste 210

Address

| Southfield | MI | 48033 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                236.14

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

3.60 **Nonpriority creditor's name and mailing address**

LOGIX FIBER NETWORKS

Creditor Name

Creditor's Notice name

2950 N Loop W

Address

10th Floor

| Houston | TX | 77092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                712.01

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

3.61 **Nonpriority creditor's name and mailing address**

MINNESOTA ENERGY

Creditor Name

Creditor's Notice name

2685 145th St W

Address

| Rosemount | MN | 55068 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2,874.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.62 **Nonpriority creditor's name and mailing address**

MULTIPLE PILOT SIMULATIONS (MPS) (MULTI PILOT SIMULATIONS

Creditor Name

Philip Adrian, CEO

Creditor's Notice name

Koningin Wihelminaweg, 449

Address

| Groenekan | | 3737 BE |
|---|---|---|
| City | State | ZIP Code |

The Netherlands

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                89,112.41

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
Name                                                                    Case number *(if known):*    26-10183

**3.63 Nonpriority creditor's name and mailing address**

NV ENERGY-9922
Creditor Name

Creditor's Notice name

P.O. Box 10100
Address

Reno                NV              89520
City                State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                7,747.26
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.64 Nonpriority creditor's name and mailing address**

OMEGA AIR, INC
Creditor Name

Creditor's Notice name

11827 Tech Com Ste 220
Address

San Antonio         TX              78233-6014
City                State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                33,750.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

3.65 **Nonpriority creditor's name and mailing address**

OUC The Reliable One
Creditor Name

Creditor's Notice name

Reliable Plaza
Address

100 West Anderson St

| Orlando | FL | 32802 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 39.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.66 **Nonpriority creditor's name and mailing address**

PEDRO SORS
Creditor Name

Creditor's Notice name

Address on file
Address

| | | |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,598,258.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UNSECURED NOTE

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC                                    Case number *(if known):*   26-10183
Name

**3.67  Nonpriority creditor's name and mailing address**

PROLOGIS
Creditor Name

Attn John Klion, Property Manager
Creditor's Notice name

1800 Wazee Street, Suite 500
Address

Denver          CO          80202
City            State       ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                990,707.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

RENT

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.68  Nonpriority creditor's name and mailing address**

Prologis, Inc.
Creditor Name

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Creditor's Notice name

Mirelis Castilla, Giselle Defalla
Address

100 SE Second Street, Suite 2100

Miami          FL          33131
City            State       ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $          Undetermined
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑  No

☐  Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*  26-10183

---

3.69 **Nonpriority creditor's name and mailing address**

PRO-TECH Air Conditioning & Plumbing Service

Creditor Name

Creditor's Notice name

2425 Silver Star Road

Address

| Orlando | FL | 32804 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 246.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.70 **Nonpriority creditor's name and mailing address**

PURE WATER PARTNERS

Creditor Name

Creditor's Notice name

123 S 3rd Ave

Address

Suite 28

| Sandpoint | ID | 83864-1262 |
|-----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,714.71

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Avenger Flight Group, LLC
Name                                                              Case number *(if known)*:   26-10183

**3.71  Nonpriority creditor's name and mailing address**

QUALITY BEARINGS ONLINE
Creditor Name

Jade Wendel, Finance Mgr
Creditor's Notice name

Unit 2/3 Gelderd Park
Address

98 Gelderd Road

Holbeck, Leeds                              LS12 6HJ
City              State              ZIP Code

United Kingdom
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            9,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.72  Nonpriority creditor's name and mailing address**

QUENCH USA INC
Creditor Name

Creditor's Notice name

PO BOX 735777
Address

DALLAS                 TX            75373-5777
City              State              ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             216.26
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

3.73 **Nonpriority creditor's name and mailing address**

RAYMOND JAMES (RAYMOND JAMES & ASSOCIATES, INC)
Creditor Name

Adam Kauffman
Creditor's Notice name

One Wall Street
Address

| New York | NY | 10286 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 500,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

3.74 **Nonpriority creditor's name and mailing address**

REMTECH, INC
Creditor Name

Creditor's Notice name

1722 Nokia Way
Address

| Eagan | MN | 55122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 106.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known)*: 26-10183

**3.75 Nonpriority creditor's name and mailing address**

RENTOKIL NORTH AMERICA, INC.
Creditor Name

Creditor's Notice name

PO Box 740608
Address

Cincinnati          OH          45274-0608
City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                223.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.76 Nonpriority creditor's name and mailing address**

SADR LOGISTIC SERVICES COMPANY
Creditor Name

Bandar Mohamad Al Samaani
Creditor's Notice name

Anas Bin Malek St.
Address

Alyasmeen District

PO Box 3164

Al Riyadh                    52354
City          State          ZIP Code

Saudi Arabia
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                712,303.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 81 of 92

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**3.77 Nonpriority creditor's name and mailing address**

SEABURY AVIATION PAR
Creditor Name

Creditor's Notice name

152 W 57TH STREET
Address

SUITE 5300

| NEW YORK | NY | 10019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 100,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.78 Nonpriority creditor's name and mailing address**

SIMTEK
Creditor Name

Joyce Phillips
Creditor's Notice name

1505 Royal Parkway
Address

| Euless | TX | 76040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*  26-10183
_____

**3.79 Nonpriority creditor's name and mailing address**

SIMULATOR COMPONENTS, INC.
_____
Creditor Name

Dan Drake
_____
Creditor's Notice name

1749 Roselawn Ave. West
_____
Address
_____
_____

| Minneapolis | MN | 55113 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              51,555.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.80 Nonpriority creditor's name and mailing address**

SOUTHWEST GAS
_____
Creditor Name
_____
Creditor's Notice name

8360 S Durango Dr
_____
Address
_____
_____

| Las Vegas | NV | 89113 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              27.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**3.81 Nonpriority creditor's name and mailing address**

Spirit Airlines, Inc.
Creditor Name

Gary McMillan, Sr. Director, Flight Training and Standards
Creditor's Notice name

2800 Executive Way
Address

| Miramar | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,528,143.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.82 Nonpriority creditor's name and mailing address**

The Flying Locksmiths - Las Vegas
Creditor Name

Creditor's Notice name

2920 N Green Valley Parkway Suite 527
Address

| Henderson | NV | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 216.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):* 26-10183

| | |
|---|---|
| 3.83 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 536.99 |

THOMPSON SAFETY
Creditor Name

Creditor's Notice name

P.O. Box 842365
Address

Dallas       TX       75284
City         State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 536.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

| | |
|---|---|
| 3.84 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 90.53 |

TOWN &COUNTRY PEST
Creditor Name

Creditor's Notice name

2339 Town And Country Drive
Address

Kissimmee    FL       34744
City          State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 90.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 85 of 92

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*: 26-10183
_____

**3.85** **Nonpriority creditor's name and mailing address**

ULINE, INC.
_____
Creditor Name

_____
Creditor's Notice name

12355 Uline Way
_____
Address

_____

_____

| Kenosha | WI | 53144 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 501.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**

UNIQUE SIGNS
_____
Creditor Name

_____
Creditor's Notice name

4325 W. Patrick Lane, Suite 155
_____
Address

_____

_____

| Las Vegas | NV | 89118 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 155.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*   26-10183

**3.87 Nonpriority creditor's name and mailing address**

UNIVERSAL AVIONICS
Creditor Name

Creditor's Notice name

3260 E. Universal Way
Address

| Tucson | AZ | 86766 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              4,875.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.88 Nonpriority creditor's name and mailing address**

US INSTRUMENT SERVIC
Creditor Name

Megan Chapman
Creditor's Notice name

1607 Hart Street
Address

| Southlake | TX | 76092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                595.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Avenger Flight Group, LLC
_____ Name

Case number *(if known):* 26-10183

**3.89 Nonpriority creditor's name and mailing address**

Verdant Commercial Capital LLC
Creditor Name

_____
Creditor's Notice name

9987 Carver Road
Address

Suite 110

_____

| Cincinnati | OH | 45242 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,036.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.90 Nonpriority creditor's name and mailing address**

VERIZON
Creditor Name

_____
Creditor's Notice name

PO BOX 15069
Address

_____

| Albany | NY | 12212 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,869.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 88 of 92

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**3.91 Nonpriority creditor's name and mailing address**

VIDA MAR (VIDA MAR ENTERPRISES LLC)
Creditor Name

Luis Mier
Creditor's Notice name

Address on file
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 241,622.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UNSECURED NOTE

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.92 Nonpriority creditor's name and mailing address**

Waste Connections Lone Star, Inc.
Creditor Name

Creditor's Notice name

3 Waterway Square Place
Address

Suite 110

The Woodlands    TX    77380
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 795.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*: 26-10183
_____

3.93 **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT-MCO
_____
Creditor Name

_____
Creditor's Notice name

P.O. Box 3020
_____
Address

_____

_____

| Monroe | WI | 53566-8320 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    3,279.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

TRADE DEBT
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 90 of 92

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| _____<br>Name<br>_____<br>Notice Name<br>_____<br>Street<br>_____<br>_____<br>_____<br>City   State   ZIP Code<br>_____<br>Country | Line<br>☐ Not Listed.Explain<br>_____ | _____ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 211,754.42 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 23,701,101.92 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 23,912,856.34 |

**Fill in this information to identify the case:**

Debtor Name: In re : Avenger Flight Group, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 26-10183 (MFW)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **2.1 State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

   14 Day Pilot Academy, LLC
   Name

   Gema Goeyardi
   Notice Name

   7100 Hayvenhurst Ave Suite 108
   Address

   **State the term remaining**   Undetermined

   **List the contract number of any government contract**

   | City | State | ZIP Code |
   |------|-------|----------|
   | Van Nuys | CA | 91406 |

   Country

   **2.2 State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

   1StepPrep Academy, Inc.
   Name

   Notice Name

   5600 NW 36th
   Address

   **State the term remaining**   Undetermined

   Suite 170

   **List the contract number of any government contract**

   | City | State | ZIP Code |
   |------|-------|----------|
   | Miami | FL | 33166 |

   Country

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

**2.3 State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

ABN AMRO Bank N.V.

Name

Notice Name

Gustav Mahlerlaan 10

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| Amsterdam | | 1082 PP |
|---|---|---|
| City | State | ZIP Code |
| Netherlands | | |
| Country | | |

**2.4 State what the contract or lease is for and the nature of the debtor's interest**

Equipment Lease

Accelerated Business Solutions

Name

Sandra Bhola

Notice Name

2991 Center Port Circle

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| Pompano Beach | FL | 33064 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.5 State what the contract or lease is for and the nature of the debtor's interest**

Equipment Lease

Accelerated Business Solutions

Name

Sandra Bhola

Notice Name

2991 Center Port Circle

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| Pompano Beach | FL | 33064 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

2.6 **State what the contract or lease is for and the nature of the debtor's interest**

Equipment Lease

Accelerated Business Solutions
Name

Sandra Bhola
Notice Name

2991 Center Port Circle
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pompano Beach | FL | 33064 |
| City | State | ZIP Code |

Country

2.7 **State what the contract or lease is for and the nature of the debtor's interest**

Equipment Lease

Accelerated Business Solutions
Name

Sandra Bhola
Notice Name

2991 Center Port Circle
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pompano Beach | FL | 33064 |
| City | State | ZIP Code |

Country

2.8 **State what the contract or lease is for and the nature of the debtor's interest**

Equipment Lease

Accelerated Business Solutions
Name

Sandra Bhola
Notice Name

2991 Center Port Circle
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pompano Beach | FL | 33064 |
| City | State | ZIP Code |

Country

Debtor:  Avenger Flight Group, LLC
Name
Case number *(if known)*:  26-10183

| | | |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease |
| | | **Accelerated Business Solutions** |
| | | Name |
| | | Sandra Bhola |
| | | Notice Name |
| | | 2991 Center Port Circle |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Pompano Beach | FL | 33064 |

Country

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease |
| | | **Accelerated Business Solutions** |
| | | Name |
| | | Sandra Bhola |
| | | Notice Name |
| | | 2991 Center Port Circle |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Pompano Beach | FL | 33064 |

Country

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease |
| | | **Accelerated Business Solutions** |
| | | Name |
| | | Sandra Bhola |
| | | Notice Name |
| | | 2991 Center Port Circle |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Pompano Beach | FL | 33064 |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.12 State what the contract or lease is for and the nature of the debtor's interest**

Equipment Lease

Accelerated Business Solutions
Name

Sandra Bhola
Notice Name

2991 Center Port Circle
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Pompano Beach | FL | 33064 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.13 State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

