**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, *et al.*,[1] | Case No. 26-10183 (MFW) |
| Debtors. | Jointly Administered |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS
OF EXETER 920 APOLLO, LLC IN RESPONSE TO NOTICE OF POTENTIAL
ASSUMPTION, ASSUMPTION AND ASSIGNMENT,
OR TRANSFER OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Exeter 920 Apollo, LLC ("Exeter") files this limited objection and reservation of rights (the "Limited Objection") in response to the *Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases* [D.I. 163] (the "Potential Assumption Notice") filed by the Debtors in the above-captioned case ("Debtors"). The Potential Assumption Notice lists "Duke Secured Financing 2009 – 1ALZ, LLC" ("Duke"), as the contract counterparty of the "(920 Apollo Road, Eagan)" Lease, dated "3/24/2022," (the "Lease"). *See* Potential Assumption Notice at 6 (Contract No. 159). The Lease was assigned by Duke to Exeter pursuant to that certain Assignment of Leases and Contracts and Bill of Sale, with an effective date of May 21, 2024.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL  33315.

Accordingly, all payments required by the Lease, including any amount for "cure" in the event of the assumption of the Lease and all notices regarding the disposition of the Lease should be paid to or addressed, as applicable, directly to Exeter.

The Potential Assumption Notice states that $29,355.43 is the cure due with regard to the Lease.   However, 2025 CAM/Operating Expense charges in the amount of $1,307.53 are not included in that amount, and the correct liquidated cure amount is $30,662.96 plus the unpaid real estate taxes.

Real estate taxes that are unpaid, including real taxes that have accrued since the filing of the case through the date of assumption, must be paid.  Such unpaid real estate taxes are not less than $105,828.50.

Nothing in this Limited Objection shall be construed as a waiver of Exeter's rights, nor as an acceptance of any proposed actions unless expressly agreed to in writing by Exeter.  Exeter also reserves the right to supplement, amend, or otherwise modify this Limited Objection as necessary to protect its interests regarding the Lease.  Exeter reserves all rights under the Lease and otherwise with respect to administrative expense claims and other adjustments and charges due in accordance with the Lease, regardless of their accrual or billing date. Exeter reserves all rights to object to any proposed sale or assumption of the Lease and reserves all rights to make such other and further objections as may be appropriate.

**BLANK ROME LLP**

Dated: March 30, 2026

*/s/ Jennifer K. Malow*
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19810
Tel:  302.425.6400
Fax: 302.425.6464
Email:  Jennifer.Malow@blankrome.com

and

Ira L. Herman
1271 Avenue of the Americas
New York, New York 10020
Tel: 212.885.5000
Fax: 917.591.2726
Email:  Ira.Herman@blankrome.com

*Attorneys for Exeter 920 Apollo, LLC*