**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

RECEIVED

2026 MAR 30 A 10: 02

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re:**
Avenger Flight Group, LLC, et al.,
Debtors.

Chapter 11
Case No. 26-10183 (MFW)
(Jointly Administered)

# REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**Pursuant to 11 U.S.C. §503(b)(1)(A)**

**Claimant Information**

Robyn Eldridge
240 Irish Moss Drive – Haslet, TX 76052
flynlo76@yahoo.com
775-560-1149

Claimant provided post-petition operational and regulatory management services to **Avenger Flight Training, LLC and affiliated debtors.**

**Nature of Claim**

Claimant respectfully requests allowance and payment of an administrative expense claim pursuant to 11 U.S.C. §503(b)(1)(A) in the amount of $250,000 for actual and necessary post-petition services, operational continuity support, and retention/transition value provided to the Debtors during their Chapter 11 proceedings.

## Background

Claimant has served in senior operational and regulatory leadership roles within the Debtors' flight training operations for multiple years, including holding **FAA-recognized management authority necessary for operation under 14 CFR Part 142.**

The Debtors commenced Chapter 11 proceedings in February 2026. Following the petition date, Claimant continued performing essential leadership and regulatory functions during a period of executive transition, restructuring, and bankruptcy-related operational uncertainty.

## Regulatory Continuity Following Management Change

On or about January 13, 2026, the Debtors experienced a senior leadership transition involving replacement of the company's President.

Following this transition, and continuing after the commencement of the Chapter 11 cases, Claimant remained the only FAA-approved management official actively serving within the Debtors' Part 142 training center operations.

During this period, the Debtors explored the addition or replacement of management personnel associated with regulatory oversight responsibilities. Such changes required review and acceptance by the Federal Aviation Administration and were not immediately approved.

Accordingly, Claimant's continued service was necessary to maintain regulatory continuity, support ongoing training operations, and preserve the Debtors' ability to continue regulated business activities and maintain enterprise value during the restructuring process.

## Post-Petition Services

Since the commencement of Chapter 11 cases, Claimant has:

- Continued serving in required FAA-recognized management roles
- Maintained regulatory communication and compliance continuity
- Supported ongoing pilot training programs involving regulatory oversight
- Provided operational leadership during executive vacancies and restructuring
- Assisted in stabilizing regulated training operations necessary to preserve estate value
- Remained available to support operational continuity and transition planning during the Debtors' sale process

These services were **actual, necessary, and beneficial to preserving the Debtors' estate.**

## Benefit to the Estate

Claimant's continued post-petition services helped:

- Prevent disruption of regulated flight training operations
- Preserve regulatory approvals and operational continuity
- Support customer training commitments
- Maintaining going-concern value during the Chapter 11 sale process
- Reduce risk of operational or regulatory interruption

Accordingly, Claimant's services constitute administrative expenses under **11 U.S.C. §503(b)(1)(A).**

## Basis for Amount Requested

The administrative expense amount requested reflects:

- Extraordinary post-petition responsibilities beyond normal compensated duties
- Reliance on Claimant for regulatory continuity during management transition
- Increased workload and risk exposure during the bankruptcy period
- Necessary retention and transition value associated with preserving estate operations and supporting continuity during the restructuring and sale process

## Reservation of Rights

Claimant reserves the right to amend, supplement, or provide additional documentation in support of this request.

## Relief Requested

WHEREFORE, Claimant respectfully requests that the Court:

1. Allow an administrative expense claim in the amount of **$250,000**
2. Direct payment of such claim
3. Grant such further relief as the Court deems just and proper

**Dated:** March 26, 2026

Respectfully submitted,

Robyn Eldridge
240 Irish Moss Drive – Haslet, TX 76052
flynlo76@yahoo.com
775-560-1149

# Exhibit A

# Summary of Administrative Expense Valuation

**Robyn Eldridge**

Claimant's requested administrative expense amount reflects the incremental and extraordinary value of post-petition services provided to the Debtors, including leadership continuity, regulatory dependency, operational stabilization, and necessary retention/transition support during the Chapter 11 process.

