**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED NOTICE OF POTENTIAL ASSUMPTION,**
**ASSUMPTION AND ASSIGNMENT, OR TRANSFER OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On February 11, 2026 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  The Debtors are operating their business and managing its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.[2]

On March 11, 2026, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 161] (the "Bid Procedures Order") authorizing the Debtors to, among other things, establish procedures related to the assumption, assumption and assignment, and/or transfer of executory contracts and unexpired leases in connection with a Sale or Sales of the Debtors' assets approved by the Court (the "Contract and Lease Procedures").  Pursuant to the Bid Procedures Order, the Court also approved the Debtors' entry into the Stalking Horse APA with the Stalking Horse Bidder, subject to higher or otherwise better Bids received in accordance with the Bid Procedures.

On March 12, 2026, the Debtors filed the *Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases* [Docket No. 163] (the

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL  33315.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Motion [Docket No. 13] or Bid Procedures Order (defined below).

DE:4905-0175-7597.1 05863.00002

"Assumption and Assignment Notice").    Attached as Schedule A to the Assumption and Assignment Notice was the *Schedule of Potential Assumed/Assigned Contracts* (the "Contract Schedule").

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU MAY BE A PARTY TO ONE OR MORE OF THE CONTRACTS OR LEASES REFERRED TO HEREIN.**

**AMENDED CONTRACT SCHEDULE**

Attached as **Schedule B** to this notice (this "Supplemental Assumption and Assignment Notice") is a schedule (the "Supplemental Contract Schedule") *showing changes to the Contract Schedule*[3] with respect to:  (i) Additional Contracts that were not included in the Contract Schedule but have been included in the Supplemental Contract Schedule; (ii) Removed Contracts that were listed in the Contract Schedule but have been removed from the Supplemental Contract Schedule; and (iii) Potential Assumed/Assigned Contracts with updated information as compared to the Contract Schedule (including with respect to Cure Amounts) (collectively, the "Additional Notice Contracts").[4]

IF YOU AGREE WITH THE ASSUMPTION, ASSUMPTION AND ASSIGNMENT, OR TRANSFER OF YOUR ADDITIONAL NOTICE CONTRACT(S) OR PROPOSED CURE AMOUNTS LISTED IN **SCHEDULE B** WITH RESPECT TO YOUR ADDITIONAL NOTICE CONTRACT(S), YOU ARE NOT REQUIRED TO TAKE ANY FURTHER ACTION.

IF YOU DISPUTE INCLUSION OF YOUR ADDITIONAL NOTICE CONTRACT(S) ON THE SUPPLEMENTAL CONTRACT SCHEDULE OR THE CURE AMOUNTS, PLEASE CONTACT THE DEBTORS (BY E-MAIL TO SGOLDEN@PSZJLAW.COM OR CALLING 212-561-7700), TO ATTEMPT TO RESOLVE CONSENSUALLY SUCH DISPUTE WITHOUT THE NEED FOR A FORMAL OBJECTION.  IF YOU DISAGREE WITH THE ASSUMPTION, ASSUMPTION AND ASSIGNMENT, OR TRANSFER OF YOUR ADDITIONAL NOTICE CONTRACT(S) AND/OR THE PROPOSED CURE AMOUNTS LISTED IN **SCHEDULE B** WITH RESPECT TO YOUR ADDITIONAL NOTICE CONTRACT(S) AND ARE UNABLE TO RESOLVE CONSENSUALLY YOUR DISAGREEMENT WITH THE DEBTORS, YOU MUST OBJECT TO THE PROPOSED CURE AMOUNTS NO LATER THAN **APRIL 17, 2026 AT 5:00 P.M. (PREVAILING EASTERN TIME)** (the "Additional Contract Objection Deadline").

Objections to the assumption, assumption and assignment, or transfer of any of the Additional Notice Contracts (including a proposed Cure Amount with respect thereto) (an "Additional Notice Contract Objection") must: (i) be made in writing and filed on the docket for the Chapter 11 Cases no later than the Additional Contract Objection Deadline; (ii) state the basis

---

[3]    Changes and additions to the Contract Schedule are shown in **<span style="color:red">bold red font</span>** in the Supplemental Contract Schedule.

