## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 26-10183 (MFW)** |
| **AVENGER FLIGHT GROUP, LLC,** *et al.[1]*, | § | **(JOINTLY ADMINISTERED)** |
| | § | |
| | § | **CHAPTER 11** |
| **DEBTORS.** | § | |
| | § | RE: D.I. NO. 249 |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 249

DiMare Fresh, Inc. ("DF" or "Landlord"), by and through undersigned counsel, hereby withdraws its *Objection to Debtors' Proposed Cure Amount* [D.I. No. 249] without prejudice, filed on March 30, 2026, in the above-captioned bankruptcy cases.

Dated: April 3, 2026

Respectfully submitted,

*/s/ Michael Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
Email: mjoyce@mjlawoffices.com

-and-

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

Scott D. Lawrence
Tex. Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Ave., Suite 500
Dallas, Texas 75204
Telephone: (214) 420-6200
Email: scott.lawrence@wickphillips.com

**COUNSEL FOR**
**DIMARE FRESH, INC.**