**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |
|  | **RE: Docket No. 13** |

**NOTICE OF FILING OF PROPOSED SALE ORDER**

PLEASE TAKE NOTICE that, on February 12, 2026, the Debtors filed the *Motion For (I) An Order (A) Approving Bid Procedures For The Sale Of The Debtors' Assets; (B) Approving Certain Bid Protections In Connection With The Debtors' Entry Into Stalking Horse Apa; (C) Scheduling The Auction And Sale Hearing; (D) Approving The Form And Manner Of Notice Thereof; And (E) Granting Related Relief; And (II) An Order Or Orders (A) Approving The Sale Of The Debtors' Assets Free And Clear Of All Encumbrances; And (B) Approving The Assumption And Assignment Of Executory Contracts And Unexpired Leases* [Docket No. 13] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"), seeking entry of (i) an order (the "Bid Procedures Order") (a) approving bid procedures for the sale or sales (the "Sale") of substantially all of the Debtors' assets (the "Assets"), (b) scheduling the Auction and Sale Hearing, and (ii) an order (the "Sale Order") (x) authorizing the Sale(s) of the Assets free and clear of all Encumbrances, other than assumed liabilities, to the Successful Bidder(s) submitting the highest or otherwise best bid, (y) authorizing the assumption and assignment of the identified executory contracts and unexpired leases, and (z) granting certain related relief.

PLEASE TAKE NOTICE that, on March 11, 2026, the Court entered the *Order (I) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Approving Certain Bid Protections In Connection With The Debtors' Entry Into Stalking Horse APA; (C) Scheduling The Auction And Sale Hearing; (D) Approving The Form And Manner Of Notice Thereof; And (E)*

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL  33315.

4930-3209-5133.2 05863.00002

*Granting Related Relief* [Docket No. 161] (the "Bidding Procedures Order"),[2] by which the Court approved soliciting procedures setting forth the process by which the Debtors were authorized to conduct a marketing and auction process, including the cancellation thereof, for the Sale of the Debtors' Assets.  On March 30, 2026, in accordance with the Bidding Procedures Order, the Debtors filed the *Notice of Successful Bidder and Cancellation of Auction* [Docket No. 244].

**PLEASE TAKE FURTHER NOTICE** that the proposed form of order to authorize the Sale pursuant to the terms of the Stalking Horse APA (the "Sale Order") is attached thereto as Exhibit A.  The Debtors reserve the right to modify the proposed Sale Order prior to the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale of the Assets to the Stalking Horse Bidder at the Sale Hearing scheduled to commence on **April 7, 2026, at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, either virtually or located at 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.  The Sale Hearing may be adjourned by announcement in open Court or on the Court's calendar without any further notice required.  The Debtors reserve the right to amend, revise, or modify the Sale Order prior to or at the Sale Hearing.

---

[2] Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures Order or the Notice of Winning Bidder (as defined herein), as applicable.

4930-3209-5133.2 05863.00002

Dated:    April 6, 2026          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*

Richard M. Pachulski, Esq. (admitted *pro hac vice*)
Steven W. Golden, Esq. (DE Bar No. 6807)
Mary F. Caloway, Esq. (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:      (302) 652-4100
Facsimile:      (302) 652 4400
Email:          rpachulski@pszjlaw.com
                sgolden@pszjlaw.com
                mcaloway@pszjlaw.com

- and -

Gregory V. Demo, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:      (212) 561-7700
Facsimile:      (212) 561-7777
Email:          gdemo@pszjlaw.com
                cmackle@pszjlaw.com

*Counsel to the Debtors and Debtors-in-Possession*

4930-3209-5133.2 05863.00002

3