CASE NAME: Avenger Flight Group

COURTROOM NUMBER: 4

CASE NUMBER: 26-10183 (MFW)

DATE: 4/7/26 @ 2:00

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Jonathan Weyand | MNAT | Spirit |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Case 26-10183-MFW   Doc 289   Filed 04/07/26   Page 1 of 3

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Rick | Archer | Law360 | | 26-10183-MFW | Audio Only |
| Todd | Atkinson | Womble Bond Dickinson (US) LLP | Official Committee of Unsecured Creditors | 26-10183-MFW | Video and Audio |
| Joseph | Brandt | Willkie Farr & Gallagher LLP | Official Committee of Unsecured Creditors | 26-10183-MFW | Video and Audio |
| Joshua | Brooks | Landis Rath & Cobb LLP | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Video and Audio |
| Heather | Brown | Avenger Flight Group, LLC | Debtors | 26-10183-MFW | Video and Audio |
| Eduardo | Carrasco | Avenger Flight Group, LLC | Debtors | 26-10183-MFW | Video and Eduardio |
| Dylan | Cassidy | Alston & Bird LLP | Wilmington Trust, National Association, as Prepeti | 26-10183-MFW | Video and Audio |
| Mauro | Castro | Cercano Management LLC | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| Michael | Cox | Seabury Aviation Partners | Debtors | 26-10183-MFW | Video and Audio |
| Federico | Curbelo | Willkie Farr & Gallagher LLP | Official Committee of Unsecured Creditors | 26-10183-MFW | Video and Feudrio |
| Gregory | Demo | Pachulski Stang Ziehl & Jones LLP | Debtors | 26-10183-MFW | Video and Audio |
| Michelle | Dero | Womble Bond Dickinson (US) LLP | Official Committee of Unsecured Creditors | 26-10183-MFW | Video and Audio |
| Elsa | Gagnon | Avenger Flight Group, LLC | Debtors | 26-10183-MFW | Video and Audio |
| Calvin | Garvey | Avenger Flight Group, LLC | Debtors | 26-10183-MFW | Video and Audio |
| Clara | Geoghegan | Law360 | | 26-10183-MFW | Audio Only |
| Gabrielle | Glemann | Cercano Management LLC | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| Steven | Golden | Pachulski Stang Ziehl & Jones LLP | Debtors | 26-10183-MFW | Video and Audio |
| Elizabeth | Goodrich | Cercano Management LLC | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| Todd | Goren | Willkie Farr & Gallagher LLP | Official Committee of Unsecured Creditors | 26-10183-MFW | Video and Audio |
| Uday | Gorrepati | | | 26-10183-MFW | Audio Only |
| William | Hao | Alston & Bird LLP | Wilmington Trust, National Association, as Prepeti | 26-10183-MFW | Video and Audio |
| Taylor | Harrison | | | 26-10183-MFW | Audio Only |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Spirit Airlines, Inc. | 26-10183-MFW | Video and Audio |
| David | Hillman | Proskauer Rose LLP | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Video and Audio |
| Ken | Hoffman | Arbour Lane Capital Management | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| Patrick | Holohan | | | 26-10183-MFW | Audio Only |
| Kyle | Hunter | Avenger Flight Group, LLC | Debtors | 26-10183-MFW | Video and Audio |
| Peter | Jeon | | | 26-10183-MFW | Video and Audio |
| Clare | Joyce | | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| David | Kane | VedderPrice | Export Development Canada | 26-10183-MFW | Video and Audio |
| Jeff | Kaplan | | | 26-10183-MFW | Video and Audio |
| Walter | Kirkman | Ober, Kaler, Grimes & Shriver | Nations Fund I, LLC | 26-10183-MFW | Audio Only |
| Matthew | Koch | Proskauer Rose LLP | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Video and Audio |
| John | Lawrence | Morris Nichols | Spirit Airlines, Inc. | 26-10183-MFW | Video and Audio |
| Jonathan | Lipshie | DOJ-Ust | ust | 26-10183-MFW | Video and Audio |

Case 26-10183-MFW    Doc 289    Filed 04/07/26    Page 2 of 3

Avenger Flight Group 26-10183
April 7, 2026 at 10:30 am

| First | Last | Firm | Party | Case | Appearance |
|---|---|---|---|---|---|
| Mark | Liscio | Freshfields US LLP | SIM International | 26-10183-MFW | Video and Audio |
| Maxim | Litvak | Pachulski Stang Ziehl & Jones LLP | Debtors | 26-10183-MFW | Video and Audio |
| Cia | Mackle | Pachulski Stang Ziehl & Jones LLP | Debtors | 26-10183-MFW | Video and Audio |
| Chris | Majorie | | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| Matthew | McGuire | Landis Rath & Cobb LLP | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Video and Audio |
| Brett | Miller | Willkie Farr & Gallagher LLP | Official Committee of Unsecured Creditors | 26-10183-MFW | Video and Audio |
| Katelin | Morales | Potter Anderson & Corroon LLP | SIM International | 26-10183-MFW | Video and Audio |
| Ali | Muffenbier | Freshfields US LLP | SIM International | 26-10183-MFW | Video and Audio |
| James | O'Neill | Pachulski Stang Ziehl & Jones LLP | Debtors | 26-10183-MFW | Video and Audio |
| Michael | Odell | MidOcean Partners | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| Trade | Ops | Arbour Lane Capital Management | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| Shawn | Patel | MidOcean Partners | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| Mike | Petrick | Arbour Lane Capital Management | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| Nicole | Raca Bromberg | Proskauer Rose LLP | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Video and Audio |
| Jonathan | Randles | | Bloomberg News | 26-10183-MFW | Audio Only |
| Alexander | Rich | Freshfields US LLP | SIM International | 26-10183-MFW | Video and Audio |
| Richard | Riley | Pashman Stein Walder Hayden P.C. | Wilmington Trust, National Association, as Prepeti | 26-10183-MFW | Video and Audio |
| Melissa | Romano | | | 26-10183-MFW | Video and Audio |
| Jeremy | Ryan | Potter Anderson & Corroon | Sim International | 26-10183-MFW | Video and Audio |
| Ethan | Sulik | Marine Midland Building | SIM International | 26-10183-MFW | Video and Audio |
| Marc | Sullivan | Avenger Flight Group, LLC | Debtors | 26-10183-MFW | Video and Audio |
| Vince | Sullivan | Law360 | | 26-10183-MFW | Audio Only |
| Mai | Vang | Cercano Management LLC | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| Benjamin | Wallen | Pachulski Stang Ziehl & Jones LLP | Debtors | 26-10183-MFW | Video and Audio |
| Matthew | Ward | Womble Bond Dickinson (US) LLP | Official Committee of Unsecured Creditors | 26-10183-MFW | Video and Audio |
| Jonathan | Weyand | Morris, Nichols, Arsht and Tunnell | Spirit Airlines, Inc. | 26-10183-MFW | Video and Audio |
| Brent | Wilson | | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Audio Only |
| Alex | Wittenberg | | | 26-10183-MFW | Audio Only |
| David | Zubkis | | | 26-10183-MFW | Audio Only |