**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AVENGER FLIGHT GROUP, LLC, *et al.*,<br><br>         Debtors.[1] | Chapter 11<br><br>Case No. 26-10183 (MFW)<br><br>(Jointly Administered)<br><br>**Ref Docket No. 287** |

**ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE OF
DEBTORS' DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING
STIPULATION BY AND BETWEEN DEBTORS AND BIOWOUND SOLUTIONS, INC.
REGARDING TERMINATION OF SUBLEASE AND
(B) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtors

and debtors-in-possession (collectively, the "Debtors") for the entry of an order (this "Order"):

(a) shortening notice with respect to the *Stipulation by and Between Debtors and BioWound*

*Solutions, Inc. Regarding Termination of Sublease and (B) Granting Related Relief* (the

"Motion"); (b) scheduling a hearing on the Motion on shortened notice (the "Hearing"); (c) setting

a deadline for objections to the Motion as 12:00 noon (ET) the day before the Hearing (the

"Objection Deadline"); and (d) granting such other and further relief, all as more fully set forth in

the Motion to Shorten; and the United States District Court for the District of Delaware having

jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion to Shorten or the Motion, as applicable.

4914-8944-6046.1 05863.00002

28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion to Shorten having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having found cause for the relief requested in the Motion to Shorten pursuant to Local Rule 9006-1(e); and the Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties in interest, and that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Motion to Shorten is GRANTED as set forth herein.

2.    The Hearing on the Motion shall be held on **April 23, 2026 at 2:00 p.m. (prevailing Eastern Time)** in the United States Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware, 5th Floor, Courtroom 4.

3.    The Objection Deadline for any response or objection to the Motion is **April 22, 2026 at 12:00 noon (prevailing Eastern Time)**.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: April 8th, 2026
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

4914-8944-6046.1 05863.00002

3