**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AVENGER FLIGHT GROUP, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-10183 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Dkt. Nos. 286, 287, 291** |

**Objection Deadline: April 22, 2026 at 12:00 noon (ET)**
**Hearing Date: April 23, 2026 at 2:00 p.m. (ET)**

**NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (A)**
**APPROVING STIPULATION BY AND BETWEEN DEBTORS AND BIOWOUND**
**SOLUTIONS, INC. REGARDING TERMINATION OF SUBLEASE**
**AND (B) GRANTING RELATED RELIEF**

**PLEASE TAKE FURTHER NOTICE** that on April 7, 2026, the Debtors filed

the *Debtors' Motion for Entry of an Order (A) Approving Stipulation by and Between Debtors and*

*BioWound Solutions, Inc. Regarding Termination of Sublease and (B) Granting Related Relief*

[Docket No. 287] (the "BioWound Motion") with the United States Bankruptcy Court for the

District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy

Court").

**PLEASE TAKE FURTHER NOTICE** that on April 7, 2026, the Debtors filed

the *Debtors' Motion to Shorten Notice of Debtors' Motion for Entry of an Order (A) Approving*

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

4906-4228-7775.1 05863.00002

*Stipulation by and Between Debtors and BioWound Solutions, Inc. Regarding Termination of Sublease and (B) Granting Related Relief* [Docket No. 287]  (the "Motion to Shorten", together with the BioWound Motion, the "Motions") with the Bankruptcy Court. ***You were previously served with the Motions.***

**PLEASE TAKE FURTHER NOTICE** that, on April 8, 2026, the Bankruptcy Court entered an order granting the Motion to Shorten [Docket No. 291] and scheduled a hearing on the BioWound Motion for **April 23, 2026 at 2:00 p.m.** (the "Hearing") before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, Fifth Floor, Courtroom 4.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the BioWound Motion must be filed with the Bankruptcy Court on or before **April 22, 2026 at 12:00 noon (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Richard M. Pachulski (rpachulski@pszjlaw.com), Gregory V. Demo (gdemo@pszjlaw.com) and Steven W. Golden (sgolden@pszjlaw.com); (ii) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Attn: Jon Lipshie, Esq. (jon.lipshie@usdoj.gov); (iii) counsel to the DIP Lenders, (a) Proskauer Rose LLP, Eleven Times Square, New York, New York 10036 (Attn: David M. Hillman (dhillman@proskauer.com) and Matthew R. Koch (mkoch@proskauer.com)), and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801 (Attn: Matthew B. McGuire (mcguire@lrclaw.com)); (iv) counsel to the DIP Agent, Alston & Bird LLP, 90 Park

Avenue, New York, New York 10016 (Attn: William Hao (william.hao@alston.com) and Dylan S. Cassidy (dylan.cassidy@alston.com)); and (v) counsel for the Committee, (a) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.com), Joseph R. Brandt (jbrandt@willkie.com), and (b) Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, Delaware 19801, Attn: Matthew P. Ward (matthew.ward@wbd-us.com) and Todd A. Atkinson (todd.atkinson@wbd-us.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER A FINAL ORDER GRANTING THE RELIEF REQUESTED IN THE BIOWOUND MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:    April 8, 2026                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*

Richard M. Pachulski, Esq. (admitted *pro hac vice*)
Steven W. Golden, Esq. (DE Bar No. 6807)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652 4400
Email:        rpachulski@pszjlaw.com
              sgolden@pszjlaw.com

- and -

Gregory V. Demo, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:        gdemo@pszjlaw.com
              cmackle@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

4906-4228-7775.1 05863.00002

4