**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**Objection Deadline:  May 5, 2026 at 4:00 p.m. (ET)**

**FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE
PERIOD FROM FEBRUARY 11, 2026 THROUGH MARCH 31, 2026**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of February 11, 2026 by order signed March 19, 2026 |
| Period for which Compensation and Reimbursement is Sought: | February 11, 2026 through March 31, 2026[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,292,984.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $46,975.34 |

This is a:        ☒monthly        ☐ interim        ☐final application.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL  33315.

[2]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

The total time expended for fee application preparation is approximately 3.0 hours and the corresponding compensation requested is approximately $2,000.00.

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| | | | | | |

No prior fee applications have been filed.

### PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Wallen, Ben L. | Partner, 2016 | $1,195.00 | 155.10 | $185,344.50 |
| Wallen, Ben L. | Partner, 2016 | $597.50 | 8.80 | $5,258.00 |
| Mackle, Cia H. | Partner, 2006 | $1,350.00 | 101.60 | $137,160.00 |
| Demo, Gregory V. | Partner, 2008 | $1,650.00 | 120.30 | $198,495.00 |
| Nasatir, Iain A.W. | Partner, 1990 | $1,775.00 | 1.00 | $1,775.00 |
| Walker, Jim W. | Partner, 1985 | $2,150.00 | 0.40 | $860.00 |
| Jones, Laura Davis | Partner, 1986 | $2,250.00 | 2.80 | $6,300.00 |
| Litvak, Maxim B. | Partner, 2001 | $1,895.00 | 72.60 | $137,577.00 |
| Warner, Michael D. | Partner, 1984 | $1,950.00 | 0.70 | $1,365.00 |
| Pachulski, Richard M. | Partner, 1979 | $2,650.00 | 4.20 | $11,130.00 |
| Golden, Steven W. | Partner, 2015 | $1,275.00 | 48.20 | $61,455.00 |
| Bomrind, Zev M. | Partner, 1997 | $1,950.00 | 7.70 | $15,015.00 |
| Kim, Jonathan J. | Counsel, 1995 | $1,575.00 | 41.20 | $64,890.00 |
| Caloway, Mary F. | Counsel, 1992 | $1,750.00 | 220.40 | $385,700.00 |
| Newmark, Victoria A. | Counsel, 1996 | $1,495.00 | 10.50 | $15,697.50 |
| Corma, Edward A. | Associate, 2018 | $950.00 | 0.20 | $190.00 |
| Bates, Andrea T. | Paralegal | $695.00 | 52.60 | $36,557.00 |
| LaBrada, Kerri L. | Paralegal | $650.00 | 0.30 | $195.00 |
| Petras, Lisa | Paralegal | $650.00 | 5.00 | $3,250.00 |
| Cuniff, Patricia E. | Paralegal | $650.00 | 5.70 | $3,705.00 |
| Jeffries, Patricia J. | Paralegal | $695.00 | 16.80 | $11,676.00 |
| Forrester, Leslie A. | Library | $695.00 | 8.60 | $5,977.00 |
| Crosby, David Jr. | Case Management Assistant | $525.00 | 3.80 | $1,995.00 |
| Arnold, Gary L. | Case Management Assistant | $525.00 | 2.20 | $1,155.00 |

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Grayson, Janet | Case Management Assistant | $525.00 | 0.50 | $262.50 |
| **Totals** | | | **891.20** | **$1,292,984.50** |

