**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Nuno Cardoso, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On April 13, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Deadlines for the Filing of: (I) Proofs of Claim, Including Requests for Payment Pursuant to Section 503(b)(9) of the Bankruptcy Code; (II) Administrative Claims; and (III) Rejection Damages Claims** [Docket No. 189]

- [Blank] **Modified Official Form 410 Proof of Claim** [substantially in the form of Exhibit B to Docket No. 152]

Dated: April 16, 2026

/s/ Nuno Cardoso
Nuno Cardoso
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 100X, Inc. | Attn Officer or Director | 7950 NW 53rd Street Suite 337-1008 | | Doral | FL | 33166 | |
| Comcast Business | | 1701 JFK Boulevard | | Philadelphia | PA | 19103 | |
| Crown Castle Fiber LLC | | 8020 Katy Freeway | | Houston | TX | 77024 | |
| Decatur Business Center | | 5475 S Decatur Blvd | | Las Vegas | NV | 89118 | |
| Psagot Equity Trustees Ltd. | Attn Officer or Director | 3 Rothschild Blvd | | Tel Aviv-Yafo | | 6688106 | Israel |
| Psagot Equity Trustees Ltd. | Attn Officer or Director | Psagot Tower | 14 Head Haam St. | Tel Aviv | | 6514211 | Israel |
| Travelers | Attn: Consumer Affairs | One Tower Square | | Hartford | CT | 06183 | |
| Wright Flood | | P.O. Box 33064 | | St Pete | FL | 33733 | |

In re Avenger Flight Group, LLC, et al.,
Case No. 26-10183 (MFW)