**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On April 9, 2026, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Entry of Interim Order and Final Hearing Regarding Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief** [Docket No. 74]

Furthermore, on April 9, 2026, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Proposed Sale or Sales of the Debtors' Assets, Free and Clear of All Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto** [Docket No. 162]

Furthermore, on April 15, 2026, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit C**:

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

-- 2 --

- **Notice of Successful Bidder and Cancellation of Auction** [Docket No. 244]

Dated: April 16, 2026

*/s/ Heather Fellows*
Heather Fellows
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Supplemental Taxing Authority Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Nevada Department of Taxation | Attn Bankruptcy Dept | 3850 Arrowhead Dr | Carson City | NV | 89706-2016 |

# Exhibit B

**Exhibit B**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Javier Ortiz | Address on File | | | |

# Exhibit C

**Exhibit C**
**Supplemental Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Bitdefender | 6301 NW 5th Way Ste 4300 | Ft Lauderdale | FL | 33309-6124 |
| Eastern Airlines LLC | 11500 N Ambassador Dr Ste 510 | Kansas City | MO | 64153-1200 |