**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Nuno Cardoso, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On April 16, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Debtors' Objection to Request for Allowance and Payment of Administrative Expense Claim Filed by Robyn Eldridge** [Docket No. 318]

Dated: April 17, 2026

*/s/ Nuno Cardoso*
Nuno Cardoso
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1]  The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor / Committee of Unsecured Creditors | Allegiant Air, LLC | Laura Overton | laura.overton@allegiantair.com |
| Counsel to the DIP Lenders, the DIP Agent, Wilmington Trust, Prepetition Secured Lenders and National Association, as Prepetition Term Loan Agent and DIP Agent | Alston & Bird LLP | William Hao and Dylan S. Cassidy | William.Hao@alston.com; Dylan.Cassidy@alston.com |
| Counsel to Omega Air, Inc. | Bielli & Klauder, LLC | David M. Klauder | dklauder@bk-legal.com |
| Counsel to Envoy Air, Inc. | Blank Rome LLP | John E. Lucian and Jordan L. Williams | John.Lucian@blankrome.com; Jordan.Williams@blankrome.com |
| Top 30 Creditor / Committee of Unsecured Creditors | Bow Systems (Private) Limited | Shehzad Ahmed Mir | shehzad@bowsystems.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to SIM International B.V. | Freshfields US LLP | Mark F. Liscio, Alexander Rich and Ali Muffenbier | mark.liscio@freshfields.com; alexander.rich@freshfields.com; ali.muffenbier@freshfields.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to the DIP Lenders, the DIP Agent, Wilmington Trust, Prepetition Secured Lenders and Ad Hoc Group of 1L Lenders | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire and Joshua B. Brooks | landis@lrclaw.com; mcguire@lrclaw.com; brooks@lrclaw.com |
| Counsel to Omega Air, Inc. | Langley & Banack, Inc. | David S. Gragg | dgragg@langleybanack.com |
| Counsel to Dallas County, Tarrant County and Irving ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Top 30 Creditor / Committee of Unsecured Creditors | Multi Pilot Simulations | Philip Adrian | philip.adrian@mps.aero |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | nvagbk@ag.nv.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jonathan Lipshie | jon.lipshie@usdoj.gov |
| Counsel to Wilmington Trust, National Association, as Prepetition Term Loan Agent and DIP Agent | Pashman Stein Walder Hayden, P.C. | John W. Weiss and Richard W. Riley | jweiss@pashmanstein.com; rriley@pashmanstein.com |
| Counsel to SIM International B.V. | Potter Anderson & Corroon LLP | Jeremy W. Ryan, James R. Risener III and Ethan H. Sulik | jryan@potteranderson.com; jrisener@potteranderson.com; esulik@potteranderson.com |
| Counsel to the DIP Lenders, the DIP Agent, Wilmington Trust, Prepetition Secured Lenders and Ad Hoc Group of 1L Lenders | Proskauer Rose LLP | David M. Hillman, Matthew R. Koch and Dylan J. Marker | MKoch@proskauer.com; DHillman@proskauer.com; DMarker@proskauer.com; Prosk_AFG@proskauer.com |
| Counsel to Oxford I Asset Management USA Inc. | Robinson & Cole LLP | Jamie L. Edmonson | jedmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Interested Party Simulator Equipment Financing, LLC | Simulator Equipment Financing, LLC | Richard Johnson, Managing Member | rick@simulatorfinancing.com |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Prepetition Secured Lender EDC | Vedder Price | David L Kane | dkane@vedderprice.com |
| Counsel to the Official Committee of Unsecured Creditors of Avenger Flight Group, LLC, et al. | Willkie Farr & Gallagher LLP | Brett H. Miller, Todd M. Goren, James H. Burbage and Joseph R. Brandt | bmiller@willkie.com; tgoren@willkie.com; jburbage@willkie.com; jbrandt@willkie.com |
| Counsel to Envoy Air, Inc. | Winstead PC | Annmarie Chiarello | achiarello@winstead.com |
| Counsel to the Official Committee of Unsecured Creditors of Avenger Flight Group, LLC, et al. | Womble Bond Dickinson (US) LLP | Matthew P. Ward and Todd A. Atkinson | matthew.ward@wbd-us.com; todd.atkinson@wbd-us.com |

# Exhibit B

**Exhibit B**
**Affected Claimant Service List**
**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| Robyn Eldridge | Email on File |

# Exhibit C

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jonathan Lipshie | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

# Exhibit D

**Exhibit D**
**Affected Claimant Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Robyn Eldridge | Address on File | | | |

In re Avenger Flight Group, LLC, et al.,
Case No. 26-10183 (MFW)