**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS[2] SCHEDULED FOR
HEARING ON APRIL 23, 2026 AT 2:00 P.M. (EASTERN TIME)**

---

**This hearing will be conducted by Zoom.  Parties and witnesses are permitted, but not required, to appear in person. The Court has no preference.**

**To attend the hearing remotely, please register using the ecourt appearances tool on the court's website at www.deb.uscourts.gov or click the below link:
https://ecf.deb.uscourts.gov/cgi-bin/nysbappearances.pl.**

**Parties are required to register for the hearing no later than 4:00 P.M. (prevailing Eastern Time) the business day before the hearing. You must use your full name when logging into zoom or you will not be allowed into the meeting.**

**After registering your appearance, you will receive a confirmation email. Zoom information will be sent out prior to the hearing.**

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL  33315.

[2]    All motions and other pleadings referenced herein are available online at the following web address: www.veritaglobal.net/AvengerFG.

4929-0965-8787.2 05863.00002

**RESOLVED MATTERS**

1.  Application for Entry of an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of February 26, 2026 [Filed: 3/25/26] (Docket No. 195)

    Objection Deadline:  April 8, 2026, at 4:00 p.m. Eastern Time

    Responses Received:  None

    Related Documents:

    (a)  Certificate of No Objection Regarding Application for Entry of an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of February 26, 2026 [Filed: 4/9/26] (Docket No. 294)

    (b)  Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of February 26, 2026 [Filed: 4/10/26] (Docket No. 298)

    Status:  The order was entered.  No hearing is necessary.

2.  Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment an Retention of Womble Bond Dickinson (US) LLP as Delaware Co-Counsel Effective as of February 26, 2026 [Filed: 3/25/26] (Docket No. 196)

    Objection Deadline:  April 8, 2026, at 4:00 p.m. Eastern Time

    Responses Received:  None

    Related Documents:

    (a)  Certificate of Counsel Regarding Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment an Retention of Womble Bond Dickinson (US) LLP as Delaware Co-Counsel Effective as of February 26, 2026 [Filed: 4/9/26] (Docket No. 295)

    (b)  Order Authorizing and Approving the Employment an Retention of Womble Bond Dickinson (US) LLP as Delaware Co-Counsel Effective as of February 26, 2026 [Filed: 4/10/26] (Docket No. 299)

    Status:  The order was entered.  No hearing is necessary.

3.  Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor Effective as of March 2, 2026 [Filed: 3/25/26] ([Docket No. 197](#))

    Objection Deadline:  April 8, 2026, at 4:00 p.m. Eastern Time

    Responses Received:  None

    Related Documents:

    (a)  Certificate of Counsel Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor Effective as of March 2, 2026 [Filed: 4/9/26] ([Docket No. 296](#))

    (b)  Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor Effective as of March 2, 2026 [Filed: 4/10/26] ([Docket No. 300](#))

    Status:  The order was entered.  No hearing is necessary.

## MATTERS GOING FORWARD

4.  (Robyn Eldridge) Request for Allowance and Payment of Administrative Expense Claim [Filed: 3/30/26] ([Docket No. 275](#))

    Objection Deadline:  April 16, 2026, at 4:00 p.m. Eastern Time

    Responses Received:

    (a)  Debtors' Objection to Request for Allowance and Payment of Administrative Expense Claim Filed by Robyn Eldridge [Filed: 4/16/26] ([Docket No. 318](#))

    Related Documents:   None.

    Status:  This matter is going forward.

5.  Debtors' Motion for Entry of an Order (A) Approving Stipulation by and Between the Debtors and BioWound Solutions, Inc. Regarding Termination of Sublease and (B) Granting Related Relief [Filed: 4/7/26] ([Docket No. 286](#))

    Objection Deadline:  April 22, 2026, at 12:00 p.m. Eastern Time

    Responses Received:  None as of the filing of this agenda.

Related Documents:

(a)     Motion to Shorten Notice of Debtors' Motion for Entry of an Order (A) Approving Stipulation by and Between Debtors and BioWound Solutions, Inc. Regarding Termination of Sublease and (B) Granting Related Relief [Filed: 4/7/26] (Docket No. 287)

(b)     Order Granting Debtors' Motion to Shorten Notice of Debtors' Motion for Entry of an Order (A) Approving Stipulation By and Between Debtors and Biowound Solutions, Inc. Regarding Termination of Sublease and (B) Granting Related Relief [Filed: 4/8/26] (Docket No. 291)

(c)     Notice of Hearing on Debtors' Motion for Entry of an Order (A) Approving Stipulation by and Between Debtors and BioWound Solutions, Inc. Regarding Termination of Sublease and (B) Granting Related Relief [Filed: 4/8/26] (Docket No. 293)

Status:  This matter is going forward.

6.      Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contract With Spirit Airlines, Inc. and (B) Granting Related Relief [Filed: 4/19/26] (Docket No. 326)

Objection Deadline:  At or before hearing

Responses Received:  None as of the filing of this agenda.

Related Documents:

(a)     Motion to Shorten Notice and Scheduling Hearing on Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contract with Spirit Airlines, Inc. and (B) Granting Related Relief [Filed: 4/19/26] (Docket No. 327)

(b)     Order Granting Debtors' Motion to Shorten Notice and Scheduling Hearing on Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contract with Spirit Airlines, Inc. and (B) Granting Related Relief [Filed: 4/20/26] (Docket No. 328)

(c)     Notice of Hearing of Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contract With Spirit Airlines, Inc. and (B) Granting Related Relief [Filed: 4/20/26] (Docket No. 329)

Status:  This matter is going forward.

Dated:   April 21, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*

Richard M. Pachulski, Esq. (admitted *pro hac vice*)
Steven W. Golden, Esq. (DE Bar No. 6807)
Mary F. Caloway, Esq. (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:      (302) 652-4100
Facsimile:      (302) 652 4400
Email:          rpachulski@pszjlaw.com
                sgolden@pszjlaw.com
                mcaloway@pszjlaw.com

- and -

Gregory V. Demo, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:      (212) 561-7700
Facsimile:      (212) 561-7777
Email:          gdemo@pszjlaw.com
                cmackle@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*