Avenger Flight Group 26-10183
April 23, 2026 at 2:00 pm

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Todd | Atkinson | Womble Bond Dickinson (US) LLP | Creditors&#039; Committee | 26-10183-MFW | Video and Audio |
| Joseph | Brandt | Willkie Farr & Gallagher LLP | The Official Committee of Unsecured Creditors | 26-10183-MFW | Video and Audio |
| Joshua | Brooks | Landis Rath & Cobb LLP | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Video and Audio |
| Heather | Brown | Avenger Flight Group, LLC | The Debtors | 26-10183-MFW | Video and Audio |
| Mary | Caloway | Pachulski Stang Ziehl & Jones | The Debtors | 26-10183-MFW | Video and Audio |
| Eduardo | Carrasco | Avenger Flight Group, LLC | The Debtors | 26-10183-MFW | Video and Audio |
| Zachary | Charlton | Willkie Farr & Gallagher LLP | The Official Committee of Unsecured Creditors | 26-10183-MFW | Video and Audio |
| Radha | Chevli | Morris Nichols Arsht & Tunnell LLP | Interested Party | 26-10183-MFW | Video and Audio |
| Federico | Curbelo | Willkie Farr & Gallagher LLP | The Official Committee of Unsecured Creditors | 26-10183-MFW | Video and Audio |
| Gregory | Demo | Pachulski Stang Ziehl & Jones LLP | The Debtors | 26-10183-MFW | Video and Audio |
| Robyn | Eldridge | Avenger Flight Group -MCO | Robyn Eldridge (Pro Se Creditor) | 26-10183-MFW | Video and Audio |
| Elsa | Gagnon | Avenger Flight Group, LLC | The Debtors | 26-10183-MFW | Video and Audio |
| Calvin | Garvey | Avenger Flight Group, LLC | The Debtors | 26-10183-MFW | Video and Audio |
| Clara | Geoghegan | Law360 | | 26-10183-MFW | Audio Only |
| Steven | Golden | Pachulski Stang Ziehl & Jones LLP | The Debtors | 26-10183-MFW | Video and Audio |
| Todd | Goren | Willkie Farr & Gallagher LLP | The Official Committee of Unsecured Creditors | 26-10183-MFW | Video and Audio |
| Taylor | Harrison | | | 26-10183-MFW | Audio Only |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Spirit Airlines, LLC | 26-10183-MFW | Video and Audio |
| David | Hillman | Proskauer Rose LLP | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Video and Audio |
| Kyle | Hunter | Avenger Flight Group, LLC | The Debtors | 26-10183-MFW | Video and Audio |
| Matthew | Koch | Proskauer Rose LLP | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Video and Audio |
| Jonathan | Lipshie | DOJ-Ust | ust | 26-10183-MFW | Video and Audio |
| Maxim | Litvak | Pachulski Stang Ziehl & Jones LLP | The Debtors | 26-10183-MFW | Video and Audio |
| Cia | Mackle | Pachulski Stang Ziehl & Jones LLP | The Debtors | 26-10183-MFW | Video and Audio |
| Dylan | Marker | Proskauer Rose LLP | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Video and Audio |
| Matthew | McGuire | Landis Rath & Cobb LLP | Ad Hoc Group of 1L Lenders | 26-10183-MFW | Video and Audio |
| Melissa | Romano | | | 26-10183-MFW | Video and Audio |
| Marc | Sullivan | Avenger Flight Group, LLC | The Debtors | 26-10183-MFW | Video and Audio |
| Vince | Sullivan | Law360 | | 26-10183-MFW | Audio Only |
| Michael | Tomback | | | 26-10183-MFW | Audio Only |
| Benjamin | Wallen | Pachulski Stang Ziehl & Jones LLP | The Debtors | 26-10183-MFW | Video and Audio |
| Matthew | Ward | Womble Bond Dickinson (US) LLP | Creditors&#039; Committee | 26-10183-MFW | Video and Audio |
| Jonathan | Weyand | Morris, Nichols, Arsht and Tunnell | Spirit Airlines, LLC | 26-10183-MFW | Video and Audio |
| Alex | Wittenberg | | | 26-10183-MFW | Audio Only |