**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Nuno Cardoso, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On April 22, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Monthly Operating Report for Avenger Flight Group, LLC for the Period Ending March 31, 2026** [Docket No. 332]

- **Monthly Operating Report for AFG Dallas III, LLC for the Period Ending March 31, 2026** [Docket No. 333]

- **Monthly Operating Report for AFG EU Operations Corp. for the Period Ending March 31, 2026** [Docket No. 334]

- **Monthly Operating Report for AFG LATAM Holding Corp. for the Period Ending March 31, 2026** [Docket No. 335]

- **Monthly Operating Report for AFG LATAM SIM Holdings II, LLC for the Period Ending March 31, 2026** [Docket No. 336]

---

[1]  The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

- **Monthly Operating Report for AFG LATAM SIM Holdings III, LLC for the Period Ending March 31, 2026** [Docket No. 337]

- **Monthly Operating Report for AFG LATAM SIM Holdings IV, LLC for the Period Ending March 31, 2026** [Docket No. 338]

- **Monthly Operating Report for AFG Mexico Corp. for the Period Ending March 31, 2026** [Docket No. 339]

- **Monthly Operating Report for Avenger Flight Group Europe Corp. for the Period Ending March 31, 2026** [Docket No. 340]

- **Monthly Operating Report for Avenger Flight Group Mexico II, S. de R.L. de C.V. for the Period Ending March 31, 2026** [Docket No. 341]

- **Monthly Operating Report for Avenger Flight Training, LLC for the Period Ending March 31, 2026** [Docket No. 342]

- **Monthly Operating Report for AFG Dallas IV, LLC for the Period Ending March 31, 2026** [Docket No. 343]

- **Monthly Operating Report for AFG Dallas, LLC for the Period Ending March 31, 2026** [Docket No. 344]

- **Monthly Operating Report for AFG FLL, LLC for the Period Ending March 31, 2026** [Docket No. 345]

- **Monthly Operating Report for AFG LATAM SIM Holdings, LLC for the Period Ending March 31, 2026** [Docket No. 346]

- **Monthly Operating Report for AFG Orlando, LLC for the Period Ending March 31, 2026** [Docket No. 347]

- **Monthly Operating Report for AFG Sanford, LLC for the Period Ending March 31, 2026** [Docket No. 348]

- **Monthly Operating Report for AFG LATAM, LLC for the Period Ending March 31, 2026** [Docket No. 349]

- **Monthly Operating Report for AFG SIM Holding Corp. for the Period Ending March 31, 2026** [Docket No. 350]

- **Monthly Operating Report for Avenger Flight Group Topco, LLC for the Period Ending March 31, 2026** [Docket No. 351]

-- 3 --

- **Monthly Operating Report for Papi Flight Training, LLC for the Period Ending March 31, 2026** [Docket No. 352]

Dated: April 23, 2026

/s/ *Nuno Cardoso*
Nuno Cardoso
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**United States Trustee**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jonathan Lipshie | jon.lipshie@usdoj.gov |