**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS[2] SCHEDULED FOR
HEARING ON MAY 13, 2026 AT 3:00 P.M. (EASTERN TIME)**

> **This hearing will be conducted by Zoom.  Parties and witnesses are permitted, but not required, to appear in person. The Court has no preference.**
>
> **To attend the hearing remotely, please register using the ecourt appearances tool on the court's website at www.deb.uscourts.gov or click the below link: https://ecf.deb.uscourts.gov/cgi-bin/nysbappearances.pl.**
>
> **Parties are required to register for the hearing no later than 4:00 P.M. (prevailing Eastern Time) the business day before the hearing. You must use your full name when logging into zoom or you will not be allowed into the meeting.**
>
> **After registering your appearance, you will receive a confirmation email. Zoom information will be sent out prior to the hearing.**

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL  33315.

[2]   All motions and other pleadings referenced herein are available online at the following web address: www.veritaglobal.net/AvengerFG.

4925-2131-8825.2 05863.00002

**RESOLVED MATTERS**

1.    Debtors' Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 4/10/26] (Docket No. 302)

Objection Deadline:  April 24, 2026, at 4:00 p.m. Eastern Time

Responses Received:  None

Related Documents:

(a)    Combined Disclosure Statement and Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code[Filed: 4/10/26] (Docket No. 301)

(b)    Notice of Hearing on Debtors' Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 4/10/26] (Docket No. 303)

(c)    Combined Disclosure Statement and First Amended Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 5/1/26] (Docket No. 376)

(d)    Notice of Filing of Blackline of Combined Disclosure Statement and First Amended Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 5/1/26] (Docket No. 377)

(e)    Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Joint Plan of Liquidation; (II) Scheduling a Combined Hearing to Consider Final Approval of the Disclosures and Confirmation of the Combined Plan and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 5/1/26] (Docket No. 378)

(f)    Order (I) Granting Conditional Approval of the Disclosures; (II) Scheduling a Combined Hearing to Consider Final Approval of the Disclosures and Confirmation of the Combined Plan, and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballot; and (V) Granting Related Relief [Filed: 5/4/26] (Docket No. 380)

Status:  The order was entered.  No hearing is necessary.

2.        Debtors' Second Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Executory Contracts; (B) Abandoning Any Remaining Personal Property Located at the Leased Premises; and (C) Granting Related Relief [Filed: 4/28/26] (Docket No. 367)

Objection Deadline:  May 6, 2026, at 4:00 p.m. Eastern Time

Responses Received:  None

Related Documents:

(a)      Certificate of No Objection Regarding Debtors' Second Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Executory Contracts; (B) Abandoning Any Remaining Personal Property Located at the Leased Premises; and (C) Granting Related Relief [Filed: 5/7/26] (Docket No. 391)

(b)      Order (A) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Executory Contracts; (B) Abandoning Any Remaining Personal Property Located at the Leased Premises; and (C) Granting Related Relief [Filed: 5/11/26] (Docket No. 392)

Status:  The order was entered.  No hearing is necessary.

## **MATTER UNDER CERTIFICATION OF COUNSEL**

3.        Debtors' Third Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Executory Contracts; (B) Abandoning Any Remaining Personal Property Located at the Leased Premises; and (C) Granting Related Relief [Filed: 4/29/26] (Docket No. 373)

Objection Deadline:  May 6, 2026, at 4:00 p.m. Eastern Time

Responses Received:

(a)      Reservation of Rights to the Debtors' Third Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Executory Contracts; (B) Abandoning Any Remaining Personal Property Located at the Leased Premises; and (C) Granting Related Relief [Filed: 5/6/26] (Docket No. 390)

Related Documents:  None.

Status:  The Debtors will file a revised form of order under certification of counsel prior to the hearing.  No hearing is necessary unless the Court has any questions.

**MATTERS GOING FORWARD**

4.      Motion of Debtors for an Order Approving the Sale of the Medellin Simulators Free and Clear of All Encumbrances [Filed: 5/5/26] (Docket No. 383)

Objection Deadline:  At or before the hearing.

Responses Received:  None at the time of filing of this agenda.

Related Documents:

(a)      Declaration of Richard T. Johnson in Support of Motion of Debtors for an Order Approving the Sale of the Medellin Simulators Free and Clear of All Encumbrances [Filed: 5/5/26] (Docket No. 384)

(b)      Motion of Debtors for Entry of an Order Shortening Notice and Scheduling Hearing on Motion of Debtors for an Order Approving the Sale of the Medellin Simulators Free and Clear of All Encumbrances [Filed: 5/5/26] (Docket No. 385)

(c)      Order Shortening Notice and Scheduling Hearing on Motion of Debtors for an Order Approving the Sale of the Medellin Simulators Free and Clear of All Encumbrances [Filed: 5/5/26] (Docket No. 387)

(d)      Notice of Hearing on Motion of Debtors for an Order Approving the Sale of the Medellin Simulators Free and Clear of All Encumbrances [Filed: 5/5/26] (Docket No. 388)

Status:  This matter is going forward.

*[Remainder of page intentionally left blank]*

Dated:   May 11, 2026                          **PACHULSKI STANG ZIEHL & JONES LLP**

                                               */s/ Steven W. Golden*
                                               Richard M. Pachulski, Esq. (admitted *pro hac vice*)
                                               Steven W. Golden, Esq. (DE Bar No. 6807)
                                               Mary F. Caloway, Esq. (DE Bar No. 3059)
                                               919 North Market Street, 17th Floor
                                               Wilmington, DE 19801
                                               Telephone:     (302) 652-4100
                                               Facsimile:     (302) 652 4400
                                               Email:         rpachulski@pszjlaw.com
                                                              sgolden@pszjlaw.com
                                                              mcaloway@pszjlaw.com

                                               - and -

                                               Gregory V. Demo, Esq. (admitted *pro hac vice*)
                                               Cia H. Mackle, Esq. (admitted *pro hac vice*)
                                               1700 Broadway, 36th Floor
                                               New York, NY 10019
                                               Telephone:     (212) 561-7700
                                               Facsimile:     (212) 561-7777
                                               Email:         gdemo@pszjlaw.com
                                                              cmackle@pszjlaw.com

                                               *Counsel to the Debtors and Debtors in Possession*