**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENGER FLIGHT GROUP, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket No. 395** |

**ORDER (I) DISMISSING CERTAIN OF THE DEBTORS' CASES AND**
**(II) AUTHORIZING CHANGE OF CASE CAPTION**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors

and debtors in possession (the "Debtors") for the entry of an order (this "Order"), pursuant to

section 105(a) of the Bankruptcy Code, Bankruptcy Rules 1005, 2002(m), and 2002(n), and Local

Rule 9004-1(a) authorizing (i) the dismissal of the Acquired Debtors' chapter 11 cases, and (ii) the

Debtors to change their case captions, all as more fully set forth in the Motion; and the United

States District Court for the District of Delaware having jurisdiction over this matter pursuant to

28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended*

*Standing Order of Reference from the United States District Court for the District of Delaware*,

dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to

28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 2800 Valley View Lane, Suite 180, Irving, Texas 75062.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion or the *Combined Disclosure Statement and First Amended Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 376] (as may be amended, supplemented, or otherwise modified from time to time, the "Plan")..

4930-0368-3493.7 05863.00002

United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing thereon were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at any hearing before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED as set forth herein.

2.    Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Bankruptcy Rule 3022-1, the chapter 11 cases of Debtors Avenger Flight Training, LLC ("Avenger Flight Training") and Avenger Flight Group Mexico II, S. de R.L. de C.V. ("Avenger Mexico", together with Avenger Flight Training, the "Acquired Debtors") are hereby dismissed as of the Closing Date.

3.    The Clerk of the Court is authorized and directed to note the dismissal of the chapter 11 cases of the Acquired Debtors (Case Nos. 26-10200 and 26-10201) and mark the dockets thereof as "Closed".

4.    Notwithstanding anything to the contrary, including, without limitation, section 349 of the Bankruptcy Code, all prior orders, releases, stipulations, settlements, rulings, and judgments of this Court entered during the chapter 11 cases of the Acquired Debtors, including, without limitation, the Final DIP Order (as defined in the Sale Order), the Sale Order and the Stalking Horse APA approved thereby, shall remain in full force and effect, shall be

4930-0368-3493.7 05863.00002

unaffected by the dismissal of the chapter 11 cases of the Acquired Debtors, and are expressly preserved for purposes of finality and *res judicata*.

5.      Each Professional Person (as defined in the Final DIP Order) retained by the Acquired Debtors' estates is hereby terminated, effective as of the Closing Date, without the need for further action by this Court, the Acquired Debtors, or such Professional Persons.  Such termination shall not affect the Professional Person's right to seek and obtain compensation for services provided in the Acquired Debtors' chapter 11 cases prior to dismissal.

6.      Following the dismissal of the Acquired Debtors' chapter 11 cases, Kurtzman Carson Consultants, LLC dba Verita Global, the Debtors' authorized claims agent, shall be authorized to remove and expunge all proofs of claim and proofs of interest filed against the Acquired Debtors from the claims registry and shall comply with Local Rule 2002-1(e)(ix).

7.      The Acquired Debtors shall provide the U.S. Trustee all monthly reports not already filed with respect to the Acquired Debtors, including reports for any partial month, by the later of (a) 21 days after entry of this Order, and (b) the 21st day of the month following the month for which the reporting is due.

8.      The Acquired Debtors shall, on or before thirty (30) days after the entry of this Order, pay all fees due and payable pursuant to 28 U.S.C. § 1930(a)(6) with respect to disbursements made in connection with the Acquired Debtors. Entry of this Order is without prejudice to the rights of the U.S. Trustee to reopen the cases of the Acquired Debtors to seek appropriate relief in the event of an unresolved dispute over the payment of fees pursuant to 28 U.S.C. § 1930(a)(6).

9.      Notwithstanding the dismissal of the chapter 11 cases of the Acquired Debtors, any assets of the Acquired Debtors that constitute Litigation Trust Assets shall remain in

4930-0368-3493.7 05863.00002

the remaining Debtors' Estates and shall be transferred by the remaining Debtors to the Litigation Trust on the Effective Date in accordance with the Plan.

10.     Notwithstanding the dismissal of the chapter 11 cases of the Acquired Debtors, this Court shall retain jurisdiction over any matters, claims, rights, or disputes arising from or related to the implementation, interpretation, or enforcement of the Sale Order or any other order entered in the chapter 11 cases of the Acquired Debtors.

11.     The caption for each of the remaining Debtors' chapter 11 cases shall be changed to reflect the new names of the remaining Debtors.  The jointly administered case caption for the chapter 11 cases shall hereafter read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AF LIQUIDATING, LLC, *et al.*, | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

[1]    The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are:  AF Liquidating, LLC (1216); AF Dallas III Liquidating, LLC (5615); AF Dallas IV Liquidating, LLC (5558); AF Dallas Liquidating, LLC (3418); AF EU Operations Liquidating Corp. (9406); AF FLL Liquidating, LLC (6470); AF Latam Holding Liquidating Corp. (6475); AF Latam Sim Holdings II Liquidating, LLC (0473); AF Latam Sim Holdings III Liquidating, LLC (2592); AF Latam Sim Holdings IV Liquidating, LLC (0093); AF Latam Sim Holdings Liquidating, LLC (6475); AF Latam Liquidating, LLC (9545); AF Mexico Liquidating Corp. (1402); AF Orlando Liquidating, LLC (8409); AF Sanford Liquidating, LLC (6661); AF Sim Holding Liquidating Corp. (3325); AF Group Europe Liquidating, Corp. (5908); AF Group Topco Liquidating, LLC (5643); and AF Training Liquidating, LLC (6206).  The Debtors' service address is 2800 Valley View Lane, Suite 180, Irving, Texas 75062.  Debtor AF Liquidating, LLC was formerly known as Avenger Flight Group, LLC.

12.     The Clerk of the Court and other relevant parties are authorized to take whatever actions are necessary to update the ECF system and their respective records to reflect the

above name changes, including the insertion of a docket entry in each Chapter 11 Case as follows (with the relevant names inserted for each affected Debtor):

"An order has been entered in this case directing that the caption of this case be changed in accordance with the name change of [_____] to [_____]."

13.     The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order in accordance with the Motion.

14.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: June 1st, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

4930-0368-3493.7 05863.00002