**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AF LIQUIDATING LLC[1] , *et al.*,<br><br>Debtors.[2] | Chapter 11<br><br>Case No. 26-10183 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Dkt. No. 414** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED)**
**REGARDING SECOND MONTHLY APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE**
**DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM**
**APRIL 1, 2026 THROUGH APRIL 30, 2026**

The undersigned hereby certifies that:

1.      On May 20, 2026, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as counsel for the debtors and debtors in possession (the "Debtors") filed and served its *Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession for the Period from April 1, 2026 Through April 30, 2026* [Docket No. 414] (the "Application").

2.      Objections to the Applications were to be filed and served no later than June 10, 2026 by 4:00 p.m. (prevailing Eastern Time).  The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive

---

[1]    On June 1, 2026, the Court entered an *Order (I) Dismissing Certain of the Debtors' Cases and (II) Authorizing Change of Case Caption* [Docket No. 455].

[2]     The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 2800 Valley View Lane, Suite 180, Irving, Texas 75062.

4938-0433-5284.1 05863.00002

pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

3. Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 129], the Debtors are authorized to pay PSZJ $516,146.80, which represents 80% of the fees ($645,183.50), and $9,193.97 which represents 100% of the expenses, for a total payment of $525,340.77 for the period from April 1, 2026 through April 30, 2026, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

*[Remainder of Page Intentionally Left Blank]*

Dated:    June 12, 2026   **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*
Richard M. Pachulski, Esq. (admitted *pro hac vice*)
Steven W. Golden, Esq. (DE Bar No. 6807)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652 4400
Email:   rpachulski@pszjlaw.com
     sgolden@pszjlaw.com
     mcaloway@pszjlaw.com

- and -

Gregory V. Demo, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:   gdemo@pszjlaw.com
     cmackle@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

4938-0433-5284.1 05863.00002

3