**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AF LIQUIDATING, LLC, ET AL., | Case No. 26-10183 (MFW) |
| Debtors.[1] | (Jointly Administered) |

### <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

1.        I, Stanley Y. Martinez, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("**Verita**")[2], the claims, noticing and solicitation agent for the Debtors in the above-captioned case.  I submit this Certificate in connection with the service of solicitation materials for the *Combined Disclosure Statement and First Amended Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 376] (the "<u>Combined Plan</u>"). I am over the age of 18 and not a party to this action.  Except as otherwise noted, I could and would testify to the following based upon my personal knowledge.

2.        On February 13, 2026, the Court entered the *Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 65].

3.        On March 19, 2026, the Court entered the *Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date* [Docket No. 178].

4.        On April 10, 2026, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines*

---

[1]    The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: AF Liquidating, LLC (1216); AF Dallas III Liquidating, LLC (5615); AF Dallas IV Liquidating, LLC (5558); AF Dallas Liquidating, LLC (3418); AF EU Operations Liquidating Corp. (9406); AF FLL Liquidating, LLC (6470); AF Latam Holding Liquidating Corp. (6475); AF Latam Sim Holdings II Liquidating, LLC (0473); AF Latam Sim Holdings III Liquidating, LLC (2592); AF Latam Sim Holdings IV Liquidating, LLC (0093); AF Latam Sim Holdings Liquidating, LLC (6475); AF Latam Liquidating, LLC (9545); AF Mexico Liquidating Corp. (1402); AF Orlando Liquidating, LLC (8409); AF Sanford Liquidating, LLC (6661); AF Sim Holding Liquidating Corp. (3325); AF Group Europe Liquidating, Corp. (5908); AF Group Topco Liquidating, LLC (5643); and AF Training Liquidating, LLC (6206). The Debtors' service address is 2800 Valley View Lane, Suite 180, Irving, Texas 75062. Debtor AF Liquidating, LLC was formerly known as Avenger Flight Group, LLC.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Plan, as applicable.

*Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief* [Docket No. 302] (the "Motion").

5.    On May 1, 2026, the Debtors filed the *Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of the Disclosures in the Combined Disclosure Statement and Joint Plan of Liquidation; (II) Scheduling a Combined Hearing to Consider Final Approval of the Disclosures and Confirmation of the Combined Plan and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballot; and (V) Granting Related Relief* [Docket No. 378] (the "Certification of Counsel").

6.    Consistent with its retention as claims and noticing agent and administrative advisor, Verita is charged with, among other things, printing and distributing Solicitation Packages to creditors and other interested parties pursuant to the solicitation and voting procedures within the *Order (I) Granting Conditional Approval of the Disclosures; (II) Scheduling a Combined Hearing to Consider Final Approval of the Disclosures and Confirmation of the Combined Plan, and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballot; and (V) Granting Related Relief* [Docket No. 380] (the "Solicitation Procedures Order") entered on May 4, 2026.

7.    The Solicitation Package consists of the following materials (the "Solicitation Package"):

    a.    The *Notice of (I) Conditional Approval of Disclosures; (II) Hearing to Consider Confirmation of the Combined Plan; (III) Deadline for Filing Objections to Confirmation of the Combined Plan; and (IV) Deadline for Voting on the Combined Plan* [Docket No. 381] (the "Combined Hearing Notice") including directions on how to obtain electronic copies, paper copies or a thumb drive from the Notice and Claims Agent of the following documents:

        i.    the Combined Plan;

        ii.    the Solicitation Procedures Order; and

        iii.    the Combined Hearing Notice.

    b.    A printed copy of the appropriate Ballot(s) and voting instructions for the voting class in which the creditor is entitled to vote:

        i.    Class 2 (Prepetition Lenders Claims) Ballot (the "Class 2 Ballot") substantially in the form as modified in **Exhibit C** to the Certification of Counsel;

        ii.    Class 3 (Secured EDC Claims) Ballot (the "Class 3 Ballot") substantially in the form attached as modified in **Exhibit C** to the Certification of Counsel;

2

    iii.    Class 5 (<u>SIM International Claims</u>) Ballot (the "<u>Class 5 Ballot</u>") substantially in the form as modified in **Exhibit C** to the Certification of Counsel; or

    iv.    Class 6 (<u>Unsecured Claims</u>) Ballot (the "<u>Class 6 Ballot</u>") substantially in the form as modified in **Exhibit C** to the Certification of Counsel.

c. a pre-addressed, postage pre-paid return envelope (the "<u>Return Envelope</u>").

