**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AF LIQUIDATING, LLC[1], *et al*., | Case No. 26-10183 (MFW) |
| Debtors.[2] | (Jointly Administered) |

**AMENDED[3] NOTICE OF AGENDA OF MATTERS[4] SCHEDULED FOR
HEARING ON JUNE 23, 2026 AT 10:30 A.M. (EASTERN TIME)**

---

**This hearing will be conducted by Zoom.  Parties and witnesses are permitted, but not required, to appear in person. The Court has no preference.**

**To attend the hearing remotely, please register using the ecourt appearances tool on the court's website at www.deb.uscourts.gov or click the below link:
https://ecf.deb.uscourts.gov/cgi-bin/nysbappearances.pl.**

**Parties are required to register for the hearing no later than 4:00 P.M. (prevailing Eastern Time) the business day before the hearing. You must use your full name when logging into zoom or you will not be allowed into the meeting.**

**After registering your appearance, you will receive a confirmation email. Zoom information will be sent out prior to the hearing.**

---

[1] On June 1, 2026, the Court entered an *Order (I) Dismissing Certain of the Debtors' Cases and (II) Authorizing Change of Case Caption* [Docket No. 455].

[2] The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: AF Liquidating, LLC (1216); AF Dallas III Liquidating, LLC (5615); AF Dallas IV Liquidating, LLC (5558); AF Dallas Liquidating, LLC (3418); AF EU Operations Liquidating Corp. (9406); AF FLL Liquidating, LLC (6470); AF Latam Holding Liquidating Corp. (6475); AF Latam Sim Holdings II Liquidating, LLC (0473); AF Latam Sim Holdings III Liquidating, LLC (2592); AF Latam Sim Holdings IV Liquidating, LLC (0093); AF Latam Sim Holdings Liquidating, LLC (6475); AF Latam Liquidating, LLC (9545); AF Mexico Liquidating Corp. (1402); AF Orlando Liquidating, LLC (8409); AF Sanford Liquidating, LLC (6661); AF Sim Holding Liquidating Corp. (3325); AF Group Europe Liquidating, Corp. (5908); AF Group Topco Liquidating, LLC (5643); and AF Training Liquidating, LLC (6206). The Debtors' service address is 2800 Valley View Lane, Suite 180, Irving, Texas 75062. Debtor AF Liquidating, LLC was formerly known as Avenger Flight Group, LLC.

[3] Amended items appear in **bold**.

[4] All motions and other pleadings referenced herein are available online at the following web address: www.veritaglobal.net/AvengerFG.

4937-9856-1971.2 05863.00002

**RESOLVED MATTERS**

1. Debtors' Motion for Entry of an Order (I) Dismissing Certain of the Debtors' Chapter 11 Cases and (II) Authorizing Change of Case Caption [Filed: 5/11/26] ([Docket No. 395](#))

    Objection Deadline:  May 26, 2026, at 4:00 p.m. Eastern Time

    Responses Received:  None

    Related Documents:

    (a)  Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Dismissing Certain of the Debtors' Chapter 11 Cases and (II) Authorizing Change of Case Caption [Filed; 5/29/26] ([Docket No. 452](#))

    (b)  Order (I) Dismissing Certain of the Debtors' Cases and (II) Authorizing Change of Case Caption [Filed: 6/1/26] ([Docket No. 455](#))

    Status:  The order was entered.  No hearing is necessary.

2. Motion of Debtors for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 5/11/26] ([Docket No. 396](#))

    Objection Deadline:  May 26, 2026, at 4:00 p.m. Eastern Time

    Responses Received:  None

    Related Documents:

    (a)  Certificate of No Objection Regarding Motion of Debtors for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 5/29/26] ([Docket No. 453](#))

    (b)  Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 6/1/26] ([Docket No. 454](#))

    Status:  The order was entered.  No hearing is necessary.

3. Debtors' Fourth Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Executory Contracts Effective as of the Sale Closing Date; (B) Abandoning any Remaining Personal Property Located at the Leased Premises; and (C) Granting Related Relief [Filed: 5/12/26] ([Docket No. 397](#))

    Objection Deadline:  May 27, 2026, at 4:00 p.m. Eastern Time

    Responses Received:  None

Related Documents:

(a)    Certificate of No Objection Regarding Debtors' Fourth Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Executory Contracts Effective as of the Sale Closing Date; (B) Abandoning any Remaining Personal Property Located at the Leased Premises; and (C) Granting Related Relief [Filed: 6/5/26] (Docket No. 458)

(b)    Order (A) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Executory Contracts Effective as of the Sale Closing Date; (B) Abandoning Any Remaining Personal Property Located at the Leased Premises; and (C) Granting Related Relief [Filed: 6/5/26] (Docket No. 462)

Status:  The order was entered.  No hearing is necessary.

