# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| **CATEGORY OF TIMEKEEPER** (using categories already maintained by the firm) | **BLENDED HOURLY RATE*** | |
|---|---|---|
| | **BILLED OR COLLECTED** Firm or offices for preceding year, excluding bankruptcy* | **BILLED** In this fee application |
| Sr./Equity Partner/Shareholder | $1,700.00 | $1,500.30 |
| Of Counsel | $1,400.00 | $1,706.87 |
| Associates | $1,000.00 | $950.00 |
| Paralegal | $625.00 | $689.91 |
| Case Management Assistants | $495.00 | $525.00 |
| All timekeepers aggregated** | $1,050.00** | $1,460.28 |

* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2024, non-estate work represented approximately 8-10% of the Firm's revenues. It is expected that non-estate work in 2025 will represent approximately 8-10% of the Firm's revenues.

** Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

| | |
|---|---|
| Case Name: | AF Liquidating LLC, et al. |
| Case Number: | 26-10183 (MFW) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | August 14, 2026 |
| Interim or Final: | Final |

## EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Wallen, Ben L. | Partner | Bankruptcy | 2016 | 309.80 | $370,211.00 | $1,195.00 | N/A | 0 |
| Wallen, Ben L. | Partner | Bankruptcy | 2016 | 8.80 | $5,258.00 | $597.50 | N/A | 0 |
| Mackle, Cia H. | Partner | Bankruptcy | 2006 | 143.60 | $193,860.00 | $1,350.00 | N/A | 0 |
| Demo, Gregory V. | Partner | Bankruptcy | 2008 | 204.50 | $337,425.00 | $1,650.00 | N/A | 0 |
| O'Neill, James E. | Partner | Bankruptcy | 2001 | 10.60 | $16,907.00 | $1,595.00 | N/A | 0 |
| Nasatir, Iain A.W. | Partner | Bankruptcy | 1990 | 1.00 | $1,775.00 | $1,775.00 | N/A | 0 |
| Walker, Jim W. | Partner | Bankruptcy | 1985 | 0.40 | $860.00 | $2,150.00 | N/A | 0 |
| Jones, Laura Davis | Partner | Bankruptcy | 1986 | 2.80 | $6,300.00 | $2,250.00 | N/A | 0 |
| Litvak, Maxim B. | Partner | Bankruptcy | 2001 | 165.20 | $313,054.00 | $1,895.00 | N/A | 0 |
| Warner, Michael D. | Partner | Bankruptcy | 1984 | 0.70 | $1,365.00 | $1,950.00 | N/A | 0 |
| Pachulski, Richard M. | Partner | Bankruptcy | 1979 | 18.90 | $50,085.00 | $2,650.00 | N/A | 0 |
| Golden, Steven W. | Partner | Bankruptcy | 2015 | 87.40 | $111,435.00 | $1,275.00 | N/A | 0 |
| Bomrind, Zev M. | Partner | Bankruptcy | 1997 | 49.60 | $96,720.00 | $1,950.00 | N/A | 0 |
| Beth E. Levine | Counsel | Bankruptcy | 1983 | 0.50 | $725.00 | $1,450.00 | N/A | 0 |
| Kim, Jonathan J. | Counsel | Bankruptcy | 1995 | 72.60 | $114,345.00 | $1,575.00 | N/A | 0 |
| Caloway, Mary F. | Counsel | Bankruptcy | 1992 | 301.50 | $527,625.00 | $1,750.00 | N/A | 0 |
| Newmark, Victoria A. | Counsel | Bankruptcy | 1996 | 15.70 | $23,471.50 | $1,495.00 | N/A | 0 |
| Corma, Edward A. | Associate | Bankruptcy | 2018 | 2.30 | $2,185.00 | $950.00 | N/A | 0 |
| Bates, Andrea T. | Paralegal | Bankruptcy | N/A | 108.60 | $75,477.00 | $695.00 | N/A | 0 |
| Yee, Karina K. | Paralegal | Bankruptcy | N/A | 1.80 | $1,170.00 | $650.00 | N/A | 0 |
| LaBrada, Kerri L. | Paralegal | Bankruptcy | N/A | 0.30 | $195.00 | $650.00 | N/A | 0 |
| Petras, Lisa | Paralegal | Bankruptcy | N/A | 5.00 | $3,250.00 | $650.00 | N/A | 0 |
| Cuniff, Patricia E. | Paralegal | Bankruptcy | N/A | 9.60 | $6,240.00 | $650.00 | N/A | 0 |

