**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AF LIQUIDATING LLC[1], *et al*.,<br><br>Debtors.[2] | Chapter 11<br><br>Case No. 26-10183 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Dkt. No. 542** |

**CERTIFICATION OF NO OBJECTION REGARDING FINAL FEE APPLICATION OF KURTZMAN CARSON CONSULTANTS, LLC DBA VERITA GLOBAL, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM FEBRUARY 11, 2026 THROUGH AND INCLUDING JULY 10, 2026**

The undersigned hereby certifies that:

1. On August 14, 2026, Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), administrative advisor for the above-captioned reorganized debtors (the "Debtors"), filed the *Final Fee Application of Kurtzman Carson Consultants, LLC Dba Verita Global, as Administrative Advisor to the Debtors, for the Period From February 11, 2026 Through and Including July 10, 2026* [Docket No. 542] (the "Application").

2. Objections to the Applications were to be filed and served no later than September 4, 2026 by 4:00 p.m. (prevailing Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other

[1] On June 1, 2026, the Court entered an *Order (I) Dismissing Certain of the Debtors' Cases and (II) Authorizing Change of Case Caption* [Docket No. 455].

[2] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 2800 Valley View Lane, Suite 180, Irving, Texas 75062.

responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

3. Accordingly, the Debtors request that the proposed order attached to the Application be entered at the Court's earliest convenience.

Dated: September 8, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*

Richard M. Pachulski, Esq. (admitted *pro hac vice*)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652 4400
Email: rpachulski@pszjlaw.com
sgolden@pszjlaw.com
mcaloway@pszjlaw.com

- and -

Gregory V. Demo, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: gdemo@pszjlaw.com
cmackle@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*