**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AF LIQUIDATING, LLC, ET AL.,[1] | Case No. 26-10183 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Ref. Dkt No. 542** |

**ORDER GRANTING FINAL FEE APPLICATION OF KURTZMAN CARSON CONSULTANTS, LLC DBA VERITA GLOBAL AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM FEBRUARY 11, 2026 THROUGH AND INCLUDING JULY 10, 2026**

Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), administrative advisor for the above-captioned reorganized debtors (the "Debtors"), filed its *Final Fee Application of Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor to the Debtors, for the Period From February 11, 2026 Through and Including July 10, 2026* (the "Final Fee Application"). The Court has reviewed the Final Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Fee Application, and any hearing on the Final Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Fee Application. Accordingly, it is hereby

[1] The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: AF Liquidating, LLC (1216); AF Dallas III Liquidating, LLC (5615); AF Dallas IV Liquidating, LLC (5558); AF Dallas Liquidating, LLC (3418); AF EU Operations Liquidating Corp. (9406); AF FLL Liquidating, LLC (6470); AF Latam Holding Liquidating Corp. (6475); AF Latam Sim Holdings II Liquidating, LLC (0473); AF Latam Sim Holdings III Liquidating, LLC (2592); AF Latam Sim Holdings IV Liquidating, LLC (0093); AF Latam Sim Holdings Liquidating, LLC (6475); AF Latam Liquidating, LLC (9545); AF Mexico Liquidating Corp. (1402); AF Orlando Liquidating, LLC (8409); AF Sanford Liquidating, LLC (6661); AF Sim Holding Liquidating Corp. (3325); AF Group Europe Liquidating, Corp. (5908); AF Group Topco Liquidating, LLC (5643); and AF Training Liquidating, LLC (6206). The Debtors' service address is 2800 Valley View Lane, Suite 180, Irving, Texas 75062. Debtor AF Liquidating, LLC was formerly known as Avenger Flight Group, LLC.

ORDERED that the Final Fee Application is GRANTED, on a final basis. The Debtors in the above case shall pay to Verita the sum of $35,730.38 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $0.00 for a total of $35,730.38 for services rendered and disbursements incurred by Verita for the period February 11, 2026 through July 10, 2026, less any amounts previously paid in connection with the monthly fee applications.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: September 9th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**