**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AF LIQUIDATING, LLC[1], *et al.*,<br><br>Debtors.[2] | Chapter 11<br><br>Case No. 26-10183 (MFW)<br><br>(Jointly Administered) |

**_AMENDED_[3] NOTICE OF AGENDA OF MATTERS[4] SCHEDULED FOR HEARING ON SEPTEMBER 16, 2026 AT 2:30 P.M. (EASTERN TIME)**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION.**

## I. RESOLVED MATTERS

1. Motion of the Litigation Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) (I) Further Enlarging the Period Within Which the Litigation Trust May Remove Actions and (II) Granting Related Relief [Filed 8/10/26] (Docket No. 540)

   Response Deadline: August 24, 2026 at 4:00 p.m. (ET).

   Responses Received: None

   Related Documents:

1 On June 1, 2026, the Court entered an *Order (I) Dismissing Certain of the Debtors' Cases and (II) Authorizing Change of Case Caption* [Docket No. 455].

2 The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: AF Liquidating, LLC (1216); AF Dallas III Liquidating, LLC (5615); AF Dallas IV Liquidating, LLC (5558); AF Dallas Liquidating, LLC (3418); AF EU Operations Liquidating Corp. (9406); AF FLL Liquidating, LLC (6470); AF Latam Holding Liquidating Corp. (6475); AF Latam Sim Holdings II Liquidating, LLC (0473); AF Latam Sim Holdings III Liquidating, LLC (2592); AF Latam Sim Holdings IV Liquidating, LLC (0093); AF Latam Sim Holdings Liquidating, LLC (6475); AF Latam Liquidating, LLC (9545); AF Mexico Liquidating Corp. (1402); AF Orlando Liquidating, LLC (8409); AF Sanford Liquidating, LLC (6661); AF Sim Holding Liquidating Corp. (3325); AF Group Europe Liquidating, Corp. (5908); AF Group Topco Liquidating, LLC (5643); and AF Training Liquidating, LLC (6206). The Debtors' service address is 2800 Valley View Lane, Suite 180, Irving, Texas 75062. Debtor AF Liquidating, LLC was formerly known as Avenger Flight Group, LLC.

3 **Amended items appear in bold font.**

4 All motions and other pleadings referenced herein are available online at the following web address: www.veritaglobal.net/AvengerFG.

(a) Certification of No Objection Regarding Motion of the Litigation Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) (I) Further Enlarging the Period Within Which the Litigation Trust May Remove Actions and (II) Granting Related Relief [Filed 8/25/26] (Docket No. 594)

(b) Order Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) (I) Further Enlarging the Period Within Which the Litigation Trust May Remove Actions and (II) Granting Related Relief [Filed 8/26/26] (Docket No. 595)

Status: An order was entered. No hearing is necessary.

## II. FINAL FEE APPLICATIONS

1. Attached hereto as Exhibit A is a complete list of the final fee applications scheduled for hearing. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that were previously submitted to the Court pursuant to the Court's Chambers' Procedures.

   Responses Received: Informal responses which have been resolved.

   **Status: The Court has entered orders on the final fee applications. No hearing is necessary.**

Dated: September 14, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Richard M. Pachulski, Esq. (admitted *pro hac vice*)
Steven W. Golden, Esq. (DE Bar No. 6807)
Mary F. Caloway, Esq. (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652 4400
Email: rpachulski@pszjlaw.com
sgolden@pszjlaw.com
mcaloway@pszjlaw.com

- and -

Gregory V. Demo, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: gdemo@pszjlaw.com
cmackle@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*