ADF Airways Training Center Inc.
Name

Notice Name

14532 SW 129th St. Bldg 227
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Miami | FL | 33186 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.14 State what the contract or lease is for and the nature of the debtor's interest**

Software License

Adobe
Name

Notice Name

345 Park Avenue
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| San Jose | CA | 95110-2704 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*    26-10183

| | | | |
|---|---|---|---|
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease | Advanced Flight Services, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3303 N Sheridan Road, Hangar 19 |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Tulsa | OK | 74115 |

Country

| | | | |
|---|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Aerolitoral, S.A. de C.V. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | Paseo de la Reforma 445, Floor 8 |
| | **State the term remaining** | Undetermined | Address |
| | | | Delegacion Cuauhtemc |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Mexico City | DF | 06500 |

Mexico
Country

| | | | |
|---|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Aerolitoral, S.A. de C.V. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | Paseo de la Reforma 445, Floor 8 |
| | **State the term remaining** | Undetermined | Address |
| | | | Delegacion Cuauhtemc |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Mexico City | DF | 06500 |

Mexico
Country

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*    26-10183
_____

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Aerolitoral, S.A. de C.V. |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | Paseo de la Reforma 445, Floor 8 |
| | **State the term remaining** | Undetermined | Address |
| | | | Delegacion Cuauhtemc |
| | **List the contract number of any government contract** | | |

| | | | Mexico City | DF | 06500 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Mexico | | |
| | | | Country | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Aerosim Academy Inc. d/b/a L3 CTS Airline Academy |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2700 Flightline Avenue |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | Sanford | FL | 32773 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Aerovias de Mexico S.A. de C.V. |
|---|---|---|---|
| | | | Name |
| | | | SVP and General Counsel Edmundo Olivares Duffoo |
| | | | Notice Name |
| | | | Paseo de la Reforma 445, Floor 8 |
| | **State the term remaining** | Undetermined | Address |
| | | | Renacimiento, Cuauhtemoc |
| | **List the contract number of any government contract** | | |

| | | | Mexico City | DF | 06500 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Mexico | | |
| | | | Country | | |

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known)*:  26-10183

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Aerovias de Mexico S.A. de C.V. |
|---|---|---|---|
| | | | Name |
| | | | SVP and General Counsel Edmundo Olivares Duffoo |
| | | | Notice Name |
| | | | Paseo de la Reforma 445, Floor 8 |
| | **State the term remaining** | Undetermined | Address |
| | | | Renacimiento, Cuauhtemoc |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | Mexico City | DF | 06500 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Mexico | | |
| | Country | | |

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Aerovias de Mexico S.A. de C.V. |
|---|---|---|---|
| | | | Name |
| | | | SVP and General Counsel Edmundo Olivares Duffoo |
| | | | Notice Name |
| | | | Paseo de la Reforma 445, Floor 8 |
| | **State the term remaining** | Undetermined | Address |
| | | | Renacimiento, Cuauhtemoc |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | Mexico City | DF | 06500 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Mexico | | |
| | Country | | |

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Aerovias de Mexico S.A. de C.V. |
|---|---|---|---|
| | | | Name |
| | | | Paseo de la Reforma 445, Floor 8 |
| | | | Notice Name |
| | | | Paseo de la Reforma 445, Floor 8 |
| | **State the term remaining** | Undetermined | Address |
| | | | Renacimiento, Cuauhtemoc |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | Mexico City | DF | 06500 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Mexico | | |
| | Country | | |

Debtor:   Avenger Flight Group, LLC
_____
Name

Case number *(if known)*:   26-10183
_____

**2.24** | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease | Air Transport International, Inc. |
Name

| | | | Notice Name |
| **State the term remaining** | Undetermined | | 145 Hunter Drive |
| | | | Address |
| **List the contract number of any government contract** | | | |

| | | Wilmington | OH | 45177 |
| | | City | State | ZIP Code |
| | | Country | | |

**2.25** | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease | Air Vegas Flight Academy, LLC |
Name

| | | | Notice Name |
| **State the term remaining** | Undetermined | | 6589 Crown Rock CT |
| | | | Address |
| **List the contract number of any government contract** | | | |

| | | Las Vegas | NV | 89139 |
| | | City | State | ZIP Code |
| | | Country | | |

**2.26** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Air Vegas Services, LLC |
Name

Carlos Martins
Notice Name

4649 Diplomacy Rd
Address

| **State the term remaining** | Undetermined | | |
| **List the contract number of any government contract** | | | |

| | | Fort Worth | TX | 76155 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*  26-10183

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement |

Airborne Training Services Inc.
Name

Alex Thurmond
Notice Name

145 Hunter Drive
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Wilmington | OH | 45177 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement |

Airborne Training Services Inc.
Name

Alex Thurmond
Notice Name

145 Hunter Drive
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Wilmington | OH | 45177 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement |

Airbus Americas Customer Services, Inc.
Name

Legal Department
Notice Name

4355 NW 36th Street
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Miami Springs | FL | 33166 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Avenger Flight Group, LLC
Name

Case number *(if known):*    26-10183

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | 2 Rond-point Emile Dewoitine |

| | | | Blagnac Cedex | | 31700 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | France | | |
| | | | Country | | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | 2 Rond-point Emile Dewoitine |

| | | | Blagnac Cedex | | 31700 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | France | | |
| | | | Country | | |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | 2 Rond-point Emile Dewoitine |

| | | | Blagnac Cedex | | 31700 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | France | | |
| | | | Country | | |

Debtor:  Avenger Flight Group, LLC
_____
Name

Case number *(if known):*   26-10183
_____

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | 2 Rond-point Emile Dewoitine |

| | | | |
|---|---|---|---|
| | Blagnac Cedex | | 31700 |
| | City | State | ZIP Code |
| | France | | |
| | Country | | |

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | 2 Rond-point Emile Dewoitine |

| | | | |
|---|---|---|---|
| | Blagnac Cedex | | 31700 |
| | City | State | ZIP Code |
| | France | | |
| | Country | | |

| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | 2 Rond-point Emile Dewoitine |

| | | | |
|---|---|---|---|
| | Blagnac Cedex | | 31700 |
| | City | State | ZIP Code |
| | France | | |
| | Country | | |

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

2.36 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

AIRBUS Operations S.A.S.

Name

Attn Florent Capoulade - Department GO5

Notice Name

Airbus SAS - B28-0A5

Address

**State the term remaining** Undetermined

Airbus SAS SLOGB - B28-0A5

**List the contract number of any government contract**

2 Rond-point Emile Dewoitine

Blagnac Cedex                                31700

City                          State          ZIP Code

France

Country

2.37 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

AIRBUS Operations S.A.S.

Name

Attn Florent Capoulade - Department GO5

Notice Name

Airbus SAS - B28-0A5

Address

**State the term remaining** Undetermined

Airbus SAS SLOGB - B28-0A5

**List the contract number of any government contract**

2 Rond-point Emile Dewoitine

Blagnac Cedex                                31700

City                          State          ZIP Code

France

Country

2.38 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

AIRBUS Operations S.A.S.

Name

Attn Florent Capoulade - Department GO5

Notice Name

Airbus SAS - B28-0A5

Address

**State the term remaining** Undetermined

Airbus SAS SLOGB - B28-0A5

**List the contract number of any government contract**

2 Rond-point Emile Dewoitine

Blagnac Cedex                                31700

City                          State          ZIP Code

France

Country

Debtor:  Avenger Flight Group, LLC
Name

Case number *(if known)*:    26-10183

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | 2 Rond-point Emile Dewoitine |

| | | | Blagnac Cedex | | 31700 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | France | | |
| | | | Country | | |

| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | 2 Rond-point Emile Dewoitine |

| | | | Blagnac Cedex | | 31700 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | France | | |
| | | | Country | | |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | 2 Rond-point Emile Dewoitine |

| | | | Blagnac Cedex | | 31700 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | France | | |
| | | | Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known)*: 26-10183

2.42 **State what the contract or lease is for and the nature of the debtor's interest**   IP License

AIRBUS Operations S.A.S.
Name

Attn Florent Capoulade - Department GO5
Notice Name

Airbus SAS - B28-0A5
Address

**State the term remaining**   Undetermined

Airbus SAS SLOGB - B28-0A5

**List the contract number of any government contract**

2 Rond-point Emile Dewoitine

| | | |
|---|---|---|
| Blagnac Cedex | | 31700 |
| City | State | ZIP Code |
| France | | |
| Country | | |

2.43 **State what the contract or lease is for and the nature of the debtor's interest**   IP License

AIRBUS Operations S.A.S.
Name

Attn Florent Capoulade - Department GO5
Notice Name

Airbus SAS - B28-0A5
Address

**State the term remaining**   Undetermined

Airbus SAS SLOGB - B28-0A5

**List the contract number of any government contract**

2 Rond-point Emile Dewoitine

| | | |
|---|---|---|
| Blagnac Cedex | | 31700 |
| City | State | ZIP Code |
| France | | |
| Country | | |

2.44 **State what the contract or lease is for and the nature of the debtor's interest**   IP License

AIRBUS Operations S.A.S.
Name

Attn Florent Capoulade - Department GO5
Notice Name

Airbus SAS - B28-0A5
Address

**State the term remaining**   Undetermined

Airbus SAS SLOGB - B28-0A5

**List the contract number of any government contract**

2 Rond-point Emile Dewoitine

| | | |
|---|---|---|
| Blagnac Cedex | | 31700 |
| City | State | ZIP Code |
| France | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*   26-10183
_____

| | | |
|---|---|---|
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |

AIRBUS Operations S.A.S.
_____
Name

Attn Florent Capoulade - Department GO5
_____
Notice Name

Airbus SAS - B28-0A5
_____
Address

Airbus SAS SLOGB - B28-0A5
_____

**State the term remaining**   Undetermined

2 Rond-point Emile Dewoitine
_____

**List the contract number of any government contract**

| | | |
|---|---|---|
| Blagnac Cedex | | 31700 |
| City | State | ZIP Code |

France
_____
Country

| | | |
|---|---|---|
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |

AIRBUS Operations S.A.S.
_____
Name

Attn Florent Capoulade - Department GO5
_____
Notice Name

Airbus SAS - B28-0A5
_____
Address

Airbus SAS SLOGB - B28-0A5
_____

**State the term remaining**   Undetermined

2 Rond-point Emile Dewoitine
_____

**List the contract number of any government contract**

| | | |
|---|---|---|
| Blagnac Cedex | | 31700 |
| City | State | ZIP Code |

France
_____
Country

| | | |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |

AIRBUS Operations S.A.S.
_____
Name

Attn Florent Capoulade - Department GO5
_____
Notice Name

Airbus SAS - B28-0A5
_____
Address

Airbus SAS SLOGB - B28-0A5
_____

**State the term remaining**   Undetermined

2 Rond-point Emile Dewoitine
_____

**List the contract number of any government contract**

| | | |
|---|---|---|
| Blagnac Cedex | | 31700 |
| City | State | ZIP Code |

France
_____
Country

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*   26-10183
_____

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|------|------|------|------|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | |
| | | | 2 Rond-point Emile Dewoitine |

| Blagnac Cedex | | 31700 |
|------|------|------|
| City | State | ZIP Code |
| France | | |
| Country | | |

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|------|------|------|------|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | |
| | | | 2 Rond-point Emile Dewoitine |

| Blagnac Cedex | | 31700 |
|------|------|------|
| City | State | ZIP Code |
| France | | |
| Country | | |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|------|------|------|------|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of any government contract** | | |
| | | | 2 Rond-point Emile Dewoitine |

| Blagnac Cedex | | 31700 |
|------|------|------|
| City | State | ZIP Code |
| France | | |
| Country | | |

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of** | | |
| | **any government contract** | | 2 Rond-point Emile Dewoitine |

| Blagnac Cedex | | 31700 |
|---|---|---|
| City | State | ZIP Code |
| France | | |
| Country | | |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of** | | |
| | **any government contract** | | 2 Rond-point Emile Dewoitine |

| Blagnac Cedex | | 31700 |
|---|---|---|
| City | State | ZIP Code |
| France | | |
| Country | | |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
|---|---|---|---|
| | | | Name |
| | | | Attn Florent Capoulade - Department GO5 |
| | | | Notice Name |
| | | | Airbus SAS - B28-0A5 |
| | **State the term remaining** | Undetermined | Address |
| | | | Airbus SAS SLOGB - B28-0A5 |
| | **List the contract number of** | | |
| | **any government contract** | | 2 Rond-point Emile Dewoitine |

| Blagnac Cedex | | 31700 |
|---|---|---|
| City | State | ZIP Code |
| France | | |
| Country | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 18 of 86