The requested amount is not based on unpaid wages, but rather on the additional value provided beyond Claimant's ordinary compensated role.

## Administrative Expense Components

| Category | Description | Amount |
|---|---|---|
| Regulatory continuity support | Sole FAA-approved operational management presence following leadership transition and during Chapter 11 | $75,000 |
| Extraordinary post-petition leadership responsibilities | Expanded operational oversight, executive coverage, and stabilization during restructuring | $75,000 |
| Retention and transition value | Necessary continued availability to support regulated operations, training continuity, and enterprise value preservation during sale process | $100,000 |

## Total Administrative Expense Requested

# $250,000

## Basis of Valuation

The above valuation reflects:

- Increased workload and responsibility beyond normal job scope
- Unique regulatory dependency on Claimant's continued service
- Operational risk mitigation during bankruptcy restructuring
- Preservation of regulated training activities and customer commitments
- Necessity of transition support to avoid disruption of estate operations

# EXHIBIT B

## Summary Timeline of Post-Petition Services

**January 13, 2026**
Senior leadership transition occurred; Claimant continued serving in FAA-recognized management role.

**February 11–12, 2026**
Debtors filed Chapter 11; Claimant continued operational and regulatory leadership.

**February–March 2026**
Claimant supported ongoing pilot training operations, regulatory communication, and operational continuity.

**March 2026**
Claimant assisted with training activities involving FAA oversight personnel and continued stabilization of regulated operations.

**Ongoing**
Claimant remained available to support regulatory continuity, operational leadership, and transition planning during restructuring and sale process.

# EXHIBIT C

## Selected Correspondence Supporting Administrative Expense Claim

### Robyn Eldridge

The correspondence attached as Exhibit C reflects Claimant's continued involvement in regulatory coordination, operational leadership, and training center management activities following senior leadership changes in January 2026 and the commencement of the Debtors' Chapter 11 proceedings in February 2026.

These communications demonstrate Claimant's ongoing role in supporting regulatory continuity under the Debtors' Part 142 training center certificate, including coordination with Federal Aviation Administration ("FAA") personnel, planning and execution of training activities subject to regulatory oversight, and participation in compliance-related initiatives during the restructuring process.

The correspondence further reflects reliance on Claimant's continued service to assist with operational stability, regulatory planning, and preservation of the Debtors' ability to continue regulated flight training operations and maintain enterprise value during Chapter 11 cases.

The documents included in this Exhibit are labeled sequentially for ease of reference.

# Exhibit C-1 FAA Training Specifications – Agent for Service Designation

Docusign Envelope ID: 8FF68F1D-D5DA-4D66-A6EA-B536670F8522

U.S. Department
of Transportation
Federal Aviation
Administration

Training Specifications

---

**A007. <u>Agent for Service and Training Specifications Signatories</u>**

**HQ Control: 01/28/2005**
**HQ Revision:    00a**

a.  The following person is designated as the certificate holder's Agent for Service:

| | |
|---|---|
| **Name and Address:** | Eldridge, Robyn<br>2800 Valley View Ln Suite #180<br>Irving, Texas 75062<br>United States |
| **Telephone Number:** | (775)-560-1149 |
| **Telex:** | |
| **Facsimile:** | |
| **E-Mail Address:** | robyneldridge@@@sfgsim.com |

b.  The following personnel are designated to officially apply for and receive training specifications for the certificate holder as indicated below.

| Title | Name | Parts Authorized |
|---|---|---|
| Training Center Manager | Eldridge, Robyn | A,B,C,D |

---

Avenger Flight Training, LLC

A007-1
Amdt. No: 10

Certificate No.: O37X061K

Docusign Envelope ID: 8FF68F1D-D5DA-4D66-A6EA-B536670F8522

| U.S. Department of Transportation Federal Aviation Administration | Training Specifications |
|---|---|

1. Issued by the Federal Aviation Administration.
2. These Training Specifications are approved by direction of the Administrator.