[4]    For avoidance of doubt, the Debtors reserve all rights to remove any executory contract or unexpired lease from the Potential Assumed/Assigned Contract and Cure Schedule prior to Closing of any Sale, in which instance such executory contract or unexpired lease will not be a Transferred Contract.

of such Additional Contract Notice Objection with specificity, including, without limitation, the Cure Amount alleged to be due to such Contract Counterparty, and include complete contact information for such Contract Counterparty (including address, telephone number, and email address); (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and (iv) be served on the following, so as to be actually received by them on or before the Contract Objection Deadline (collectively, the "Notice Parties"):

i. counsel for the Debtors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Richard Pachulski (rpachulski@pszjlaw.com) and Steven Golden (sgolden@pszjlaw.com); and (b) Pachulski Stang Ziehl & Jones LLP, 1700 Broadway, 36th Floor, New York, NY 10019, Attn: Gregory Demo (gdemo@pszjlaw.com);

ii. counsel to the DIP Lenders and the Prepetition Term Loan Lenders, (a) Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: David M. Hillman (dhillman@proskauer.com) and Matthew R. Koch (mkoch@proskauer.com) and (b) Landis Rath and Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19899, Attn: Matthew B. McGuire (mcguire@lrclaw.com);

iii. counsel to the DIP Agent, Alston & Bird LLP, 90 Park Avenue, New York, New York 10016 (Attn: William Hao (william.hao@alston.com) and Dylan S. Cassidy (dylan.cassidy@alston.com);

iv. proposed counsel for the Committee, (a) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.com), Joseph R. Brandt (jbrandt@willkie.com), and (b) Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, Delaware 19801, Attn: Matthew P. Ward (matthew.ward@wbd-us.com) and Todd A. Atkinson (todd.atkinson@wbd-us.com); and

v. the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Jon Lipshie, Esq. (jon.lipshie@usdoj.gov).

If you file an Additional Notice Contract Objection satisfying the requirements herein, the Debtors will confer with you in good faith to attempt to resolve any such Additional Notice Contract Objection without Bankruptcy Court intervention. If the applicable parties determine that the Additional Notice Contract Objection cannot be resolved without judicial intervention in a timely manner, the Bankruptcy Court shall resolve such objections at a hearing on a date subsequent to the Sale Hearing as the Court may designate, at the request of the Debtors and with the consent of the Successful Bidder (a "Contract Hearing") before the Bankruptcy Court to consider the objection.

**IF YOU FAIL TO TIMELY FILE AND PROPERLY SERVE AN ADDITIONAL NOTICE CONTRACT OBJECTION AS PROVIDED HEREIN: (I) YOU WILL BE DEEMED TO HAVE FOREVER WAIVED AND RELEASED ANY RIGHT TO ASSERT**

**AN ADDITIONAL NOTICE CONTRACT OBJECTION, AND TO HAVE OTHERWISE CONSENTED TO THE ASSUMPTION, ASSUMPTION AND ASSIGNMENT, OR SALE AND TRANSFER, OF THE DEBTORS' RIGHT, TITLE, AND INTEREST IN, TO, AND UNDER SUCH ADDITIONAL NOTICE CONTRACT ON THE TERMS SET FORTH IN THIS SUPPLEMENTAL ASSUMPTION AND ASSIGNMENT NOTICE AND THE RELEVANT SALE DOCUMENTS; (II) YOU WILL HAVE CONSENTED TO THE ASSUMPTION, ASSUMPTION AND ASSIGNMENT OF, OR SALE AND TRANSFER OF, THE DEBTORS' RIGHT, TITLE, AND INTEREST IN, TO, AND UNDER ITS ADDITIONAL NOTICE CONTRACT WITHOUT THE NECESSITY OF OBTAINING ANY FURTHER ORDER OF THE BANKRUPTCY COURT; AND (III) YOU WILL BE BARRED AND ESTOPPED FOREVER FROM ASSERTING OR CLAIMING AGAINST ANY PARTY THAT ANY ADDITIONAL CURE AMOUNTS ARE DUE OR DEFAULTS EXIST, OR CONDITIONS TO ASSUMPTION, ASSUMPTION AND ASSIGNMENT, OR SALE AND TRANSFER MUST BE SATISFIED, UNDER SUCH ADDITIONAL NOTICE CONTRACT.**

The Debtors' assumption, assumption and assignment, or sale and transfer of an Additional Notice Contract is subject to approval by the Bankruptcy Court and consummation of the closing of the Sale. The inclusion of any document on the Supplemental Contract Schedule shall not constitute or be deemed to be a determination or admission by the Debtors that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code, and all rights with respect thereto are expressly reserved.

The dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court or the filing of notices or amended agendas. Parties in interest are encouraged to monitor the electronic court docket available at https://www.veritaglobal.net/avengerfg.