**Grand Total:** $1,292,984.50
**Total Hours:**     891.20
**Blended Rate:**   $1,450.84

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 74.70 | $122,325.00 |
| Bankruptcy Litigation | 18.40 | $18,700.50 |
| Business Operations | 8.30 | $14,505.00 |
| Case Administration | 74.70 | $99,639.00 |
| Corporate Governance | 4.80 | $7,394.00 |
| Claims Administration and Objections | 29.70 | $41,193.50 |
| PSZJ Compensation | 1.10 | $1,845.00 |
| Other Professional Compensation | 0.70 | $1,169.50 |
| Contract and Lease Matters | 26.20 | $36,004.00 |
| First/Second Day Matters | 118.60 | $168,241.00 |
| Financial Filings | 69.80 | $100,106.50 |
| Financing/Cash Collateral/Cash Management | 58.50 | $100,122.50 |
| General Creditors' Committee | 16.20 | $28,338.50 |
| Hearings | 18.50 | $22,362.00 |
| Insurance Coverage | 1.70 | $2,760.00 |
| Litigation (Non-Bankruptcy) | 1.60 | $2,800.00 |
| Meetings of and Communications with Creditors | 4.90 | $8,267.50 |
| Non-Working Travel | 8.80 | $5,258.00 |
| Operations | 183.10 | $243,998.00 |
| Plan and Disclosure Statement | 67.40 | $108,183.50 |
| PSJ Retention | 13.10 | $18,928.50 |
| Other Professional Retention | 82.80 | $129,321.50 |
| Settlement | 3.00 | $5,090.00 |
| Stay Litigation | 4.60 | $6,431.50 |
| **Totals** | **891.20** | **$1,292,984.50** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | | $20.00 |
| Bloomberg | | $333.80 |
| Working Meals | | $77.45 |
| Delivery/Courier Service | | $7.50 |
| Court Fees | | $36,897.00 |
| Litigation Support Vendors | Everlaw | $8,485.00 |
| Pacer - Court Research | | $405.80 |
| Postage | | $101.60 |
| Reproduction Expense | | $568.60 |
| Westlaw-Legal Research | | $78.59 |
| **Total** | | **$46,975.34** |

---

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al*., | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**Objection Deadline:  May 5, 2026 at 4:00 p.m. (ET)**

**FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR
THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM
FEBRUARY 11, 2026 THROUGH MARCH 31, 2026**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief,* signed on or about March 6, 2026 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the debtors and debtors in possession ("Debtors"), hereby submits its *First Monthly Application for Compensation and Reimbursement of Expenses for Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession for the Period from February 11, 2026 Through March 31, 2026* (the "Application").

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL  33315.

4930-3037-8909.1 05863.00002

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $1,292,984.50 and actual and necessary expenses in the amount of $46,975.34 for a total allowance of $1,339,959.84 and payment of $1,034,387.60 (80% of the allowed fees) and reimbursement of $46,975.34 (100% of the allowed expenses) for a total payment of $1,081,362.94 for the period February 11, 2026 through March 31, 2026 (the "Fee Period").  In support of this Application, PSZ&J respectfully represents as follows:

## Background

1.     On February 11, 2026, the Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.     On or about March 6, 2026, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.  The Administrative Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending on April 30, 2026 and at three-month intervals thereafter, each of the Professionals may file and serve an interim fee application for compensation and reimbursement of expenses sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

4.      The retention of PSZ&J, as counsel for the Debtors, was approved effective as of February 11, 2026 by this Court's *Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date*, signed on or about March 19, 2026 (the "Retention Order").  The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**PSZ&J's APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

**Compensation Paid and Its Source**

5.      All services for which PSZ&J requests compensation were performed for or on behalf of the Debtors.

6.      PSZ&J, and any partner, of counsel, or associate thereof, have received no payment and no promises for payment from any source other than from the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZ&J and any other person other than among the partners, of counsel, or associates of PSZ&J for the sharing of compensation to be received for services rendered in these cases.  PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $2,009,730.20, in connection with the

4930-3037-8909.1 05863.00002                                      3

preparation of initial documents and its prepetition representation of the Debtors.  Upon final reconciliation of the amount actually expended prepetition, any balance remaining from the prepetition payments to PSZ&J was credited to the Debtors and utilized as PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation procedures approved by this Court in accordance with the Bankruptcy Code.

### Fee Statements

7.      The fee statements for the Fee Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Fee Period.  To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order.  PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent (50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J professionals attempt to work during travel.

**Actual and Necessary Expenses**

8.     A summary of actual and necessary expenses incurred by PSZ&J for the Fee Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware.  PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  PSZ&J summarizes each client's photocopying charges on a daily basis.

9.     PSZ&J charges $0.25 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services.  PSZ&J does not charge the Debtors for the receipt of faxes in these cases.

10.     With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research.  PSZ&J bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

11.     PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's

Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

12.     The names of the partners and associates of PSZ&J who have rendered professional services in this case during the Fee Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Fee Period, are set forth in the attached Exhibit A.

13.     PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

14.     The services rendered by PSZ&J during the Fee Period can be grouped into the categories set forth below.  PSZ&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category,

along with the number of hours for each individual and the total compensation sought for each category.

### A.    Asset Disposition

15.    This category relates to work regarding asset analysis and recovery issues. During the Fee Period, the Firm, among other things, (i) corresponded with the lenders' counsel regarding sale issues; (ii) reviewed the asset purchase agreement and provided comments; (iii) corresponded with the lenders' counsel regarding collateral issues; (iv) conferred regarding cure amounts; (v) draft and revise bid procedures motion and related exhibits; (vi) conferred regarding status of sale and next steps; and (vi) conferred with the Committee regarding accounting issues and potential claims.