8. The Unimpaired Non-Voting Package consists of the following documents:

a. the *Notice of (I) Non-Voting Status Due to Non-Impairment, (II) Conditional Approval of Disclosures, (III) Hearing to Consider Confirmation of the Combined Plan, and (IV) Deadline for Filing Objections to Confirmation of the Combined Plan* (the "<u>Non-Voting Parties Notice (Presumed to Accept)</u>") substantially in the form as modified in **Exhibit C** to the Certification of Counsel;

b. the *Opt-In Form for Consensual Third Party Releases Under Combined Disclosure Statement and Plan of Liquidation of Avenger Flight Group, LLC and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* (the "Opt-In Form") substantially in the form as modified in **Exhibit C** to the Certification of Counsel; and

c. a Return Envelope.

9. The Impaired Non-Voting Package consists of the following documents:

a. the *Notice of (I) Non-Voting Status Due to No Recovery, (II) Conditional Approval of Disclosures, (III) Hearing to Consider Confirmation of the Combined Plan, and (IV) Deadline for Filing Objections to Confirmation of the Combined Plan (*the "<u>Non-Voting Parties Notice (Presumed to Reject)</u>") substantially in the form as modified in **Exhibit C** to the Certification of Counsel; and

b. the Opt-In Form; and

c. a Return Envelope.

10. On May 8, 2026, links to the following documents were made available on the public access website of www.veritaglobal.net/avengerfg:

a. Combined Plan;

b. Solicitation Procedures Order; and

3

    c. Combined Hearing Notice.

11. From May 14, 2026 through May 19, 2026, as indicated on the exhibit, at my direction and under my supervision, employees of Verita caused the Combined Hearing Notice to be served per postal forwarding address via First Class Mail upon the Supplemental Creditor Matrix service list attached hereto as **Exhibit A**.

12. On May 28, 2026, at my direction and under my supervision, employees of Verita caused the Solicitation Package, including a Class 6 Ballot and Combined Hearing Notice to be served via Electronic Mail upon the Supplemental Class 6 Ballot service list attached hereto as **Exhibit B**.

13. On May 28, 2026, at my direction and under my supervision, employees of Verita caused the Solicitation Package, including a Class 6 Ballot, Combined Hearing Notice and Return Envelope to be served via First Class Mail upon the Supplemental Class 6 Ballot service list attached hereto as **Exhibit C**.

14. On May 28, 2026, at my direction and under my supervision, employees of Verita caused the Non-Voting Parties Notice (Presumed to Accept), Opt-In Form and Return Envelope to be served via First Class Mail upon the Supplemental Unimpaired Non-Voting Parties service list attached hereto as **Exhibit D**.

Dated: June 16, 2026

             */s/ Stanley Y. Martinez*
             Stanley Y. Martinez
             Verita
             222 N Pacific Coast Highway,
             3rd Floor
             El Segundo, CA 90245
             Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Service Date |
|---|---|---|---|---|---|---|
| Ken Ball | | Address on File | | | | 5/19/2026 |
| Kenneth Ball | Ken Ball | Address on File | | | | 5/19/2026 |
| Thomas Wilder Knapp | Thomas Knapp | Address on File | | | | 5/14/2026 |

In re AF Liquidating, LLC, et al.,
Case No. 26-10183 (MFW)

# Exhibit B

**Exhibit B**
**Supplemental Class 6 Ballot Parties**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| BKM DBC 924, LLC | BKM Management Company | lgarner@bkmmgmt.com; scrow@bkmmgmt.com |
| BKM DBC 924, LLC | c/o Raines Feldman Littrell LLP - Attn Mark W. Eckard - Partner | meckard@raineslaw.com |
| Omega Air, Inc | Cameron Leslie | camleslie@omega.aero |

# Exhibit C

**Exhibit C**
**Supplemental Class 6 Ballot Party**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Crown Castle Fibers LLC | 8020 Katy Freeway | Houston | TX | 77024 |

In re AF Liquidating, LLC, et al.,
Case No. 26-10183 (MFW)

Page 1 of 1

# Exhibit D

**Exhibit D**
**Supplemental Unimpaired Classes**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Emilio Saldana | Address on File | | | |

In re AF Liquidating, LLC, et al.,
Case No. 26-10183 (MFW)

Page 1 of 1