## MATTERS UNDER CERTIFICATION

4.    Motion of Debtors for Entry of an Order Extending Exclusive Periods to File and Solicit a Plan [Filed: 6/9/26] (Docket No. 464)

Objection Deadline:  June 16, 2026, at 4:00 p.m. Eastern Time

Responses Received:  None

Related Documents:

(a)    Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending Exclusive Periods to File and Solicit a Plan [Filed: 6/17/26] (Docket No. 472)

**(b)    Order Extending Exclusive Periods to File and Solicit a Plan [Filed 6/18/26] (Docket No. 474)**

Status**:  The order was entered.  No hearing is necessary.**

## MATTER GOING FORWARD

5.    Combined Disclosure Statement and First Amended Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 5/1/26] (Docket No. 376)

Objection Deadline:  June 15, 2026, at 4:00 p.m. Eastern Time

Responses Received:

(a)    Spirit Airlines, LLC's Reservation of Rights and Limited Objection to the AFG Debtors' Plan [Filed 6/15/26] (Docket No. 470)

Related Documents:

(a)     Combined Disclosure Statement and Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code[Filed: 4/10/26] (Docket No. 301)

(b)     Debtors' Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 4/10/26] (Docket No. 302)

(c)     Notice of Hearing on Debtors' Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 4/10/26] (Docket No. 303)

(d)     Notice of Filing of Blackline of Combined Disclosure Statement and First Amended Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 5/1/26] (Docket No. 377)

(e)     Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Joint Plan of Liquidation; (II) Scheduling a Combined Hearing to Consider Final Approval of the Disclosures and Confirmation of the Combined Plan and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 5/1/26] (Docket No. 378)

(f)     Order (I) Granting Conditional Approval of the Disclosures; (II) Scheduling a Combined Hearing to Consider Final Approval of the Disclosures and Confirmation of the Combined Plan, and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballot; and (V) Granting Related Relief [Filed: 5/4/26] (Docket No. 380)

(g)     Notice of (I) Conditional Approval of Disclosures; (II) Hearing to Consider Confirmation of the Combined Plan; (III) Deadline for Filing Objections to Confirmation of the Combined Plan; and (IV) Deadline for Voting on the Combined Plan [Filed: 5/4/26] (Docket No. 381)

(h)     Notice of Filing of Plan Supplement for Combined Disclosure Statement and First Amended Plan of Liquidation of Avenger Flight Group, LLC and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 6/2/26] (Docket No. 456)

**(i)**    **Declaration of P. Joseph Morrow IV with Respect to the Tabulation of Votes on the Combined Disclosure Statement and First Amended Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed 6/19/26] (Docket No. 478)**

**(j)**    **Declaration of Marc Sullivan, Debtors' Chief Financial Officer, In Support of Confirmation of Combined Disclosure Statement and First Amended Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed 6/19/26] (Docket No. 479)**

**(k)**    **Debtors' Memorandum of Law in Support of Final Approval of Disclosure Statement and Confirmation of First Amended Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed 6/19/26] (Docket No. 480)**

**(l)**    **Notice of Filing of Proposed Order Granting Final Approval of Combined Disclosure Statement and Confirming First Amended Plan of Liquidation of Avenger Flight Group, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed 6/19/26] (Docket No. 480)**

Status:  **The Debtors have resolved the Reservation of Rights and Limited Objection filed by Spirit Airlines.  The confirmation hearing will go forward on an uncontested basis.**

Dated:   June 19, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*

Richard M. Pachulski, Esq. (admitted *pro hac vice*)
Steven W. Golden, Esq. (DE Bar No. 6807)
Mary F. Caloway, Esq. (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 652-4100
Facsimile:   (302) 652 4400
Email:       rpachulski@pszjlaw.com
             sgolden@pszjlaw.com
             mcaloway@pszjlaw.com

- and -

Gregory V. Demo, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:   (212) 561-7700
Facsimile:   (212) 561-7777
Email:       gdemo@pszjlaw.com
             cmackle@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*