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Jeffries, Patricia J. | Paralegal | Bankruptcy | N/A | 22.20 | $15,429.00 | $695.00 | N/A | 0 |
| Forrester, Leslie A. | Library | Bankruptcy | N/A | 8.60 | $5,977.00 | $695.00 | N/A | 0 |
| Flores, Melissa | Paralegal | Bankruptcy | N/A | 0.60 | $390.00 | $650.00 | N/A | 0 |
| Paul, Andrea R. | Case Management Assistant | Bankruptcy | N/A | 0.10 | $52.50 | $525.00 | N/A | 0 |
| Crosby, David Jr. | Case Management Assistant | Bankruptcy | N/A | 10.60 | $5,565.00 | $525.00 | N/A | 0 |
| Arnold, Gary L. | Case Management Assistant | Bankruptcy | N/A | 2.20 | $1,155.00 | $525.00 | N/A | 0 |
| Grayson, Janet | Case Management Assistant | Bankruptcy | N/A | 2.80 | $1,470.00 | $525.00 | N/A | 0 |
| **GRAND TOTALS** | | | | **1568.30** | **$2,289,977.00** | | | |
| **Plus Fee Estimate** | | | | | **$20,000.00** | | | |
| **Total Fee Request** | | | | | **$2,309,977.00** | | | |

| | |
|---|---|
| Case Name: | AF Liquidating LLC, et al. |
| Case Number: | 26-10183 (MFW) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | August 14, 2026 |
| Interim or Final: | Final |

## EXHIBIT C

## STAFFING PLAN

| CATEGORY OF TIMEKEEPER 1<br>(using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 12 | $1,971.00 |
| Of Counsel | 4 | $1,567.00 |
| Associate | 1 | $950.00 |
| Law Library Director | 1 | $695.00 |
| Paralegal | 6 | $689.00 |
| Case Management Assistants | 4 | $525.00 |

1 As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

| | |
|---|---|
| Case Name: | AF Liquidating LLC, et al. |
| Case Number: | 26-10183 (MFW) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | August 14, 2026 |
| Interim or Final: | Final |

## EXHIBIT D-1

### SUMMARY OF COMPENSATION REQUESTED BY CATEGORY

(*SEE* GUIDELINES ¶ C.8 FOR PROJECT CATEGORY INFORMATION)

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Disposition | 231.70 | $399,118.50 |
| Bankruptcy Litigation | 49.20 | $58,469.50 |
| Business Operations | 8.30 | $14,505.00 |
| Case Administration | 123.20 | $169,850.00 |
| Corporate Governance | 7.30 | $10,942.00 |
| Claims Administration and Objections | 148.60 | $199,618.50 |
| PSZJ Compensation | 15.90 | $18,627.50 |
| Other Professional Compensation | 15.80 | $23,591.00 |
| Contract and Lease Matters | 81.70 | $110,241.00 |
| First/Second Day Matters | 119.20 | $169,051.00 |
| Financial Filings | 100.20 | $132,419.50 |
| Financing/Cash Collateral/Cash Management | 71.30 | $124,108.00 |
| General Creditors' Committee | 16.20 | $28,338.50 |
| Hearings | 45.10 | $56,144.00 |
| Insurance Coverage | 1.70 | $2,760.00 |
| Litigation (Non-Bankruptcy) | 3.40 | $5,950.00 |
| Meetings of and Communications with Creditors | 7.40 | $12,642.50 |
| Non-Working Travel | 8.80 | $5,258.00 |
| Operations | 196.60 | $262,934.00 |
| Plan and Disclosure Statement | 211.70 | $323,591.50 |
| PSJ Retention | 14.60 | $20,974.00 |
| Other Professional Retention | 82.80 | $129,321.50 |
| Settlement | 3.00 | $5,090.00 |
| Stay Litigation | 4.60 | $6,431.50 |
| **GRAND TOTALS** | **1568.30** | **$2,289,977.00** |
| **Plus Fee Estimate** | | **$20,000.00** |
| **Total Fee Request** | | **$2,309,977.00** |

| | |
|---|---|
| Case Name: | AF Liquidating LLC, et al. |
| Case Number: | 26-10183 (MFW) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | August 14, 2026 |
| Interim or Final: | Final |

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(*SEE* GUIDELINES ¶ C.8 FOR PROJECT CATEGORY INFORMATION)

| EXPENSE | TOTAL |
|---|---|
| Air Fare | $20.00 |
| Bloomberg | $403.80 |
| Lexis/Nexis-Legal Research | $13.80 |
| Working Meals | $77.45 |
| Delivery/Courier Service | $7.50 |
| Court Fees | $37,096.00 |
| Litigation Support Vendors | $23,819.00 |
| Pacer - Court Research | $714.60 |
| Postage | $101.60 |
| Reproduction Expense | $933.10 |
| Online Research | $4,814.75 |
| Transcript | $388.00 |
| Westlaw-Legal Research | $1,640.52 |
| **GRAND TOTAL** | **$70,030.12** |

| | |
|---|---|
| Case Name: | AF Liquidating LLC, et al. |
| Case Number: | 26-10183 (MFW) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | August 14, 2026 |
| Interim or Final: | Final |