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| | | |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

AIRBUS Operations S.A.S.
Name

Attn Florent Capoulade - Department GO5
Notice Name

Airbus SAS - B28-0A5
Address

Airbus SAS SLOGB - B28-0A5

2 Rond-point Emile Dewoitine

| | | |
|---|---|---|
| Blagnac Cedex | | 31700 |
| City | State | ZIP Code |
| France | | |
| Country | | |

| | | |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

AIRBUS Operations S.A.S.
Name

Attn Florent Capoulade - Department GO5
Notice Name

Airbus SAS - B28-0A5
Address

Airbus SAS SLOGB - B28-0A5

2 Rond-point Emile Dewoitine

| | | |
|---|---|---|
| Blagnac Cedex | | 31700 |
| City | State | ZIP Code |
| France | | |
| Country | | |

| | | |
|---|---|---|
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

AIRBUS Operations S.A.S.
Name

Attn Florent Capoulade - Department GO5
Notice Name

Airbus SAS - B28-0A5
Address

Airbus SAS SLOGB - B28-0A5

2 Rond-point Emile Dewoitine

| | | |
|---|---|---|
| Blagnac Cedex | | 31700 |
| City | State | ZIP Code |
| France | | |
| Country | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 19 of 86

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*:  26-10183
_____

| | | |
|---|---|---|
| **2.57** **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
| | | Name |
| | | Attn Florent Capoulade - Department GO5 |
| | | Notice Name |
| | | Airbus SAS - B28-0A5 |
| **State the term remaining** | Undetermined | Address |
| | | Airbus SAS SLOGB - B28-0A5 |
| **List the contract number of** | | |
| **any government contract** | | 2 Rond-point Emile Dewoitine |

| | | | |
|---|---|---|---|
| | | Blagnac Cedex | 31700 |
| | | City | State | ZIP Code |
| | | France | |
| | | Country | |

| | | |
|---|---|---|
| **2.58** **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AIRBUS Operations S.A.S. |
| | | Name |
| | | Attn Florent Capoulade - Department GO5 |
| | | Notice Name |
| | | Airbus SAS - B28-0A5 |
| **State the term remaining** | Undetermined | Address |
| | | Airbus SAS SLOGB - B28-0A5 |
| **List the contract number of** | | |
| **any government contract** | | 2 Rond-point Emile Dewoitine |

| | | | |
|---|---|---|---|
| | | Blagnac Cedex | 31700 |
| | | City | State | ZIP Code |
| | | France | |
| | | Country | |

| | | |
|---|---|---|
| **2.59** **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Airbus S.A.S. |
| | | Name |
| | | Attn Marc Wolde-Mikael |
| | | Notice Name |
| | | 2 rond-point Dewoitine |
| **State the term remaining** | Undetermined | Address |
| | | BP 90112 |
| **List the contract number of** | | |
| **any government contract** | | |

| | | | |
|---|---|---|---|
| | | Blagnac Cedex | 31703 |
| | | City | State | ZIP Code |
| | | France | |
| | | Country | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*  26-10183

| | | |
|---|---|---|
| 2.60 **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Airway Lease LLC |
| | | Name |
| | | Attn Linda Rombaut |
| | | Notice Name |
| | | 2 Corporate Park, Suite 200 |
| **State the term remaining** | Undetermined | Address |
| **List the contract number of any government contract** | | |
| | | Irvine / CA / 92606 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.61 **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Allegiant Air, LLC |
| | | Name |
| | | Attn General Counsel |
| | | Notice Name |
| | | 1201 North Town Center Drive |
| **State the term remaining** | Undetermined | Address |
| **List the contract number of any government contract** | | |
| | | Las Vegas / NV / 89144 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.62 **State what the contract or lease is for and the nature of the debtor's interest** | Flight Training Device Purchase and Relocation and Upgrade Agreement | Allegiant Air, LLC |
| | | Name |
| | | Attn General Counsel |
| | | Notice Name |
| | | 1201 North Town Center Drive |
| **State the term remaining** | Undetermined | Address |
| **List the contract number of any government contract** | | |
| | | Las Vegas / NV / 89144 |
| | | City / State / ZIP Code |
| | | Country |

Debtor: Avenger Flight Group, LLC
_____   Case number *(if known)*: 26-10183
Name

| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Sale and Purchase Agreement | Allegiant Air, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 1201 North Town Center Drive |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | Las Vegas | NV | 89144 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease | Allegiant Air, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 1201 North Town Center Drive |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | Las Vegas | NV | 89144 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Alliance Aviation, Inc. |
|---|---|---|---|
| | | | Name |
| | | | c/o Frank Simone, P.A. |
| | | | Notice Name |
| | | | Attn Frank C. Simone, Esq. |
| | **State the term remaining** | Undetermined | Address |
| | | | 701 Brickell Avenue, Suite 1550 |
| | **List the contract number of any government contract** | | |

| | | | Miami | FL | 33131 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*  26-10183

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease | Alliance Aviation, Inc. |
|---|---|---|---|
| | | | Name |
| | | | c/o Frank Simone, P.A. |
| | | | Notice Name |
| | | | Attn Frank C. Simone, Esq. |
| | **State the term remaining** | Undetermined | Address |
| | | | 701 Brickell Avenue, Suite 1550 |
| | **List the contract number of any government contract** | | |

| Miami | FL | 33131 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | American Flyers |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4650 Airport Parkway |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| Addison | TX | 75001 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | American Mechanical Services of Texas, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 675073 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| Dallas | TX | 75267-5073 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*  26-10183

| | | |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement |
| | | American Mechanical Services of Texas, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | P.O. Box 675073 |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| City | State | ZIP Code |
|---|---|---|
| Dallas | TX | 75267-5073 |

Country

| | | |
|---|---|---|
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Service |
| | | Aramark Refreshment Services, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | P.O. Box 21971 |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10087-1971 |

Country

| | | |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Service |
| | | Aramark Refreshment Services, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | P.O. Box 21971 |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10087-1971 |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.72** **State what the contract or lease is for and the nature of the debtor's interest**   Service

Aramark Refreshment Services, LLC
Name

Notice Name

P.O. Box 21971

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| New York | NY | 10087-1971 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.73** **State what the contract or lease is for and the nature of the debtor's interest**   Service

Aramark Refreshment Services, LLC
Name

Notice Name

P.O. Box 21971

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| New York | NY | 10087-1971 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.74** **State what the contract or lease is for and the nature of the debtor's interest**   Service

Aramark Refreshment Services, LLC
Name

Notice Name

P.O. Box 21971

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| New York | NY | 10087-1971 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 25 of 86

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| | | |
|---|---|---|
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Service |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Aramark Refreshment Services, LLC
Name

Notice Name

P.O. Box 21971
Address

New York | NY | 10087-1971
City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Agreement |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Artesian Bottleless Water
Name

Notice Name

7402 E 90th St
Address

Indianapolis | IN | 46256
City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

ATP - Higher Power Aviation, Inc.
Name

Notice Name

4001 Airport Fwy, Suite 200
Address

Bedford | TX | 76021
City | State | ZIP Code

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known)*: 26-10183

| | | | |
|---|---|---|---|
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | ATP Jet Simulation, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2800 Valley View Lane, Suite 180B |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Irving               TX               75062 |
| | | | City               State               ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License | Autodesk, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Market St Ste 400 |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Francisco               CA               94105 |
| | | | City               State               ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease | Avelo Airlines, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12 Greenway Plaza |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Houston               TX               77046 |
| | | | City               State               ZIP Code |
| | | | |
| | | | Country |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.81** **State what the contract or lease is for and the nature of the debtor's interest**   Comfort Letter

Avenger Flight Group Europe, Corp.
Name

Notice Name

1450 Lee Wagener Boulevard, Building No. 300
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Fort Lauderdale | FL | 33315 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.82** **State what the contract or lease is for and the nature of the debtor's interest**   Comfort Letter

Avenger Flight Group Germany GmbH
Name

Notice Name

1450 Lee Wagener Boulevard, Building No. 300
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Fort Lauderdale | FL | 33315 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.83** **State what the contract or lease is for and the nature of the debtor's interest**   IP License

Avions De Transport Regional G.I.E.
Name

Attn Lionel Michon
Notice Name

1, allee Pierre Nadot
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Blagnac Cedex | | 31712 |
|---|---|---|
| City | State | ZIP Code |

France
Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | Avions De Transport Regional G.I.E. |
|---|---|---|---|
| | | | Name |
| | | | Attn Lionel Michon |
| | | | Notice Name |
| | | | 1, allee Pierre Nadot |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Blagnac Cedex | 31712 |
| | | City | State | ZIP Code |
| | | France | |
| | | Country | |

| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | AvioVision N.V. |
|---|---|---|---|
| | | | Name |
| | | | Attn Director or Officer |
| | | | Notice Name |
| | | | Herkenrodesingel 8/D.3.01 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Hasselt | 3500 |
| | | City | State | ZIP Code |
| | | Belgium | |
| | | Country | |

| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | AXIS Flight Training Systems GmbH |
|---|---|---|---|
| | | | Name |
| | | | Christian Theuermann |
| | | | Notice Name |
| | | | Philipsstrasse 27 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Lebring | A-8403 |
| | | City | State | ZIP Code |
| | | Austria | |
| | | Country | |

Debtor: Avenger Flight Group, LLC
　　　　Name

Case number *(if known):*　26-10183

| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Bell Murray Aerospace, Inc. |
|---|---|---|---|

Name

Notice Name

1021 N. Outer Loop Road

**State the term remaining**　　Undetermined

Address

**List the contract number of any government contract**

| Atlanta | GA | 30354 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease | Bell Murray Aerospace, Inc. |
|---|---|---|---|

Name

Notice Name

1021 N. Outer Loop Road

**State the term remaining**　　Undetermined

Address

**List the contract number of any government contract**

| Atlanta | GA | 30354 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Service | Berry Coffee Company |
|---|---|---|---|

Name

Notice Name

14825 Martin Drive

**State the term remaining**　　Undetermined

Address

**List the contract number of any government contract**

| Eden Prairie | MN | 55344 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G　　　　**Schedule G: Executory Contracts and Unexpired Leases**　　　　Page 30 of 86

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*    26-10183
_____

**2.90** **State what the contract or lease is for and the nature of the debtor's interest**    Sublease

Biowound, LLC
_____
Name

LIZBETH LUCERO
_____
Notice Name

5955 Edmond ST
_____
Address

**State the term remaining**    Undetermined

_____

**List the contract number of any government contract**

_____

| Las Vegas | NV | 89118 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.91** **State what the contract or lease is for and the nature of the debtor's interest**    Real Property Lease

Bisbel Hispania, S.L.
_____
Name

David Gonzalez, Property Manager
_____
Notice Name

C/ Dona Juana I de Castilla 24
_____
Address

**State the term remaining**    Undetermined

_____

**List the contract number of any government contract**

_____

| Madrid | | 28027 |
|---|---|---|
| City | State | ZIP Code |

Spain
Country

**2.92** **State what the contract or lease is for and the nature of the debtor's interest**    Software License

Bitdefender
_____
Name

_____
Notice Name

3945 Freedom Cir Ste 500
_____
Address

**State the term remaining**    Undetermined

_____

**List the contract number of any government contract**

_____

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Avenger Flight Group, LLC
Name

Case number *(if known)*:    26-10183

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License | BlueAlly Technology Solutions, LLC |
| | | | Name |

Notice Name

1225 Crescent Green Ste 115

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| Cary | NC | 27518 |
| City | State | ZIP Code |

Country

| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License | BlueAlly Technology Solutions, LLC |
| | | | Name |

Notice Name

1225 Crescent Green Ste 115

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| Cary | NC | 27518 |
| City | State | ZIP Code |

Country

| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License | BlueAlly Technology Solutions, LLC |
| | | | Name |

Notice Name

1225 Crescent Green Ste 115

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| Cary | NC | 27518 |
| City | State | ZIP Code |

Country

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 32 of 86

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

| | | |
|---|---|---|
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License |
| | | BlueAlly Technology Solutions, LLC |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Undetermined |
| | | 1225 Crescent Green Ste 115 |
| | | Address |
| | **List the contract number of any government contract** | |