Digitally signed by Power, Willis, Principal Operations Inspector (SW33)
[1] EFFECTIVE DATE: 1/27/2026,
[2] AMENDMENT #: 10
DATE: 2026.01.27 13:33:41 -06:00

3. I hereby accept and receive the Training Specifications in this paragraph.
    Digitally signed by ELDRIDGE, ROBYN, Training Center Manager
    DATE: 2026.01.28 11:17:53 -06:00

---

| Avenger Flight Training, LLC | A007-2 Amdt. No: 10 | Certificate No.: O37X061K |
|---|---|---|

# Exhibit C-2 FAA TCPM Assignment Letter (Feb 23,2026)

## Robyn Eldridge

| | |
|---|---|
| **From:** | Daniel, Ricky L (FAA) <ricky.l.daniel@faa.gov> |
| **Sent:** | Monday, February 23, 2026 2:52 PM |
| **To:** | Robyn Eldridge |
| **Cc:** | Kathryn.Inman@hklaw.com; Gendron, Ronald (FAA); Clemetson, Vinston S (FAA) |
| **Subject:** | TCPM notification |
| **Attachments:** | 20260223 FAA - AFG TCPM Assignment Notification Letter.pdf |

**Importance:**     High

Good afternoon Robyn,

Effective immediately, Steve Clemetson will be the TCPM for Avenger Flight Training.  All communication and request should go through him moving forward.

Regards,

Ricky Daniel
Manager, 142 Certificate Management Office
(O) 214-277-8460
(C) 214-470-7152



**Our mission is to promote and preserve aviation safety in Part 142 training centers by enhancing a positive safety culture through collaboration, training, inspection, and certification.**

Any comments you may have on services provided are appreciated.  Please email feedback to :
http://www.faa.gov/about/office_org/headquarters_offices/avs/stakeholder_feedback/afx/field/sf_cmo/

**Please be cautious**
This email originated from outside of AFGSIM. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Exhibit C-3 FAA TCPM Clemetson email (March 11,2026)**

**Robyn Eldridge**

| | |
|---|---|
| **From:** | Clemetson, Vinston S (FAA) <Vinston.S.Clemetson@faa.gov> |
| **Sent:** | Wednesday, March 11, 2026 6:24 AM |
| **To:** | Robyn Eldridge |
| **Subject:** | TCE observation information needed ASAP |

HI Robyn

Pease provide me with information so that I can make plan TCE observation(s) from your upcoming graduating class. To tie up the necessary FAA resource(s) to do the observation(s), It is very important for me to get this information as soon as possible:

- Date(s) that you will need observation(s); if any
- Number of observation(s)
- Application in DMS for initial TCE applicant(s)
- Application in DMS within 24 hours of the observation(s) if you have recurrent observation(s)
- Name(s) of TCE and or TCE applicant(s) needing observation(s); if any

You and I discussed initial application for Hayman Riad. DMS does NOT notify me when his application is in, so either you or he must inform me when his application is in DMS so that I can put together an evaluation panel to assess his qualifications. That is if the plan remains the same.

The 142 CMO no longer has a current local A320 FTPM to do initial observations. It can take up to 30 days to get a current A320 resource, so time is critical.

Thanks for your help in this matter.

V. Stephen Clemetson
Aviation Safety Inspector Federal Aviation Administration
ASW 142 Certificate Management Office, SW-33
8700 Freeport Parkway, Suite 200B
Irving, TX 75063

Cell phone #: 469-596-2405

**Please be cautious**
This email originated from outside of AFGSIM. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# Exhibit C-4 General Counsel Communication Regarding FAA Compliance Reiview & External Regulatory Audit (March 11, 2026)

## Robyn Eldridge

| | |
|---|---|
| **From:** | Elsa Gagnon, Esq. |
| **Sent:** | Wednesday, March 11, 2026 9:04 AM |
| **To:** | Emilio Saldana; Parsa Shamsi; Capt. Pablo De Leon; Robyn Eldridge |
| **Subject:** | 142 Certificate - FAA compliance |

Dear all,

In support of our FAA 142 program, please be informed that we have contracted Capt. Dave Santo, an external SME consultant, to conduct an audit of our program and ensure we are fully compliant with FAA regulations.