*[Remainder of Page Intentionally Left Blank]*

This Notice is subject to the full terms and conditions of the Bid Procedures Order, which shall control in the event of any conflict.  The Debtors encourage parties in interest to review such documents in their entirety and consult an attorney if they have questions or want advice.

Dated:   April 3, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*

Richard M. Pachulski, Esq. (admitted *pro hac vice*)
Steven W. Golden, Esq. (DE Bar No. 6807)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:     (302) 652-4100
Facsimile:      (302) 652 4400
Email:            rpachulski@pszjlaw.com
                      sgolden@pszjlaw.com

- and -

Gregory V. Demo, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:     (212) 561-7700
Facsimile:      (212) 561-7777
Email:            gdemo@pszjlaw.com

*Counsel to the Debtors and Debtors-in-Possession*

# SCHEDULE B

Supplemental Contract Schedule

DE:4905-0175-7597.1 05863.00002

| | Contract Counterparty | Debtor Counterparty | Contract/Lease Title | Date of Contract/Lease | Cure Amount |
|---|---|---|---|---|---|
| 138 | **DiMare Fresh, Inc. (as successor to CentrePort Industrial Phase I, LLC)** | Avenger Flight Group, LLC | Lease Agreement (CentrePoint Building 8, 4629 Diplomacy Road, Fort Worth) | 1/29/2016 | **$17,049.38** |
| 155 | Decatur Business Center, LLC | Avenger Flight Group, LLC | Standard Industrial/Commercial Multi-Tenant Lease - Net (5475 S. Decatur Blvd., Suites 112-**128**, Las Vegas) | 3/25/2014 | **$68,675.39** |
| 156 | Decatur Business Center, LLC | Avenger Flight Group, LLC | Standard Industrial/Commercial Multi-Tenant Lease - Net (5475 S. Decatur Blvd., **Suites 100 - 110**, Las Vegas) | 12/1/2022 | **$43,731.92** |
| 159 | **Exeter 920 Apollo, LLC** | Avenger Flight Group, LLC | Lease (920 Apollo Road, Eagan) | 3/24/2022 | $29,355.43 |
| 203 | Nations Fund I, LLC | AFG Dallas III, LLC | Master Lease Agreement | **8/28/2020** | $0.00 |
| 268 | **TX 2800 Valley View Ln (DE) LLC** | Avenger Flight Group, LLC | Lease (2800 Valley View Lane, Irving) | 9/27/2019 | $98,892.86 |
| **279** | **100X, Inc.** | **Avenger Flight Group, LLC** | **IT Services Proposal** | **2/25/2026** | **$0.00** |
| **280** | **ATP – Higher Power Aviation, Inc.** | **Avenger Flight Group, LLC** | **Simulator Usage Agreement** | **7/13/2016** | **$0.00** |
| **281** | **Eduardo Carrasco** | **Avenger Flight Group, LLC** | **Incentive Bonus Agreement** | **1/21/2026** | **$0.00** |
| **282** | **Elsa Gagnon** | **Avenger Flight Group, LLC** | **Incentive Bonus Agreement** | **1/21/2026** | **$0.00** |
| **283** | **Emilio Saldana** | **Avenger Flight Group, LLC** | **Incentive Bonus Agreement** | **1/21/2026** | **$0.00** |
| **284** | **Heather Brown** | **Avenger Flight Group, LLC** | **Incentive Bonus Agreement** | **1/21/2026** | **$0.00** |
| **285** | **Kyle Hunter** | **Avenger Flight Group, LLC** | **Incentive Bonus Agreement** | **1/21/2026** | **$0.00** |
| **286** | **Marc Sullivan** | **Avenger Flight Group, LLC** | **Incentive Bonus Agreement** | **1/21/2026** | **$0.00** |
| **287** | **NEFPASS LLC** | **Avenger Flight Group, LLC** | **Equipment Schedule AFG-0010** | **8/29/2022** | **$0.00** |

| | Contract Counterparty | Debtor Counterparty | Contract/Lease Title | Date of Contract/Lease | Cure Amount |
|---|---|---|---|---|---|
| 288 | Parsa Shamsi | Avenger Flight Group, LLC | Incentive Bonus Agreement | 1/21/2026 | $0.00 |
| 289 | Psagot Equity Trustees Ltd.; El Al Israel Airlines Ltd. | Avenger Flight Group, LLC | Paying Agent Agreement | 12/11/2025 | $0.00 |