Fees:  $122,325.00          Hours: 74.70

### B.    Bankruptcy Litigation

16.    During the Fee Period, the Firm, among other things (i) revised a suggestion of bankruptcy for state court action; (ii) corresponded with working group regarding regulatory issues; (iii) attended investigation call with the Committee; and (iv) conferred internally regarding litigation claim issues.

Fees:  $18,700.50          Hours: 18.40

### C.    Business Operations

17.    During the Fee Period, the Firm, among other things (i) corresponded with the Debtors regarding reporting obligations; (ii) corresponded regarding supplies and utilities issues; and (iii) corresponded with the Debtors regarding rent and other payments.

Fees:  $14,505.00          Hours: 8.30

**D.      Case Administration**

18.      This category relates to work regarding administration of this case.  During the Fee Period, the Firm, among other things:  (i) maintained document control; (ii) maintained a memorandum of critical dates; and (iii) corresponded and conferred regarding case administration issues; (iv) drafted and revised a work in progress (WIP); and (v) attended weekly update calls with the Debtors.

Fees:  $99,639.00          Hours: 74.70

**E.      Corporate Governance**

19.      During the Fee Period, the Firm, among other things, (i) attend board meetings; (ii) drafted board minutes for 2/9; and (iii) corresponded regarding redactions to the board minutes.

Fees:  $7,394.00          Hours: 4.80

**F.      Claims Administration and Objections**

20.      During the Fee Period, the Firm, among other things, (i) reviewed schedules extension motion and revised same; (ii) reviewed customer agreements and issues regarding same; (iii) drafted motion to set bar dates; (iv) review comments received from US Trustee to bar date motion; (v) correspond with the Committee and lenders regarding bar date motion; and (vi) correspond with Verita regarding publication notice for bar date.

Fees:  $41,193.50          Hours: 29.70

**G.    PSZJ Compensation**

21.    During the Fee Period, the Firm, among other things, (i) reviewed the February invoice and interim compensation order; and (ii) correspond internally regarding first monthly fee application.

Fees: $1,845.00          Hours: 1.10

**H.    Other Professional Compensation**

22.    During the Fee Period, the Firm, among other things, (i) corresponded with Aviation counsel regarding billing and monthly statements; and (ii) corresponded with other retained professionals regarding monthlies.

Fees: $1,169.50          Hours: 0.70

**I.    Contract and Lease Matters**

23.    During the Fee Period, the Firm, among other things, (i) reviewed the Allegiant mortgage documents and applicable UCCs; (ii) corresponded regarding leases to potentially reject; (ii) drafted cure schedule; and (iii) corresponded with team regarding same.

Fees: $36,004.00          Hours: 26.20

**J.    First/Second Day Matters**

24.    During the Fee Period, the Firm, among other things, (i) filed petitions and certain first day motions; (ii) prepared for the first day hearing; (iii) corresponded with the Debtors and internal team regarding first day hearing preparations; (iv) drafted a first day hearing presentation; (v) drafted and revised schedules extension motion and interim compensation motion; (vi) drafted notice of rescheduled second day hearing; (vii) revisions to certain first day orders; drafted certifications of counsel and notices of entry regarding same.

4930-3037-8909.1 05863.00002                    9

Fees: $168,241.00          Hours: 118.60

### K.    Financial Filings

25.    This category relates to issues regarding compliance with reporting requirements.  During the Fee Period, the Firm, among other things (i) reviewed and analyzed issues regarding Schedules and Statements; (ii) performed work regarding documents to be provided to the United States Trustee in response to requests related to the Initial Debtor Interview; (iii) performed work regarding Monthly Operating Reports; (iv) performed work regarding Schedules and Statements; and (v) prepared for and attended an Initial Debtor Interview.

Fees: $100,106.50          Hours: 69.80

### L.    Financing/Cash Collateral/Cash Management

26.    This category relates to issues regarding Debtor in Possession ("DIP") financing and use of cash collateral.  During the Fee Period, the Firm, among other things (i) reviewed and analyzed DIP financing order provisions and milestone requirements relating to sale issues; (ii) reviewed and analyzed issues regarding DIP loan schedules; (iii) drafted the cash management proffer; (iv) corresponded and conferred regarding financing issues; (v) drafted and revised the funding notice; (vi) corresponded with US Trustee regarding cash management order; (vii) corresponded with lenders regarding the final DIP order; (viii) reviewed and responded to various issues regarding cash management.