# EXHIBIT E

## SUMMARY COVER SHEET OF FEE APPLICATION

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Name of client: | Debtors and Debtors in Possession |
| Time period covered by this application: | February 11, 2026 – July 10, 2026 |
| Total compensation sought this period: | $2,309,977.00[1] |
| Total expenses sought this period: | $70,030.12 |
| Petition date: | February 11, 2026 |
| Retention date: | February 11, 2026 |
| Date of order approving employment: | March 19, 2026 [Docket No. 175] |
| Total fees approved by interim order to date: | N/A |
| Total expenses approved by interim order to date: | N/A |
| Total allowed fees paid to date: | $0.00 |
| Total allowed expenses paid to date: | $0.00 |
| Blended rate in this application for all attorneys: | $1,557.22 |
| Blended rate in this application for all timekeepers: | $1,460.17 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $1,804,619.96 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $69,611.16 |
| Number of professionals included in this application: | 17 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |

[1] This amount includes compensation in the estimated amount of $20,000 for the preparation and prosecution of the Final Fee Application and the finalization and filing of additional Debtors' professionals' final fee applications.

| **Name of Applicant:** | **Pachulski Stang Ziehl & Jones LLP** |
|---|---|
| Number of professionals billing fewer than 15 hours to the case during this period | 7 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application. | No. |

| | |
|---|---|
| Case Name: | AF Liquidating LLC, et al. |
| Case Number: | 26-10183 (MFW) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | August 14, 2026 |
| Interim or Final: | Final |

# EXHIBIT F

## INVOICE FOR FOURTH MONTHLY APPLICATION

PACHULSKI STANG ZIEHL & JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

July 31, 2026
Invoice 155988
Client 05863.00002

Avenger Flight Group LLC
attn: Lawrence Perkins
1450 Lee Wagener Blvd.
Fort Lauderdale, FL 33315
USA

RE: Bankruptcy

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 07/10/2026**

| | |
|---|---|
| FEES | $12,063.50 |
| EXPENSES | $359.00 |
| **TOTAL CURRENT CHARGES** | **$12,422.50** |
| **BALANCE FORWARD** | **$740,880.91** |
| **LAST PAYMENT** | **-$197,916.25** |
| **TOTAL BALANCE DUE** | **$555,387.16** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| GVD | Demo, Gregory V. | Partner | 1,650.00 | 0.90 | $1,485.00 |
| MBL | Litvak, Maxim B. | Partner | 1,895.00 | 4.00 | $7,580.00 |
| ZMB | Bomrind, Zev M. | Partner | 1,950.00 | 0.20 | $390.00 |
| MFC | Caloway, Mary F. | Counsel | 1,750.00 | 0.90 | $1,575.00 |
| ATB | Bates, Andrea T. | Paralegal | 695.00 | 1.30 | $903.50 |
| KKY | Yee, Karina K. | Paralegal | 650.00 | 0.20 | $130.00 |
| | | | 7.50 | | $12,063.50 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation | 0.20 | $130.00 |
| CA | Case Administration | 2.30 | $4,344.00 |
| CG | Corporate Governance | 0.20 | $390.00 |
| CP | PSZJ Compensation | 1.10 | $1,411.00 |
| CPO | Other Professional Compensation | 0.50 | $875.00 |
| FN | Financing/Cash Collateral/Cash Management | 0.50 | $947.50 |
| PD | Plan and Disclosure Statement | 2.70 | $3,966.00 |
| | | 7.50 | $12,063.50 |