Cary          NC          27518

City          State          ZIP Code

Country

| | | |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License |
| | | BlueAlly Technology Solutions, LLC |
| | | Name |
| | | Notice Name |
| | | 1225 Crescent Green Ste 115 |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

Cary          NC          27518

City          State          ZIP Code

Country

| | | |
|---|---|---|
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License |
| | | BlueAlly Technology Solutions, LLC |
| | | Name |
| | | Notice Name |
| | | 1225 Crescent Green Ste 115 |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

Cary          NC          27518

City          State          ZIP Code

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| | | | |
|---|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License | BlueAlly Technology Solutions, LLC |

Name

Notice Name

1225 Crescent Green Ste 115

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cary | NC | 27518 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License | BlueAlly Technology Solutions, LLC |

Name

Notice Name

1225 Crescent Green Ste 115

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cary | NC | 27518 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License | BlueAlly Technology Solutions, LLC |

Name

Notice Name

1225 Crescent Green Ste 115

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cary | NC | 27518 |
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*   26-10183

| | | |
|---|---|---|
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |

Boeing Intellectual Property Licensing Company
Name

Notice Name

929 Long Bridge Drive
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Arlington | VA | 22202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |

Boeing Intellectual Property Licensing Company
Name

Notice Name

929 Long Bridge Drive
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Arlington | VA | 22202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement |

Bow Systems (Private) Limited
Name

Notice Name

07, Royal Inn Plaza
Address

Kohistan Road, Markaz F-8

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Islamabad | | 44000 |
|---|---|---|
| City | State | ZIP Code |

Pakistan
Country

Debtor:  Avenger Flight Group, LLC
_____
Name

Case number *(if known):*   26-10183
_____

**2.105** **State what the contract or lease is for and the nature of the debtor's interest**

IP License

CAE CF B.V.
_____
Name

Attn Legal Advisor
_____
Notice Name

Warmonderweg 11
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Sassenheim | | 2171 AH |
| City | State | ZIP Code |
| Netherlands | | |
| Country | | |

**2.106** **State what the contract or lease is for and the nature of the debtor's interest**

Sale and Purchase Agreement

CAE CF B.V.
_____
Name

Attn Legal Advisor
_____
Notice Name

Warmonderweg 11
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Sassenheim | | 2171 AH |
| City | State | ZIP Code |
| Netherlands | | |
| Country | | |

**2.107** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement for Sale and Purchase of One (1) A320 Full Flight Simulator

CAE CF B.V.
_____
Name

Attn Legal Advisor
_____
Notice Name

Warmonderweg 11
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Sassenheim | | 2171 AH |
| City | State | ZIP Code |
| Netherlands | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

2.108 **State what the contract or lease is for and the nature of the debtor's interest**   IP License

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

**State the term remaining**   Undetermined

Saint Laurent

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

2.109 **State what the contract or lease is for and the nature of the debtor's interest**   IP License

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

**State the term remaining**   Undetermined

Saint Laurent

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

2.110 **State what the contract or lease is for and the nature of the debtor's interest**   IP License

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

**State the term remaining**   Undetermined

Saint Laurent

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known)*:    26-10183

| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | CAE Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn CAE VP Legal |
| | | | Notice Name |
| | | | 8585 Cote de Liesse Rd. |
| | **State the term remaining** | Undetermined | Address |
| | | | Saint Laurent |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Montreal | QC | H4T 1G6 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | CAE Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn CAE VP Legal |
| | | | Notice Name |
| | | | 8585 Cote de Liesse Rd. |
| | **State the term remaining** | Undetermined | Address |
| | | | Saint Laurent |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Montreal | QC | H4T 1G6 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License | CAE Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn CAE VP Legal |
| | | | Notice Name |
| | | | 8585 Cote de Liesse Rd. |
| | **State the term remaining** | Undetermined | Address |
| | | | Saint Laurent |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Montreal | QC | H4T 1G6 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*    26-10183
_____

**2.114** **State what the contract or lease is for and the nature of the debtor's interest**    IP License

CAE Inc.
_____
Name

Attn CAE VP Legal
_____
Notice Name

8585 Cote de Liesse Rd.
_____

**State the term remaining**    Undetermined

Address

Saint Laurent
_____

**List the contract number of**

**any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.115** **State what the contract or lease is for and the nature of the debtor's interest**    IP License

CAE Inc.
_____
Name

Attn CAE VP Legal
_____
Notice Name

8585 Cote de Liesse Rd.
_____

**State the term remaining**    Undetermined

Address

Saint Laurent
_____

**List the contract number of**

**any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.116** **State what the contract or lease is for and the nature of the debtor's interest**    IP License

CAE Inc.
_____
Name

Attn CAE VP Legal
_____
Notice Name

8585 Cote de Liesse Rd.
_____

**State the term remaining**    Undetermined

Address

Saint Laurent
_____

**List the contract number of**

**any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):* 26-10183
_____

2.117 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

CAE Inc.
_____
Name

Attn CAE VP Legal
_____
Notice Name

8585 Cote de Liesse Rd.
_____
Address

**State the term remaining** Undetermined

Saint Laurent
_____

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

2.118 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

CAE Inc.
_____
Name

Attn CAE VP Legal
_____
Notice Name

8585 Cote de Liesse Rd.
_____
Address

**State the term remaining** Undetermined

Saint Laurent
_____

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

2.119 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

CAE Inc.
_____
Name

Attn CAE VP Legal
_____
Notice Name

8585 Cote de Liesse Rd.
_____
Address

**State the term remaining** Undetermined

Saint Laurent
_____

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*  26-10183

2.120 **State what the contract or lease is for and the nature of the debtor's interest**   IP License

**State the term remaining**   Undetermined

**List the contract number of any government contract**

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

Saint Laurent

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

2.121 **State what the contract or lease is for and the nature of the debtor's interest**   IP License

**State the term remaining**   Undetermined

**List the contract number of any government contract**

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

Saint Laurent

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

2.122 **State what the contract or lease is for and the nature of the debtor's interest**   IP License

**State the term remaining**   Undetermined

**List the contract number of any government contract**

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

Saint Laurent

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

2.123 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

**State the term remaining**    Undetermined

Saint Laurent

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

2.124 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

**State the term remaining**    Undetermined

Saint Laurent

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

2.125 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

**State the term remaining**    Undetermined

Saint Laurent

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| | | |
|---|---|---|
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |
| | | CAE Inc. |
| | | Name |
| | | Attn CAE VP Legal |
| | | Notice Name |
| | | 8585 Cote de Liesse Rd. |
| | **State the term remaining** | Undetermined |
| | | Address |
| | | Saint Laurent |
| | **List the contract number of** | |
| | **any government contract** | |

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |
| | | CAE Inc. |
| | | Name |
| | | Attn CAE VP Legal |
| | | Notice Name |
| | | 8585 Cote de Liesse Rd. |
| | **State the term remaining** | Undetermined |
| | | Address |
| | | Saint Laurent |
| | **List the contract number of** | |
| | **any government contract** | |

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |
| | | CAE Inc. |
| | | Name |
| | | Attn CAE VP Legal |
| | | Notice Name |
| | | 8585 Cote de Liesse Rd. |
| | **State the term remaining** | Undetermined |
| | | Address |
| | | Saint Laurent |
| | **List the contract number of** | |
| | **any government contract** | |

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

2.129 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

**State the term remaining**  Undetermined

Saint Laurent

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

2.130 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

**State the term remaining**  Undetermined

Saint Laurent

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

2.131 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order for Honeywell Epic 23.x License for EMB 170

CAE Inc.
Name

Attn CAE VP Legal
Notice Name

8585 Cote de Liesse Rd.
Address

**State the term remaining**  Undetermined

Saint Laurent

**List the contract number of any government contract**

| Montreal | QC | H4T 1G6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| | | | |
|---|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | CBIZ Services Proposal | CBIZ Benefits & Insurance Services, Inc. |
| | | | Name |
| | | | Jason Richard |
| | | | Notice Name |
| | | | 110 Franklin Rd |
| | **State the term remaining** | Undetermined | Address |
| | | | Suite 300 |
| | **List the contract number of any government contract** | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | Roanoke | VA | 24011 |

Country

| | | | |
|---|---|---|---|
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | ACH Service Agreement | CBIZ Benefits & Insurance Services, Inc. |
| | | | Name |
| | | | Jason Richard |
| | | | Notice Name |
| | | | 110 Franklin Rd |
| | **State the term remaining** | Undetermined | Address |
| | | | Suite 300 |
| | **List the contract number of any government contract** | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | Roanoke | VA | 24011 |

Country

| | | | |
|---|---|---|---|
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | CentrePort Industrial Phase I, LLC |
| | | | Name |
| | | | Hillwood Development Company, LLC |
| | | | Notice Name |
| | | | Attn Chief Legal Officer |
| | **State the term remaining** | Undetermined | Address |
| | | | 3090 Olive Street, Suite 300 |
| | **List the contract number of any government contract** | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | Dallas | TX | 75219 |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*    26-10183

| | | |
|---|---|---|
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Chih-Ping Hung
Name

Notice Name

Address on file
Address

City     State     ZIP Code

Country

| | | |
|---|---|---|
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Service |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Clean Force Building Services, Inc.
Name

Notice Name

6043 US Highway 17- 92 N Suite 115
Address

| Davenport | FL | 33896 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

CliftonLarsonAllen LLP
Name

Lauren Witushynsky
Notice Name

220 S 6th St
Address

Suite 300

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G       **Schedule G: Executory Contracts and Unexpired Leases**       Page 46 of 86

Debtor: Avenger Flight Group, LLC
          Name

Case number (if known): 26-10183

2.138 **State what the contract or lease is for and the nature of the debtor's interest**

Professional Services

CliftonLarsonAllen LLP
Name

Lauren Witushynsky
Notice Name

220 S 6th St
Address

Suite 300

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

2.139 **State what the contract or lease is for and the nature of the debtor's interest**

Professional Services

CliftonLarsonAllen LLP
Name

Lauren Witushynsky
Notice Name

220 S 6th St
Address

**State the term remaining**    Undetermined

Suite 300

**List the contract number of any government contract**

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

2.140 **State what the contract or lease is for and the nature of the debtor's interest**

Software License

CodeTwo sp. z.o.o. sp. k.
Name

Notice Name

Wolnosci 16
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Jelenia Gora | | 58-500 |
|---|---|---|
| City | State | ZIP Code |
| Poland | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*:   26-10183
_____

**2.141** **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Agreement

Comcast
_____
Name

Comcast Center
_____
Notice Name

1701 JFK Boulevard
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Philadelphia | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.142** **State what the contract or lease is for and the nature of the debtor's interest**

Software License

Concur Technologies
_____
Name

_____
Notice Name

601 108th Avenue NE
_____
Address

Suite 1000

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Bellevue | WA | 98004 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.143** **State what the contract or lease is for and the nature of the debtor's interest**

Software License

Confident Clouds
_____
Name

_____
Notice Name

575 Sawgrass Corporate Parkway
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Sunrise | FL | 33325 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G   **Schedule G: Executory Contracts and Unexpired Leases**   Page 48 of 86

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*    26-10183

| | | |
|---|---|---|
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease |

Consorcio Industrial de Alimentos, S.A. de C.V.