Dave will be reaching out to some of you to request materials and documents you are authorized to provide.

Please assist him with any additional information he may need to complete the audit.

Please remember to cc me on any communications with him.

We are looking forward to working with Dave and all of you.

Best Regards,

Elsa Gagnon, Esq.
Sr. Vice President & General Counsel



1450 Lee Wagener Blvd.
Fort Lauderdale, FL 33315
Tel: (954) 516-0760
Cel: (786) 554-7366
E-mail: elsagagnon@afgsim.com
www.afgsim.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and DELETE the original transmission and it's attachments without reading or saving in any manner. Thank you.

# Exhibit C-5 Email Regarding Class Coordination Under FAA Oversight (February 18, 2026)

## Robyn Eldridge

| | |
|---|---|
| **From:** | Robyn Eldridge |
| **Sent:** | Wednesday, February 18, 2026 11:30 AM |
| **To:** | Elsa Gagnon, Esq.; Hooman Yazhari |
| **Cc:** | Marc Sullivan |
| **Subject:** | Upcoming Type Rating Class - Attendance and Coordination |
| **Attachments:** | AFT A320-INIT-2026-1A.pdf; AFT A320-INIT-2026-1B.pdf; AFT- A320 INITIAL TYPE RATING COURSE OUTLINE.pdf |
| **Importance:** | High |

Good afternoon,

I have a couple of items I'd like to clarify regarding the planned type rating class scheduled to begin next Monday, February 23.

Since an inspector will be in attendance, I plan to be present for all ground school days, including the oral exams and the issuance of the type ratings. This will ensure that all paperwork and processes remain fully compliant with our approved curriculums.

For reference, please see the welcome email that was sent to the students and inspector on Monday, January 12. I want to ensure we are all aligned and that everyone is aware of how the class has been and will continue to be managed, in the interest of full transparency.

Please let me know if you have any questions or concerns.

Thank you,

Robyn Eldridge
Director of Operations - Customers



**From:** Robyn Eldridge <robyneldridge@afgsim.com>
**Sent:** Monday, January 12, 2026 11:28 AM
**Cc:** Lana Larson <lanalarson@afgsim.com>; Power, Willis H (FAA) (Guest) <willis.h.power@faa.gov>; Valerie Rivera <valerierivera@afgsim.com>
**Subject:** Congratulations - AFT A320 Type Rating Scholarship
**Importance:** High

Dear Scholarship Recipients,

Congratulations! We are pleased to inform you that you have been selected as a scholarship recipient for the AFT A320 Type Rating course, with training scheduled to begin on February 23. This is a significant achievement, and we are excited to support you as you take this next step in your aviation career.

I have attached the training schedules and course outline to this email for your reference and planning purposes. All study materials and pre-course documents will be sent in a separate email.

Please note the following training locations:

**Ground Training**
**DFW-2**
2800 Valley View Lane, Suite 180
Irving, TX 75062

**Simulator Training**
**DFW-1**
4649 Diplomacy Road
Fort Worth, TX 76155

Lunch will be provided on all ground school days.

I would also like to introduce Lana Larson, our Assistant Manager of Avenger Flight Training (AFT). Lana will be supporting you throughout the course and is available to assist with logistics, scheduling questions, or general support.

**Lana Larson**
Assistant Manager, Avenger Flight Training
lanalarson@afgsim.com

(O) 954-516-0760 ext. 350  (C) 208-781-2810

In the meantime, should you need anything or have any questions, please do not hesitate to reach out to either of us. We are here to help and look forward to working with you.

Congratulations again, we look forward to serving you and welcoming you soon.

Warm regards,


Robyn Eldridge
Director of Operations - Customers
USA



2

2800 Valley View Ln Suite #180
Irving, TX 75062
Tel: +1 (954) 516-0760 ext. 350
Cel: +1 (775) 560-1149
E-mail: robyneldridge@afgsim.com
www.afgsim.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and DELETE the original transmission and it's attachments without reading or saving in any manner. Thank you.