Fees: $100,122.50          Hours: 58.50

### M.    General Creditors' Committee

27.    This category relates to general creditors' committee issues.  During the Fee Period, the Firm, among other things: (i) drafted a form NDA for the Committee; (ii) corresponded

4930-3037-8909.1 05863.00002          10

with team regarding formation status and members; (iii) corresponded with Committee's counsel regarding second day hearing matters; (iv) corresponded with Committee's counsel regarding settlement; (v) corresponded with Company and lenders counsel regarding same. .

Fees:  $28,338.50             Hours: 16.20

### N.      Hearings

28.      This category relates to (i) the preparation for and attendance at the first day hearing; (ii) drafting and revising hearing agendas and (iii) drafting and filing certifications of counsel regarding certain first day orders.

Fees:  $22,362.00             Hours: 18.50

### O.      Insurance Coverage

29.      This category relates to insurance issues.  During the Fee Period, the Firm, among other things: (i) corresponded and conferred with the US Trustee regarding insurance issues.

Fees:  $2,760.00             Hours: 1.70

### P.      Litigation (Non-Bankruptcy)

30.      During the Fee Period, the Firm, among other things: corresponded with counsel regarding various state court litigations and status of same.

Fees:  $2,800.00             Hours: 1.60

### Q.      Meetings of and Communications with Creditors

31.      This category relates to issues regarding meetings of and communications with creditors.  During the Fee Period, the Firm, among other things, (i) performed work regarding a notice of Section 341 meeting; and (ii) responded to several creditors inquiries.

Fees: $8,267.50 Hours: 4.90

### R. Non-Working Travel

32. This category relates to travel to and from the Debtors' offices for records review. Time billed to this category is billed at 50% of the professional's rate.

Fees: $5,258.00 Hours: 8.80

### S. Operations

33. This category relates to operations issues. During the Fee Period, the Firm, among other things: (i) corresponded and conferred regarding operations issues; (ii) corresponded with the FAA regarding regulatory issues; (iii) corresponded with the Company regarding vendor contracts; (iv) drafted and reviewed comments to memo from FAA counsel regarding regulatory issues; (v) corresponded with lenders' counsel regarding FAA issues; (vi) corresponded with company regarding utility demands; (vii) corresponded with company regarding critical vendors and employee issues; (viii) corresponded with Aviation counsel regarding regulatory issues; and (ix) reviewed 142 candidate searches.

Fees: $243,998.00 Hours: 183.10

### T. Plan and Disclosure Statement

34. This category relates to issues regarding a Plan of Reorganization ("Plan") and Disclosure Statement. During the Fee Period, the Firm, among other things, (i) drafted the plan and disclosure statement; (ii) conferred with working group regarding potential wind down budget; (iii) drafted updated case timeline; (iv) conferred internally regarding lenders revisions to draft term sheet; and (v) drafted solicitation motion and related exhibits.

Fees: $108,183.50 Hours: 67.40

**U.    PSZJ Retention**

35.    This category relates to issues regarding retention of the Firm.  During the Fee Period, the Firm, among other things, performed work regarding the Firm's retention motion.

Fees:  $18,928.50          Hours: 13.10

**V.    Other Professional Retention**

36.    This category relates to issues regarding the retention of professionals other than the Firm.  During the Fee Period, the Firm, among other things: (i) drafted ordinary course professionals motion; (ii) reviewed and finalized CRO, Seabury, Verita, and Holland & Knight retention applications; (iii) reviewed and responded to US Trustee's comments regarding the proposed retentions; and (iv) corresponded and conferred on retention issues.

Fees:  $129,321.50          Hours: 82.80

**W.    Settlement**

37.    During the Fee Period, the Firm, among other things: (i) conferred regarding the SIM settlement term sheet; (ii) drafted and revised settlement motion with SIM International; and (iii) conferred with lenders regarding closing.

Fees:  $5,090.00          Hours: 3.00

**X.    Stay Litigation**

38.    During the Fee Period, the Firm, among other things: (i) conferred regarding various utility issues; (ii) attention to stay violation by Texas utility; and (iii) drafted demand letter to Allegiant.