**Summary of Expenses**

| Description | Amount |
| --- | ---: |
| Court Fees | $199.00 |
| Online Research | $160.00 |
| | $359.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 07/01/2026 | KKY | BL | Review and revise interim fee binder for 7/15/26 hearing | 0.20 | 650.00 | $130.00 |
| | | | | **0.20** | | **$130.00** |
| **Case Administration** | | | | | | |
| 07/01/2026 | MFC | CA | Emails with AB re critical dates. | 0.10 | 1,750.00 | $175.00 |
| 07/07/2026 | MBL | CA | Emails with B. Smith and team re budget and case inquiries. | 0.30 | 1,895.00 | $568.50 |
| 07/08/2026 | MBL | CA | Call with P. Hurwitz, J. Brandt, and B. Smith re budget and transition issues (1.2); follow-up emails with client, P. Hurwitz, A&M, and team re same (0.4); update call with G. Demo re same (0.1). | 1.70 | 1,895.00 | $3,221.50 |
| 07/09/2026 | MBL | CA | Emails with B. Smith, E. Gagnon, and team re pending transition issues. | 0.20 | 1,895.00 | $379.00 |
| | | | | **2.30** | | **$4,344.00** |
| **Corporate Governance** | | | | | | |
| 07/08/2026 | ZMB | CG | Emails to/from Marc Sullivan re popsition with debtor companies as officer/director | 0.20 | 1,950.00 | $390.00 |
| | | | | **0.20** | | **$390.00** |
| **PSZJ Compensation** | | | | | | |
| 06/10/2026 | ATB | CP | Draft CNO re: April monthly. | 0.20 | 695.00 | $139.00 |
| 07/06/2026 | GVD | CP | Review June invoice and correspondence with working group re same | 0.30 | 1,650.00 | $495.00 |
| 07/07/2026 | ATB | CP | Review June bill. | 0.30 | 695.00 | $208.50 |
| 07/08/2026 | MBL | CP | Emails with B. Smith and team re fee payments; coordinate same. | 0.30 | 1,895.00 | $568.50 |
| | | | | **1.10** | | **$1,411.00** |
| **Other Professional Compensation** | | | | | | |
| 07/08/2026 | MFC | CPO | EMails re Verita fee app and CNO. | 0.10 | 1,750.00 | $175.00 |
| 07/08/2026 | MFC | CPO | Review and edit Verita fee app CNO. | 0.10 | 1,750.00 | $175.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/08/2026 | MFC | CPO | Emails re pro fee payments. | 0.10 | 1,750.00 | $175.00 |
| 07/10/2026 | MFC | CPO | Emails with AB re CNO fo Seabury fee app. | 0.10 | 1,750.00 | $175.00 |
| 07/10/2026 | MFC | CPO | Review and edit draft CNO for Seabury final fee application. | 0.10 | 1,750.00 | $175.00 |
| | | | | **0.50** | | **$875.00** |

**Financing/Cash Collateral/Cash Management**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/02/2026 | MBL | FN | Call with B. Smith re final budget issues and transition to trust (0.4); update team re same (0.1). | 0.50 | 1,895.00 | $947.50 |
| | | | | **0.50** | | **$947.50** |

**Plan and Disclosure Statement**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/05/2026 | ATB | PD | Draft confirmation hearing agenda. | 0.50 | 695.00 | $347.50 |
| 06/08/2026 | ATB | PD | Draft notice re: exclusivity extension motion. | 0.30 | 695.00 | $208.50 |
| 07/02/2026 | MFC | PD | EMails re Plan Effective Date. | 0.10 | 1,750.00 | $175.00 |
| 07/06/2026 | GVD | PD | Review materials and correspondence re effective date | 0.20 | 1,650.00 | $330.00 |
| 07/09/2026 | GVD | PD | Multiple correspondence re effective date issues | 0.30 | 1,650.00 | $495.00 |
| 07/09/2026 | MBL | PD | Emails with B. Smith, team, P. Hurwitz, and committee counsel re plan effective date (0.2); revise notice of effective date and coordinate same (0.3). | 0.50 | 1,895.00 | $947.50 |
| 07/10/2026 | GVD | PD | Review effective date notice and multiple correspondence re same | 0.10 | 1,650.00 | $165.00 |
| 07/10/2026 | MBL | PD | Emails with opposing counsel and team re effective date issues and funding (0.3); review revised trust agreement (0.1). | 0.40 | 1,895.00 | $758.00 |
| 07/10/2026 | MBL | PD | Review committee comments to notice of effective date; coordinate revisions and filing. | 0.10 | 1,895.00 | $189.50 |
| 07/10/2026 | MFC | PD | Emails with group re revised docs and effective date notice. | 0.20 | 1,750.00 | $350.00 |
| | | | | **2.70** | | **$3,966.00** |

**TOTAL SERVICES FOR THIS MATTER: $12,063.50**

**Expenses**

| | | | |
|---|---|---|---|
| 05/05/2026 | FF | Delaware Bankruptcy Court, Fees, ATB | 199.00 |
| 05/26/2026 | RS | Clas Information Services, Inv. 545750-001 | 160.00 |

**Total Expenses for this Matter** **$359.00**

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 07/10/2026** **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 153642 | 03/31/2026 | $258,596.90 | $0.00 | $258,596.90 |
| 154182 | 04/30/2026 | $129,301.70 | $0.00 | $129,301.70 |
| 154897 | 05/31/2026 | $46,118.60 | $0.00 | $46,118.60 |
| 154974 | 06/30/2026 | $108,887.50 | $59.96 | $108,947.46 |

**Total Amount Due on Current and Prior Invoices:** **$555,387.16**