Name

Mr. Jose Andres Franco Honey

Notice Name

Carretera Federal Tulum-Cancun Km 57 -100

Address

Municipio de Solidaridad

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Playa del Carmen, Quintana Roo | | C.P. 77710 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| | | |
|---|---|---|
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance |

Continental Casualty Company

Name

Notice Name

151 N. Franklin Street

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Chicago | IL | 60606 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | |
|---|---|---|
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease |

Conus Aviation Training

Name

Notice Name

2520 Cottonwood Lane

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Bedford | TX | 76021 |
| City | State | ZIP Code |
| | | |
| Country | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 49 of 86

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Crown Castle Fiber LLC |
|---|---|---|---|

Name

Notice Name

1220 Augusta Drive, Suite 600

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| | | Houston | TX | 77030 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Trade Program Agreement | D&B Business Information Solutions UC |
|---|---|---|---|

Name

Attn Legal Dept.
Notice Name

5335 Gate Parkway

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| | | Jacksonville | FL | 32256 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | 2024 Audit Engagement Letter | De La Hoz Perez |
|---|---|---|---|

Name

Tony De Los Rios
Notice Name

2800 Ponce De Leon Blvd.

**State the term remaining** Undetermined

Address

Suite 1020

**List the contract number of any government contract**

| | | Coral Gables | FL | 33134 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):* 26-10183
_____

| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Decatur Business Center, LLC |
|---|---|---|---|
| | | | Name |
| | | | Terry York, Member |
| | | | Notice Name |
| | | | 6280 S. Valley View Blvd., Suite 106 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | Las Vegas | NV | 89118 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Decatur Business Center, LLC |
|---|---|---|---|
| | | | Name |
| | | | Terry York, Member |
| | | | Notice Name |
| | | | 6280 S. Valley View Blvd., Suite 106 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | Las Vegas | NV | 89118 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License | Dell Financial Services L.L.C. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | One Dell Way |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | Round Rock | TX | 78682 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.153 State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

Direct Connect Flight Academy, Inc.
Name

Notice Name

1055 Aviation Way
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Colorado Springs | CO | 80916 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.154 State what the contract or lease is for and the nature of the debtor's interest**   Real Property Lease

Duke Secured Financing 2009 – 1ALZ, LLC
Name

EQT Partners Inc
Notice Name

Alison Donohue, Property Manager
Address

**State the term remaining**   Undetermined

320 S. Canal Street

**List the contract number of any government contract**

Suite 2820

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.155 State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

Eastern Airlines LLC
Name

Notice Name

550 E Swedesford Road
Address

**State the term remaining**   Undetermined

Suite 210

**List the contract number of any government contract**

| Wayne | PA | 19087 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.156** **State what the contract or lease is for and the nature of the debtor's interest**

IP License

Embraer S.A.
Name

Attn Marcio Fernandes - CRM Manager
Notice Name

Avenida Brigadeiro Faria Lima, 2170 Putim
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Sao Jose dos Campos | Sao Paulo | 12227-901 |
|---|---|---|
| City | State | ZIP Code |
| Brazil | | |
| Country | | |

**2.157** **State what the contract or lease is for and the nature of the debtor's interest**

Insurance

Endurance American Specialty Insurance Company
Name

c/o Sompo International Holdings Ltd.
Notice Name

Waterloo House
Address

100 Pitts Bay Road

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Pembroke | | HM 08 |
|---|---|---|
| City | State | ZIP Code |
| Bermuda | | |
| Country | | |

**2.158** **State what the contract or lease is for and the nature of the debtor's interest**

Software License

Enter Air Training Center Sp. z.o.o.
Name

Notice Name

VAT number PL5252795013
Address

Towarowa 28

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Warszawa | | 00-839 |
|---|---|---|
| City | State | ZIP Code |
| Poland | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*  26-10183

2.159 **State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

Envoy Air Inc.
Name

Notice Name

4301 Regent Blvd.
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Irving | TX | 75063 |
|---|---|---|
| City | State | ZIP Code |

Country

2.160 **State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

Executive Aviation Corporation
Name

Notice Name

650 SW 34th St, 301
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Fort Lauderdale | FL | 33315 |
|---|---|---|
| City | State | ZIP Code |

Country

2.161 **State what the contract or lease is for and the nature of the debtor's interest**   Lease Agreement

FFS Lease B.V.
Name

Notice Name

Huisakkers 7
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Wenum-Wiesel | | 7345 CN |
|---|---|---|
| City | State | ZIP Code |

Netherlands
Country

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

---

2.162 **State what the contract or lease is for and the nature of the debtor's interest**   Insurance

Fidelity and Guaranty Insurance Company

Name

Notice Name

801 Grand Ave., Suite 2600

Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Des Moines | IA | 50309 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.163 **State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

Freedom II

Name

Kjell Lavoll

Notice Name

3191 Jet Center Terrace

Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Fort Pierce | FL | 34946 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.164 **State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

Frontier Airlines, Inc.

Name

Attn General Counsel

Notice Name

4545 Airport Way

Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Denver | CO | 80239 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.165** **State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

Frontier Airlines, Inc.
Name

Attn General Counsel
Notice Name

4545 Airport Way

**State the term remaining**   Undetermined
Address

**List the contract number of any government contract**

| Denver | CO | 80239 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.166** **State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

Glennco Aviation Training Company LLC
Name

Notice Name

9011 Jericho Rd.

**State the term remaining**   Undetermined
Address

**List the contract number of any government contract**

| Weeki Wachee | FL | 34613 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.167** **State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

Glennco Aviation Training Company LLC
Name

Notice Name

9011 Jericho Rd.

**State the term remaining**   Undetermined
Address

**List the contract number of any government contract**

| Weeki Wachee | FL | 34613 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Avenger Flight Group, LLC

Name

Case number *(if known)*:  26-10183

---

2.168 **State what the contract or lease is for and the nature of the debtor's interest**

Service

Green Clean Commercial Cleaning Services LLC

Name

Notice Name

PO Box 96664

**State the term remaining**      Undetermined

Address

**List the contract number of**

**any government contract**

| Las Vegas | NV | 89193-6664 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.169 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Gridiron Air, LLC

Name

Burke Whipple

Notice Name

13901 Aviator Way

**State the term remaining**      Undetermined

Address

**List the contract number of**

**any government contract**

| Ft. Worth | TX | 76155 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.170 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Gulf Coast Aeronautical Services, LLC

Name

Notice Name

26B Site C Road

**State the term remaining**      Undetermined

Address

**List the contract number of**

**any government contract**

| Freeport | FL | 32439 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 57 of 86

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*   26-10183

2.171 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Gulf Coast Aeronautical Services, LLC
Name

Notice Name

26B Site C Road
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Freeport | FL | 32439 |
|---|---|---|
| City | State | ZIP Code |

Country

2.172 **State what the contract or lease is for and the nature of the debtor's interest**

Sublease

Gulf Coast Aeronautical Services, LLC
Name

Notice Name

26B Site C Road
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Freeport | FL | 32439 |
|---|---|---|
| City | State | ZIP Code |

Country

2.173 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Infinity JYLP, LLC
Name

WDC-O Holdings, LLC
Notice Name

Attn Rasesh Thakkar
Address

6900 Tavistock Lakes Blvd., Suite 200

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Orlando | FL | 32827 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*  26-10183
_____

**2.174** **State what the contract or lease is for and the nature of the debtor's interest**   Software License

Insight Software
_____
Name

Devon Corker
_____
Notice Name

8529 Six Forks Road, STE 300
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Raleigh | NC | 27615 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.175** **State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

Jetway Aviation Training, LLC d/b/a Jetflow Aviation Training
_____
Name

Notice Name

2805 Carrier Avenue
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Sanford | FL | 32773 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.176** **State what the contract or lease is for and the nature of the debtor's interest**   Employment

K&A
_____
Name

Notice Name

7101 Wisconsin Avenue, Suite 1210
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Bethesda | MD | 20814 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known)*:    26-10183

| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Key Lime Air |
|---|---|---|---|

Name

Notice Name

13252 E. Control Tower Rd.

**State the term remaining**    Undetermined

Address

**List the contract number of**

**any government contract**

| Englewood | CO | 80112 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Kingsky Flight Academy, LLC |
|---|---|---|---|

Name

Notice Name

2945 Airside Center Dr.

**State the term remaining**    Undetermined

Address

**List the contract number of**

**any government contract**

| Lakeland | FL | 33811 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Liberty AIPO Limited Partnership |
|---|---|---|---|

Name

c/o Wilson, Elser, Moskowitz, Edelman & Dicker LLP

Notice Name

Attn Mirelis Castilla and Giselle Defalla

**State the term remaining**    Undetermined

Address

100 SE Second Street, Suite 2100

**List the contract number of**

**any government contract**

| Miami | FL | 33131 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

2.180 **State what the contract or lease is for and the nature of the debtor's interest**  Vendor Agreement

LOGIX Fiber Networks
Name

Notice Name

2950 N. Loop West
Address

8th Floor

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Houston | TX | 77092 |
| City | State | ZIP Code |

Country

2.181 **State what the contract or lease is for and the nature of the debtor's interest**  Software License

LYLIX, Inc.
Name

Notice Name

PO Box 21
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cambridge Springs | PA | 16403 |
| City | State | ZIP Code |

Country

2.182 **State what the contract or lease is for and the nature of the debtor's interest**  Employment

Marc Sullivan
Name

Notice Name

Address on file
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 61 of 86

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

2.183 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

MU-G Technologies, Inc.
Name

Robert Ward
Notice Name

1692 W. Carriage
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Titusville | FL | 32796 |

Country

2.184 **State what the contract or lease is for and the nature of the debtor's interest**

MPS Flight Simulator Training Devices Maintenance & Service Agreement (A2)

Multi Pilot Simulations International b.v.
Name

Dick Verburg
Notice Name

Koningin Wilhelminaweg 449
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Groenekan | BE | 3737 |

Netherlands
Country

2.185 **State what the contract or lease is for and the nature of the debtor's interest**

MPS Flight Simulator Training Devices Maintenance & Service Agreement (B1)

Multi Pilot Simulations International b.v.
Name

Dick Verburg
Notice Name

Koningin Wilhelminaweg 449
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Groenekan | BE | 3737 |

Netherlands
Country

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*:   26-10183
_____

| | | |
|---|---|---|
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | MPS Flight Simulator Training Devices Maintenance & Service Agreement (B2) |

Multi Pilot Simulations International b.v.
_____
Name

Dick Verburg
_____
Notice Name

Koningin Wilhelminaweg 449
_____
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |

_____

| | |
|---|---|
| | **List the contract number of** |
| | **any government contract** |

_____

| Groenekan | BE | 3737 |
|---|---|---|
| City | State | ZIP Code |
| Netherlands | | |
| Country | | |

| | | |
|---|---|---|
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance |

National Union Fire Insurance Company of Pittsburgh, PA
_____
Name

_____
Notice Name

1271 Ave of the Americas FL 41
_____
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |

_____

| | |
|---|---|
| | **List the contract number of** |
| | **any government contract** |

_____

| New York | NY | 10020-1304 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

| | | |
|---|---|---|
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | Guaranty Agreement |

Nations Fund I, LLC
_____
Name

_____
Notice Name

40 Danbury Rd Ste 1
_____
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |

_____

| | |
|---|---|
| | **List the contract number of** |
| | **any government contract** |

_____

| Wilton | CT | 06897-4441 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| | | | |
|---|---|---|---|
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Navy Engineering Logistics Office<br>Name |

Notice Name

5450 Carlisle Pike Bldg 205
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Mechanicsburg | PA | 17055 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Navy Engineering Logistics Office<br>Name |

Notice Name

5450 Carlisle Pike Bldg 205
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Mechanicsburg | PA | 17055 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Navy Engineering Logistics Office<br>Name |

Notice Name

5450 Carlisle Pike Bldg 205
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Mechanicsburg | PA | 17055 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.192** **State what the contract or lease is for and the nature of the debtor's interest**

Project: B737NG, B767 & B777 Door Trainer

Nediar S.A.S.
Name

Jose David Ospina Restrepo
Notice Name

CR 59 N 24-61
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Medellin | | |
|---|---|---|
| City | State | ZIP Code |
| Colombia | | |
| Country | | |

**2.193** **State what the contract or lease is for and the nature of the debtor's interest**

Guaranty Agreement

NEFPASS LLC
Name

SLR Equipment Finance
Notice Name

40 Danbury Road, 1st Fl
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Wilton | CT | 06897 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

**2.194** **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Northrop Grumman Systems Corporation
Name

Financial Shared Services
Notice Name

Sarah Moen
Address

5600 American Blvd Suite 200

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Bloomington | MN | 55437 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

2.195 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Omega Air, Inc.
Name

Notice Name

10315 Wetmore Road
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

2.196 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Omega Air, Inc.
Name

Notice Name

10315 Wetmore Road
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

2.197 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Omega Air, Inc.
Name

Notice Name

10315 Wetmore Road
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

2.198 **State what the contract or lease is for and the nature of the debtor's interest**

Sublease

Omega Air, Inc.
Name

Notice Name

10315 Wetmore Road
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

2.199 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Omni Air International, LLC
Name

Notice Name

3303 N Sheridan Road, Hanger 19
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Tulsa | OK | 74115 |
|---|---|---|
| City | State | ZIP Code |

Country

2.200 **State what the contract or lease is for and the nature of the debtor's interest**

Sublease

Omni Air International, LLC
Name

Notice Name

3303 N Sheridan Road, Hanger 19
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Tulsa | OK | 74115 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement

Parallel Express
Name

Notice Name

8321 Lemmon Ave.
Address

**State the term remaining** | Undetermined

Suite A

**List the contract number of any government contract**

| Dallas | TX | 75209 |
| City | State | ZIP Code |

Country

2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment

Pedro Sors
Name

Notice Name

Address on file
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |

Country

2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement

Piedmont Airlines, Inc.
Name

Notice Name

5443 Airport Terminal Road
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| Salisbury | MD | 21804 |
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| | | |
|---|---|---|
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement |

Piedmont Airlines, Inc.
Name

Notice Name

5443 Airport Terminal Road
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Salisbury | MD | 21804 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement |

Plane Sym, LLC
Name

Notice Name

2800 Executive Way
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Miramar | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease |

Plane Sym, LLC
Name

Notice Name

2800 Executive Way
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Miramar | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G **Schedule G: Executory Contracts and Unexpired Leases** Page 69 of 86

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.207** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Agreement for One Embraer 170 Full Flight Simulator One Embraer 170 FTD and One Embraer 170 IPT

Prince Sultan Aviation Academy
Name

Attn Adel B. Ahme
Notice Name

CC 16953130 PO Box 167
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Jeddah | | 21231 |
|--------|--------|--------|
| City | State | ZIP Code |

Saudi Arabia
Country

**2.208** **State what the contract or lease is for and the nature of the debtor's interest**

Service

Pure Water Solutions of America, LLC
Name

Notice Name

3208 S State St
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Salt Lake City | UT | 84115 |
|--------|--------|--------|
| City | State | ZIP Code |

Country

**2.209** **State what the contract or lease is for and the nature of the debtor's interest**

Service

Quench USA, Inc.
Name

Notice Name

PO BOX 735777
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| DALLAS | TX | 75373-5777 |
|--------|--------|--------|
| City | State | ZIP Code |

Country

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 70 of 86

Debtor:  Avenger Flight Group, LLC
_____
Name

Case number *(if known)*:  26-10183
_____

2.210  **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Reid Mitchell
_____
Name

_____
Notice Name

Address on file
_____
Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

_____

_____

_____

| City | State | ZIP Code |
|------|-------|----------|

_____
Country

2.211  **State what the contract or lease is for and the nature of the debtor's interest**

Service

Remediation Technologies, Inc.
_____
Name

_____
Notice Name

15850 Crabbs Branch Way
_____
Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

_____

| City | State | ZIP Code |
|------|-------|----------|
| Rockville | MD | 20855 |

_____
Country

2.212  **State what the contract or lease is for and the nature of the debtor's interest**

Agreement for Search, Recruitment, and Placement Services

Rise Technical Recruitment Inc.
_____
Name

Joanna Cross
_____
Notice Name

1011 Centre Road - Suite 322
_____
Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

_____

| City | State | ZIP Code |
|------|-------|----------|
| Wilmington | DE | 19805 |

_____
Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.213** **State what the contract or lease is for and the nature of the debtor's interest**   Customer Agreement

Sands Aviation, LLC
Name

Notice Name

5500 Haven St
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Las Vegas | NV | 89119 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.214** **State what the contract or lease is for and the nature of the debtor's interest**   Cleaning Service

ServiClean Carol, LLC
Name

Notice Name

14803 SW 9TH LN
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Miami | FL | 33194 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.215** **State what the contract or lease is for and the nature of the debtor's interest**   Real Property Lease

Sheltair Aviation Center, LLC
Name

Notice Name

1100 Lee Wagener Blvd., Suite 107
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Fort Lauderdale | FL | 33315 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G   **Schedule G: Executory Contracts and Unexpired Leases**   Page 72 of 86

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*     26-10183

| | | | |
|---|---|---|---|
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Sheltair Aviation Center, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1100 Lee Wagener Blvd., Suite 107 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |

| | | |
|---|---|---|
| Fort Lauderdale | FL | 33315 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Silver Airways LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2850 Greene Street |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |

| | | |
|---|---|---|
| Hollywood | FL | 33020 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | SimJet Center, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4844 S. Collins St |
| | **State the term remaining** | Undetermined | Address |
| | | | Ste 100 |
| | **List the contract number of any government contract** | | |
| | | | |

| | | |
|---|---|---|
| Arlington | TX | 76018 |
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known)*: 26-10183

| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Sim-Source, LLC |
|---|---|---|---|

Name

Notice Name

1555 the Greens Way
**State the term remaining** — Undetermined

Address

**List the contract number of any government contract**

| Jacksonville Beach | FL | 32250 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Skymates, Inc. |
|---|---|---|---|

Name

Notice Name

3240 S. Great Southwest Pkwy
**State the term remaining** — Undetermined

Address

**List the contract number of any government contract**

| Grand Prairie | TX | 75052 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Spirit Airlines, Inc. |
|---|---|---|---|

Name

Attn Joe Houghton, VP Flight Operations
Notice Name

2800 Executive Way
**State the term remaining** — Undetermined

Address

**List the contract number of any government contract**

| Miramar | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   Avenger Flight Group, LLC
_____
Name

Case number *(if known):*   26-10183
_____

| | | | |
|---|---|---|---|
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Sale and Purchase of One (1) A320 Full Flight Simulator | |

Spirit Airlines, Inc.
_____
Name

Attn Joe Houghton, VP Flight Operations
_____
Notice Name

2800 Executive Way
_____
Address

**State the term remaining**   Undetermined

**List the contract number of**

**any government contract**

| Miramar | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease | |

Spirit Airlines, Inc.
_____
Name

Attn Joe Houghton, VP Flight Operations
_____
Notice Name

2800 Executive Way
_____
Address

**State the term remaining**   Undetermined

**List the contract number of**

**any government contract**

| Miramar | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease | |

Spirit Airlines, Inc.
_____
Name

Attn Joe Houghton, VP Flight Operations
_____
Notice Name

2800 Executive Way
_____
Address

**State the term remaining**   Undetermined

**List the contract number of**

**any government contract**

| Miramar | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 75 of 86

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

**2.225** **State what the contract or lease is for and the nature of the debtor's interest**

Lease

Spirit Airlines, Inc.

Name

Attn Joe Houghton, VP Flight Operations

Notice Name

2800 Executive Way

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Miramar | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.226** **State what the contract or lease is for and the nature of the debtor's interest**

Sales Agreement for ATR72-500 Full Flight Simulator & ATR72-500 Flat Panel Trainer

Stan Garst & Associates, Inc.

Name

Attn Jeffrey D. Garst, President

Notice Name

148 Chesterfield Industrial Blvd., Suite F

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Chesterfield | MO | 63005 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.227** **State what the contract or lease is for and the nature of the debtor's interest**

Sales Agreement For ATR72-500 Full Flight Simulator & ATR72-500 Flat Panel Trainer

Stan Garst & Associates, Inc.

Name

Attn Jeffrey D. Garst, President

Notice Name

148 Chesterfield Industrial Blvd., Suite F

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Chesterfield | MO | 63005 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known):*   26-10183
_____

| | | |
|---|---|---|
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Agreement For ATR72-500 Full Flight Simulator & ATR72-500 Flat Panel Trainer |

Stan Garst & Associates, Inc.
_____
Name

Attn Jeffrey D. Garst, President
_____
Notice Name

148 Chesterfield Industrial Blvd., Suite F
_____

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| Chesterfield | MO | 63005 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Agreement For B767-300 Full Flight Simulator |

Stan Garst & Associates, Inc.
_____
Name

Attn Jeffrey D. Garst, President
_____
Notice Name

148 Chesterfield Industrial Blvd., Suite F
_____

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| Chesterfield | MO | 63005 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance |

Starr Indemnity & Liability Company
_____
Name

Notice Name

399 Park Avenue, 2nd Floor
_____

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):*  26-10183

| | | |
|---|---|---|
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement |

Sterling Airways LLC
Name

Tony
Notice Name

4700 Millenia Blvd
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Orlando | FL | 32839 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement |

Sun Country, Inc. d/b/a Sun Country Airlines
Name

Notice Name

2005 Cargo Rd.
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Minneapolis | MN | 55450 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease |

Sun Country, Inc. d/b/a Sun Country Airlines
Name

Notice Name

2005 Cargo Rd.
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Minneapolis | MN | 55450 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

**2.234** **State what the contract or lease is for and the nature of the debtor's interest**

Invoice No. R02794937

TeamViewer Germany GmbH
Name

Notice Name

Bahnofsplatz 2
Address

**State the term remaining**   Undetermined

**List the contract number of**

**any government contract**

Goppingen | | 73033
City | State | ZIP Code

Germany
Country

**2.235** **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Agreement

Telefonica de Espana S.A.U.
Name

Notice Name

C/. Gran via, 28
Address

**State the term remaining**   Undetermined

**List the contract number of**

**any government contract**

Madrid | | 28013
City | State | ZIP Code

Spain
Country

**2.236** **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

TEM Enterprises
Name

Notice Name

5847 San Felipe St
Address

Suite 1900

**State the term remaining**   Undetermined

**List the contract number of**

**any government contract**

Houston | TX | 77057
City | State | ZIP Code

Country

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

---

2.237 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

Ten Tanker Air Carrier, LLC
Name

Notice Name

2503 Clark Carr Lp SE
Address

| Albuquerque | NM | 87106 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.238 **State what the contract or lease is for and the nature of the debtor's interest**

IP License

**State the term remaining** Undetermined

**List the contract number of any government contract**

The Boeing Company
Name

Attn Contracts Manager
Notice Name

Boeing Intellectual Property Licensing Company
Address

PO Box 3707, M/C 6M7-64

| Seattle | WA | 98124-2207 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.239 **State what the contract or lease is for and the nature of the debtor's interest**

Insurance

**State the term remaining** Undetermined

**List the contract number of any government contract**

The Travelers Lloyds Insurance Company
Name

c/o Travelers Property Casualty Corp.
Notice Name

One Tower Square
Address

| Hartford | CT | 06183 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*: 26-10183
_____

| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement for One Pre-Owned Embraer 145 Full Flight Simulator & Pre-Owned Embraer 145 Integrated Procedures Trainer | Tianjin Airlines Company Limited |
|---|---|---|---|
| | | | Name |
| | | | Attn Liang Zhu, Business Manager |
| | | | Notice Name |
| | | | Hai Nan Sky Plumage Flight Training Co., Ltd |
| | **State the term remaining** | Undetermined | Address |
| | | | Tankou Village, Longtang Town |
| | **List the contract number of** | | |
| | **any government contract** | | Qiongshan District |

| Haikou City | Hainan | 571000 |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement for One Pre-Owned Embraer 145 Full Flight Simulator & Pre-Owned Embraer 145 Integrated Procedures Trainer | Tianjin Airlines Company Limited |
|---|---|---|---|
| | | | Name |
| | | | Attn Liang Zhu, Business Manager |
| | | | Notice Name |
| | | | Hai Nan Sky Plumage Flight Training Co., Ltd |
| | | | Address |
| | **State the term remaining** | Undetermined | Tankou Village, Longtang Town |
| | **List the contract number of** | | |
| | **any government contract** | | Qiongshan District |

| Haikou City | Hainan | 571000 |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Service | Town and Country Pest Solutions, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2339 Town And Country Drive |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| Kissimmee | FL | 34744 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Avenger Flight Group, LLC
_____
Name

Case number *(if known)*:   26-10183
_____

| | | |
|---|---|---|
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |

TRU Simulation + Training Canada Inc.
_____
Name

Attn Stephanie Lussier, Director of Finance
_____
Notice Name

6767 Cote de Liesse
_____

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| Saint Laurent | QC | H4T 1E5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | IP License |

TRU Simulation + Training Canada Inc.
_____
Name

Attn Stephanie Lussier, Director of Finance
_____
Notice Name

6767 Cote de Liesse
_____

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| Saint Laurent | QC | H4T 1E5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease |

Valley View Owner, LLC
_____
Name

c/o JLL Industrial Property Management
_____
Notice Name

2401 Cedar Springs Rd, Suite 100 - IPM
_____

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| Dallas | TX | 75201 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Avenger Flight Group, LLC
Name

Case number *(if known)*:   26-10183

| | | | |
|---|---|---|---|
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | WAMOS Air, S.A. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Calle Mahonia n. 2, 6a Planta |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Madrid |
| | | | City |
| | | | Spain |
| | | | Country |

Madrid     28043
City    State    ZIP Code

| | | | |
|---|---|---|---|
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | Service | Waste Connections Lone Star, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3 Waterway Square Place |
| | **State the term remaining** | Undetermined | Address |
| | | | Suite 110 |
| | **List the contract number of** | | |
| | **any government contract** | | |

The Woodlands    TX    77380
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | Service | Waste Management of Minnesota, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 800 Capitol St |
| | **State the term remaining** | Undetermined | Address |
| | | | Suite 3000 |
| | **List the contract number of** | | |
| | **any government contract** | | |

Houston    TX    77002
City    State    ZIP Code

Country

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):* 26-10183

2.249 **State what the contract or lease is for and the nature of the debtor's interest**

Service

Waste Management of Texas, Inc.