# Exhibit C-6 FAA TCPM Power Email Confirming Receipt of Management Change Letter (January 26, 2026)

**Robyn Eldridge**

| | |
|---|---|
| **From:** | Power, Willis H (FAA) <Willis.H.Power@faa.gov> |
| **Sent:** | Monday, January 26, 2026 10:01 AM |
| **To:** | Robyn Eldridge |
| **Subject:** | RE: Submission of Formal Notification - Management Personnel Change (Part 142) |

Good morning, Robyn,

I wanted to inform you that I received your formal letter concerning Mr. Andres Restrepo and will get back to you after I review the documents. Also, I noticed there are people cc'ed on this email that I don't recognize. I'm under no obligation to respond to third parties who are not recognized as legitimate AFT 142 certificate management nor do I intend to do so. However, this does elevate my concerns about what is actually going on with Avenger Flight Training. We have worked together for 5 plus years, and you have always been consistent with your management style and corporation with the 142 CMO. It's out of character for you to delay a required notification or copy someone I don't know on an email without explaining who they are, what their connection is to the certificate, and also to copy the NSP knowing that this is not in their area of responsibility. I have also never received an email from Yannique before like the one I received on January 20, 2026, that started out with "on behalf of AFT" which you were not copied on. An explanation would be greatly appreciated.

Willis H. Power
TCPM, 142 CMO

---

**From:** Robyn Eldridge <robyneldridge@afgsim.com>
**Sent:** Saturday, January 24, 2026 4:36 PM
**To:** Power, Willis H (FAA) <Willis.H.Power@faa.gov>
**Cc:** Marina.OBrien@hklaw.com; Elsa Gagnon, Esq. <elsagagnon@afgsim.com>; Eduardo A. Carrasco <eduardocarrasco@afgsim.com>; 9-ASO-AVS-SIM-TEAM (FAA) <9-ASO-AVS-SIM-TEAM@faa.gov>
**Subject:** Submission of Formal Notification - Management Personnel Change (Part 142)
**Importance:** High

> **CAUTION:** This email originated from outside of the Federal Aviation Administration (FAA). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Power,

Attached please find Avenger Flight Training's formal written notification of a management personnel change under our Part 142 certificate, along with the résumé of the proposed replacement management official for your review.

Please let me know if you require any additional information at this time.

Sincerely,

**Robyn Eldridge**
Training Center Manager & Agent for Service
Avenger Flight Training

1

Robyn Eldridge
Director of Operations - Customers
USA



2800 Valley View Ln Suite #180
Irving, TX 75062
Tel: +1 (954) 516-0760 ext. 350
Cel: +1 (775) 560-1149
E-mail: robyneldridge@afgsim.com
www.afgsim.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and DELETE the original transmission and it's attachments without reading or saving in any manner. Thank you.

**Please be cautious**
This email originated from outside of AFGSIM. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# Exhibit C-7 General Counsel Communication Regarding FAA Compliance Review & A320 Operational Coordination

**Robyn Eldridge**

| | |
|---|---|
| **From:** | Robyn Eldridge |
| **Sent:** | Friday, February 27, 2026 2:04 PM |
| **To:** | Robyn Eldridge |
| **Subject:** | FW: Holland and Knight |

Robyn Eldridge
Director of Operations - Customers



**From:** Robyn Eldridge <robyneldridge@afgsim.com>
**Sent:** Friday, February 27, 2026 11:53 AM
**To:** Hooman Yazhari <hoomanyazhari@afgsim.com>
**Cc:** Larry Perkins <lperkins@scpllc.com>; Elsa Gagnon, Esq. <elsagagnon@afgsim.com>; Katie Inman <kathryn.inman@hklaw.com>
**Subject:** RE: Holland and Knight

Hooman,

I'm happy to introduce Katie today. We're in class until 1430 and he starts his sim session at 1500, but we can take a break to make it happen.