Fees:  $6,413.50          Hours: 4.60

## Valuation of Services

39.     Attorneys and paraprofessionals of PSZ&J expended a total [    ] hours in connection with their representation of the Debtors during the Fee Period, as follows:

### PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Wallen, Ben L. | Partner, 2016 | $1,195.00 | 155.10 | $185,344.50 |
| Wallen, Ben L. | Partner, 2016 | $597.50 | 8.80 | $5,258.00 |
| Mackle, Cia H. | Partner, 2006 | $1,350.00 | 101.60 | $137,160.00 |
| Demo, Gregory V. | Partner, 2008 | $1,650.00 | 120.30 | $198,495.00 |
| Nasatir, Iain A.W. | Partner, 1990 | $1,775.00 | 1.00 | $1,775.00 |
| Walker, Jim W. | Partner, 1985 | $2,150.00 | 0.40 | $860.00 |
| Jones, Laura Davis | Partner, 1986 | $2,250.00 | 2.80 | $6,300.00 |
| Litvak, Maxim B. | Partner, 2001 | $1,895.00 | 72.60 | $137,577.00 |
| Warner, Michael D. | Partner, 1984 | $1,950.00 | 0.70 | $1,365.00 |
| Pachulski, Richard M. | Partner, 1979 | $2,650.00 | 4.20 | $11,130.00 |
| Golden, Steven W. | Partner, 2015 | $1,275.00 | 48.20 | $61,455.00 |
| Bomrind, Zev M. | Partner, 1997 | $1,950.00 | 7.70 | $15,015.00 |
| Kim, Jonathan J. | Counsel, 1995 | $1,575.00 | 41.20 | $64,890.00 |
| Caloway, Mary F. | Counsel, 1992 | $1,750.00 | 220.40 | $385,700.00 |
| Newmark, Victoria A. | Counsel, 1996 | $1,495.00 | 10.50 | $15,697.50 |
| Corma, Edward A. | Associate, 2018 | $950.00 | 0.20 | $190.00 |
| Bates, Andrea T. | Paralegal | $695.00 | 52.60 | $36,557.00 |
| LaBrada, Kerri L. | Paralegal | $650.00 | 0.30 | $195.00 |
| Petras, Lisa | Paralegal | $650.00 | 5.00 | $3,250.00 |
| Cuniff, Patricia E. | Paralegal | $650.00 | 5.70 | $3,705.00 |
| Jeffries, Patricia J. | Paralegal | $695.00 | 16.80 | $11,676.00 |
| Forrester, Leslie A. | Library | $695.00 | 8.60 | $5,977.00 |
| Crosby, David Jr. | Case Management Assistant | $525.00 | 3.80 | $1,995.00 |
| Arnold, Gary L. | Case Management Assistant | $525.00 | 2.20 | $1,155.00 |
| Grayson, Janet | Case Management Assistant | $525.00 | 0.50 | $262.50 |
| **Totals** | | | **891.20** | **$1,292,984.50** |

**Grand Total:  $1,292,984.50**
**Total Hours:        891.20**
**Blended Rate:    $1,450.84**

40.    The nature of work performed by these persons is fully set forth in Exhibit A attached hereto.  These are PSZ&J's normal hourly rates for work of this character.  The reasonable value of the services rendered by PSZ&J for the Debtors during the Fee Period is $1,292,984.50.

41.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period February 11, 2026 through March 31, 2026, an interim allowance be made to PSZ&J for compensation in the amount of $1,292,984.50 and actual and necessary expenses in the amount of $46,975.34 for a total allowance of $1,339,959.84 and payment of $1,034,387.00 (80% of the allowed fees) and reimbursement of $46,975.34 (100% of the allowed expenses) be authorized for a total payment of $1,081,362.94, and for such other and further relief as this Court may deem just and proper.

Dated:   April 14, 2026         **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*

Richard M. Pachulski, Esq. (admitted *pro hac vice*)
Mary F. Caloway, Esq. (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:      (302) 652-4100
Facsimile:      (302) 652 4400
Email:          rpachulski@pszjlaw.com
                mcaloway@pszjlaw.com

- and -

Gregory V. Demo, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:      (212) 561-7700
Facsimile:      (212) 561-7777
Email:          gdemo@pszjlaw.com
                cmackle@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

**<u>DECLARATION</u>**

STATE OF NEW YORK          :

                                      :

COUNTY OF NEW YORK     :

Gregory V. Demo, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b)      I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessionals of PSZ&J.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about March 6, 2026, and submit that the Application substantially complies with such Rule and Order.

                                                */s/ Gregory V. Demo*
                                                Gregory V. Demo