Name

Notice Name

800 Capitol St

Address

Suite 3000

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Houston | TX | 77002 |
|---|---|---|
| City | State | ZIP Code |

Country

2.250 **State what the contract or lease is for and the nature of the debtor's interest**

Insurance

Wright Flood

Name

Notice Name

801 94th Ave. North

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| St. Petersburg | FL | 33702 |
|---|---|---|
| City | State | ZIP Code |

Country

2.251 **State what the contract or lease is for and the nature of the debtor's interest**

Data License Agreement (CRM0072-20)

Yabora Industria Aeronautica S.A.

Name

Ricardo Duarte da Silva

Notice Name

Avenida Brigadeiro Faria Lima, 2170 Putim

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Sao Jose dos Campos | Sao Paulo | 12227-901 |
|---|---|---|
| City | State | ZIP Code |
| Brazil | | |
| Country | | |

Debtor:  Avenger Flight Group, LLC
Name

Case number *(if known):*   26-10183

2.252  **State what the contract or lease is for and the nature of the debtor's interest**   Software License

Zoho Corporation
Name

Notice Name

PO Box 894926
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Los Angeles | CA | 90189-4926 |
|---|---|---|
| City | State | ZIP Code |

Country

2.253  **State what the contract or lease is for and the nature of the debtor's interest**   Insurance

Zurich American Insurance Company
Name

Notice Name

1299 Zurich Way
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Schaumburg | IL | 60196 |
|---|---|---|
| City | State | ZIP Code |

Country

2.254  **State what the contract or lease is for and the nature of the debtor's interest**   Insurance

Zurich American Insurance Company
Name

Notice Name

1299 Zurich Way
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Schaumburg | IL | 60196 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 85 of 86

Debtor:  Avenger Flight Group, LLC
_____
Name

Case number *(if known):*  26-10183
_____

| | | |
|---|---|---|
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance |

Zurich American Insurance Company
_____
Name

_____
Notice Name

1299 Zurich Way
_____
Address

**State the term remaining**    Undetermined

_____

**List the contract number of any government contract**

_____

| | | |
|---|---|---|
| Schaumburg | IL | 60196 |
| City | State | ZIP Code |

_____
Country

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 86 of 86

**Fill in this information to identify the case:**

Debtor Name: In re : Avenger Flight Group, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 26-10183 (MFW)

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  AFG Dallas III, LLC | 1450 Lee Wagener Boulevard <br> Street <br><br><br> Fort Lauderdale   FL   33315-3558 <br> City    State    ZIP Code <br><br> Country | Nations Funds I, LLC | ☑ D <br><br> ☐ E/F <br><br> ☐ G |
| 2.2  AFG Dallas IV, LLC | 1450 Lee Wagener Boulevard <br> Street <br><br><br> Fort Lauderdale   FL   33315-3558 <br> City    State    ZIP Code <br><br> Country | Sim-International Lease B.V. | ☑ D <br><br> ☐ E/F <br><br> ☐ G |

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| | | | | |
|---|---|---|---|---|
| 2.3 | AFG Dallas, LLC | 1450 Lee Wagener Boulevard | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | Fort Lauderdale | FL | 33315-3558 | |
| | | City | State | ZIP Code | |
| | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | AFG EU Operations Corp. | 1450 Lee Wagener Boulevard | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | Fort Lauderdale | FL | 33315-3558 | |
| | | City | State | ZIP Code | |
| | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.5 | AFG FLL, LLC | 1450 Lee Wagener Boulevard | ABN AMRO Bank N.V. | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☑ G |
| | | Fort Lauderdale | FL | 33315-3558 | |
| | | City | State | ZIP Code | |
| | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.6 | AFG FLL, LLC | 1450 Lee Wagener Boulevard | Sheltair Aviation Center, LLC | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☑ G |
| | | Fort Lauderdale | FL | 33315-3558 | |
| | | City | State | ZIP Code | |
| | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.7 | AFG FLL, LLC | 1450 Lee Wagener Boulevard | Sim-International Lease B.V. | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | Fort Lauderdale | FL | 33315-3558 | |
| | | City | State | ZIP Code | |
| | | Country | | |

Debtor: Avenger Flight Group, LLC

Name

Case number *(if known):*   26-10183

| 2.8 | AFG LATAM Holding Corp. | 1450 Lee Wagener Boulevard | | | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |

Street

☐ E/F

☐ G

| Fort Lauderdale | FL | 33315-3558 |
| City | State | ZIP Code |

Country

| 2.9 | AFG Latam SIM Holdings II, LLC | 1450 Lee Wagener Boulevard | | | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |

Street

☐ E/F

☐ G

| Fort Lauderdale | FL | 33315-3558 |
| City | State | ZIP Code |

Country

| 2.10 | AFG Latam SIM Holdings III, LLC | 1450 Lee Wagener Boulevard | | | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |

Street

☐ E/F

☐ G

| Fort Lauderdale | FL | 33315-3558 |
| City | State | ZIP Code |

Country

| 2.11 | AFG Latam SIM Holdings IV, LLC | 1450 Lee Wagener Boulevard | | | Export Development Canada, as Security Trustee | ☑ D |

Street

☐ E/F

☐ G

| Fort Lauderdale | FL | 33315-3558 |
| City | State | ZIP Code |

Country

Debtor: Avenger Flight Group, LLC                                    Case number *(if known)*:    26-10183

Name

| 2.12 AFG Latam SIM Holdings, LLC | 1450 Lee Wagener Boulevard | | | Export Development Canada, as Security Trustee | ☑ D |
|---|---|---|---|---|---|
| | Street | | | | ☐ E/F |
| | | | | | ☐ G |
| | Fort Lauderdale | FL | 33315-3558 | | |
| | City | State | ZIP Code | | |
| | Country | | | | |

| 2.13 AFG Latam, LLC | 1450 Lee Wagener Boulevard | | | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |
|---|---|---|---|---|---|
| | Street | | | | ☐ E/F |
| | | | | | ☐ G |
| | Fort Lauderdale | FL | 33315-3558 | | |
| | City | State | ZIP Code | | |
| | Country | | | | |

| 2.14 AFG Mexico Corp. | 1450 Lee Wagener Boulevard | | | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |
|---|---|---|---|---|---|
| | Street | | | | ☐ E/F |
| | | | | | ☐ G |
| | Fort Lauderdale | FL | 33315-3558 | | |
| | City | State | ZIP Code | | |
| | Country | | | | |

| 2.15 AFG Orlando, LLC | 1450 Lee Wagener Boulevard | | | Sim-International Lease B.V. | ☑ D |
|---|---|---|---|---|---|
| | Street | | | | ☐ E/F |
| | | | | | ☐ G |
| | Fort Lauderdale | FL | 33315-3558 | | |
| | City | State | ZIP Code | | |
| | Country | | | | |

| 2.16 AFG Sanford, LLC | 1450 Lee Wagener Boulevard | | | Sim-International Lease B.V. | ☑ D |
|---|---|---|---|---|---|
| | Street | | | | ☐ E/F |
| | | | | | ☐ G |
| | Fort Lauderdale | FL | 33315-3558 | | |
| | City | State | ZIP Code | | |
| | Country | | | | |

Debtor:   Avenger Flight Group, LLC                                      Case number *(if known):*   26-10183
          Name

| | | | |
|---|---|---|---|
| 2.17 AFG SIM Holding Corp. | 1450 Lee Wagener Boulevard | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Fort Lauderdale    FL    33315-3558 | | |
| | City    State    ZIP Code | | |
| | Country | | |
| 2.18 Avenger Flight Group España, S.L. | Calle Almanaque 5 | Sim-International Lease B.V. | ☑ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Madrid    28022 | | |
| | City    State    ZIP Code | | |
| | Spain | | |
| | Country | | |
| 2.19 Avenger Flight Group Europe Corp. | 1450 Lee Wagener Boulevard | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Fort Lauderdale    FL    33315-3558 | | |
| | City    State    ZIP Code | | |
| | Country | | |
| 2.20 Avenger Flight Group Germany GmbH | Dreieich Plaza 3 | Sim-International Lease B.V. | ☑ D |
| | Street | | ☐ E/F |
| | Dreieich | | ☐ G |
| | Frankfurt    63303 | | |
| | City    State    ZIP Code | | |
| | Germany | | |
| | Country | | |

Official Form 206H                          **Schedule H: Codebtors**                          Page 5 of 7

Debtor: Avenger Flight Group, LLC
Name

Case number *(if known):* 26-10183

| 2.21 | Avenger Flight Group Mexico II, S. de R.L. de C.V. | 1450 Lee Wagener Boulevard | | | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |

Street

☐ E/F

☐ G

| Fort Lauderdale | FL | 33315-3558 |
| City | State | ZIP Code |

Country

| 2.22 | Avenger Flight Group Mexico, S. de R.L. de C.V. | Av Arco Vial 201 Bodega 25 Futuro Apodaca Apodaca | | | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |

Street

☐ E/F

☐ G

| Nuevo Leon | | 66627 |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| 2.23 | Avenger Flight Group Topco, LLC | 1450 Lee Wagener Boulevard | | | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |

Street

☐ E/F

☐ G

| Fort Lauderdale | FL | 33315-3558 |
| City | State | ZIP Code |

Country

| 2.24 | Avenger Flight Training, LLC | 1450 Lee Wagener Boulevard | | | Wilmington Trust, NA as Administrative and Collateral Agent | ☑ D |

Street

☐ E/F

☐ G

| Fort Lauderdale | FL | 33315-3558 |
| City | State | ZIP Code |

Country

Debtor:  Avenger Flight Group, LLC
Name

Case number *(if known)*:  26-10183

2.25  Papi Flight Training, LLC

1450 Lee Wagener Boulevard

Street

Wilmington Trust, NA as
Administrative and Collateral
Agent

☑ D

☐ E/F

☐ G

Fort Lauderdale                FL                      33315-3558
City                                State                    ZIP Code

Country

Official Form 206H                    **Schedule H: Codebtors**                    Page 7 of 7

**Fill in this information to identify the case:**

Debtor Name: In re : Avenger Flight Group, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 26-10183 (MFW)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/27/2026                            ✖ / s / Marc Sullivan
_____                              _____
MM / DD / YYYY                                        Signature of individual signing on behalf of debtor


                                                     Marc Sullivan
                                                     _____
                                                     Printed name

                                                     Chief Financial Officer
                                                     _____
                                                     Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**In re: Avenger Flight Group, LLC**
**Case No. 26-10183**
Schedule A/B 7
Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Rent security deposit | Central Alameda - DFW | $45,867.14 |
| Rent security deposit | Decatur/BKM-LAS | $80,692.16 |
| Rent security deposit | Infinity JYLP-MCO | $31,493.71 |
| Rent security deposit | Liberty-Prologis-MCO2 | $350,000.00 |
| Rent security deposit | OLI/Oxford TX-DFW2 | $250,000.00 |
| Rent security deposit | Sheltair | $92,769.89 |
| Utility deposit | Duke Energy | $8,796.85 |
| Utility deposit | Florida Power & Light | $1,664.20 |
| Utility deposit | OUC | $14,850.00 |
| | TOTAL: | $876,133.95 |

**In re: Avenger Flight Group, LLC**
**Case No. 26-10183**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Clark County Property Taxes | Clark County NV | $6,229.95 |
| Insurance | GeoBlue/WIS-Traveler | $261.88 |
| Insurance | Marsh-IDL D&O | $49,000.00 |
| Insurance | QBE - Property & Auto | $56,614.36 |
| Insurance | WTW - AFCO Aviation | $999.92 |
| Insurance | WTW - orkers Compensation | $9,205.00 |
| Navagation Database Renewal | Honeywell | $9,945.82 |
| Professional Services Retainers | Multiple Professional Services Firms | $431,238.51 |
| Simulator Fee | Aviobook/Aviovision/NAV ATR | $43,065.88 |
| Subscription | CAE Airport Subscription | $39,570.00 |
| Subscription | CDW Acrobat | $4,614.12 |
| Subscription | ForeFlight | $8,086.69 |
| Tender Fees | Jet Bridge India | $28,950.00 |
| Term Loan Fee | Wilmington Trust | $16,666.69 |
| | **TOTAL:** | **$704,448.82** |