When I mentioned being steady and aligned, I was talking specifically about internal alignment on AFT and regulatory plans. I hadn't been updated on anything related to AFT, so I was honestly caught off guard in the meeting with Inspector Clementson when Katie mentioned that AFT plans to implement an SMS system. I understand the interest in moving that direction, but I wasn't aware that was the plan.

I don't think I should be hearing about those kinds of plans at the same time as the FAA, especially in a live introductory meeting with our new TCPM. That can make it look like we're not internally aligned and it puts me in a reactive position. With the current regulatory environment and having an inspector sitting in class, it's important that we're clearly on the same page.

I'm handling these interactions directly, but I feel like I don't currently have internal regulatory support from someone who fully understands Part 142 processes and expectations. For example, with Inspector Morales' request yesterday, it wasn't a huge task, but it did pull my attention away from the class. Things like that add pressure when there isn't clear internal regulatory understanding or guidance.

What I'm asking is simply to be included in any safety or regulatory planning discussions before those plans are shared with the inspector. That way I'm prepared, aligned, and we present a unified front.

Thank you.

1

Robyn Eldridge
Director of Operations - Customers



**From:** Hooman Yazhari <hoomanyazhari@afgsim.com>
**Sent:** Friday, February 27, 2026 10:38 AM
**To:** Robyn Eldridge <robyneldridge@afgsim.com>
**Cc:** Larry Perkins <lperkins@scpllc.com>; Elsa Gagnon, Esq. <elsagagnon@afgsim.com>; Katie Inman <kathryn.inman@hklaw.com>
**Subject:** Re: Holland and Knight

Pls introduce Katie. I will meet with Morales as well.

What is not steady or aligned pls?

Thank you.


*Hooman Yazhari*
*AFG*
*+1 214 755 7099*


Hooman Yazhari
Chairman



On Feb 27, 2026, at 9:34 AM, Robyn Eldridge <robyneldridge@afgsim.com> wrote:


Hooman,

Thank you. I appreciate you asking.

What would help most right now is keeping things steady and aligned as I continue working with the FAA and Inspector Morales in class. I am fully committed to being transparent and focused on compliance, and I would like to avoid any unnecessary pressure or mixed messages.

I understand Katie is in Dallas, if it would make you all more comfortable, I am happy to introduce her to Inspector Morales so he can confirm directly what I have relayed and his intent.

2

My focus is to keep training running smoothly and professionally.  I am committed to protecting the certificate and representing AFG/AFT well, and I appreciate your support as I navigate through this class.

Robyn Eldridge
Director of Operations - Customers



**From:** Hooman Yazhari <hoomanyazhari@afgsim.com>
**Sent:** Friday, February 27, 2026 10:06 AM
**To:** Robyn Eldridge <robyneldridge@afgsim.com>; Larry Perkins <lperkins@scpllc.com>
**Cc:** Elsa Gagnon, Esq. <elsagagnon@afgsim.com>; Katie Inman <kathryn.inman@hklaw.com>
**Subject:** Re: Holland and Knight

Of course.

What help do you need pls?


*Hooman Yazhari*
*AFG*
*+1 214 755 7099*


Hooman Yazhari
Chairman



1450 Lee Wagener Blvd.
Fort Lauderdale, FL 33315
Tel: +1 (954) 516-0760
Cel: +1 (214) 755-7099
E-mail: hoomanyazhari@afgsim.com
www.afgsim.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and DELETE the original transmission and it's attachments without reading or saving in any manner. Thank you.

On Feb 27, 2026, at 8:39 AM, Robyn Eldridge <robyneldridge@afgsim.com> wrote:

Elsa and Hooman,

As we continue through the current A320 initial type rating class, I would like to request your support through the completion of this course and outline several important considerations.

This is our fourth initial class in five years since approval. At the same time, we are implementing multiple program updates and documentation refinements. These updates are supported by Inspector Morales, who is not only participating in this class as a student but is also functioning in the capacity of our new FTPM representative and is also conducting a live review of this training cycle and AFT.