**In re: Avenger Flight Group, LLC**
**Case No. 26-10183**
Schedule A/B 15
Non-publicly traded stock and interests

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| AFG Dallas III, LLC | 100.00% | | Undetermined |
| AFG Dallas IV, LLC | 100.00% | | Undetermined |
| AFG Dallas, LLC | 100.00% | | Undetermined |
| AFG EU Operations Corp. | 100.00% | | Undetermined |
| AFG FLL, LLC | 100.00% | | Undetermined |
| AFG LATAM Holding Corp | 100.00% | | Undetermined |
| AFG Latam SIM Holdings II, LLC | 100.00% | | Undetermined |
| AFG Latam SIM Holdings III, LLC | 100.00% | | Undetermined |
| AFG Latam SIM Holdings IV, LLC | 100.00% | | Undetermined |
| AFG Latam SIM Holdings, LLC | 100.00% | | Undetermined |
| AFG Latam, LLC | 100.00% | | Undetermined |
| AFG Mexico Corp. | 100.00% | | Undetermined |
| AFG Orlando, LLC | 100.00% | | Undetermined |
| AFG Sanford, LLC | 100.00% | | Undetermined |
| AFG SIM Holding Corp. | 100.00% | | Undetermined |
| Avenger Flight Group Europe Corp. | 100.00% | | Undetermined |
| Avenger Flight Group Mexico II, S.de R.L. de C.V. | 0.002% | | Undetermined |
| Avenger Flight Training, LLC | 100.00% | | Undetermined |
| Papi Flight Training, LLC | 100.00% | | Undetermined |
| | | TOTAL: | **Undetermined** |

**In re: Avenger Flight Group, LLC**
**Case No. 26-10183**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description (FAA ID Given) | Model | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Simulator (FAA ID 1318) | A320-1 | $4,205,627.94 | | Undetermined |
| Simulator (FAA ID 1319) | A320-2 | $4,114,567.17 | | Undetermined |
| Simulator (FAA ID 1383) | A320-3 | $6,251,300.51 | | Undetermined |
| Simulator (FAA ID 1424) | A320-4 | $6,299,933.57 | | Undetermined |
| Simulator (FAA ID 1530) | A320-7 | $5,396,469.13 | | Undetermined |
| Simulator (FAA ID 1549) | E170-1 | $4,012,795.22 | | Undetermined |
| Simulator (FAA ID 1585) | A320-08 | $4,795,522.03 | | Undetermined |
| Simulator (FAA ID 1628) | B737-2 | $4,108,949.61 | | Undetermined |
| Simulator (FAA ID 1727) | B767-1 | $7,267,512.46 | | Undetermined |
| Simulator (FAA ID 1737) | B767FTD-1 | Undetermined | | Undetermined |
| Simulator (FAA ID 1751) | B777-1 | $3,372,430.92 | | Undetermined |
| Simulator (FAA ID 1764) | E145-1 | $3,797,544.44 | | Undetermined |
| Simulator (FAA ID 1765) | E145IPT-1 | Undetermined | | Undetermined |
| Simulator (FAA ID 1834) | B737-5 | $7,322,256.44 | | Undetermined |
| Simulator (FAA ID 1895) | B777-IPT-1 | Undetermined | | Undetermined |
| Simulator (FAA ID 1905) | A320-23 | $6,934,200.00 | | Undetermined |
| Simulator (FAA ID 1923) | A320-22 | $5,987,316.76 | | Undetermined |
| Simulator (FAA ID 2014) | ATR600-01 | $8,677,680.59 | | Undetermined |
| Simulator (FAA ID 2034 | ATR FTD-02 | Undetermined | | Undetermined |
| Simulator E-117/2024 | A320-FTD-5 | Undetermined | | Undetermined |
| Simulator S-02/2022 | A320-20 | $5,103,500.00 | | Undetermined |
| | **TOTAL:** | **$87,647,606.79** | **TOTAL:** | **Undetermined** |

**In re: Avenger Flight Group, LLC**
**Case No. 26-10183**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Leasehold Improvements | DFW | Lease | $649,471.99 | | Undetermined |
| Leasehold Improvements | DFW2 | Lease | $4,158,106.52 | | Undetermined |
| Leasehold Improvements | FLL | Lease | $1,153,212.36 | | Undetermined |
| Leasehold Improvements | MCO | Lease | $2,469,644.72 | | Undetermined |
| Leasehold Improvements | MSP | Lease | $1,082,419.29 | | Undetermined |
| FLL building lease | 1450 Lee Wagener Blvd, Fort Lauderdale, FL 33315 | Leasehold | Undetermined | | Undetermined |
| MCO building lease | 2612 Consulate Dr Suite 200B, Orlando, FL 32819 | Leasehold | Undetermined | | Undetermined |
| MCO2 building lease | 10620 Boggy Creek Rd, Orlando, FL 32824 | Leasehold | Undetermined | | Undetermined |
| MSP building lease | 920 Apollo Rd #150, Eagan, MN 55121 | Leasehold | Undetermined | | Undetermined |
| DFW1 building lease | 4649 Diplomacy Rd, Fort Worth, TX 76155 | Leasehold | Undetermined | | Undetermined |
| DFW2 building lease | 2800 Valley View Ln Suite 180, Irving, TX 75062 | Leasehold | Undetermined | | Undetermined |
| LAS building lease | 5475 S Decatur Blvd Suite 112, Las Vegas, NV 89118 | Leasehold | Undetermined | | Undetermined |
| | | TOTAL: | $9,512,854.88 | TOTAL: | Undetermined |

**In re:Avenger Flight Group, LLC**
**Case No. 26-10183**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Expiration Date | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Trademark - 632404 - Columbia | 11/5/2029 | $0.00 | | Undetermined |
| Trademark - 617939 - Columbia | 5/7/2029 | $0.00 | | Undetermined |
| Trademark - 618138 - Columbia | 5/7/2029 | $0.00 | | Undetermined |
| Trademark - 617942 - Columbia | 5/7/2029 | $0.00 | | Undetermined |
| Trademark - 018018734 - EUTM | 2/4/2029 | $0.00 | | Undetermined |
| Trademark - 018018731 - EUTM | 2/4/2029 | $0.00 | | Undetermined |
| Trademark - 5602626 - India | 9/9/2032 | $0.00 | | Undetermined |
| Trademark - 5602625 - India | 9/9/2032 | $0.00 | | Undetermined |
| Trademark - 347549 - Israel | 1/6/2032 | $0.00 | | Undetermined |
| Trademark - 347548 - Israel | 1/6/2032 | $0.00 | | Undetermined |
| Trademark - 1883733 - Mexico | 2/26/2028 | $0.00 | | Undetermined |
| Trademark - 1893467 - Mexico | 2/26/2028 | $0.00 | | Undetermined |
| Trademark - 1883732 - Mexico | 2/26/2028 | $0.00 | | Undetermined |
| Trademark - 1880407 - Mexico | 2/26/2028 | $0.00 | | Undetermined |
| Trademark - 00117461 - Peru | 8/22/2029 | $0.00 | | Undetermined |
| Trademark - 00117462 - Peru | 8/22/2029 | $0.00 | | Undetermined |
| Trademark - 1444027761 - Saudi Arabia | 11/3/2032 | $0.00 | | Undetermined |
| Trademark - 1444027760 - Saudi Arabia | 11/3/2032 | $0.00 | | Undetermined |
| Trademark - 317611 - Ukraine | 7/27/2030 | $0.00 | | Undetermined |
| Trademark - 317939 - Ukraine | 7/27/2030 | $0.00 | | Undetermined |
| Trademark - Unfiled - United Arab Emirates | N/A | $0.00 | | Undetermined |
| Trademark - Unfiled - United Arab Emirates | N/A | $0.00 | | Undetermined |
| Trademark - UK00918018734 - United Kingdom | 2/4/2029 | $0.00 | | Undetermined |
| Trademark - UK00918018731 - United Kingdom | 2/4/2029 | $0.00 | | Undetermined |
| Trademark - 4846816 - USA | 11/3/2035 | $0.00 | | Undetermined |
| Trademark - 4846817 - USA | 11/3/2035 | $0.00 | | Undetermined |
| Trademark - 4846727 - USA | 11/3/2035 | $0.00 | | Undetermined |
| Trademark - 4846728 - USA | 11/3/2035 | $0.00 | | Undetermined |
| | **TOTAL:** | **$0.00** | **TOTAL:** | **Undetermined** |

**In re: Avenger Flight Group, LLC**
**Case No. 26-10183**
Schedule A/B 62
Licenses, franchises, and royalties

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ATR DPLA Third Party Training, dated as of August 24, 2023, between Avions de Transport Regional G.I.E., as licensor | $0.00 | | Undetermined |
| Cisco Meraki Advanced Security Subscription License - BlueAlly Technology So | $0.00 | | Undetermined |
| Data License Agreement (CRM0072-20) - Yabora Industria Aeronautica S.A. | $0.00 | | Undetermined |
| Data License Agreement CRM0342-16 - Embraer S.A. | $0.00 | | Undetermined |
| Data License Agreement, dated as of April 27, 2017, between Embraer S.A., as licensor | $0.00 | | Undetermined |
| Data License Agreement, dated as of April 27, 2017, between Embraer S.A., as licensor; Full Flight Simulator Software License, dated as of April 27, 2017, between Embraer S.A., as licenso | $0.00 | | Undetermined |
| Data License Agreement, dated as of October 16, 2020, between Yaborã Indústria Aeronáutica S.A. | $0.00 | | Undetermined |
| End User License Agreement - Bitdefender | $0.00 | | Undetermined |
| End-User License Agreement for Serial 2NK9 - CAE Inc. | $0.00 | | Undetermined |
| End-User License Agreement, dated as of April 16, 2015, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of April 2023, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of December 2, 2016, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of February 1, 2019, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of February 1, 2019, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of February 2018, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of February 21, 2018, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of February 21, 2018, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of January 19, 2017, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |

**In re: Avenger Flight Group, LLC**
**Case No. 26-10183**
Schedule A/B 62
Licenses, franchises, and royalties

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| End-User License Agreement, dated as of January 30, 2019, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of July 7, 2015, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of March 1, 2023, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of March 1, 2023, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of March 1, 2023, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of March 1, 2023, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of March 1, 2023, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of March 1, 2023, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of November 13, 2017, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of November 14, 2016, between AIRBUS Operations S.A.S., as Airbusrelating | $0.00 | | Undetermined |
| End-User License Agreement, dated as of November 2016, between AIRBUS Operations S.A.S., as Airbus,  relating to Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of October 11, 2016, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of October 12, 2016, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of October 13, 2021, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| End-User License Agreement, dated as of October 14, 2016, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| EULA, dated January 8, 2020, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |

**In re: Avenger Flight Group, LLC**
**Case No. 26-10183**
Schedule A/B 62
Licenses, franchises, and royalties

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Full Flight Simulator Software License for Serial SBV 12-11 CAE CF B.V. | $0.00 | | Undetermined |
| Full Flight Simulator Software License, dated as of May 15, 2017, between CAE of B.V. | $0.00 | | Undetermined |
| Full Flight Simulator, dated as of December 2018, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| License Agreement for Serial 2RVF/2UHE (FFS), 2T98/2UHF (FTD), 2T9D/2UHG (IPT) - CAE Inc. | $0.00 | | Undetermined |
| Purchase Order for Honeywell Epic 23.x License for EMB 170 - CAE Inc. | $0.00 | | Undetermined |
| SimPack Agreement, dated as of April 2023, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| SimPack Agreement, dated as of March 1, 2023, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| SimPack Agreement, dated as of March 1, 2023, between AIRBUS Operations S.A.S., as Airbus | $0.00 | | Undetermined |
| SimPack Agreement, dated March 1, 2023, between AIRBUS Operations S.A.S. | $0.00 | | Undetermined |
| SimPack Agreement, dated March 1, 2023, between AIRBUS Operations S.A.S. | $0.00 | | Undetermined |
| Software License Agreement - Enter Air Training Center Sp. z.o.o. | $0.00 | | Undetermined |
| Supplemental License Agreement No. 2016 - 2FKV552 [Training Center Master Agreement] - Boeing Intellectual Property Licensing Company | $0.00 | | Undetermined |
| TOTAL: | $0.00 | TOTAL: | Undetermined |