Additionally, his request to complete the program as a single pilot introduces further operational complexity. Adjusting the training flow, simulator scheduling, instructor support, and documentation to accommodate this request is a significant undertaking during an active class and is currently a primary operational focus.

Inspector Morales has expressed that he is committed to providing formal feedback at the conclusion of the course and to helping AFT strengthen the program moving forward. All updates currently in progress are aligned with his feedback and support.

In parallel, I have experienced the loss of our prior TCPM as well as my former boss, who served as my primary regulatory advisors. That transition, combined with ongoing legal and document requests during an active training cycle, has created additional strain and has at times affected my ability to remain fully focused on class execution.

My priority is to ensure we deliver a compliant and professionally executed course. I would greatly appreciate your support through the conclusion of this class. Once the course is completed and we have received the inspector's formal feedback, we should schedule time to review all materials.

I need your support to ensure we complete this class successfully and position AFT for continued regulatory strength moving forward.

4

Finally, I completely understand any agree that someone else must be added to the AFT certificate. As I have stated you will have my full cooperation in transfer of knowledge once someone has been approved by the FAA and added.

Please let me know if you have any questions.

Sincerely,


Get Outlook for iOS

Robyn Eldridge
Director of Operations - Customers
USA

<Afgsim_Logo_2621ba7c-3b70-4ebc-8fd1-00b776076ba2.png>

2800 Valley View Ln Suite #180
Irving, TX 75062
Tel: +1 (954) 516-0760 ext. 350
Cel: +1 (775) 560-1149
E-mail: robyneldridge@afgsim.com
www.afgsim.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, p distribution or use of any of the information contained or attached to this transmission is STRICTLY PROHIBITED. If you received this transmission in error, please immediately notify the sender by telephone or return e-mail and DELETE the orig transmission and it's attachments without reading or saving in any manner. Thank you.

---

**From:** Elsa Gagnon, Esq. <elsagagnon@afgsim.com>
**Sent:** Thursday, February 26, 2026 5:13 PM
**To:** Robyn Eldridge <robyneldridge@afgsim.com>
**Cc:** Hooman Yazhari <hoomanyazhari@afgsim.com>; Katie Inman <kathryn.inman@hklaw.com>
**Subject:** Holland and Knight

Dear Robyn,

As you know, we have retained Holland & Knight to review and assess our FAA compliance program and to work with us to ensure that we are doing everything to the highest standards.

To that end, Holland & Knight needs full access to all materials related to the FAA, including those related to the 142 certificate and program.

Please provide Holland & Knight any materials that they request and comply with their information and other requests.

5

All the Best!

Thanks.


Elsa Gagnon, Esq.
Sr. Vice President & General Counsel
**<Afgsim_Logo_2621ba7c-3b70-4ebc-8fd1-00b776076ba2.png>**

1450 Lee Wagener Blvd.
Fort Lauderdale, FL 33315
Tel: (954) 516-0760
Cel: (786) 554-7366
E-mail: elsagagnon@afgsim.com
www.afgsim.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for d to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, pri distribution or use of any of the information contained or attached to this transmission is STRICTLY PROHIBITED. If you l received this transmission in error, please immediately notify the sender by telephone or return e-mail and DELETE the origin transmission and it's attachments without reading or saving in any manner. Thank you.

# CERTIFICATE OF SERVICE

I, Robyn Eldridge, hereby certify that on this 26th day of March, 2026, I caused a true and correct copy of the foregoing Request for Allowance and Payment of Administrative Expense Claim to be served by electronic mail and/or U.S. mail upon the following parties:

- Counsel for the Debtors
- Office of the United States Trustee
- Any counsel to an Official Committee appointed in these Chapter 11 cases (if applicable)
- The Debtors' claims and noticing agent, Verita Global

I declare under penalty of perjury that the foregoing is true and correct.

**Dated:** March 26, 2026

Robyn Eldridge
Claimant, Pro Se
240 Irish Moss Drive
Haslet, TX 76052
Email: flynlo76@yahoo.com
Phone: 775-560-1149